IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., )<br>)<br>               Plaintiff, )<br>)<br>v. )<br>)<br>Palmetto Health; University of South Carolina )<br>School of Medicine; David E. Koon, Jr., M.D., in )<br>his individual capacity; and John J. Walsh, IV, )<br>M.D., in his individual capacity, )<br>)<br>               Defendants. )<br>) | C.A. No. 3:14-cv-3577-CMC-KDW<br><br>**DEFENDANTS KOON AND WALSH'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

      Defendants David E. Koon, Jr., M.D. and John J. Walsh, IV, M.D. move for judgment on the pleadings pursuant to Rule 12(c), Fed.R.Civ.P. Defendant Walsh moves for judgment on the pleadings as to all claims brought against him based on Plaintiff's failure to make allegations sufficient to state a claim against him. Defendants Koon and Walsh also move for judgment on the pleadings as to Plaintiff's constitutional claims against them under 42 U.S.C. §1983 on the grounds that those claims are foreclosed by the doctrine of qualified immunity. This motion is supported by a memorandum of law and such other argument and submissions as the Court may allow.

December 4, 2014

                                 s/ Fred A. Williams
Kathryn Thomas (DCID No. 5134)
Fred A. Williams (DCID No. 9934)
GIGNILLIAT, SAVITZ & BETTIS, LLP
900 Elmwood Avenue, Suite 100
Columbia, South Carolina 29201
Ph: (803) 799-9311 / Fax: (803) 254-6951
kthomas@gsblaw.net; fwilliams@gsblaw.net

ATTORNEYS FOR DEFENDANTS DAVID KOON, JR., M.D., AND JOHN J. WALSH IV, M.D.