IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., | ) |
|                Plaintiff, | ) C.A. No. 3:14-cv-3577-CMC-KDW |
| v. | ) **DEFENDANT DAVID KOON'S** |
| | ) **MOTION FOR SUMMARY** |
| Palmetto Health; University of South Carolina School of Medicine; David E. Koon, Jr., M.D., in his individual capacity; and John J. Walsh, IV, M.D., in his individual capacity, | ) **JUDGMENT ON STATE LAW CLAIMS** |
|                Defendants. | ) |

Defendant David E. Koon, Jr., M.D. hereby moves for summary judgment pursuant to Rule 56, Fed.R.Civ.P. This motion is supported by a memorandum of law, submitted testimony, and such other argument and submissions as the Court may allow.

January 6, 2015

            s/ Fred A. Williams
Kathryn Thomas (DCID No. 5134)
Fred A. Williams (DCID No. 9934)
GIGNILLIAT, SAVITZ & BETTIS, LLP
900 Elmwood Avenue, Suite 100
Columbia, South Carolina  29201
Ph: (803) 799-9311 / Fax:  (803) 254-6951
kthomas@gsblaw.net;
fwilliams@gsblaw.net

ATTORNEYS FOR DEFENDANT DAVID KOON, JR., M.D.