IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Afraaz R. Irani, M.D., | ) | C.A. No. 3:14-cv-3577-CMC-KDW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF** |
| Palmetto Health; University of South Carolina | ) | **DAVID E. KOON, JR., M.D.** |
| School of Medicine; David E. Koon, Jr., M.D., in | ) | |
| his individual capacity; and John J. Walsh, IV, | ) | |
| M.D., in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

David E. Koon, Jr., M.D., whose signature appears below, testifies under oath as follows:

1.      At all times relevant to this lawsuit, I have served as the Program Director of the Orthopaedic Surgery Residency Program jointly operated by Palmetto Health and the University of South Carolina School of Medicine.  I have personal knowledge and am competent to testify as to the matters stated in this affidavit.

2.      Dr. Alfraaz Irani was a resident in the Orthopaedic Surgery Residency Program from July 1, 2010 until April 10, 2012.  He completed his PGY-1 year.

3.      Dr. Irani was placed on Level II Academic Remediation from August 15, 2011, through December 1, 2011.  Dr. Irani appealed to Dr. Katherine Stephens, who upheld his Academic Remediation, and Dr. Irani did not take his grievance to the next step.

4.      Dr. Irani was placed on Level III Academic Remediation from December 9, 2011, until January 31, 2012.  After Dr. Stephens upheld Dr. Irani's January 2012 Academic Remediation, Dr. Irani did not timely request a grievance hearing.

5.      In February 2012, Dr. Irani was again placed on Level II Academic Remediation.

6.    In March 2012, Dr. Irani was again placed on Level III Academic Remediation and was suspended from the Residency Program pending official action on the recommendation that he be terminated from the Residency Program.

7.    On April 10, 2012, the Graduate Medical Education Committee (GMEC) voted to terminate Dr. Irani from the Residency Program.

8.    After the April 10, 2012 termination decision, Dr. Irani pursued a grievance. Dr. Katherine Stephens upheld the GMEC's decision, and the resident grievance committee heard Dr. Irani's grievance on April 30, 2012. The grievance committee upheld the termination decision.

9.    By letter dated June 1, 2012, Charles Beamon, CEO of Palmetto Health, notified Dr. Irani that he found the termination to be proper and that he upheld the decision of the grievance committee.

10.    In May 2012, I learned that David Rothstein had sent a letter to various individuals threatening a lawsuit on behalf of Dr. Irani, and targeting me personally. See attached Exhibit A. Mr. Rothstein had previously filed a lawsuit against Palmetto Health, the University, me, and others on behalf of a former resident, Dr. Chad Lamoreaux, in which Mr. Rothstein sued and attacked me personally. At the time of Mr. Rothstein's May 2012 letter threatening litigation on behalf of Dr. Irani, I was a defendant in yet another lawsuit filed by Mr. Rothstein, this one on behalf of Dr. John Eady, in which, yet again, Mr. Rothstein sued and attacked me personally.

11.    On or about August 31, 2012, I learned, through legal counsel, of an email David Rothstein had sent to attorneys Kathy Helms and Shahin Vafai, attorneys who had represented Palmetto Health, the University, me, and others in Dr. Lamoreaux's lawsuit, and were representing Palmetto Heath, the University, me, and others in Dr. Eady's lawsuit. See attached

2

Exhibit B. In that email, Mr. Rothstein again threatened litigation, this time with specific

reference to Dr. Irani's attempts to enter a residency program elsewhere, and stated "I am sure

you will advise your clients about their potential liability for defamation, tortious interference,

and retaliation if they torpedo Dr. Irani's efforts to further his medical career."

12.    I did not provide any information about Dr. Irani to any residency program. In

late 2012, I received a call from someone about Dr. Irani, and I asked her to send her inquiry in

writing. I did not hear further from her.

13.    I was very relieved to learn, in approximately March 2013, that Dr. Irani had been

placed with a residency program. I thought that meant he would move on with his life and not

file a lawsuit against us.

14.    On May 28, 2013, Dr. Irani sent me an email, attached as Exhibit C, in which he

informed me that he was applying for a medical license in California, and asked me to fill out a

two-page form and mail it to the Medical Board of California. I sought, obtained, and followed

legal advice on the matter, and sent the Exhibit D documents to the Medical Board of California

on June 4, 2013. At all times, I was trying to balance my concerns about properly performing

my obligations as Program Director, being accurate in my submissions to the Medical Board of

California, and avoiding a lawsuit by Dr. Irani.

15.    While I was seeking and obtaining legal advice about a response to the Medical

Board of California, Dr. Irani texted me about the matter. On June 5, 2013, the day after I sent

the Exhibit D documents to the Medical Board of California, I received a FedEx package from

Dr. Irani reiterating his May 28, 2013, email request. I am aware that Kathy Helms thereafter

emailed David Rothstein on June 5, 2013, requesting that Dr. Irani not communicate directly

with me again, but rather that he communicate with Margie Bodie, Administrative Director for

Resident/Student Services at Palmetto Health. Ms. Helms also informed Mr. Rothstein that the

information Dr. Irani had requested be sent to the Medical Board of California had been sent.

