# Exhibit A

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA
                    COLUMBIA DIVISION
```

Afraaz R. Irani, M.D.,            )
                                  )   C/A No. 3:14-cv-03577-CMC-KDW
    Plaintiff,                 )
                                  )
vs.                               )
                                  )
Palmetto Health;                  )
University of South               )
School of Medicine;               )                 COPY
David E. Koon, Jr.,               )
M.D., in his individual           )
capacity; and John J.             )
Walsh, IV, M.D., in his           )
individual capacity,              )
                                  )
    Defendants.                )
_____    )

                         DEPOSITION OF

                   R. CAUGHMAN TAYLOR, M.D.

                      *****************

                    Wednesday, April 15, 2015
                    10:41 a.m. - 12:32 p.m.

The deposition of R. CAUGHMAN TAYLOR, M.D., taken on behalf of the Plaintiff at the offices of the South Carolina Bar Conference Center, 2nd Floor, 1501 Park Street, Columbia, South Carolina, on the 15th day of April, 2015, before Lyn A. Hudson, Court Reporter and Notary Public in and for the State of South Carolina, pursuant to Notice of Deposition and/or agreement of counsel.

```
 1  Q:   Does each specialty or subspecialty have an RRC that
 2       that has their own program requirements for that
 3       particular designation?
 4  A:   Yes, sir.  They have their specific program
 5       requirements.
 6  Q:   Okay.  Let me mark a document as Exhibit 1.  I've only
 7       got two extra copies down there for the lawyers.
 8  (Plaintiff's Exhibit Number 1 was marked for identification
 9  purposes.)
10  Q:   Do you recognize Exhibit 1, Dr. Caughman?  I mean,
11       Dr. Taylor?
12  A:   Yes, sir.
13  Q:   And that's an affidavit that you prepared in this case;
14       is that right?
15  A:   That was prepared for me by legal counsel.  Yes, sir.
16  Q:   Was that prepared by Mr. Stanley's office or by
17       Ms. Thomas's office?
18  A:   I do not recall or, I'm not sure.
19  Q:   Okay.  Do you know what the purpose of this affidavit
20       is or was?
21  A:   I think it was to determine or state what the
22       relationship was for Dr. Irani with the School of
23       Medicine.
24  Q:   Are you aware that this document has been submitted to
25       the United States District Court in this case?
```

```
 1  A:  Not until you just told me.
 2  Q:  Do you see the caption of the case at the top, Afraaz
 3      R. Irani, M.D. versus Palmetto Health and others?
 4  A:  Yes, sir.
 5  Q:  And it's in the United States District Court for the
 6      District of South Carolina?
 7  A:  Yes, sir.
 8  Q:  Did you read this affidavit before you signed it?
 9  A:  Yes, sir.
10  Q:  Was it true and accurate to the best of your abilities
11      or knowledge?
12  A:  Yes, sir.
13  Q:  What did you do to confirm that the statements in this
14      affidavit are true?
15  A:  Discussed with legal counsel.
16  Q:  How did you confirm that Dr. Irani -- let me ask first.
17      Other than discussions with legal counsel, did you do
18      anything else in terms of making yourself familiar with
19      this situation or researching the situation in
20      preparing your affidavit?
21  A:  No, sir.
22  Q:  How did you confirm that Dr. Irani was not employed by
23      the University of South Carolina School of Medicine?
24  A:  Because none of the residents are.
25  Q:  What does the word employed mean to you?
```

Allen Court Reporting

