IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Afraaz R. Irani, M.D., | ) | C/A No. 3:14-cv-03577-CMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S NOTICE OF FILING** |
| | ) | **RESPONSES TO DEFENDANT** |
| Palmetto Health; University of South | ) | **PALMETTO HEALTH'S** |
| Carolina School of Medicine; David E. | ) | **FIRST SET OF REQUESTS FOR** |
| Koon, Jr., M.D., in his individual | ) | **PRODUCTION** |
| capacity; and John J. Walsh, IV, M.D., | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, Afraaz R. Irani, M.D., by and through his undersigned counsel, hereby files this Notice of Filing Responses to Defendant Palmetto Health's First Set of Requests for Production, pursuant to the Court's Text Order of May 14, 2015 [Dkt. No. 74]. Attached hereto is a copy of Plaintiff's Responses to Defendant Palmetto Health's First Request for Production, along with the cover letter, which responses were served on Defendants' counsel by e-mail and by regular mail on Wednesday, May 20, 2015.

\* \* \*

                                                                      Respectfully submitted,

                                                                      _s/ David E. Rothstein_____
                                                                      David E. Rothstein, Fed. ID No. 6695
                                                                      ROTHSTEIN LAW FIRM, PA
                                                                      1312 Augusta Street
                                                                      Greenville, South Carolina 29605
                                                                      (864) 232-5870 (O)
                                                                      (864) 241-1386 (Facsimile)
                                                                      derothstein@mindspring.com

                                                                      Attorney for Plaintiff, Afraaz R. Irani, M.D.

May 21, 2015

Greenville, South Carolina.

2