# Exhibit D

# David Rothstein

| | |
|---|---|
| **From:** | David Rothstein <drothstein@rothsteinlawfirm.com> |
| **Sent:** | Monday, January 26, 2015 6:29 PM |
| **To:** | Kathryn Thomas (KThomas@gsblaw.net) (KThomas@gsblaw.net) |
| **Cc:** | kathy.helms@ogletreedeakins.com |
| **Subject:** | Irani v. Palmetto Health et al. |

Dear Kathryn. I have had a chance to review your discovery responses, and I am frankly shocked at your failure or refusal to respond to Plaintiff's interrogatories and requests for production in a manner that remotely resembles good faith. I do not understand why you required an extension to object to 13 out of 16 interrogatories in Plaintiff's First Set of Interrogatories. You also have not provided a single document in response to the requests for production. The scheduling order in this case requires an informal telephone conference with Judge Currie before the filing of a motion to compel. Please let me know what your availability is like this week so that I can contact Judge Currie's chambers to schedule this telephone conference. Thank you. Dave.

David E. Rothstein
Certified Specialist in Employment and Labor Law (S.C.)
(Also licensed in N.C.)
Rothstein Law Firm, PA
**[Please Note New Address Effective July 1, 2014:]**
1312 Augusta Street
Greenville, SC  29605
(864) 232-5870
(864) 241-1386 (facsimile)
drothstein@rothsteinlawfirm.com
derothstein@mindspring.com
www.rothsteinlawfirm.com