**Exhibit C**

# DEPARTMENT OF ORTHOPAEDIC SURGERY
## RESIDENCY MANUAL

## TABLE OF CONTENTS

INTRODUCTION.................................................................................... 4
Educational Goals 4
Mission 4
Team Concept 5
ORTHOPAEDIC ROTATIONS 6
General Residency Requirements 7
Program Requirements (ACGME) 7

DEPARTMENTAL POLICIES ............................................................... 31
Secretarial/Auxiliary Support 31
   Levels of Responsibility 32-34
Call Policy and Resident Work Hours 35
Call Responsibilities 35
Leave policy 36
Surgical Log 36
Medical Record Documentation 36
Patient Care 37
Patient Care, Resident Supervision 37
Operating Room 38
Consultations 38
Weekend Rounds 39
Outpatient Orthopaedic Clinics 39
Resident Evaluation and Advancement 40-51
Credentialing of Orthopaedic Surgery Residents 51
Discipline, Complaints & Grievance Procedures 52
USMLE Step 3 Requirements 53
Narcotic Prescriptions 53
Dress Code 53

EDUCATIONAL CONFERENCES ........................................................ 54
Conference Descriptions 54
Outside Meetings, Conferences, and Educational Courses 55

GOALS AND OBJECTIVES.................................................................. 57
Goals and Objectives for Foot and Ankle 57
Diabetic Foot 58
Goals and Objectives for Pediatric Trauma 60
Goals and Objectives for Spine. 63
Goals and Objectives for Tumors 64
Goals and Objectives for Sports Medicine 66
Goals and Objectives for Basic Science 68
Goals and Objectives for Research 69
Goals and Objectives for Competencies in Orthopaedics 69
Goals and Objectives for Journal Club 71

PLAINTIFF'S
EXHIBIT 2
Taylor
4/15/15  CH
PENGAD 800-631-6989

1

Goals and Objectives for Hand Surgery                                                     71
Goals and Objectives for Joint                                                           73
Goals and Objectives for PGY-1—Rehabilitation                                           74
Goals and Objectives for PGY-1—Vascular Surgery                                         75
Goals and Objectives for PGY-1—Anesthesia                                               75
Goals and Objectives for PGY-1—Plastic Surgery                                          75
Goals and Objectives for PGY-1—MICU/CCU/ICU                                             75
Goals and Objectives for PGY-1—Trauma ICU                                               76
Goals and Objectives for Senior Orthopaedic Residents On All Services                   76
Goals and Objectives for the VA Senior Orthopaedic Resident                             77
Goals and Objectives for the Orthopaedic Resident Rotating on the Shriners Pediatric
Surgery                                                                                 78
Goals and Objectives for Senior Administrative Orthopaedic Resident (SAR):              78
Goals and Objectives for Junior Orthopaedic Residents                                   80


REFERENCE BOOKS................................................................................................................ 81
Sports Medicine                                                                         81
Tumors                                                                                  81
Spine                                                                                   82
Pediatric Orthopaedics                                                                  82
Radiology                                                                               82
Basic Science                                                                           82
Adult Reconstruction                                                                    82
Foot and Ankle                                                                          83
Hand Surgery                                                                            83
Orthopaedic Trauma                                                                      83
Complications in Orthopaedics                                                           83
Research                                                                                84
Anatomy                                                                                 85
Rheumatology                                                                            85
Other References/Resources, Libraries                                                   85
CD-ROM Reference Materials                                                              85


RESEARCH ACTIVITY ........................................................................................................ 86
Introduction                                                                            86
Facilities and Resources                                                                86
Research Requirements                                                                   87
Bench Marks                                                                             88


CODE OF ETHICS AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS .............. 95


ABOS PART I AND PART II EXAMINATION.......................................................................... 97


ACGME DUTY HOUR STANDARDS FACT SHEET                                                     97


CONFERNCE SCHEDULE                                                                      109


Evaluations                                                                            110

USC(Irani)0002

COMMON PROGRAM REQUIREMENTS
*(General)* 122

VHA Resident Supervision Handbook 126

USC(Irani)0003

## INTRODUCTION

The Orthopaedic Surgery Residency Training Program at the University of South Carolina School of Medicine is dedicated to the education of its residents and places primary emphasis on their training as general orthopaedic surgeons. The program is composed of a total of five (5) full-time teaching staff members and ten (10) residents. Four of our five teaching staff members are fellowship trained in areas including Sports Medicine, Adult Reconstruction, and Hand Surgery. One teaching staff member has extensive experience in general orthopaedics with a Subspecialty Certificate of Added Qualifications in Sports Medicine.

