✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

Afraaz R Irani, MD

V.

Pametto Health, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:14-cv-03577-CMC-KDW

| PRESIDING JUDGE<br>Kaymani D West, USMJ | PLAINTIFF'S ATTORNEY<br>David E Rothstein | DEFENDANT'S ATTORNEY<br>Kathryn Thomas |
|---|---|---|
| Status Conference | COURT REPORTER<br>Raymond Simmons | COURTROOM DEPUTY<br>Shari L Stefano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/29/2015 | X | X | 2/5/15 Email from Kathryn Thomas to David Rothstein re: USC-SOM's production of documents |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages