IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., )<br><br>    Plaintiff, )<br>v. )<br> )<br>Palmetto Health; University of South Carolina )<br>School of Medicine; David E. Koon, Jr., M.D., in )<br>his individual capacity; and John J. Walsh, IV, )<br>M.D., in his individual capacity, )<br> )<br>    Defendants. )<br>_____ ) | C.A. No. 3:14-cv-3577-CMC-KDW<br><br><br><br>**AFFIDAVIT OF**<br>**R. CAUGHMAN TAYLOR** |

R. Caughman Taylor, whose signature appears below, testifies under oath as follows:

1. I am Interim Dean of the University of South Carolina School of Medicine. I ~~have~~ have personal knowledge and am competent to testify as to the matters stated in this affidavit.

2. Dr. Alfraaz Irani is a former resident in the Orthopaedic Surgery Residency Program sponsored by Palmetto Health.

3. I have confirmed Dr. Irani was never employed by the University of South Carolina School of Medicine.

4. I have confirmed Dr. Irani never had a contract with the University of South Carolina School of Medicine.

5. I have confirmed the University of South Carolina School of Medicine does not have a contract with the Accreditation Council for Graduate Medical Education (ACGME) that would benefit Dr. Irani.

I testify under penalty of perjury this 9TH day of January, 2015, that the foregoing statements are true and correct.

_____
R. Caughman Taylor