Thomas Affidavit Exhibit M





### PROGRAM LETTER OF AGREEMENT
**Practice or Clinic Supervision by University Specialty Clinics Faculty**

Date: April 28, 2011

Orthopaedic Surgery
Two Medical Park, Ste 404
Columbia, SC 29203

803-434-6879

The purpose of this Letter of Agreement is to set forth the general terms and specific conditions under which University Specialty Clinics-Orthopedic Surgery has agreed to participate in the education and supervision of residents in the Palmetto Health Graduate Medical Education Program(s). The major components of our relationship are as follows:

❖ Representatives of Orthopedic Surgery education program and University Specialty Clinics-Orthopedic Surgery have mutually agreed upon a rotation schedule for resident(s) at your site. This schedule is attached as Appendix A, which may be revised yearly as needed upon written mutual agreement.

❖ Residents in the Orthopedic Surgery Residency Program will rotate through your office to fulfill their Sports requirement. It is agreed and understood that during such rotations the resident will be participating in the treatment of patients in your offices and under the supervision of various USC School of Medicine attending physicians who report to John Walsh, MD.

❖ This Letter of Agreement may be terminated "for cause" at any time and may be terminated "without cause" by either party upon thirty (30) days prior written notice.

❖ Palmetto Health will be solely responsible for payment of the salary, fringe benefits, and professional liability insurance for the resident who rotates through your practice.

❖ Goals and objectives of this rotation:

      ❖ *See Attachment B...*

❖ Attending Responsibility:
   1. Teaching
      a. Attending physician will educate the rotating resident about the responsibilities, conditions and treatments typical to the area of their medical specialty



2. Supervision
   a. Attending physician is physically present and directly involved.

3. Evaluation
   a. Must provide written evaluation of resident on Program Director approved form or format within 2 weeks of rotation completion.

❖ While on rotation at your site, the resident will abide by applicable policies, procedures, rules and regulations of your clinic: provided, however, all rotations must be consistent with the educational goals and objectives of the Program and the general policies and procedures of the Sponsoring Institution (Palmetto Health). Incidents that may require academic or disciplinary action will be referred back to the Sponsoring Institution via the Program Director and will be handled in compliance with academic or disciplinary policies of the Sponsoring Institution. Further, the educational experiences of the resident while on rotation at your site will be provided in a manner consistent with applicable Accreditation Council for Graduate Medical Education (ACGME) Residency Review Committee (RRC) requirements, and other federal, state and local laws, rules and regulations.

❖ Further, it is agreed and understood that your participation in the Palmetto Health Graduate Medical Education Programs under the terms of the Letter of Agreement does not unreasonably interfere with, conflict with, and is not prohibited by any other employment or compensation agreement to which the practice is a party.

Your agreement to participate in the Palmetto Health Graduate Medical Education program(s) is greatly appreciated. The PH-USC Department of Orthopedic Surgery pledges its full support to the clinic site to help in education of the resident within your office.

Please indicate your concurrence with the terms of this Letter of Agreement by signing in the space provided below. Should you have questions, please do not hesitate to contact David Koon, MD at (803) 803-434-6879 or Katherine G. Stephens at (803) 434-4416.

Sincerely,                                          Accepted:

By: _____            By: _____
Designated Institutional Official                Authorized Representative
Katherine G. Stephens, MBA, FACHE                Name: Paul Athey, MBA
Vice President, Medical Education                 Title: Administrative Director

Date: _____8 - 22 - 11_____            Date: _____6 | 8 | 11_____

By: _____            By: _____
                    02-Jun 11
Program Director for Orthopedic Surgery          Attending Physician: John Walsh, MD

Date: _____          Date: ____6/7/11____

Appendix A - Sports

| RESIDENT NAME | START DATE | END DATE |
|---|---|---|
| Jennifer Wood | 07/01/2011 | 08/31/2011 |
| Afraaz Irani | 09/01/2011 | 10/31/2011 |
| Kristen Nathe | 11/01/2011 | 01/02/2012 |
| Greg Herzog | 12/01/2011 | 01/02/2012 |
| Harrison Goodno | 01/03/2011 | 02/28/2012 |
| Justin Hoover | 03/01/2012 | 04/30/2012 |
| Michael Kanwisher | 01/03/2012 | 01/31/2012 |
| Michael Kanwisher | 05/01/2012 | 05/31/2012 |
| Kenneth Lindley | 06/01/2012 | 06/30/2012 |

**Attachment B**                    Learning Objectives - Sports Medicine Service

| | Junior Resident | Senior Resident |
|---|---|---|
| **Patient Care** | Able to effectively develop the initial patient care and clinical skills to facilitate adequate evaluation of common shoulder, elbow, knee, and ankle problems seen in the athletic patient population;<br><br>Demonstrates clinical skills that include reproducible physical examination of the knee, shoulder, elbow and ankle. Demonstrates physical exam skills that facilitate identification of typical findings of sports medicine problems of these joints including:<br><br>    Knee - ligamentous instability and meniscal pathology;<br><br>    Shoulder – conditions of impingement syndrome, rotator cuff tear, glenohumeral instability and AC joint separation;<br><br>    Elbow – conditions of the medial and lateral epicondylitis and ulnar neuritis;<br><br>    Ankle – ankle sprains, Achilles tendon rupture, and chondral lesions of the talar dome.<br><br>Able to demonstrate surgical skills that include portal placement for and complete diagnostic arthroscopy of the knee and shoulder, arthroscopic partial meniscectomy, harvest of the central-third patella tendon and hamstring tendons for ACL reconstruction, arthroscopic acromioplasty and deltopectoral approach to the shoulder for anterior stabilization, and open debridement of the medial and/or lateral epicondyle of the elbow;<br><br>Demonstrates basic understanding of the information gathering process of the detailed history and physical exam with attention to the mechanism of injury as it relates to the athlete's specific sport as well as the impact of the athlete's complaints on his/her ability to perform the sports-specific tasks required by their chosen sport;<br><br>Attends the weekly Sports Medicine Conference;<br><br>Has successfully prepared and presented a formal presentation of an assigned topic at the weekly Sports Medicine Conference; | Demonstrates more refined and advanced patient care and clinical skills in the evaluation of sports-related injuries, such as:<br><br>Able to take a detailed history, complete an appropriate and accurate physical exam, and review appropriate imaging studies to allow integration of information to formulate an appropriate diagnosis and treatment plan;<br><br>Possesses refined physical exam skills including examination of the unstable knee and shoulder.   Demonstrates development of refined and focused physical exam skills that help to identify more subtle sports medicine problems of these joints.  These include:<br><br>    Knee: conditions of subtle instability patterns such as posterolateral rotatory and patellar instability;<br><br>    Shoulder: conditions of internal impingement, labral lesions, SLAP tears, biceps tendon disorders, and posterior glenohumeral instability;<br><br>    Elbow: conditions of ulnar collateral ligament injury, valgus-extension overload, posteromedial olecranon impingement, ulnar nerve instability/subluxation, and posterolateral rotatory instability;<br><br>    Ankle: symptomatic os trigonum, peroneal tendon disorders, anterior tibio-talar impingement, chronic instability, and chondral lesions of the talar dome.<br><br>Demonstrates basic understanding of the appropriate indications for nonsurgical versus surgical treatment and the appropriate rehab protoeols for various injuries and conditions;<br><br>Possesses and is able to apply an appropriate understanding of the expected postoperative progression and rehabilitation of patients following common sports medicine surgical procedures including partial meniscectomy, meniscal repair, ACL reconstruction, ankle arthroscopy, shoulder stabilization, rotator cuff repair, and acromloplasty; |

**Attachment B**                    **Learning Objectives - Sports Medicine Service**

| | | |
|---|---|---|
| | (The R2 junior resident will rotate and work predominantly under the supervision of Robert Brophy, MD and Matthew Smith, M.D. including participation in their clinical office hours. The R2 junior resident's clinical responsibilities will mirror those of Drs. Brophy and Smith. That is, attend Drs. Brophy's and Smith's clinical office hours and scheduled surgical cases to maximize the educational experience. The R2 junior resident is also welcome to attend clinic or OR with Drs. Matava or Wright as time allows.)<br><br>Effectively communicates and demonstrates care and respectful behaviors when interacting with patients and families;<br><br>Able to develop and carry out patient management plans;<br><br>Demonstrates the ability to practice culturally competent medicine;<br><br>Able to use information technology to support patient care decisions and patient education;<br><br>Able to provide health care services aimed at preventing health problems or maintaining health (Rehab, OT, PT);<br><br>Able to work with other health care professionals from various disciplines to provide excellent patient-focused care. | Effectively and responsibly evaluates patients at varying postoperative intervals and modifies rehabilitation protocols as necessary;<br><br>Possesses and demonstrates more advanced and refined surgical skills including advanced arthroscopic skills including, but not limited to:<br><br>    Knee: meniscal repair techniques and ACL reconstruction including tunnel placement and graft fixation techniques;<br><br>    Shoulder: arthroscopic and open stabilization techniques, SLAP/labral repair techniques, arthroscopic rotator cuff repair techniques, and biceps tenodesis;<br><br>    Elbow: diagnostic arthroscopy including portal placement, ulnar nerve transposition techniques and ulnar collateral ligament reconstruction<br><br>Expectations for patient care:<br><br>    The Sports A senior resident will rotate and work predominantly under the direction of Dr. Matava. He will mirror his practice in clinic and the operating room. The Sports B senior resident will rotate and work predominantly under the direction of Dr. Wright;<br><br>    Demonstrates the ability to provide for responsible hospital care of all inpatients on either Drs. Matava or Wright's service;<br><br>    Effectively oversees the appropriate care of inpatients under the supervision of the R2 junior resident;<br><br>Attends the weekly Sports Medicine Conference;<br><br>Successfully prepare and present formal presentations on assigneded topics at the weekly Sports Medicine Conference;<br><br>Effectively communicates and demonstrates care and respectful behaviors when interacting with patients and families; |