16.     On Monday, June 17, 2013, I received a letter Dr. Irani had apparently hand-delivered to my office, in which he asked that I address some "errors" in the form I sent to the Medical Board of California on June 4, 2013.  See Exhibit E.  I again sought, obtained, and followed legal advice on the matter, and sent the Exhibit F documents to the Medical Board of California on June 17, 2013.  At all times, I was trying to balance my concerns about properly performing my obligations as Program Director, being accurate in my submissions to the Medical Board of California, and avoiding a lawsuit by Dr. Irani.

17.     Other than the documents attached hereto as Exhibits D and F, I have not submitted any documentation or other information to the Medical Board of California.  I have not submitted any documentation or other information to any other entity with whom Dr. Irani may have sought or obtained a license, residency, or employment.

I testify under penalty of perjury this _6th_ day of January, 2015, that the foregoing statements are true and correct.

_____
David E. Koon, Jr., M.D.

4



# ROTHSTEIN LAW FIRM, PA

*Certified Specialist in Employment and Labor Law*

David E. Rothstein
   derothstein@mindspring.com
   *Also licensed in North Carolina*

514 Pettigru Street
Greenville, SC 29601
Telephone: 864.232.5870
Facsimile: 864.241.1386

May 3, 2012



**VIA E-MAIL (katherine.stephens@palmettohealth.org)**
**AND U.S. MAIL**
Katherine G. Stephens, Ph.D., MBA, FACHE
Vice President, Medical Education and Research
ACGME Designated Institutional Official
Palmetto Health
Fifteen Medical Park, Suite 202
Five Richland Medical Park Drive
Columbia, SC 29203

      Re:    Afraaz Irani, M.D.

Dear Dr. Stephens:

     Dr. Afraaz Irani has hired my law firm to represent him in connection with his employment with, and recent termination from, the Orthopaedic Surgery Residency Program at Palmetto Health/USC School of Medicine. I understand that on Monday, April 30, 2012, Dr. Irani participated in a grievance committee hearing through the GMEC regarding his termination. Please take immediate steps to ensure that all recordings of the grievance hearing are preserved, along with any notes of the committee members or participants in the hearing. I anticipate that Dr. Irani's situation may end up in litigation, and the recording of the grievance hearing and any contemporaneous notes would likely contain crucial evidence regarding his case.

     Dr. Irani has related to me numerous problems that he has had, primarily with Dr. David E. Koon, Jr., during his relatively brief stint as a PGY-2 orthopaedic surgery resident. Approximately six weeks into his first true year of orthopaedic training, Dr. Irani was called into a very hostile and intimidating meeting by Dr. Koon, with the practice manager as a witness, where Dr. Koon told him that they have previously fired residents from the program, including a fifth-year resident approximately six months from his expected graduation, specifically referring to Dr. Chad Lamoreaux, my former client. I am shocked that Dr. Koon would invoke Dr. Lamoreaux's name during a remediation meeting with a new resident, as Dr. Lamoreaux's case has undoubtedly become a part of the folklore among the residents at Palmetto Health, especially in the orthopaedic surgery program. Dr. Koon's reference to Dr. Lamoreaux's unfortunate situation immediately caused Dr. Irani to assume (and understandably so) that he was being targeted for termination as well, not for constructive remediation.

Dr. Stephens
May 3, 2012
Page 2

     Dr. Koon's treatment of Dr. Irani has been, frankly, astounding and appears to be characterized by a pattern of humiliation and ridicule, rather than education and compassion. Dr. Koon repeatedly referred to Dr. Irani in front of others as "Achmed the Terrorist" and jokingly suggested that he might "blow the place up," in an offensive reference to Dr. Irani's mistakenly perceived middle eastern ethnicity. This outrageous behavior was particularly hurtful to Dr. Irani, because he is actually of Indian/Zoroastrian heritage, whose ancestors have historically been victims of religious persecution. Dr. Koon also repeatedly singled Dr. Irani out in group discussions and magnified every misstep that Dr. Irani made, while similar mistakes and behaviors by his colleagues have been overlooked or minimized.

     Dr. Irani's career dream of becoming a respected orthopaedic surgeon is in serious jeopardy because of a clearly dysfunctional relationship with Dr. Koon, which has now unfairly tarnished his reputation among his colleagues and other attendings. Although Dr. Irani will be the first one to admit that he has made some honest mistakes during his residency, he is still very early in his medical training, where residents should be encouraged to learn from their expected mistakes rather than be forced to live in constant fear of approbation from their supposed mentors and educators.

     I am writing in a good-faith effort to negotiate an amicable separation of Dr. Irani's relationship with the Palmetto Health/USC School of Medicine Orthopaedic Surgery Residency Program. Dr. Irani seeks to be restored to good standing with the program for the sole purpose of allowing him to transfer to another, mutually agreed upon residency program as a PGY-2 resident, where he can attempt to salvage his career goals. Dr. Irani remains hopeful that he can get his career back on track and make a fresh start with another program, without becoming embroiled in what would certainly be a costly, distracting, and damaging lawsuit.

     Please contact me or have the hospital's employment counsel to call me about this matter as soon as possible. I am hopeful that an early mediation session might be beneficial to all parties involved. I look forward to hearing from you soon.

Sincerely yours,

David E. Rothstein

cc:    Charles Beaman, CEO Palmetto Health
       John Singerling, President, Palmetto Health Richland
       Richard A. Hoppmann, M.D., Dean, USC School of Medicine
       Kathy Dudley Helms, Esq.
       Shahin Vafai, Esq., Esq.