```
1   A:   That you are paid by that institution.
2   Q:   Can you be an employee of somewhere without being paid
3        directly by that institution?
4             MS. THOMAS:  Object to the form.
5   A:   I wouldn't know.
6   BY MR. ROTHSTEIN:
7   Q:   Are you, I assume you're not a lawyer?
8   A:   No, sir.
9   Q:   Have you ever had any type of legal training or
10       education?
11  A:   No, sir.
12  Q:   Okay.  Do you know what the legal definition of being
13       employed under South Carolina is?
14  A:   No, sir.
15  Q:   Do you know what the legal definition of being employed
16       for federal law is?
17  A:   No, sir.
18  Q:   All right.  So when you said that you confirmed Dr.
19       Irani was never employed by the University of South
20       Carolina School of Medicine, that meant that he was
21       never paid directly from the University of South
22       Carolina School of Medicine; is that right?
23            MS. THOMAS:  Objection.
24  BY MR. ROTHSTEIN:
25  Q:   For any work that he did?
```

```
 1          State of South Carolina while acting within the course
 2          and scope of their employment?
 3   A:     Yes, sir.
 4   Q:     Do you believe that's why you were dismissed from the
 5          case?
 6              MS. THOMAS:  Object to the form.
 7              MS. HELMS:   Object to the form.
 8   A:     No, sir.
 9   BY MR. ROTHSTEIN:
10   Q:     Okay.  Did the case continue against the University of
11          South Carolina School of Medicine after you were
12          dropped from the case?
13              MS. THOMAS:  Object to the form.
14   A:     I don't know.
15   BY MR. ROTHSTEIN:
16   Q:     Now looking at paragraph four of your affidavit, what
17          did you do to confirm that Dr. Irani never had a
18          contract with the University of South Carolina School
19          of Medicine?
20   A:     Confirmed with legal counsel.
21   Q:     Anything other than talking to the lawyers for the USC
22          School of Medicine?
23   A:     No, sir.
24   Q:     Do you know, do you know whether an employment contract
25          can be implied under South Carolina law by the issuance
```

```
 1      of an employee handbook or policy manual?
 2           MS. THOMAS:  Object to the form.
 3           MS. HELMS:   Object to the form.
 4  A:   No, sir.
 5  (Plaintiff's Exhibit Number 2 was marked for identification
 6  purposes.)
 7  Q:   Show you Exhibit 2.  Have you ever seen Exhibit 2
 8       before?
 9  A:   No, sir.
10  Q:   Does your department at the USC Pediatrics Department
11       have a residency manual?
12  A:   Yes, sir.
13  Q:   Does it look similar to this Exhibit 2 other than the
14       fact that this one is for the orthopaedics, Orthopaedic
15       Surgery Department?
16  A:   There's similarities.  Yes, sir.
17  Q:   You've never seen this document or a portion of this
18       document before?
19  A:   No, sir.
20  Q:   Okay.  So when you said there was no contract between
21       Dr. Irani and the University of South Carolina School
22       of Medicine, you didn't consider the possibility that
23       this document could create an employment contract, did
24       you?
25           MS. THOMAS:  Object to the form.
```

```
 1  A:   Again, I discussed it all with legal counsel.
 2  BY MR. ROTHSTEIN:
 3  Q:   My question is when you made that statement in your
 4       affidavit you didn't consider whether the residency
 5       manual or the residency handbook could create an
 6       employment contract between USC and Dr. Irani, did you?
 7            MS. THOMAS:  Object to the form.
 8  A:   I would have no reason to know that or expect that.  I
 9       would have thought that legal counsel or our GME
10       offices would advise anyone of that.
11  BY MR. ROTHSTEIN:
12  Q:   So in your affidavit when you stated that the
13       statements in there are based on your own personal
14       knowledge, that wasn't true, was it?
15  A:   No, sir.  That was true.
16  Q:   Okay.  What is your personal knowledge about whether
17       the residency manual under orthopaedic surgery could be
18       a contract of employment between Dr. Irani and USC?
19            MS. THOMAS:  Object to the form.
20  A:   As I've stated I don't know law.  But I've always been
21       told that they were employed by Palmetto Health, knew
22       the checks and benefits came from there and any salary
23       increases and everything.  So in simple terms and being
24       a personal understanding was that they were employed by
25       Palmetto Health.  And we were always told that.
```