Residents are selected through the National Residency Matching Program. All residents are selected at the PGY1 level for a five year training program in Orthopaedic Surgery.

### Educational Goals

- To provide superior clinical and academic education in the core competencies of orthopaedic surgery.
- To sufficiently prepare the physician to practice the specialty of orthopaedic surgery competently and meet the requirements for certification by the American Board of Orthopaedic Surgery.
- To provide the residents with an adequate work environment of scholarship and learning, free from undue mental and emotional stresses.
- To provide the residents with experience in the entire gamut of patient care from initial visit through hospitalization, follow-up clinical visits, rehabilitative efforts, to final discharge.
- To provide supervision and exemplary role models as teaching faculty. The teaching faculty will have experience in a wide spectrum of orthopaedic disorders and should serve as moral, ethical, financial, and professional role models for the residents and interns.
- To encourage research in clinical and basic science fields by providing an environment of inquiry and scholarship in which residents participate in the development of new knowledge, learn to evaluate research findings, and develop habits of inquiry as a continuing professional responsibility.

### Mission

The mission of the Orthopaedic Surgery Residency Training Program at Palmetto Health/University of South Carolina School of Medicine has three goals. The first is to provide a superior academic and clinical education in the science and art of orthopaedic surgery. It is to be an education that will provide the orthopaedic physician with the tools to practice the specialty of orthopaedic surgery competently and meet the requirements for certification by the American Board of Orthopaedic Surgery. The second is to provide superb orthopaedic care to all patients who come to the Palmetto Health/University of South Carolina School of Medicine program seeking orthopaedic management. The third is to provide the orthopaedic resident with an understanding of orthopaedic research so that they can appropriately review personal patient care outcomes and competently review published scientific articles. Residents are encouraged to publish their findings during these years of training and throughout their professional careers.

The program is designed to provide a broad foundation in the subspecialties of orthopaedic surgery. During the five years of the residency program the residents will develop their clinical and surgical skills by working closely with faculty members in providing patient care. As they progress through the program, residents will be given increased responsibility for developing appropriate care plans. Clinical practice will be supplemented with a comprehensive academic program, clinical conferences, and self directed resident study. Participation in research activities is encouraged throughout the five year program and specific research project goals are assigned to residents.

4

USC(Irani)0004

Intensive care of surgical patients is provided by state of the art multiple surgical intensive care units. These units are all located on the fifth floor of the Palmetto Health Richland Hospital, and are staffed by critical care nurses, technicians, as well as surgical and Orthopaedic Trauma physicians. All of these patients are managed by a trauma care team with the orthopaedic department participating in their care.

The pediatric surgery department runs a separate pediatric intensive care unit. The orthopaedic service provides primary as well as consultative orthopaedic care for patients with pediatric trauma admitted to these units.

## General Residency Requirements

- Develop a personal program of self study and professional growth.
- Develop a life long commitment to continual medical education through self study, attendance at appropriate conferences, and continuing medical education.
- Participate in safe, effective, and compassionate patient care, commensurate with their level of ability and responsibility.
- Participate actively and fully in the educational activities of the residency training program's competency development process.
- Assume gradual responsibility for assisting, teaching and supervising other residents as well as other students in the health care professions rotating on the Orthopaedic Service.
- Adhere to established practices, procedures, and policies of the University of South Carolina School of Medicine and Palmetto Health.
- Participate in departmental/institutional committees and councils as required.
- Adhere to the high standards of medical and academic ethics commensurate with the medical profession and a representative of the University of South Carolina School of Medicine.
- Resident participation in the daily operative schedule is expected to be enthusiastic and constant. With careful adherence to duty hour requirements the resident assigned to an operative experience will be expected to develop every effort to be present in the OR to learn from these cases and leave the "on call" resident appropriate information for continuing quality patient care during off duty periods. A resident's commitment to such patients is a reflection of their fundamental ethical dedication to patient care as well as his/her commitment to learning.

## Program Requirements (ACGME)

The following represents the specific Program Requirements for Residency Education in Orthopaedic Surgery as published by the Accreditation Council for Graduate Medical Education (ACGME). This document is reproduced here as clarification of the requirements of all residency programs in orthopaedic surgery, and specifically as it relates to policies and procedures established within this program.

7

USC(Irani)0007