*Page 2*

**Attachment B**                              **Learning Objectives – Sports Medicine Service**

| | | Able to counsel and educate patients and their families; |
|---|---|---|
| | | Demonstrates the ability to practice culturally competent medicine Able to use information technology to support patient care decisions and patient education; |
| | | Able to provide health care services aimed at preventing health problems or maintaining health (Rehab, OT, PT); |
| | | Able to work with other health care professionals from various disciplines to provide excellent patient-focused care (Rehab, OT, PT, Human Performance, etc). |

**Attachment B**                              Learning Objectives – Sports Medicine Service

|  | Junior Resident | Senior Resident |
|---|---|---|
| **Medical Knowledge** | Able to demonstrate basic preoperative and postoperative patient evaluation and assessment skills;<br><br>Possesses a basic understanding of the anatomy of the shoulder, elbow, knee, and ankle as it relates to common sports injuries;<br><br>Possesses knowledge of appropriate imaging studies to recommend for the more common clinical conditions encountered in the athletically active population including anterior cruciate ligament injury, collateral ligament injury of the knee, shoulder instability, rotator cuff conditions, suspected meniscal pathology, osteochondral injuries, and ankle injuries;<br><br>Able to read and interpret these imaging studies mentioned above;<br><br>Possesses basic arthroscopy skills of the knee and shoulder. This is to include an understanding of the surface anatomy as it applies to portal placement, the intraarticular arthroscopic anatomy including common pathologic entities and the development of a systematic approach to diagnostic arthroscopy of the knee and shoulder joints;<br><br>Attends and participates in the weekly Sports Medicine Conference;<br><br>Has prepared and presented formal presentation(s) of an assigned topic at the weekly Sports Medicine Conference. | Possesses a more advanced knowledge of the typical mechanisms of injury for common sports medicine problems;<br><br>Possesses a strong working knowledge of arthroscopic and open surgical approaches including those for the shoulder, elbow, knee, and ankle;<br><br>Demonstrates an understanding of the various surgical options to treat common sports medicine conditions including arthroscopic versus open approaches. The R4 senior resident is expected to begin to develop advanced arthroscopic skills including knowledge of the appropriate use of accessory portals, advanced arthroscopic techniques such as arthroscopic shoulder stabilization, superior labral repair, and osteochondral reconstruction;<br><br>Possesses the arthroscopic skills needed to successfully perform basic arthroscopic procedures such as diagnostic arthroscopy, arthroscopic meniscectomy, arthroscopic subacromial decompression, and arthroscopic ACL reconstruction. The R4 senior resident is also expected to have a basic working knowledge of and the skills to implement more advanced arthroscopic techniques such as arthroscopic PCL reconstruction and arthroscopic shoulder stabilizations. |

**Attachment B**                     Learning Objectives - Sports Medicine Service

| | Junior Resident | Senior Resident |
|---|---|---|
| **Practice-Based Learning & Improvement** | Able to locate, appraise and assimilate evidence from scientific studies related to patients' health issues;<br><br>Able to obtain and use information about his/her patient population and the larger population from which patients are drawn;<br><br>Able to apply knowledge of study designs and statistical methods to the appraisal of clinical studies;<br><br>Able to use information technology to manage information, access on-line medical information and support his/her own education;<br><br>Able to facilitate the learning of medical students on the Sports Medicine service and other health care professionals on an informal basis in clinics, operating rooms and conferences;<br><br>Attends and participates in the weekly Sports Medicine Conference and will be expected to prepare and present formal presentation(s) of an assigned topic at the weekly Sports Medicine Conference. | Able to locate, appraise and assimilate evidence from scientific studies related to patients' health issues;<br><br>Able to obtain and use information about his/her patient population and the larger population from which patients are drawn;<br><br>Able to apply knowledge of study designs and statistical methods to the appraisal of clinical studies;<br><br>Able to use information technology to manage information, access on-line medical information and support his/her own education;<br><br>Able to facilitate the learning of Junior Residents as well as medical students on the Sports Medicine service and other health care professionals on an informal basis in clinics, operating rooms and conferences;<br><br>Demonstrates leadership and responsibility for overseeing the appropriate care of inpatients under the supervision of the R2 junior resident;<br><br>Efficiently and effectively interprets advanced imaging studies commonly used to evaluate sports-related injuries;<br><br>Assumes responsibility for insuring that there is adequate coverage of surgical cases and equitable distribution of these cases to provide for the educational needs of the residents and fellow on the Sports Medicine Service;<br><br>Attends and participates in the weekly Sports Medicine Conference and will be expected to prepare and present formal presentation(s) of an assigned topic at the weekly Sports Medicine Conference. |

**Attachment B**                    **Learning Objectives - Sports Medicine Service**

| | Junior Resident | Senior Resident |
|---|---|---|
| **Interpersonal & Communication Skills** | Communicates with radiology and sports physical therapy personnel for rehab purposes to coordinate patient care effectively;<br><br>Specifically:<br><br>    Effectively communicates to radiology consultants the general requirement of the necessary imaging study including the specific question the imaging study seeks to address;<br><br>    Effectively communicates the basic principles of rehab protocols for procedures such as ACL reconstruction, partial meniscectomy, acromioplasty, and anterior stabilization;<br><br>Able to create and sustain a therapeutic and ethically sound relationship with patients and their families;<br><br>Able to effective use listening skills;<br><br>Able to effectively provide information via various methods;<br><br>Able to work effectively with others as a member or leader of a health care team. | Communicates with radiology consultants and sports physical therapy personnel for rehab purposes to coordinate patient care effectively;<br><br>Specifically:<br><br>    Effectively communicates to radiology consultants greater details of the required imaging study including the need for arthrogram techniques and specific positioning requirements for certain entities such as the need of ABER views for evaluation of a SLAP lesion of the shoulder;<br><br>    Effectively communicates details of rehab protocols for common procedures such as ACL reconstruction, partial meniscectomy, acromioplasty, and anterior stabilization, as well for more advanced procedures such as rotator cuff repair, SLAP repair, elbow UCL reconstruction and PCL reconstruction;<br><br>Able to create and sustain a therapeutic and ethically sound relationship with patients and their families;<br><br>Able to effectively use listening skills;<br><br>Able to effectively provide information via various methods;<br><br>Able to work effectively with others as a member or leader of a health care team. |

**Attachment B**                                    **Learning Objectives - Sports Medicine Service**

|  | Junior Resident | Senior Resident |
|---|---|---|
| **Professionalism** | Maintains the strictest confidence in any and all interactions dealing with all patients, especially professional athletes with some measure of local, regional or national celebrity. Refrains from the discussion of the athlete with family, friends or colleagues;<br><br>Demonstrates respect, compassion and integrity in response to the needs of patients and their families;<br><br>Demonstrates ethical principles pertaining to patient confidentiality issues;<br><br>Demonstrates sensitivity to the culture, age, gender and disabilties of patients and fellow health care professionals. | Maintains the strictest confidence in any and all interactions dealing with all patients, especially professional athletes with some measure of local, regional or national celebrity. Refrains from the discussion of the athlete with family, friends or colleagues;<br><br>Demonstrates respect, compassion and integrity in response to the needs of patients and their families;<br><br>Demonstrates ethical principles pertaining to patient confidentiality issues;<br><br>Demonstrates sensitivity to the culture, age, gender and disabilties of patients and fellow health care professionals. |

**Attachment B**                     **Learning Objectives - Sports Medicine Service**

| | Junior Resident | Senior Resident |
|---|---|---|
| **Systems-Based Practice** | Maintains the strictest confidence in any and all interactions dealing with all patients, especially professional athletes with some measure of local, regional or national celebrity. Refrains from the discussion of the athlete with family, friends or colleagues;<br><br>Demonstrates knowledge of indications and their impact on cost-effectiveness and efficiency of patient care;<br><br>Acts as an advocate for quality of patient care;<br><br>Able to assess, coordinate and improve the care of patients within the current health care model(s) or systems in the program [OT, PT and Rehab]. | Maintains the strictest confidence in any and all interactions dealing with all patients, especially professional athletes with some measure of local, regional or national celebrity. Refrains from the discussion of the athlete with family, friends or colleagues;<br><br>Demonstrates knowledge of indications and their impact on cost-effectiveness and efficiency of patient care;<br><br>Acts as an advocate for quality of patient care;<br><br>Able to assess, coordinate and improve the care of patients within the current health care model(s) or systems in the program [OT, PT and Rehab]. |

# Thomas Affidavit Exhibit N



**PALMETTO HEALTH**

### PROGRAM LETTER OF AGREEMENT
### PARTICIPATING INSTITUTION

This **LETTER OF AGREEMENT** (hereinafter "Agreement") made and entered into this 1st day of July, 2011, by and between the Orthopaedic Surgery ("Program") at Palmetto Health ("Sponsoring Institution") and Dorn VA Hospital("Participating Institution"), sets forth the terms and conditions under which residents enrolled in the Sponsoring Institution's (Palmetto Health) Residency Program will receive educational experiences and supervision through scheduled rotations at the Participating Institution.