From: David Rothstein [mailto:derothstein@mindspring.com]
Sent: Friday, August 31, 2012 10:34 AM
To: kathy.helms@ogletreedeakins.com
Cc: Shahin Vafai
Subject: Afraaz Irani, M.D.

Dear Kathy and Shahin.  Dr. Irani has applied for an opening for a PGY-2 position in an ophthalmology residency program, which I believe is in Boston.  I understand that this prospective program will likely contact Dr. Koon or others from the Palmetto Health/USC School of Medicine Orthopaedic Surgery program to get a reference for him or otherwise to discuss his employment there.  I hope that your clients will recognize the benefit of providing a response that will not hurt Dr. Irani's chances of getting that position.  I do not yet know if Dr. Irani intends to pursue legal claims against PH/USC-SOM or any of the individual doctors relating to his separation from the program; however he is attempting to mitigate his damages and to salvage his career as a clinical physician.  I am sure that you understand how difficult it is to move into a second residency program without having to start all over again from scratch at the PGY-1 level.  I am sure you will advise your clients about their potential liability for defamation, tortious interference, and retaliation if they torpedo Dr. Irani's efforts to further his medical career.  If you have any questions or would like to discuss this matter further, please do not hesitate to call me.  Dave.

David E. Rothstein
Certified Specialist in Employment and Labor Law (S.C.) (Also licensed in N.C.) Rothstein Law Firm, PA
514 Pettigru Street
Greenville, SC  29601
(864) 232-5870
(864) 241-1386 (fax)
derothstein@mindspring.com<mailto:derothstein@mindspring.com>
www.rothsteinlawfirm.com<http://www.rothsteinlawfirm.com>



From: Afraaz Irani [afraaz.irani@hotmail.com]
Sent: Tuesday, May 28, 2013 5:30 PM
To: David Koon
Subject: California Medical License

Dr. Koon,

I am applying for a medical license in California. The medical board asks that my program director fill out the attached two page form.

I know you are very busy and appreciate your help in advance.

The form has to be mailed directly from you to the California Medical Board (address at the bottom of the form).

Thank you,
Afraaz
Personal Information

<application_forms_l3a-l3b.pdf>

STATE AND CONSUMER SERVICES AGENCY- *Department of Consumer Affairs*                    EDMUND G. BROWN JR., *Governor*



## MEDICAL BOARD OF CALIFORNIA
### Licensing Program



# CERTIFICATE OF COMPLETION OF ACGME/RCPSC POSTGRADUATE TRAINING

To be completed by the facility for every medical school graduate completing postgraduate training in the United States or Canada.

Check one: ☒ **U.S. or Canadian Medical School Graduate**     ☐ **International Medical School Graduate**

| | | | MBC Use Only |
|---|---|---|---|
| **Type or Print Legibly** | **APPLICANT INFORMATION** | | |
| NAME:  Last  *IRANI* | First  *AFRAAZ* | Middle  *RUSTOM* | Personal Data ☐ |
| Date of Birth  (mm/dd/yyyy)  *Personal Information* | U.S. Social Security Number  *Personal Information* | Medical School of Graduation  *STANFORD UNIVERSITY SCHOOL OF MEDICINE* | |

**PROGRAM DIRECTOR TO COMPLETE ACGME OR RCPSC TRAINING INFORMATION**

ATTENTION PROGRAM DIRECTOR:  **Do not sign and date this form prior to the last day of any postgraduate training year which will be used by the applicant to qualify for licensure.** Completion of this form will certify that the applicant referenced above has satisfactorily completed a period of accredited postgraduate training at this facility and that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state. *The completed form must be mailed directly from the program to the Board.*

| | | Training Information |
|---|---|---|
| **Facility Name** | | ☐ |
| **Facility Address** | | ☐ |
| **Specialty** | ACGME 10-digit Program #  http://www.acgme.org/adspublic  _ _ _ _ _ _ _ _ _ _ | ☐  ☐ |
| **Dates of Training**  (mm/dd/yyyy) | Start Date:  _ _ / _ _ / _ _ _ _      End Date (or anticipated completion date):  _ _ / _ _ / _ _ _ _ | ☐  ☐ |

**UNUSUAL CIRCUMSTANCES**

| | | MBC |
|---|---|---|
| 1. Did the applicant receive partial or no credit for any postgraduate training year? | ☐ Yes ☐ No | ☐ |
| 2. Did the applicant ever take a leave of absence or break from his/her training? | ☐ Yes ☐ No | ☐ |
| 3. Was the applicant ever terminated, dismissed or expelled? | ☐ Yes ☐ No | ☐ |
| 4. Did the applicant ever resign? | ☐ Yes ☐ No | ☐ |
| 5. Was the applicant ever placed on probation? | ☐ Yes ☐ No | ☐ |
| 6. Was the applicant ever disciplined or placed under investigation? | ☐ Yes ☐ No | ☐ |
| 7. Were any incident reports regarding this applicant ever filed by instructors? | ☐ Yes ☐ No | ☐ |
| 8. Were any limitations or special requirements placed upon the applicant for clinical performance, professionalism, medical knowledge, discipline, or for any other reason? | ☐ Yes ☐ No | ☐ |
| 9. Did the program decline to renew or offer the applicant postgraduate training program contract for a following year? | ☐ Yes ☐ No | ☐ |