1. **PROGRAM DIRECTOR**

   The Sponsoring Institution has appointed David E. Koon, MD, as its qualified Program Director with overall authority and responsibility for the operation of the Program.

   The Participating Institution has appointed John Eady, MD, as the qualified faculty (Site Director) who will assume overall supervisory, administrative, and educational responsibility for the resident(s) on rotation at the Participating Institution. This individual has been approved by the Program Director. In this capacity Site Directors are directly accountable to the Sponsoring Institution Program Director and will maintain open and effective communication on a regular basis. Additionally, other qualified members of the Medical Staff of the Participating Institution (the "Faculty") may participate in the education and supervision of residents while on rotation at the Participating Institution in accordance with the Bylaws, Rules, and Regulations of the Participating Institution and in furtherance of the Goals and Objectives of the Program while residents are on rotation at the Participating Institution.

2. **EDUCATIONAL GOALS AND OBJECTIVES**

   The Participating Institution shall provide the resident(s) assigned to it with a variety of educational and training experiences as determined by the Program Director. The Goals and Objectives of the Scheduled Rotations at the Participating Institution include the following:
   1. See Attachment B

3. **ROTATION SCHEDULES**

   Representatives of the Program and the Participating Institution have mutually agreed upon a rotation schedule for resident(s) at the Participating Institution. This schedule is attached as Appendix A, which may be revised as needed upon mutual agreement.

RECD EDU
10 JUN 2:52

4. **RESPONSIBILITIES OF ATTENDING PHYSICIANS**

   A. Teaching
      1. Attending physician will educate the rotating resident about the responsibilities, conditions and treatments typical to the area of their medical specialty.

   B. Supervision
      1. Attending physician is physically present and directly involved.

   C. Evaluation
      1. Must provide written evaluations of resident(s) on Program Director approved form within 2 weeks of rotation completion.

5. **FINANCIAL RESPONSIBILITY:**

While on rotation at the Participating Institution, the salary, fringe benefits, and professional liability insurance for the resident(s) will be the responsibility of the Sponsoring Institution; provided however, if applicable, and under separate agreement the Sponsoring Institution will receive reimbursement from the Participating Institution.

6. **POLICIES AND PROCECURES:**

The Participating Institution will provide the resident(s) with an appropriate orientation to its facility and all applicable rules and regulations including orientation to the risk of exposure to blood borne viral diseases such as HBV/HIV, to other communicable diseases; to chemical and other environmental hazards in compliance with federal hazard communications regulations; to fire safety procedures at Participating Institution and to provide basic training on the confidentiality and privacy requirements of the federal HIPAA law.  While on rotation at the Participating Institution resident(s) will abide by applicable policies, procedures, rules and regulations of the Participating Institution; provided, however, all rotations must be consistent with the educational goals and objectives of the Program and the general policies and procedures of the Sponsoring Institution. Incidents that may require academic or disciplinary action will be referred back to the Sponsoring Institution via the Program Director and will be handled in compliance with academic or disciplinary policies of the Sponsoring Institution. Further, the educational experiences of the resident(s) while on rotation at the Participating Institution will be provided in a manner consistent with the applicable Accreditation Council for Graduate Medical Education (ACGME) Institutional, and  Residency Review Committee (RRC) requirements (e.g. duty hours limits), and other federal, state and local laws, rules and regulations.

7. **TERM AND TERMINATION**

The Initial Term of the Agreement shall be for one (1) year beginning **July 1, 2011,** and ending **June 30, 2012.**  This Agreement may be extended beyond the initial term upon the mutual written agreement of the parties.  Either the Sponsoring Institution or the Participating Institution may terminate this Agreement, with or without cause, upon ninety (90) days prior written notice.  Additionally, this Agreement may be immediately terminated by either the Sponsoring Institution or the Participating Institution if it is determined in reasonable good faith that the scheduled rotations are not meeting the established Goals and Objectives of the Program and/or the scheduled rotations are not in conformity with the requirements of the ACGME Institutional and RRC requirements or other applicable laws, rules, or regulations.

8. **MODIFICATION AND ASSIGNMENT**

Any modification to this Agreement must be in writing and requires the mutual written agreement of both parties.  This agreement may not be assigned, in whole or in part, by either party.

9. **GOVERNING LAWS**

This Agreement will be governed in accordance with the laws of the State of South Carolina, but Federal Law controls if there is a conflict.

IN WITNESS WHEREOF, the parties execute this Agreement as of the date and year first above written.

**SPONSORING INSTITUTION**

**PALMETTO HEALTH**

By: _____
Katherine G. Stephens, MBA, FACHE
Its: Vice President, Medical Education,
     Designated Institutional Official (DIO)

**PROGRAM DIRECTOR**

By: _____
    David E. Koon , MD

Date: _____

**PARTICIPATING INSTITUTION**

By: _____
Rebecca J. Stackhouse, FACHE
Its: Acting Medical Center Director
Date: 6-24-11

Address and Phone Number:
    803-776-4000 ext. 17982
    Dorn VA Hospital
    6439 garners Ferry Road
    Bldg 103 2nd floor room 2A 104
    Columbia, SC 29209

**PARTICIPATING SITE DIRECTOR**

By: _____
    John Eady, MD

Date: 14 Jun 2011

## APPENDIX A

| RESIDENT NAME | START DATE | END DATE |
|---|---|---|
| Justin Hoover | 07/01/2011 | 10/31/2011 |
| Jennifer Wood | 01/03/2012 | 05/01/2012 |
| Kenneth Lindley | 11/01/2011 | 01/02/2012 |
| Greg Herzog | 05/01/2012 | 06/30/2012 |
| Justin Walker | 07/01/2011 | 10/02/2011 |
| William Whiteside | 04/02/2012 | 06/30/2012 |
| Harrison Goodno | 10/03/2011 | 01/02/2012 |
| Afraaz Irani | 01/03/2012 | 04/01/2012 |
|  |  |  |

**Attachment B    Goals and Objectives for Junior Orthopaedic Residents**

The goals and objectives for junior residents (PGY-1,2,3) on the Palmetto Health Richland rotation, Shriners Pediatric rotation, spine rotation, as well as the VA Hospital rotation include the following.

(a) The resident will learn and adhere to the ethical guidelines for the practice of orthopaedic surgery as published by the American Medical Association and the American Academy of Orthopaedic Surgeons. The development of a caring concerned, capable physician is the most important ground work to be laid by junior residents in the beginning of their professional careers. Evaluation of these skills will be done using the six competencies.

(b) He/She will develop a comprehensive reading schedule over a broad range of references. This schedule will include required reading for morning conferences as well as patient condition specific reading for operative cases, pre-op and post-op conferences. This reading will include references for morbidity and mortality conferences from an accepted current text on orthopaedic complications. Such a text presently is <u>Complications in Orthopaedics</u> by Epps. Since learning is primarily a continuing exercise in self study, residents are expected to demonstrate minimal reading requirements as well as their own research of pertinent associated current journal literature and Internet reference sites. Such sites include the Library of Congress, the American Academy of Orthopaedic Surgeons on line reference resources, and the Cochrane Study Site, as well as other resource reference material available in the department/resident library, hospital library, medical school library, and the University of South Carolina library.

(c) The junior orthopaedic resident will respond appropriately to the direction and guidance of the senior residents, especially in the management and ward care of patients. Thorough familiarity with the medical status of all patients assigned to them on their service is a minimum level of professional competence. This competence includes the ability to cite literature resources pertinent to the patient's condition, basic laboratory data, including recent hematocrit and hemoglobin, vital signs, electrolyte studies, clotting studies, radiographic material, and wound status. The junior orthopaedic resident is expected to support the senior resident in care management of patients and willingly follow the attending's/senior resident's care management plan or provide a well reasoned and literature documented alternative care management plan for any area of concern to both the senior resident and the attending.