**Program Director:** Please provide a signed and dated letter of explanation for any "yes" response to questions # 1-9. The explanation must be provided on program letterhead and mailed directly to the Board with the Form L3A-L3B.                                   **L3A**

07A-100 (Rev. 10/2012)

2005 Evergreen Street, Suite 1200, Sacramento, CA  95815-3831 (916) 263-2382 (800) 633-2322 FAX: (916) 263-2487 www.mbc.ca.gov

| | MBC<br>Use Only |
|---|---|
| **GENERAL MEDICINE TRAINING REQUIREMENT** | |
| To qualify for licensure in California, applicants who are graduates of an international medical school must complete at least **four months** of postgraduate training in GENERAL MEDICINE as part of the requirement. Applicants who are graduates of a U.S. or Canadian medical school, who have not completed postgraduate training required for licensure by July 1, 1990, must also complete **four months** of training in GENERAL MEDICINE prior to licensure. The GENERAL MEDICINE requirement may be satisfied by actual clinical practice where the applicant had direct patient care responsibilities for at least four months in any particular specialty or sub-specialty area. | General<br>Medicine |
| 10. Did the applicant named on the L3A form complete a minimum of four months of general medicine as part of this postgraduate training program accredited by the ACGME or the RCPSC?  ☐ Yes ☐ No | ☐ |
| **PROGRAM DIRECTOR OFFICIAL CERTIFICATION** | |

**NOTE:** The completed Form L3A-L3B must be mailed directly from the program to the Board to be acceptable.

The program director signing this form is formally certifying and documenting under penalty of perjury that the applicant received instruction appropriate for the particular postgraduate level and that he/she satisfactorily completed periods of training in accordance with the accepted standards and the criteria defined as equating to satisfactory performance. The program director is attesting to the fact that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state.

*I hereby declare under penalty of perjury under the laws of the State of California that all of the information contained on these forms is true and correct. I further certify that the training program is accredited by the ACGME or the RCPSC to offer the type and level of training completed by the applicant named on the Form L3A, and the applicant was trained in an ACGME or RCPSC slotted program position.*

PRINTED NAME OF PROGRAM DIRECTOR _____     Email Address _____

| Program<br>Director's<br>Signature &<br>Date |
|---|
| ☐ |

SIGNATURE OF PROGRAM DIRECTOR _____     DATE _____     Phone Number _____
(Signature Stamp is Not Acceptable)

**ATTENTION PROGRAM DIRECTOR:** THE PERSON WHO SIGNS THIS FORM MAY NOT BE RELATED TO THE APPLICANT BY BLOOD, MARRIAGE, OR ADOPTION. Only the Program Director may sign this form. If that signature authority is being delegated to another person, evidence of that delegation must be attached to this form (may be a photocopy). Such delegation must be on official letterhead and must be dated within the last 12 months.

**NOTE:** If a hospital seal is not available, the program director shall also sign in the section below in the presence of a notary public.

| Program<br>Director's<br>Signature |
|---|
| ☐ |

SIGNATURE OF PROGRAM DIRECTOR: _____
(Please sign full name in presence of notary)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20_____,

by, _____ proved to me on the basis of satisfactory evidence
(Print program director's name)

to be the person who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

HOSPITAL or NOTARY SEAL

| Notary<br>Signature &<br>Seal |
|---|
| ☐ |
| Hospital<br>Seal |
| ☐ |

**L3B**

*NOTE: The completed form must be mailed directly from the program to the Board to be acceptable.*



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE

UNIVERSITY SPECIALTY CLINICS®

EXHIBIT

_____D_____

04 JUN 13

Re: Dr Afraaz Irani

To Whom It May Concern:

Dr. Irani satisfactorily completed training from 01 July 2010 through 14 August 2011.

We will be happy to respond to any further requests if accompanied by a release from Dr. Irani.

David Koon, Jr., MD
Program Director
Palmetto Health / USC SoM Orthopaedic Residency Program

*DEPARTMENT OF ORTHOPAEDIC SURGERY*
Two Medical Park, Suite 404, Columbia, SC 29203
803-434-6812, FAX 803-434-7306

STATE AND CONSUMER SERVICES AGENCY- *Department of Consumer Affairs*          EDMUND G. BROWN JR., *Governor*



# MEDICAL BOARD OF CALIFORNIA
### Licensing Program



## CERTIFICATE OF COMPLETION OF ACGME/RCPSC POSTGRADUATE TRAINING

To be completed by the facility for every medical school graduate completing postgraduate training in the United States or Canada.

Check one: [✓] **U.S. or Canadian Medical School Graduate**     [ ] **International Medical School Graduate**

| | | | MBC Use Only |
|---|---|---|---|
| **APPLICANT INFORMATION** *Type or Print Legibly* | | | |
| NAME:   Last *IRANI* | First *AFRAAZ* | Middle *R* | Personal Data [ ] |
| **Date of Birth (mm/dd/yyyy)** | **U.S. Social Security Number** | **Medical School of Graduation** | |
| Personal Information | Personal Information | *STANFORD UNIVERSITY* | |