(d) The junior resident, like all residents, is expected to attend all scheduled conferences, training sessions, and care management seminars held by the Department of Orthopaedics or Palmetto Health. Missing such conferences

## Attachment B    Goals and Objectives for the VA Senior Orthopaedic Resident

In addition to the continued demonstration of competency in the requirements of PGY 1-4 responsibilities in areas of patient care, administrative ability, interpersonal relationships, laboratory data generation/interpretation, the competencies of the practice of medicine, development of continuous reading habits, and self evaluation, the senior resident at the VA will demonstrate the following abilities during his/her tenure in this important learning experience.

1.  The VA senior resident will demonstrate mastery of VA rules/regulations affecting the successful support and management of VA orthopaedic patients. This includes appropriate scheduling of operative procedures and requests for orthopaedic hardware (for example total joint prostheses and equipment, internal fixation devices and equipment, arthroscopic instruments and equipment). This mastery will also show appropriate consideration for cost effectiveness, quality assurance, and patient compatibility needs.

2.  The VA senior resident will exhibit mastery of supervision of junior residents, medical students, ancillary health care personnel education/support who rotate on the orthopaedic service at the Dorn VA Hospital. Such mastery will include the appropriate supervision and education of more junior personnel in the appropriate and timely completion of medical records, the proper completion of appropriate documents, and the appropriate/cost effective utilization of laboratory, prosthetic, physical therapy/occupational therapy services for VA patients, and appropriate competencies evaluations of junior residents.

3.  The VA senior resident will exhibit mastery in the appropriate utilization of consultations, for patient needs as well as VA requirements.

4.  The VA senior resident will exhibit mastery in the appropriate use of, as well as response to, consultations and will act as a role model for more junior residents and/or other medical personnel rotating on the VA orthopaedic service.

5.  The senior VA resident will exhibit mastery in the diagnosis, interpretation, and management of common metabolic bone disease (osteoporosis, osteomalacia, primary and secondary hyperparathyroidism), Paget's disease, and metastatic bone disease. He/she will also be able to successfully teach these principles to more junior residents/medical students/medical health care personnel.

6.  The senior VA resident will exhibit mastery in his/her ability to identify and teach the basic principles of biomechanics affecting bone and musculoskeletal soft tissues to junior residents.

7. The senior VA resident will be thoroughly familiar with the status of <u>all</u> patients on his/her service throughout his/her tenure at the VA.

8. The VA senior resident will provide to the attending physician a well reasoned primary and alternative care plan for each patient on his/her service which fits each patient's care needs. Such plans must be based on sound principles, literature research, appropriate evaluation of the involved patient, and the patient's enlistment in the process.

The senior resident's performance in these specific areas will be assessed by the orthopaedic staff attendings at University Orthopaedics during each periodic review. Additional information will be sought by the Chairman of the Department of Orthopaedics from other sources within the VA system to assess the senior resident's success in completing these goals. Appropriate sources will be the senior administrative staff of the VA Hospital, including the Chief of Staff, the director of operating room services, and the outpatient clinic coordinator for orthopaedics.

Should a resident not attain the goals outlined above the resident will be given an opportunity to achieve competency before being promoted to a higher level. This action may necessitate reporting the resident's progress to the Graduate Medical Education Committee for their review. If the resident does not successfully demonstrate a satisfactory performance with repeated effort, he/she will again be presented to the Graduate Medical Education Committee for appropriate disposition.

**(See Attachment IV -- VHA Resident Supervision Handbook)**

2

# Thomas Affidavit Exhibit O

## LETTER OF AGREEMENT
## PARTICIPATING INSTITUTION

### BETWEEN

## PALMETTO HEALTH- ORTHOPEDIC RESIDENCY PROGRAM AND
## HEALTHSOUTH REHABILATION HOSPITAL OF COLUMBIA.

This Letter of Agreement (hereinafter "LOA") made and entered into this 3ʳᵈ day of June, 2010, by and between the Orthopedic Residency Program ("Program") at Palmetto Health and HealthSouth Rehabilitation Hospital ("HealthSouth") sets forth the terms and conditions under which residents enrolled in the Palmetto Health's Residency Program will receive educational experiences and supervision through scheduled rotations at HealthSouth.

Palmetto Health has established an approved professional program for training of residents that has been accredited by the Accreditation Council on Graduate Medical Education (ACGME). HealthSouth operates an acute rehabilitation hospital with medical staff capable of assisting the Palmetto Health with its training. Palmetto Health desires to rotate its residents on a periodic basis through HealthSouth under the direct supervision of attending physicians.

Palmetto Health has appointed **David Koon, M.D.** as its qualified Program Director with overall responsibility and authority for the operation of the Palmetto Health Orthopedic Surgery Residency Program. In turn, HealthSouth has appointed **Devin Troyer, M.D.** as its qualified Faculty/Attending Physician who will assume supervisory, administrative, and educational responsibility for the resident's rotations at HealthSouth. Additionally, other qualified members of HealthSouth's medical staff may participate in the education and supervision of residents while on rotation at HealthSouth in accordance with the medical staff bylaws, rules and regulations.

HealthSouth shall provide the residents assigned to it with a variety of educational training and experiences as determined by both the Palmetto Health Orthopedic Surgery Residency Program Director and the Health South faculty/Attending Physician. The goal of the program is to provide a comprehensive rotation for Orthopedic surgery residents with specific emphasis upon those orthopedic surgery problems that require inpatient rehabilitation. The objectives are as follows: 1) Residents will be able to describe the essentials of comprehensive orthopedic surgery assessment, including emotional, functional status, appropriate history and physical, mental examination, as well as laboratory and social evaluation; 2) the resident will learn to manage frail orthopedic surgery patients so as to prevent secondary complications of acute illness or injury; 3) the resident will learn to follow seriously ill patients from their admission through the steps of their rehabilitation until they are able to transfer to a less restrictive environment;

Letter of Agreement between Palmetto Health and HealthSouth
Orthopedic Surgery Residency
March 2009
Page 2 of 5

4) the resident will learn the Comprehensive evaluation and treatment of problem wounds; 5) the resident will learn to fully explore the neuropsychological evaluation of orthopedic surgery patients and to understand issues related to the competence and decisional capacity; 6) the residents will, through practical clinical experience, develop an approach to learn the role of an acute rehabilitation hospital in the continuum of care from the acute care hospital to independence at the community level; 7) the residents will, through practical clinical experience, develop an approach to patients with stroke to help identify appropriate rehab in the areas of physical therapy, occupational therapy and speech therapy; 8) the residents will, through experience in supervision, develop an approach to rehabilitation medicine as it applies to common orthopedic surgery conditions involving the joints, particularly emphasizing sub fractures, hip replacements, and knee replacements; 9) the residents will develop a working knowledge of appropriate referrals for speech therapy, occupational therapy, physical therapy, physiatry, and neuropsychology; 10) the residents will be able to describe the function of each caregiver and their disciplines; and, 11) the residents will be able to accurately prescribe assistive devices for ambulation and other mobility issues.

The orthopedic surgery rotation job duties will include: 1) attending daily rounds; 2) providing longitudinal care for patients that are admitted to the hospital; 3) managing secondary complications as they arise; 4) focusing upon problem prevention; 5) evaluating patients during their rehabilitative therapies with particular emphasis on exercise prescription for frail orthopedic surgery patients; 6) understanding and, when possible, participating in the multidisciplinary approach to orthopedic surgery patient care with specific exposure to the therapies being offered to the patient, including recreation and case management; and, 7) utilizing specific based medicine for decision making, understanding cost effective medical management, understanding the problem with polypharmacy in orthopedic surgery population and making active recommendations with regard to complex management of multiple medical problems in injured and frail elderly patients.

The responsibilities of the HealthSouth attending physicians shall be: 1) Attending physicians are expected to provide supervision to the residents while on rotation; 2) Attending physicians are expected to provide an educational experience to meet the goals and objectives of this elective rotation; 3) Attending physicians will discuss the residents' evaluations prior to submission to the Residency office; and 4) Trainees will evaluate the training experience upon completion and anonymity will be protected by compiling data for at least two years.

Palmetto Health Legal Department Template #3457 for 7/01/2010-6/30/2011

Letter of Agreement between Palmetto Health and HealthSouth
Orthopedic Surgery Residency
March 2009
Page 3 of 5

The curriculum resources will include: 1) orthopedic surgery review syllabus; 2) orthopedic surgery board review materials; 3) articles relevant to orthopedic surgery medicine specific to cases of interest currently on the inpatient orthopedic surgery service; 4) didactic lectures appropriate to current cases; and 5) individual teaching by the attending physician.

A Rotation Schedule has been agreed to by all parties and is attached as Appendix A. This schedule may be revised by mutual agreement of all parties.

The LOA must be approved by the HealthSouth Medical Executive Committee and Governing Body and executed by an appropriate representative.

Any loss of approval by the ACGME or CMS, by either party, would automatically result in immediate termination of this LOA.

The Program Director must be a member of the HealthSouth medical staff and carry appropriate patient care privileges.

Palmetto Health shall retain full responsibility for the evaluation of all academic activities of residents conducted under this LOA.