**PROGRAM DIRECTOR TO COMPLETE ACGME OR RCPSC TRAINING INFORMATION**

ATTENTION PROGRAM DIRECTOR:  <u>Do not sign and date this form prior to the last day of any postgraduate training year which will be used by the applicant to qualify for licensure.</u>  Completion of this form will certify that the applicant referenced above has satisfactorily completed a period of accredited postgraduate training at this facility and that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state. *The completed form must be mailed directly from the program to the Board.*

| | | | | Training Information |
|---|---|---|---|---|
| Facility Name | Palmetto Health / Univ of South Carolina School of Medicine | | | [ ] |
| Facility Address | 2 Med Park, Ste 404, Columbia SC 29203 | | | [ ] |
| Specialty | Orthopaedics | **ACGME 10-digit Program #** http://www.acgme.org/adspublic   2604532263 | | [ ] [ ] |
| Dates of Training (mm/dd/yyyy) | Start Date: 07/01/2010 | End Date (or anticipated completion date): 04/10/2012 | | [ ] [ ] |

**UNUSUAL CIRCUMSTANCES**

| | | |
|---|---|---|
| 1. Did the applicant receive partial or no credit for any postgraduate training year? | [✓] Yes [ ] No | [ ] |
| 2. Did the applicant ever take a leave of absence or break from his/her training? | [✓] Yes [ ] No | [ ] |
| 3. Was the applicant ever terminated, dismissed or expelled? | [✓] Yes [ ] No | [ ] |
| 4. Did the applicant ever resign? | [ ] Yes [✓] No | [ ] |
| 5. Was the applicant ever placed on probation? N/A: *Program does not use "probation"* | [ ] Yes [ ] No | [ ] |
| 6. Was the applicant ever disciplined or placed under investigation? | [✓] Yes [ ] No | [ ] |
| 7. Were any incident reports regarding this applicant ever filed by instructors? | [ ] Yes [✓] No | [ ] |
| 8. Were any limitations or special requirements placed upon the applicant for clinical performance, professionalism, medical knowledge, discipline, or for any other reason? | [✓] Yes [ ] No | [ ] |
| 9. Did the program decline to renew or offer the applicant postgraduate training program contract for a following year? N/A | [ ] Yes [ ] No | [ ] |

*Program Director*:  Please provide a signed and dated letter of explanation for any "yes" response to questions # 1-9.  The explanation must be provided on program letterhead and mailed directly to the Board with the Form L3A-L3B.     **L3A**

07A-100 (Rev. 10/2012)

2005 Evergreen Street, Suite 1200, Sacramento, CA  95815-3831 (916) 263-2382 (800) 633-2322 FAX: (916) 263-2487 www.mbc.ca.gov

| | MBC Use Only |
|---|---|
| **GENERAL MEDICINE TRAINING REQUIREMENT** | |

To qualify for licensure in California, applicants who are graduates of an international medical school must complete **at least four months** of postgraduate training in GENERAL MEDICINE as part of the requirement. Applicants who are graduates of a U.S. or Canadian medical school, who have not completed postgraduate training required for licensure by July 1, 1990, must also complete **four months** of training in GENERAL MEDICINE prior to licensure. The GENERAL MEDICINE requirement may be satisfied by actual clinical practice where the applicant had direct patient care responsibilities for at least four months in any particular specialty or sub-specialty area.

General Medicine

10. Did the applicant named on the L3A form complete a minimum of four months of general medicine as part of this postgraduate training program accredited by the ACGME or the RCPSC?     ☑ Yes  ☐ No     ☐

**PROGRAM DIRECTOR OFFICIAL CERTIFICATION**

NOTE: The completed Form L3A-L3B must be mailed directly from the program to the Board to be acceptable.

The program director signing this form is formally certifying and documenting under penalty of perjury that the applicant received instruction appropriate for the particular postgraduate level and that he/she satisfactorily completed periods of training in accordance with the accepted standards and the criteria defined as equating to satisfactory performance. The program director is attesting to the fact that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state.

*I hereby declare under penalty of perjury under the laws of the State of California that all of the information contained on these forms is true and correct. I further certify that the training program is accredited by the ACGME or the RCPSC to offer the type and level of training completed by the applicant named on the Form L3A, and the applicant was trained in an ACGME or RCPSC slotted program position.*

DAVID KOON, JR., MD

david.koon@uscmed.sc.edu

PRINTED NAME OF PROGRAM DIRECTOR                Email Address

                03 Jun 13          (803) 434-6879

SIGNATURE OF PROGRAM DIRECTOR         DATE        Phone Number
(Signature Stamp Is Not Acceptable)

Program Director's Signature & Date

☐

**ATTENTION PROGRAM DIRECTOR**: THE PERSON WHO SIGNS THIS FORM MAY NOT BE RELATED TO THE APPLICANT BY BLOOD, MARRIAGE, OR ADOPTION. Only the Program Director may sign this form. If that signature authority is being delegated to another person, evidence of that delegation must be attached to this form (may be a photocopy). Such delegation must be on official letterhead and must be dated within the last 12 months.

NOTE: If a hospital seal is not available, the program director shall also sign in the section below in the presence of a notary public.

Program Director's Signature

☐

SIGNATURE OF PROGRAM DIRECTOR: _David C Koon Jr MD_
                                    (Please sign full name in presence of notary)

State of _South Carolina_

County of _Richland_

Subscribed and sworn to (or affirmed) before me on this _3rd_ day of _June_, 20 _13_,

by, _David Koon Jr, MD_ proved to me on the basis of satisfactory evidence
        (Print program director's name)

to be the person who appeared before me.