Palmetto Health residents shall be under the director supervision of a HealthSouth medical staff member who has been granted appropriate clinical privileges at HealthSouth.

Both Palmetto Health and HealthSouth agree to act in accordance with the guidelines required by the Joint Commission and Accreditation Council for Graduate Medical Education.

Palmetto Health residents must act within the guidelines established by HealthSouth. They may not vote or be appointed to medical staff committees. Furthermore, HealthSouth will not credential or offer medical staff membership to residents. Each resident must be approved, in advance, by HealthSouth's medical executive committee and governing body.

Academic and disciplinary procedures for residents will be in accordance with protocols developed by Palmetto Health and the medical staff of HealthSouth.

This LOA is intended to promote effective and regular communication between Palmetto Health's Residency program committee and HealthSouth. There must be an established

Palmetto Health Legal Department Template #3457 for 7/01/2010-6/30/2011

Letter of Agreement between Palmetto Health and HealthSouth
Orthopedic Surgery Residency
March 2009
Page 4 of 5

mechanism for the evaluation of each resident's performance. This evaluation must be in writing and submitted to the HealthSouth Medical Executive Committee. In turn, appropriate information will be provided to HealthSouth's governing body.

The HealthSouth Faculty/Attending Physician, or his designee, may attend Palmetto Health's Residency review committee meetings.

Each resident will be required to complete and sign the Resident Rotation Form. Palmetto Health will provide a list of residents who will be at HealthSouth within 30 days in advance of the rotation start date.

Palmetto Health shall provide the following documents for each resident: a) certificate of insurance covering the resident in the amounts of $1,000,000/$3,000,000; b) SC Medical License number; c) DEA number; d) copy of government issued photo identification.

Palmetto Health shall provide HealthSouth written descriptions of the role, responsibilities, and patient care activities of each resident. This, in turn, will be subject to the review and approval of the HealthSouth Medical Executive Committee and Governing Body.

The resident will be required to wear an identification badge that is clearly visible. He or she must be introduced to each patient as a resident prior to the beginning of any patient interaction or examination.

HealthSouth will not pay or reimburse any party for supervision of residents. In addition, HealthSouth will not be responsible for compensating any residents for services rendered. While on rotation at HealthSouth, the salary, fringe benefits and professional liability insurance for the residents will be the responsibility of Palmetto Health.

The term of this LOA shall be for one year and not be subject to automatic renewals. Either party may cancel this LOA and terminate the Residency rotation for any reason with a 30 day advance notice.

HealthSouth will provide the residents with an appropriate orientation and all applicable rules and regulations, including orientation to the risk of exposure to blood borne viral diseases such as HIV/HBV, to other communicable diseases; to chemical and other biohazards in compliance with federal hazard communications regulations; to fire safety procedures, and to provide basic training on HIPAA practices.

The term of this LOA shall be beginning on March 1, 2011 and ending on June 30, 2012. Either Palmetto Health or HealthSouth may terminate this

Letter of Agreement between Palmetto Health and HeallhSouth
Orthopedic Surgery Residency March 2009 Page 5 of 5

LOA, with or without cause, upon 30 days prior notice. Additionally, this LOA may be
terminated immediately if it is determined that the schedule rotations are not meeting the
desired goals and objectives of the program.

Any modification to the LOA must be in writing and requires the mutual written
agreement of both parties. This agreement may not be assigned, in whole or part, by either
party.

This LOA represents the entire agreement between Palmetto Health and HealthSouth.
This LOA will be governed in accordance with the laws of the State of South Carolina.

In witness whereof, the parties execute this LOA as of the date and year first above
written.

Sponsoring Institution- Palmetto Health

By: _____          Date: 2-22-10
Katherine G. Stephens,
Vice President, Medical Education and DIO

By: _____

David Koon, M.D. Program Director

                                               Date: _____

HealthSouth Rehabilitation Hospital-Columbia
By: _____          Date: 7-12-10
Michael Kozar
Chief Executive Officer

By: _____          Date: 7-13-10
Devin Troyer, M.D.
Faculty/Attending Physician for HealthSouth

**APPENDIX A**

| RESIDENT NAME | START DATE | END DATE |
| --- | --- | --- |
| Harrison Goodno, MD | March 2, 2010 | March 31, 2010 |
| Afraaz Irani, MD | April 1, 2010 | April 30, 2010 |

**Thomas Affidavit Exhibit P**



# PALMETTO HEALTH

## LETTER OF AGREEMENT NON-HOSPITAL SITE

Date: June 2, 2011

Midlands Orthopaedics
1910 Blanding Street
Columiba, SC 29209

Phone Number: 803-256-4107

RE:  Letter of Agreement for Participation in Palmetto Health Graduate Medical Education Programs

The purpose of this Letter of Agreement is to set forth the general terms and specific conditions under which Midlands Orthopaedics' has agreed to participate in the education and supervision of residents in the Palmetto Health Graduate Medical Education Program(s). The major components of our relationship are as follows:

❖ Representatives of the University Specialty Clincs - Orthopaedic Surgery and Midlands Ortopaedics' have mutually agreed upon a rotation schedule for resident(s) at your site. This schedule is attached as Appendix A, which may be revised as needed upon mutual agreement.

❖ Residents in the Orthopaedic Surgery Residency Residency Program will rotate through your office to fulfill their **Foot and Ankle rotation** requirement. It is agreed and understood that during such rotations the resident will be participating in the treatment of patients in your offices and under the supervision of William C. James, M.D. who will maintain open and effective communication on a regular basis with the Program Director of the Sponsoring Institution.

❖ Palmetto Health will be solely responsible for payment of the salary, fringe benefits (*see Resident Level Salary and Fringe Table*), and professional liability insurance for the resident who rotates through your non-hospital site/practice setting.

❖ Goals and objectives of this rotation:

   1. Demonstrate decision making processes in the initial magement and pre-operative evaluation of foot and ankle problems.
   2. Demonstrate fundamental knowledge of the anatomy, pathophysiology, and basis of operative and non-operative management of most common foot and ankle problems.
   3. Appendix B, detailed learning objectives.

❖ Private Physician (Attending) Responsibility:
   1. Teaching
      a. Agree to follow the goals and objectives as outlined by the Orthopaedic Residency Program

2. Supervision
    a. Agree to follow the goals and objectives as outlined by the Orthopaedic Residency Program

3. Evaluation
    a. Must provide written evaluation of resident on form approved by Program Director within 2 weeks of rotation completion.

❖ While on rotation at your site, the resident will abide by applicable policies, procedures, rules and regulations of your non-hospital site: provided, however, all rotations must be consistent with the educational goals and objectives of the Program and the general policies and procedures of the Sponsoring Institution (Palmetto Health). Incidents that may require academic or disciplinary action will be referred back to the Sponsoring Institution via the Program Director and will be handled in compliance with academic or disciplinary policies of the Sponsoring Institution. Further, the educational experiences of the resident while on rotation at your non-hospital site will be provided in a manner consistent with applicable Accreditation Council for Graduate Medical Education (ACGME) Residency Review Committee (RRC) requirements, and other federal, state and local laws, rules and regulations.

❖ By entering into this Letter of Agreement, your non-hospital site/practice represents that William C. James, M.D.    has the time available to perform the services anticipated under this Letter of Agreement. Further, it is agreed and understood that your participation in the Palmetto Health Graduate Medical Education Programs under the terms of the Letter of Agreement does not unreasonably interfere with, conflict with, and is not prohibited by any other employment or compensation agreement to which the practice or attending are a party.

❖ This letter meets requirements out lined in the Patient Protection and Affordability Care Act March 23, 2010 (Health Care Reform Bill) and  CMS non-hospital site statutory regulations requiring the Sponsoring Institution (Palmetto Health) to incur the cost of resident stipends and benefits while training in your non-hospital site (resident salary and fringe by PGY level indicated below).   All the monies generated through resident services in the private practice setting will go directly to the private practice.

❖ Both parties agree that the term of this letter shall be for up to one year.   Either party may terminate this agreement with or without cause upon thirty (30) days prior written notice.

Your agreement to participate in the Palmetto Health Graduate Medical Education program(s) is greatly appreciated. The PH-USC Department of Orthopaedic Surgery pledges its full support to the non-hospital site/private practice/attending practitioner to help in education of the resident within your office.

Please indicate your concurrence with the terms of this Letter of Agreement by signing in the space provided below.  Should you have questions, please do not hesitate to contact David E. Koon, Jr., MD at (803) 803-434-6879 or Katherine G. Stephens at (803) 434-4416.