Notary Signature & Seal

☐

| HOSPITAL or NOTARY SEAL    10/24/14 |
|---|

_Kathryn Noris Young_
SIGNATURE OF NOTARY PUBLIC

Hospital Seal

☐

**L3B**

NOTE: The completed form must be mailed directly from the program to the Board to be acceptable.



Afraaz Irani

Personal Information

Santa Clara, CA 95050

David E Koon, Jr, MD
Palmetto Health USC
Ste 404
Two Medical Park
Columbia, SC 29203

Dr. Koon,

I received an email from the California Medical Board advising me that forms L3A/B that you filled out previously had a few errors (please see next page).

I know you are busy, and I apologize that you have to fill the form out again. If you could look into the matter and mail it in, I would appreciate it.

Thank you for your time,
Afraaz

Personal Information

From: Maria.Acosta@mbc.ca.gov

To: afraaz.irani@hotmail.com
Subject: RE: Afraaz Irani, M.D.
Date: Tue, 11 Jun 2013 17:08:36 +0000

Hello:

I received the L3A/B document from Palmetto Health. It turns out they did
not complete all the questions on the L3A form. They will need to
complete both pages of the document pages L3A/B in its entirety to be
accepted.

1.     They did not answer question #5, & 9. Which if they do not applied
must still be answered in the negative if it did not affect you.
2.     Also the questions that they did answer positive were not explained
on a letter on letterhead signed and dated by the current program
director.
3.     The ACGME code which was entered is incorrect.
4.     The Board will need a new L3A/B completed in its entirety.

If the Board does not receive the above information as requested it will
delay me from submitting your file a.s.a.p to QA for final review. Please
make sure to stress to the program that all questions must be answered.
We must have a letter (on letterhead) of explanation for any and all
positive answers to the questions, signed and dated by the current program
director.

Thank you,

Maria H. Acosta
Management Service Technician
Medical Board of California
2005 Evergreen Street, Ste 1200
Sacramento, CA 95815
(916)263-2448  FAX (916)263-2944

STATE AND CONSUMER SERVICES AGENCY- *Department of Consumer Affairs*                    EDMUND G. BROWN JR., *Governor*



## MEDICAL BOARD OF CALIFORNIA
### Licensing Program



## CERTIFICATE OF COMPLETION OF ACGME/RCPSC POSTGRADUATE TRAINING

To be completed by the facility for every medical school graduate completing postgraduate training in the United States or Canada.

Check one: ☒ U.S. or Canadian Medical School Graduate      ☐ International Medical School Graduate

| APPLICANT INFORMATION | | | MBC Use Only |
|---|---|---|---|
| Type or Print Legibly | | | |
| NAME:  Last | First | Middle | Personal Data |
| IRANI | AFRAAZ | RUSTOM | ☐ |
| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Medical School of Graduation | |
| Personal Information | Personal Information | STANFORD UNIVERSITY School OF MEDICINE | |

**PROGRAM DIRECTOR TO COMPLETE ACGME OR RCPSC TRAINING INFORMATION**

**ATTENTION PROGRAM DIRECTOR:** Do not sign and date this form prior to the last day of any postgraduate training year which will be used by the applicant to qualify for licensure. Completion of this form will certify that the applicant referenced above has satisfactorily completed a period of accredited postgraduate training at this facility and that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state. *The completed form must be mailed directly from the program to the Board.*

|  | | Training Information |
|---|---|---|
| **Facility Name** | | ☐ |
| **Facility Address** | | ☐ |
| **Specialty** | **ACGME 10-digit Program #**  http://www.acgme.org/adspublic    _ _ _ _ _ _ _ _ _ _ | ☐  ☐ |
| **Dates of Training** (mm/dd/yyyy) | Start Date:  _ _ / _ _ / _ _ _ _    End Date (or anticipated completion date):  _ _ / _ _ / _ _ _ _ | ☐  ☐ |

**UNUSUAL CIRCUMSTANCES**

| | | |
|---|---|---|
| 1. Did the applicant receive partial or no credit for any postgraduate training year? | ☐ Yes ☐ No | ☐ |
| 2. Did the applicant ever take a leave of absence or break from his/her training? | ☐ Yes ☐ No | ☐ |
| 3. Was the applicant ever terminated, dismissed or expelled? | ☐ Yes ☐ No | ☐ |
| 4. Did the applicant ever resign? | ☐ Yes ☐ No | ☐ |
| 5. Was the applicant ever placed on probation? | ☐ Yes ☐ No | ☐ |
| 6. Was the applicant ever disciplined or placed under investigation? | ☐ Yes ☐ No | ☐ |
| 7. Were any incident reports regarding this applicant ever filed by instructors? | ☐ Yes ☐ No | ☐ |
| 8. Were any limitations or special requirements placed upon the applicant for clinical performance, professionalism, medical knowledge, discipline, or for any other reason? | ☐ Yes ☐ No | ☐ |
| 9. Did the program decline to renew or offer the applicant postgraduate training program contract for a following year? | ☐ Yes ☐ No | ☐ |

*Program Director:* Please provide a signed and dated letter of explanation for any "yes" response to questions # 1-9. The explanation must be provided on program letterhead and mailed directly to the Board with the Form L3A-L3B.