Sincerely,                              Accepted:

By: _____          By: _____
Designated Institutional Official           Authorized Representative
Katherine G. Stephens, MBA, FACHE           Name  Ann McCraw
Vice President, Medical Education           Title  COO Midlands Orthopaedic

Date: _____8-22-11_____                 Date: _____8·18·11_____


By: _____          By: _____
Program Director for David E. Koon Jr., MD   Attending Physician: William C. James, MD

Date: _____          Date: _____


Resident Level Salary and Fringe Table:

| Resident PGY Level | Salary | Salary + Fringe |
|---|---|---|
| 1 | $49,857.60 | $62,322 |
| 2 | $52,062.40 | $65,007 |
| 3 | $54,308.80 | $67,885 |
| 4 | $57,198.34 | $71,497 |
| 5 | $60,008.00 | $75,010 |
| 6 | $62,982.40 | $78,727 |


Appendix A

| Resident Last Name | PGY Level | Rotation Begin Date | Rotation End Date | Number of weeks at site | Number of hours per week at site |
|---|---|---|---|---|---|
| Goodno | 2 | 07/01/2011 | 08/31/2011 | 8.75 | 30 |
| Whiteside | 3 | 11/01/2011 | 1/02/2012 | 8 | 30 |
| Walker | 3 | 1/03/2012 | 02/28/2012 | 8 | 30 |
| Irani | 2 | 04/02/2012 | 05/31/2012 | 8 | 30 |

Appendix A Foot & Ankle

| Resident Last Name | PGY Level | Rotation Begin Date | Rotation End Date | Number of weeks at site | Number of hours per week at site |
|---|---|---|---|---|---|
| Goodno | 2 | 07/01/2011 | 08/31/2011 | 8.75 | 30 |
| Whiteside | 3 | 09/01/2011 | 10/02/2011 | 4 | 30 |
| Whiteside | 3 | 12/01/2011 | 1/02/2012 | 4 | 30 |
| Walker | 3 | 1/03/2012 | 02/28/2012 | 8 | 30 |
| Irani | 2 | 04/02/2012 | 05/31/2012 | 8 | 30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Revised 8/16/2011

| | Attachment B | Learning Objectives – Orthopaedic Foot and Ankle Service |
|---|---|---|
| | **Junior Resident** | **Senior Resident/Fellow** |
| **Patient Care** | Able to effectively develop the initial patient care and clinical skills to facilitate adequate evaluation of common Foot and Ankle conditions seen in adolescents and adults patients | In general a senior resident or fellow is expected to achieve the learning objectives of the junior resident in addition to: |
| | Demonstrates clinical skills that include: | Demonstrates a refined set of clinical skills that include: |
| | *Medical Interviewing & Physical Examination* | *Medical Interviewing & Physical Examination* |
| | - will demonstrate the ability to perform and document an effective patient interview | - will demonstrate the ability to perform and document a detail-specific patient interview |
| |   o elicit the chief complaint |   o elicit the chief complaint |
| |   o elicit a history of the presenting complaint(s) |   o elicit a concise history of the presenting complaint(s) providing details pertinent to the presumptive diagnosis |
| |   o obtain the past medical, surgical and social history | |
| |   o obtain a list of current medications |   o obtain the past medical, surgical and social history providing details pertinent to the presumptive diagnosis |
| |   o perform a review of systems | |
| | - will demonstrate the ability to perform and document an accurate physical examination |   o obtain a list of current medications |
| |   o determine the overall alignment the foot (planus, neutral, cavus) |   o perform a review of systems |
| |   o identify the location of pain and tenderness to palpation | - will demonstrate the ability to perform and document an accurate physical examination |
| |   o identify and note bony deformities |   o determine the overall alignment the foot (planus, neutral, cavus) and comment on the presence of specific malignments involving the hindfoot, midfoot and forefoot |
| |   o identify and note joint condition | |
| |   o identify and note tendon problems |   o identify the location of pain and tenderness to palpation providing details pertinent to the presumptive diagnosis |
| | |   o identify and note particular bony deformities |
| | *Diagnostic Studies (selection, interpretation)* |   o identify and note particular joint contractures or laxity |
| | - will demonstrate the ability to order the appropriate xrays (if indicated) to evaluate the presenting complaint(s) |   o identify and note tendon imbalances |
| |   o know when weightbearing xrays of foot are indicated | |
| |   o know when non-weightbearing xrays of foot are indicated | *Diagnostic Studies (selection, interpretation)* |
| |   o know when know when weightbearing xrays of ankle are indicated | - will demonstrate the ability to order the appropriate xrays (if indicated) to evaluate the presenting complaint(s) |
| |   o know when non-weightbearing xrays of ankle are indicated |   o know when weightbearing xrays of foot are indicated |
| |   o know when full-length views of tibia-fibula are indicated |   o know when non-weightbearing xrays of foot are indicated |
| |   o know when a CT scan of the foot, ankle or leg is indicated |   o know when know when weightbearing xrays of ankle are indicated |
| |   o know when an MRI of the foot, ankle or leg is indicated |   o know when non-weightbearing xrays of ankle are indicated |
| | - will demonstrate the ability to provide a basic interpretation of the images | |
| |   o able to identify normal anatomy | |

**Attachment B**                    **Learning Objectives – Orthopaedic Foot and Ankle Service**

- o  able to describe pertinent positive findings
- o  able to provide a basic correlation of xray findings with history and examination

*Synthesis of Clinical Data, Differential Diagnosis*
- will demonstrate the ability to analyze their findings to form a clinical impression for the cause of the presenting complaint(s)
  - o  able to formulate a brief differential diagnosis
  - o  able to include the most likely diagnosis in their differential

*Formulate a Treatment Strategy*
- will demonstrate the ability to formulate a basic plan of care
  - o  able to identify, describe and prescribe nonoperative options for the condition
    - ▪ medications
    - ▪ physical therapy
    - ▪ orthotics, braces, casts and splints
  - o  able to identify, describe and discuss operative options for the condition
    - ▪ formulate an basic operative plan containing the indicated surgical procedures

Demonstrate procedural and surgical skills with supervision appropriate to the level of training that include:

*Ability to Perform Essential Procedures*
- will demonstrate the ability to perform the common procedures for outpatients and in-house consult
  - o  Splint and cast application
  - o  Joint aspiration/injection
  - o  Closed reduction of fractures of the foot, ankle and leg
- will demonstrate the ability to perform basic surgical skills
  - o  identify the appropriate position of the patient for surgery
    - ▪ know when the patient should be supine, lateral decubitus or prone
    - ▪ know how to place patient in the appropriate position safely
  - o  perform the preparation and draping of the patient for surgery
  - o  identify the location of the incision(s)

indicated
- o  know when and what special views of the foot and/or ankle are indicated to assess a particular condition
- o  know when full-length views of tibia-fibula are indicated
- o  know when a CT scan of the foot, ankle or leg is indicated
  - ▪ know when contrast is indicated
  - ▪ know when to request modifications to protocol to answer specific questions
- o  know when an MRI of the foot, ankle or leg is indicated
  - ▪ know when contrast is indicated
  - ▪ know when to request modifications to protocol to answer specific questions
- will demonstrate the ability to provide a concise diagnostic interpretation of the images
  - o  able to identify normal anatomy
  - o  able to interpret xrays in support of a presumptive diagnosis
    - ▪ able to identify and describe pertinent positive findings
    - ▪ able to identify and describe pertinent negative findings
  - o  able to discuss all xray findings in support or rule out of a particular diagnosis in correlation with history and examination

*Synthesis of Clinical Data, Differential Diagnosis*
- will demonstrate the ability to analyze their findings to defend/support their clinical impression for the cause of the presenting complaint(s)
  - o  able to formulate a detailed differential diagnosis
    - ▪ rank likelihood of each possible diagnosis
  - o  able to determine the most likely diagnosis and support their conclusion
    - ▪ discuss the individual clinical data used to reach their conclusion

*Formulate a Treatment Strategy*
- will demonstrate the ability to formulate a detailed plan of

Attachment B                    Learning Objectives – Orthopaedic Foot and Ankle Service

- o know the basic details of the exposure(s)
  - know the pitfalls, dangers and difficulties inherent to the exposure
- o know the steps to performing the procedure
- o know the layered closure of the exposure
- o know how to dress the wound
- o know how to immobilize the extremity properly after surgery
  - applying the splint, cast or brace at the conclusion of the operation

Demonstrate ability to manage inpatients:
- will demonstrate the ability to provide postoperative inpatient care for foot and ankle patients after surgery
  - o manage pain after surgery
  - o manage known medical comorbidities after surgery
  - o recognize the onset of acute postoperative decompensation
  - o recognize postoperative complications
- will demonstrate ability to develop and implement a management plans and initiate strategies including appropriate consultation with the supervising physician

care
- o able to identify, describe and prescribe all nonoperative options for the condition and modify options specifically to fit the individual patient
  - medications
  - physical therapy
  - orthotics, braces, casts and splints
- o able to identify, describe and discuss operative options for the condition and modify options specifically to fit the individual patient
  - formulate a detailed operative plan containing the indicated surgical procedures individualized to a particular patient
  - discuss reasoning for and against the inclusion or exclusion of a procedure from the surgical plan