L3A

07A-100 (Rev. 10/2012)

2005 Evergreen Street, Suite 1200, Sacramento, CA 95815-3831 (916) 263-2382 (800) 633-2322 FAX: (916) 263-2487 www.mbc.ca.gov

| | MBC Use Only |
|---|---|

## GENERAL MEDICINE TRAINING REQUIREMENT

To qualify for licensure in California, applicants who are graduates of an international medical school must complete at least four months of postgraduate training in GENERAL MEDICINE as part of the requirement. Applicants who are graduates of a U.S. or Canadian medical school, who have not completed postgraduate training required for licensure by July 1, 1990, must also complete **four months** of training in GENERAL MEDICINE prior to licensure. The GENERAL MEDICINE requirement may be satisfied by actual clinical practice where the applicant had direct patient care responsibilities for at least four months in any particular specialty or sub-specialty area.

General Medicine

| 10. Did the applicant named on the L3A form complete a minimum of four months of general medicine as part of this postgraduate training program accredited by the ACGME or the RCPSC? | ❏ Yes ❏ No | ❏ |
|---|---|---|

## PROGRAM DIRECTOR OFFICIAL CERTIFICATION

**NOTE:** The completed Form L3A-L3B must be mailed directly from the program to the Board to be acceptable.

The program director signing this form is formally certifying and documenting under penalty of perjury that the applicant received instruction appropriate for the particular postgraduate level and that he/she satisfactorily completed periods of training in accordance with the accepted standards and the criteria defined as equating to satisfactory performance. The program director is attesting to the fact that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state.

*I hereby declare under penalty of perjury under the laws of the State of California that all of the information contained on these forms is true and correct. I further certify that the training program is accredited by the ACGME or the RCPSC to offer the type and level of training completed by the applicant named on the Form L3A, and the applicant was trained in an ACGME or RCPSC slotted program position.*

Program Director's Signature & Date

❏

| PRINTED NAME OF PROGRAM DIRECTOR | Email Address |
|---|---|

| SIGNATURE OF PROGRAM DIRECTOR (Signature Stamp is Not Acceptable) | DATE | Phone Number |
|---|---|---|

**ATTENTION PROGRAM DIRECTOR:** THE PERSON WHO SIGNS THIS FORM <u>MAY NOT</u> BE RELATED TO THE APPLICANT BY BLOOD, MARRIAGE, OR ADOPTION. Only the Program Director may sign this form. If that signature authority is being delegated to another person, evidence of that delegation must be attached to this form (may be a photocopy). Such delegation must be on official letterhead and must be dated within the last 12 months.

**NOTE:** If a hospital seal is not available, the program director shall also sign in the section below in the presence of a notary public.

Program Director's Signature

❏

SIGNATURE OF PROGRAM DIRECTOR: _____
(Please sign full name in presence of notary)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20_____,

by, _____ proved to me on the basis of satisfactory evidence
(Print program director's name)

to be the person who appeared before me.

| | HOSPITAL or NOTARY SEAL |
|---|---|

_____
SIGNATURE OF NOTARY PUBLIC

Notary Signature & Seal

❏

Hospital Seal

❏

**L3B**

**NOTE:** *The completed form must be mailed directly from the program to the Board to be acceptable.*



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE

UNIVERSITY SPECIALTY CLINICS®



17 JUN 13

Re: Dr. Afraaz Irani

To Whom It May Concern:

Dr. Irani satisfactorily completed his internship (PGY-1) from 01 JUL 10 – 30 JUN 11.

Dr. Irani underwent GMEC–directed academic remediation during his PGY2 year. He failed to complete the GMEC-directed remediation measures and was terminated from his position on 10 APR 11 (questions 3,6,8). He was not offered a renewal of his contract for the following year (question 9). Dr. Irani satisfactorily completed one month of his PGY-2 training from 01 JUL 11 – 10 APR 11 (question 1). During his PGY-2 year he was placed on Palmetto Health Level III academic remediation which included a leave of absence from his clinical duties (question 2).

David Koon, Jr., MD
Program Director
PH/USC SoM Orthopaedic Surgery Residency Program

*DEPARTMENT OF ORTHOPAEDIC SURGERY*
**Two Medical Park, Suite 404, Columbia, SC 29203**
**803-434-6812, FAX 803-434-7306**

STATE AND CONSUMER SERVICES AGENCY- *Department of Consumer Affairs*    EDMUND G. BROWN JR., *Governor*



# MEDICAL BOARD OF CALIFORNIA
### Licensing Program



## CERTIFICATE OF COMPLETION OF ACGME/RCPSC POSTGRADUATE TRAINING

To be completed by the facility for every medical school graduate completing postgraduate training in the United States or Canada.

Check one: ☑ **U.S. or Canadian Medical School Graduate**    ☐ **International Medical School Graduate**

| Type or Print Legibly | APPLICANT INFORMATION | | MBC Use Only |
|---|---|---|---|
| **NAME:**   Last   IRANI | First   AFRAAZ | Middle   RUSTOM | |
| **Date of Birth** (mm/dd/yyyy)   Personal Information | **U.S. Social Security Number**   Personal Information | **Medical School of Graduation**   STANDFORD UNIVERSITY | Personal Data ☐ |