*Ability to Perform Essential Procedures*
- will demonstrate the ability to perform the common procedures for outpatients and in-house consult and supervise the junior resident through these procedures
  - o Splint and cast application
  - o Joint aspiration/injection
  - o Closed reduction of fractures of the foot, ankle and leg
- will demonstrate the ability to perform basic surgical skills and guide the junior resident with attending supervision
  - o identify the appropriate position of the patient for surgery
    - know when the patient should be supine, lateral decubitus or prone
    - know how to place patient in the appropriate position safely
    - know when and how to modify the position to fit the needs of an individual patient
  - o perform the preparation and draping of the patient for surgery
    - know when and how to modify the prep and drape to fit the needs of an individual patient
  - o identify the location of the incision(s)

**Attachment B**

## Learning Objectives – Orthopaedic Foot and Ankle Service

- know when and how to modify the incision to fit the needs of an individual patient
  - ○ know the basic details of the exposure(s)
    - know the pitfalls, dangers and difficulties inherent to the exposure
    - know when and how to modify the exposure to fit the needs of an individual patient
  - ○ know the steps to performing the procedure
    - know when and how to modify the procedure to fit the needs of an individual patient
  - ○ know the layered closure of the exposure
  - ○ know how to dress the wound
  - ○ know how to immobilize the extremity properly after surgery
    - applying the splint, cast or brace at the conclusion of the operation
    - know when and how to modify the immobilization to fit the needs of an individual patient

Demonstrate ability to manage and direct inpatients:
- will demonstrate the ability to provide postoperative inpatient care for foot and ankle patients after surgery and supervise the junior resident activities
  - ○ manage pain after surgery
  - ○ manage known medical comorbidities after surgery
  - ○ recognize the onset of acute postoperative decompensation and form a provisional diagnosis
  - ○ recognize postoperative complications, identify the source of the problem and formulate a treatment plan
- will demonstrate the ability to recommend strategies to minimize the possibility of postoperative care complications
- will demonstrate the ability to evaluate patients at varying postoperative intervals and modifies rehabilitation protocols as necessary;

| | Attachment B | Learning Objectives – Orthopaedic Foot and Ankle Service |
| --- | --- | --- |
| | Junior Resident | Senior Resident/Fellow |
| Medical Knowledge | *Possess an appropriate fund of medical knowledge*<br>- will be able to answer questions appropriate to their level of training correctly in the following areas<br>   ○ anatomy<br>   ○ physiology<br>   ○ biomechanics<br>   ○ disease-specific facts<br>- will demonstrate willingness an ability to acquire new information<br>   ○ by his(her) actions and words, clearly show a desire to learn about all aspects of Orthopaedic surgery<br>   ○ by his(her) actions and words, clearly shows motivation to improve their abilities in all aspects of Orthopaedic surgery | *Possess an appropriate fund of medical knowledge*<br>- will be able to answer questions appropriate to their level of training correctly in the following areas<br>   ○ anatomy<br>   ○ physiology<br>   ○ biomechanics<br>   ○ disease-specific facts<br>- will be able to discuss the current literature regarding the gaps and controversies surrounding a clinical issue<br>- will demonstrate willingness an ability to acquire new information<br>   ○ by his(her) actions and words, clearly show a desire to learn about all aspects of Orthopaedic surgery<br>   ○ by his(her) actions and words, clearly shows motivation to improve their abilities in all aspects of Orthopaedic surgery<br>   ○ will model/mentor the ideal to the junior resident |

Attachment B

## Learning Objectives – Orthopaedic Foot and Ankle Service

| | Junior Resident | Senior Resident/Fellow |
|---|---|---|
| **Practice-Based Learning & Improvement** | *Recognizes gaps in knowledge and experience, uses constructive criticism to improve and applies scientific knowledge in daily duties* | *Recognizes gaps in knowledge and experience, uses constructive criticism to improve and applies scientific knowledge in daily duties* |
| | Able to locate, appraise and assimilate evidence from scientific studies related to patients' health issues; | Easily and expertly locate, appraise and assimilate evidence from scientific studies related to patients' health issues; |
| | Able to obtain and use information about his/her patient population and the larger population from which patients are drawn; | Easily and expertly obtain and use information about his/her patient population and the larger population from which patients are drawn; |
| | Able to apply knowledge of study designs and statistical methods to the appraisal of clinical studies; | Easily and expertly apply knowledge of study designs and statistical methods to the appraisal of clinical studies; |
| | Able to use information technology to manage information, access on-line medical information and support his/her own education; | Easily and expertly use information technology to manage information, access on-line medical information and support his/her own education; |
| | Able to facilitate the learning of medical students and other learners and other health care professionals on an informal basis in clinics, operating rooms and conferences; | Easily and expertly facilitate and coordinate the learning of medical students and other learners and other health care professionals on an informal basis in clinics, operating rooms and conferences; |
| | Ability to critically evaluate literature regarding Foot and Ankle conditions | Easily and expertly critically evaluate and discuss with other learners the literature regarding Foot and Ankle conditions |
| | Ability to analyze the circumstances surrounding a complication and to formulate an improvement plan to improve future care. | Easily and expertly analyze the circumstances surrounding a complication and to formulate an improvement plan to improve future care from an individual standpoint and from the perspective of the care team |
| | | *Be role model and peer-to-peer mentor to the junior resident. Actively guide them by your thoughts and actions to improve their capabilities* |
| | | Demonstrates leadership and responsibility for overseeing the care team. |
| | | Assures that learners on the service are exposed to the breadth and depth of experience including the distribution of operative cases and procedures to ensure competency at all levels. |

Attachment B                    Learning Objectives – Orthopaedic Foot and Ankle Service

| | Junior Resident | Senior Resident/Fellow |
|---|---|---|
| Interpersonal & Communication Skills | *Communicates effectively with patients, their families, professional colleagues and the allied health staff to work effectively as a member of a treatment team. Be able to interact with the leader and understand the challenges of being a leader of a treatment team*<br><br>Invites questions from patients and their families providing education regarding the patient's condition and the treatment plan;<br><br>Able to create and sustain a therapeutic and ethically sound relationship with patients and their families;<br><br>Able to effectively communicate information via various methods;<br><br>Able to work effectively with other members of a health care team;<br><br>Provides necessary reporting to more senior residents, fellows and attending staff to ensure good patient care;<br><br>*Demonstrates good listening skills and presents information in a clear and concise manner highlighting salient features*<br><br>Respond to patient phone calls and communication from allied health professionals. | *Communicates effectively with patients, their families, professional colleagues and the allied health staff to work effectively as a leader a treatment team.*<br><br>*Be role model and peer-to-peer mentor to the junior resident. Actively demonstrate exemplary interpersonal interactions. Model and mentor to them the importance of good communication skills*<br><br>Invites questions from patients and their families providing education regarding the patient's condition and the treatment plan and encourages all members of the care team to participate and contribute to the discussion<br><br>Easily and expertly create and sustain a therapeutic and ethically sound relationship with patients and their families and include the members of the care team in this relationship<br><br>Easily and expertly communicate information via various methods and teach all members of the care team these skills<br><br>Easily and expertly with other members of a health care team and teach all members of the care team these skills<br><br>Easily and expertly report to fellows and attendings to ensure good patient care and teach all members of the care team these skills<br><br>*Demonstrates good listening skills and presents information in a clear and concise manner highlighting salient features*<br><br>Respond to all inquires and messages from allied health professionals effectively and emphasize the importance of this skill to all members of the care team |
| | Junior Resident | Senior Resident/Fellow |

| Attachment B | | Learning Objectives – Orthopaedic Foot and Ankle Service |
|---|---|---|
| Professionalism | *Demonstrates high standards of ethical and moral behavior, honesty and integrity, compassion and empathy, reliability and responsibility in his(her) daily activities as a member of the Orthopaedic Surgery Residency Program* | *Demonstrates high standards of ethical and moral behavior, honesty and integrity, compassion and empathy, reliability and responsibility in his(her) daily activities as a leader of the Orthopaedic Surgery Residency Program* |
| | Effectively communicates and demonstrates care and respectful behaviors when interacting with patients and families; | *Be role model and peer-to-peer mentor to the junior resident. Actively guide them and encourage the junior resident to internalize the ideals of professional behavior* |
| | Maintains the strictest confidence in any and all interactions dealing with all patients; | Effectively communicates and demonstrates care and respectful behaviors when interacting with patients and families and teaches all members of the care team these skills |
| | Demonstrates compassion and empathy | Maintains the strictest confidence in any and all interactions dealing with all patients and teaches all members of the care team these skills |
| | Demonstrates respect, compassion and integrity in response to the needs of patients and their families; | Demonstrates compassion and empathy and teaches all members of the care team these skills |
| | Demonstrates ethical principles pertaining to patient confidentiality | Demonstrates respect, compassion and integrity in response to the needs of patients and their families and teaches all members of the care team these skills |
| | Demonstrates the ability to practice culturally competent medicine | Demonstrates ethical principles pertaining to patient confidentiality and teaches all members of the care team these skills |
| | Demonstrates sensitivity to the culture, age, gender and disabilities of patients; | Demonstrates the ability to practice culturally competent medicine and teaches all members of the care team these skills |
| | Promptly recognizes and acknowledges complications that arise; | Demonstrates sensitivity to the culture, age, gender and disabilities of patients and teaches all members of the care team these skills |
| | Maintain adequate documentation and timely completion of medical records; | Promptly recognizes and acknowledges complications that arise and teaches all members of the care team these skills |
| | Complete teaching and rotation evaluations. | Maintain adequate documentation and timely completion of medical records and teaches all members of the care team these skills |
| | *Demonstrate Clinical Judgment (organize and prioritize information and tasks)* | Complete teaching and rotation evaluations and teaches all members of the care team these skills |
| | - will demonstrate the ability to direct him(her)self in fulfilling all the clinical responsibilities assigned to him(her) on a daily basis | |
| | *Demonstrates awareness of limitations (seeks advice/assistance when appropriate)* | |