**PROGRAM DIRECTOR TO COMPLETE ACGME OR RCPSC TRAINING INFORMATION**

ATTENTION PROGRAM DIRECTOR: <u>Do not sign and date this form prior to the last day of any postgraduate training year which will be used by the applicant to qualify for licensure.</u>  Completion of this form will certify that the applicant referenced above has satisfactorily completed a period of accredited postgraduate training at this facility and that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state.  *The completed form must be mailed directly from the program to the Board.*

| | | Training Information |
|---|---|---|
| **Facility Name** | PALMETTO HEALTH / USC School of Medicine | ☐ |
| **Facility Address** | 2 MED PARK STE 404 COLUMBIA SC 29203 | ☐ |
| **Specialty** ORTHOPAEDICS | **ACGME 10-digit Program #** http://www.acgme.org/adspublic   2 6 0 4 5 3 1 1 6 3 | ☐  ☐ |
| **Dates of Training** (mm/dd/yyyy) | Start Date: 07 / 01 / 2010    End Date (or anticipated completion date): 04 / 10 / 2012 | ☐  ☐ |

**UNUSUAL CIRCUMSTANCES**

| | | |
|---|---|---|
| 1.  Did the applicant receive partial or no credit for any postgraduate training year? | ☑ Yes ☐ No | ☐ |
| 2.  Did the applicant ever take a leave of absence or break from his/her training? | ☑ Yes ☐ No | ☐ |
| 3.  Was the applicant ever terminated, dismissed or expelled? | ☑ Yes ☐ No | ☐ |
| 4.  Did the applicant ever resign? | ☐ Yes ☑ No | ☐ |
| 5.  Was the applicant ever placed on probation? | ☐ Yes ☑ No | ☐ |
| 6.  Was the applicant ever disciplined or placed under investigation? | ☑ Yes ☐ No | ☐ |
| 7.  Were any incident reports regarding this applicant ever filed by instructors? | ☐ Yes ☑ No | ☐ |
| 8.  Were any limitations or special requirements placed upon the applicant for clinical performance, professionalism, medical knowledge, discipline, or for any other reason? | ☑ Yes ☐ No | ☐ |
| 9.  Did the program decline to renew or offer the applicant postgraduate training program contract for a following year? | ☑ Yes ☐ No | ☐ |

*Program Director*:  Please provide a signed and dated letter of explanation for any "yes" response to questions # 1-9.  The explanation must be provided on program letterhead and mailed directly to the Board with the Form L3A-L3B.    **L3A**

07A-100 (Rev. 10/2012)

| | MBC Use Only |
|---|---|

## GENERAL MEDICINE TRAINING REQUIREMENT

To qualify for licensure in California, applicants who are graduates of an international medical school must complete at least **four months** of postgraduate training in GENERAL MEDICINE as part of the requirement. Applicants who are graduates of a U.S. or Canadian medical school, who have not completed postgraduate training required for licensure by July 1, 1990, must also complete **four months** of training in GENERAL MEDICINE prior to licensure. The GENERAL MEDICINE requirement may be satisfied by actual clinical practice where the applicant had direct patient care responsibilities for at least four months in any particular specialty or sub-specialty area.

*General Medicine*

10. Did the applicant named on the L3A form complete a minimum of four months of general medicine as part of this postgraduate training program accredited by the ACGME or the RCPSC?

☑ Yes ☐ No

☐

## PROGRAM DIRECTOR OFFICIAL CERTIFICATION

**NOTE:** The completed Form L3A-L3B must be mailed directly from the program to the Board to be acceptable.

The program director signing this form is formally certifying and documenting under penalty of perjury that the applicant received instruction appropriate for the particular postgraduate level and that he/she satisfactorily completed periods of training in accordance with the accepted standards and the criteria defined as equating to satisfactory performance. The program director is attesting to the fact that the applicant has acquired the skill and qualifications necessary to safely assume the unrestricted practice of medicine in this state.

*I hereby declare under penalty of perjury under the laws of the State of California that all of the information contained on these forms is true and correct. I further certify that the training program is accredited by the ACGME or the RCPSC to offer the type and level of training completed by the applicant named on the Form L3A, and the applicant was trained in an ACGME or RCPSC slotted program position.*

DAVID KOON, MD

david.koon@uscmed.sc.edu

*Program Director's Signature & Date*

PRINTED NAME OF PROGRAM DIRECTOR — Email Address

D Koon MD          17 June 13          (803) 434-6879

☐

SIGNATURE OF PROGRAM DIRECTOR          DATE          Phone Number
(Signature Stamp Is Not Acceptable)

**ATTENTION PROGRAM DIRECTOR:** THE PERSON WHO SIGNS THIS FORM <u>MAY NOT</u> BE RELATED TO THE APPLICANT BY BLOOD, MARRIAGE, OR ADOPTION. Only the Program Director may sign this form. If that signature authority is being delegated to another person, evidence of that delegation must be attached to this form (may be a photocopy). Such delegation must be on official letterhead and must be dated within the last 12 months.

**NOTE:** If a hospital seal is not available, the program director shall also sign in the section below in the presence of a notary public.

*Program Director's Signature*

☐

SIGNATURE OF PROGRAM DIRECTOR: _____
(Please sign full name in presence of notary)

State of _____

County of _____

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20_____,

by, _____ proved to me on the basis of satisfactory evidence
(Print program director's name)

to be the person who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

*Notary Signature & Seal*

☐

*Hospital Seal*

☐

| HOSPITAL or NOTARY SEAL |
|---|

**L3B**

*NOTE: The completed form must be mailed directly from the program to the Board to be acceptable.*