**Attachment B**

**Learning Objectives – Orthopaedic Foot and Ankle Service**

*Demonstrate Clinical Judgment (organize and prioritize information and tasks)*
- will demonstrate the ability to direct all members of the care team in fulfilling all their clinical responsibilities assigned to them on a daily basis
- ensures all clinical responsibilities of all the members of the care team are completely and properly performed on a daily basis

*Demonstrates awareness of limitations (seeks advice/assistance when appropriate)*

Demonstrates an openness and honesty to admit limitations while leading the members of the care team and solicits the support and input of the team and of the attending

| | Junior Resident | Senior Resident/Fellow |
|---|---|---|
| **Systems-Based Practice** | *Demonstrates an ability to work effectively in various healthcare settings and systems, concern for an attention to patient safety and attentiveness to timely completion of records and necessary applications* | *Demonstrates an ability to work effectively in various healthcare settings and systems, concern for an attention to patient safety and attentiveness to timely completion of records and necessary applications* |
| | Able to use information technology to support patient care decisions and patient education; | *Be role model and peer-to-peer mentor to the junior resident. Demonstrate your dedication to working effectively in the healthcare system. Keep up with your medical record responsibilities and encourage the junior resident to do the same.* |
| | Able to coordinate health care services aimed at preventing health problems or maintaining health (OT, PT); | Easily and expertly use information technology to support patient care decisions and patient education and teach the members of the team these skills |
| | Able to work with other health care professionals from various disciplines to provide excellent patient-focused careMaintains the strictest confidence in any and all interactions dealing with all patients; | Easily and expertly coordinate health care services aimed at preventing health problems or maintaining health (OT, PT) and teach the members of the team these skills |
| | Demonstrates knowledge of treatment plans and their impact on cost-effectiveness and efficiency of patient care; | |

**Attachment B**

## Learning Objectives – Orthopaedic Foot and Ankle Service

| | |
|---|---|
| Acts as an advocate for quality of patient care; | Easily and expertly work with other health care professionals from various disciplines to provide excellent patient-focused care and teach the members of the team these skills |
| Able to assess, coordinate and improve the care of patients within the current health care model(s) or systems in the program [OT, PT and Rehab]; | Maintains the strictest confidence in any and all interactions dealing with all patients and ensures the members of the team do the same |
| Complete all requirements for compliance, risk management, and safety education. | Easily and expertly demonstrates' knowledge of treatment plans and their impact on cost-effectiveness and efficiency of patient care and educates the members of the team on these issue |
| | Easily and expertly acts as an advocate for quality of patient care and encourages the members of the team to do so |
| | Easily and expertly assess, coordinate and improve the care of patients within the current health care model(s) or systems in the program [OT, PT and Rehab] and teaches these skills to the members of the care team |
| | Complete all requirements for compliance, risk management, and safety education and encourages the members of the team to do so |

# Thomas Affidavit Exhibit Q



**PALMETTO HEALTH**

## PROGRAM LETTER OF AGREEMENT
### Practice or Clinic Supervision by University Specialty Clinics Faculty

Date: June 3, 2010

> Richard Bell, MD
> Two Medical Park Ste. 300
> Columbia, SC 29203
>
> 803-256-2657

The purpose of this Letter of Agreement is to set forth the general terms and specific conditions under which University Specialty Clinics-Surgery has agreed to participate in the education and supervision of residents in the Palmetto Health Graduate Medical Education Program(s). The major components of our relationship are as follows:

❖ Representatives of Orthopaedic Surgery education program and University Specialty Clinics-Surgery have mutually agreed upon a rotation schedule for resident(s) at your site. This schedule is attached as Appendix A, which may be revised yearly as needed upon written mutual agreement.

❖ Residents in the Orthopaedic Surgery Residency Program will rotate through your office to fulfill their Vascular, Trauma, Plastics, Trauma ICU requirement(s). It is agreed and understood that during such rotations the resident will be participating in the treatment of patients in your offices and under the supervision of various USC School of Medicine attending physicians who report to Richard Bell, MD.

❖ This Letter of Agreement may be terminated "for cause" at any time and may be terminated "without cause" by either party upon thirty (30) days prior written notice.

❖ Palmetto Health will be solely responsible for payment of the salary, fringe benefits, and professional liability insurance for the resident who rotates through your practice.

❖ Goals and objectives of this rotation:

> I. Trauma
> -Demonstrate ability to manage the ICU patient.
> -Assess needs and successfully transfer patients between services for consultation.
> -Obtain ATLS certification.
> -Demonstrate basic understanding of trauma coding and initial ATLS evaluation process.
> -Demonstrate successful prioritization and execution of trauma management skills.

2. Vascular
-Be able to successfully perform vascular examinations.
-Identify and treat vascular causes of lower extremity pain.
-Identify and treat vascular injury associated with orthopaedic trauma.
-Display competence in knowledge of extremity arterial anatomy.
-Display competence in the knowledge of spinal cord injured patients.
-Exhibit competence in the rehabilitation needs of total joint, tumor, sports medicine, and foot and ankle patients.

3. . Plastics
-Appropriate surgical technique and handling of instruments and soft tissues.
-Wound healing techniques, therapies and outcomes.
-Acute trauma management, prioritization and execution.
-Use of full and split thickness skin grafts as well as local flaps.

Attending Responsibility:
1. Teaching
   a. Agree to follow the goals and objectives as outlined by the Orthopedic Residency Program.

2. Supervision
   a. Agree to supervise at all times the orthopedic resident in clinics and surgery.

3. Evaluation
   a. Must provide written evaluation of resident on Program Director approved form or format within 2 weeks of rotation completion.

❖ While on rotation at your site, the resident will abide by applicable policies, procedures, rules and regulations of your clinic: provided, however, all rotations must be consistent with the educational goals and objectives of the Program and the general policies and procedures of the Sponsoring Institution (Palmetto Health).  Incidents that may require academic or disciplinary action will be referred back to the Sponsoring Institution via the Program Director and will be handled in compliance with academic or disciplinary policies of the Sponsoring Institution. Further, the educational experiences of the resident while on rotation at your site will be provided in a manner consistent with applicable Accreditation Council for Graduate Medical Education (ACGME) Residency Review Committee (RRC) requirements, and other federal, state and local laws, rules and regulations.

❖ Further, it is agreed and understood that your participation in the Palmetto Health Graduate Medical Education Programs under the terms of the Letter of Agreement does not unreasonably interfere with, conflict with, and is not prohibited by any other employment or compensation agreement to which the practice is a party.

Your agreement to participate in the Palmetto Health Graduate Medical Education program(s) is greatly appreciated. The PH-USC Department of Orthopedic Surgery pledges its full support to the clinic site to help in education of the resident within your office.

Please indicate your concurrence with the terms of this Letter of Agreement by signing in the space provided below.  Should you have questions, please do not hesitate to contact David Koon, MD at (803) 434-6879 or Katherine G. Stephens at (803) 434-4416.

Sincerely,

By: _____
Designated Institutional Official
Katherine G. Stephens, MBA, FACHE
Vice President, Medical Education

Date: _____

By: _____

Program Director for Orthopedic Surgery

Date: _____

Accepted:

By: _____
Authorized Representative
Name: Cecily McCoy
Title: Administrative Director General Surgery

Date: 6/23/2010

By: _____

Attending Physician: Richard Bell, MD

Date: 6/10/2010

Appendix A

# DEPARTMENT OF ORTHOPAEDIC SURGERY
## PGY 1 ROTATIONS
### JULY 1, 2010 - JUNE 30, 2011

|  | DR. Afraaz R. Irani | DR. Harrison B. Goodno |
|---|---|---|
| **JULY 2010** | *Vascular* | Trauma |
| **AUGUST 2010** | Trauma | *Vascular* |
| **SEPTEMBER 2010** | *Plastics* | VA Surgery |
| **OCTOBER 2010** | VA Surgery | *Plastics* |
| **NOVEMER 2010** | Trauma |  |
| **DECEMBER 2010** | Trauma ICU |  |
| **JANUARY 2011** |  | Trauma |
| **FEBRUARY 2011** |  | Trauma ICU |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |