## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
                     COLUMBIA DIVISION

Afraaz R. Irani, M.D.,     )
                           )   C/A No. 3:14-cv-03577-CMC-KDW
        Plaintiff,         )
                           )
  vs.                      )
                           )
Palmetto Health;           )
University of South        )
  Carolina School of       )
  Medicine; David E. Koon, )
  Jr., M.D., in his        )
  individual capacity; and )
  John J. Walsh, IV, M.D., )
  in his individual        )
  capacity,                )
                           )
        Defendants.        )
_____)

                   DEPOSITION OF

              HARRISON BOYD GOODNO, M.D.

                  ******************

                Thursday, July 2, 2015
                8:58 a.m. - 11:59 a.m.
```

The deposition of HARRISON BOYD GOODNO, M.D., taken on behalf of the Plaintiff at the law offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1320 Main Street, Suite 600, Columbia, South Carolina, on the 2nd day of July, 2015, before Lyn A. Hudson, Court Reporter and Notary Public in and for the State of South Carolina, pursuant to Notice of Deposition and/or agreement of counsel.

## Page 2

APPEARANCES:

Representing the Plaintiff:
    David E. Rothstein, Esquire
    Rothstein Law Firm, P.A.
    1312 Augusta Street
    Greenville, South Carolina  29601
    (8-64) 232-5870
    drothstein@rothsteinlawfirm.com

Representing the Defendants Koon, Walsh and USC School of Medicine:
    Kathryn Thomas, Esquire
    Gignilliat, Savitz & Bettis, LLP
    900 Elmwood Avenue
    Suite 100
    Columbia, South Carolina  29201
    (803) 799-9311
    kthomas@gsblaw.net

Representing the Defendant Palmetto Health:
    Katherine Dudley Helms, Esquire
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    1320 Main Street
    Suite 600
    Columbia, South Carolina  29201
    (803) 252-1300
    katherine.helms@ogletreedeakins.com

    Elizabeth Bradley, Esquire
    Associate General Counsel
    Palmetto Health
    1600 Marion Street
    Second Floor
    Columbia, South Carolina  29201

## Page 3

CONTENTS:
(Deposition of Harrison Boyd Goodno, M.D.)

| | PAGE |
|---|---|
| Exhibit Index | 3 |
| Stipulations | 4 |
| Examination by Mr. Rothstein | 5 |
| Certification of Reporter | 115 |
| Errata Sheet | 116 |

EXHIBIT INDEX

| EXHIBITS: | IDENTIFIED AT PAGE: |
|---|---|
| Plaintiff's Exhibit Number 1 | 8 |
| Plaintiff's Exhibit Number 2 | 22 |
| Plaintiff's Exhibit Number 3 | 79 |
| Plaintiff's Exhibit Number 4 | 81 |
| Plaintiff's Exhibit Number 5 | 100 |
| Plaintiff's Exhibit Number 6 | 108 |
| Plaintiff's Exhibit Number 7 | 111 |

## Page 4

S T I P U L A T I O N

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys of record, that this deposition is taken in accordance with the Federal Rules of Civil Procedure;

That the formality of READING AND SIGNING is specifically NOT WAIVED;

That all objections, except as to the form of the questions and the responsiveness of the answers, are reserved until such time as this deposition, or any part thereof, may be used or is sought to be used in evidence.

---

Page 45

1  A: No.
2  Q: Did you ever hear Dr. Koon refer to Dr. Irani as
3     terrorist of any sort?
4  A: No.
5  Q: Or Al-Qaeda?
6  A: No.
7  Q: Do you recall Dr. Irani mentioning that remark that he,
8     that Dr. Koon had called him Achmed the Terrorist?
9  A: No.
10 Q: Do you believe that it would have been inappropriate
11    for Dr. Koon to make the remark that Dr. Irani looked
12    like Achmed the Terrorist?
13       MS. THOMAS: Object to the form.
14 A: I don't see how that's relevant because I don't
15    remember anyone saying that.
16 BY MR. ROTHSTEIN:
17 Q: I know you don't remember.
18 A: I refuse to answer that question.
19 Q: Okay.
20 A: That's not appropriate.
21 Q: Do you believe that it would be appropriate for anyone
22    to call Dr. Irani Achmed the Terrorist?
23       MS. THOMAS: Object to the form.
24 A: Again, I'm not going to answer that question because I
25    don't agree with it. And I don't understand how that's

Page 46

1     relevant. I don't remember anyone saying that and I'm
2     going to leave it at that.
3  BY MR. ROTHSTEIN:
4  Q: Okay. Did you ever observe any unfair treatment toward
5     Dr. Irani during his residency at USC?
6  A: Specifically towards him I can't say. It was a tough
7     program for everyone.
8  Q: Did you ever have any discussions with Dr. Irani about
9     him being unfairly singled out or treated differently
10    from other residents in the program?
11 A: I do recall, yes, him being concerned about that.
12 Q: Did, tell me what you can recall about that discussion
13    or those discussions.
14 A: I think any time anyone is having difficulty at their
15    job or in their residency, there's going to be a lot of
16    discussion about that. I can't remember one specific
17    instance. Well, I do remember one time at the VA early
18    on, I happened to be at the VA at the same time. And
19    he had pulled me aside in clinic and said that he had
20    gotten an unfavorable evaluation from a general
21    surgeon. And he was concerned about that.
22 Q: That would have been during your PGY 1 year?
23 A: It must have been because it was -- yeah. It was about
24    a general surgeon. So that would have been during
25    intern year.

Page 47

1  Q: Can you recall any other discussion with Dr. Irani
2     about either what he felt was being unfair treatment or
3     being singled out in some way in the program?
4  A: I do remember he had a, as we all did had a very busy
5     call night one night and, with Dr. Abell who was one of
6     the, Locum's (sic) ortho trauma guys. And he had
7     actually transcribed the conversation and was showing
8     me the conversation that he had with Dr. Abell, I
9     guess, over the phone. And he had typed it out on a
10    piece of paper and was showing it to me. And I was,
11    that stands out in my mind because that was something
12    that was different, I guess. But I know at that point
13    he was concerned about, about his status, I guess. So
14    he was, he had recorded that conversation I guess to
15    have evidence of what had taken place. And what the
16    substance of that is I don't recall. But I do, that
17    does stand out in my mind.
18 Q: Did you ever have any difficulties with Dr. Abell?
19 A: Nothing out of the ordinary. He had high expectations.
20    But lots of attendings do. Not just in orthopedics.
21    So --
22 Q: Do you ever recall Dr. Abell refusing to come in on a
23    call?
24 A: Refusing to come? Can you rephrase that?
25 Q: Yeah. Do you ever recall any instances where Dr. Abell

Page 48

1     refused to come in to the hospital while he was on call
2     and someone needed his assistance or guidance?
3        MS. HELMS: Object to the form of the question.
4  A: I don't remember him specifically refusing to come in
5     for me. But it would be unusual for, in any residency
6     for the, other than in the ICU it would be unusual for
7     any residency program and this is just my limited
8     experience at the facility, but it would be unusual for
9     any attending to come running in for a resident. You
10    were the resident on call. So, but I don't recall him
11    specifically refusing to come in.
12 BY MR. ROTHSTEIN:
13 Q: And I know you said with regard to you. Do you recall
14    Dr. Irani ever discussing with you that he had
15    difficulty getting Dr. Abell to come in to assist with
16    a call?
17 A: I don't remember that specifically. I know they had a
18    difficult relationship.
19 Q: Do you recall any instances where Dr. Irani believed
20    that Dr. Abell had either changed or denied what he had
21    told Dr. Irani with regard to a certain patient?
22 A: Can you restate that?
23 Q: Yeah. That was a terrible question. Do you recall any
24    incidents where Dr. Irani discussed with you problems
25    he had with Dr. Abell either changing his story after

Page 49

1  the fact or denying that he had told Dr. Irani to do
2  something?
3  A: I can't remember a specific instance. I just remember
4  they had a very difficult relationship. I had, I
5  hadn't seen that before. But I wasn't a very seasoned
6  resident at the time either. But they had a very
7  difficult relationship. And it got to the point where
8  they wouldn't take call with each other which was very
9  unusual I felt. And so did other residents.
10 Q: Okay. So the difficulties with Dr. Abell were not
11 limited to Dr. Irani; is that fair?
12     MS. HELMS: Objection to the form of the question.
13 A: I couldn't say that. I don't agree or disagree with
14 that statement. I don't know.
15 BY MR. ROTHSTEIN:
16 Q: Now you mentioned the surgery resident, the surgery,
17 general surgery attending and the incident with
18 Dr. Abell. Any attendings on the faculty of the USC
19 Orthopedics Department, were any of those the subjects
20 of conversations you had with Dr. Irani about being
21 treated unfairly or singled out?
22 A: I know Afraaz was concerned about his, how he was being
23 treated. I don't remember a specific conversation.
24 This was what, three or four years ago now. But I do
25 remember him being concerned.

Page 50

1  Q: Do you recall Dr. Irani ever discussing with you
2  feelings that his cultural differences may have
3  explained some of the difficulties he was having with
4  the Palmetto Health USC Residency Program?
5  A: I do not recall that. I do remember that, again,
6  Afraaz is, is a, you know, pretty laid back guy. I
7  remember on an interview day for potential candidates
8  coming in that there was a, everyone took a picture,
9  every interviewee took a picture. And then after
10 everyone left just so they could remember they would
11 post, you know, they would talk about each candidate
12 and put their picture up on the big board. And as
13 junior residents we weren't part of that discussion at
14 the end of the day. We were part of the interview day
15 and then we got to leave, you know, whatever time, four
16 or five o'clock. And then the faculty and the upper
17 level residents would stay and discuss the candidates.
18 I do recall an instance, I remember this as a funny
19 memory, that I guess Afraaz was part of the picture
20 taking process, snap a picture with your cell phone,
21 and then we e-mailed all of them to one person and they
22 threw them on a Word doc and put them on the board at
23 the end of the day. And they snuck in a picture of
24 Afraaz, Afraaz himself took a picture and, referred to
25 himself as Aziz. But that was as a, that was a joke.

Page 51

1  I remember that being a joke. I remember it being a
2  funny thing that happened during residency.
3     MS. THOMAS: I'm sorry, Dr. Goodno. I didn't hear
4  part of that. You said referred to him as?
5  A: He referred, Afraaz referred to himself as Aziz.
6     MS. THOMAS: Aziz? Thank you.
7  A: And I think that stemmed from confusion from another
8  attending thinking his name, he hadn't worked with him
9  much, and thought his name was Aziz. It was a running
10 joke. And I can't say, I guess it was supposed to be
11 Afraaz was just joking around and was poking fun at
12 himself a little bit. But --
13 BY MR. ROTHSTEIN:
14 Q: Was that Dr. Iaquinto referred to --
15 A: Yes. And my understanding was that was an honest
16 mistake. And he would, you know, it was something that
17 I don't think anyone took seriously. And Afraaz was
18 willing to joke about it and he, you know, he poked fun
19 at himself by putting the picture of himself. So I
20 don't recall that being an unusual thing.
21 Q: Okay. Do you remember a journal club at the end of
22 your PGY 1 year as you're transitioning to your PGY 2
23 year, so that would have been June of 2011, do you
24 remember that journal club?
25 A: No.

Page 52

1  Q: Do you recall presenting an article on Radiation
2  Exposure of Orthopedic Surgeons in one of your earlier
3  journal clubs?
4  A: Me? Did I present that?
5  Q: Yes.
6  A: I remember the article. I don't remember who presented
7  it.
8  Q: Do you recall the journal club where Dr. Irani was
9  assigned to present an article about swimming with
10 sharks?
11 A: I remember the article. I don't remember who presented
12 it.
13 Q: Do you remember anything about Dr. Irani's presentation
14 at that journal, at the journal club?
15 A: Again, I remember the article because it was usually
16 presented every year. I don't remember who presented
17 it.
18 Q: Which residents would typically present the Swimming
19 With Sharks article?
20 A: One of the junior residents.
21 Q: Do you ever recall Dr. Koon telling one of the
22 presenters that was doing the Shark article that that
23 article was not randomly assigned to them?
24 A: No.
25 Q: Did you know that Dr. Irani was placed on academic

Page 53

1  remediation in August of 2011 about six weeks into
2  y'all's PGY 2 year?
3  A: I remember that he was on some sort of probationary
4     period. I don't remember what the date was. But I do
5     recall that, that he was on probation of some kind.
6  Q: Do you recall how you found out that he was on some
7     sort of probation?
8  A: Specifically, no. He probably told me himself.
9  Q: Okay. During your time in the Orthopedic Surgery
10    Residency Program, did you ever use Vicryl suture to
11    close a wound?
12 A: Can you say that again?
13 Q: Yes. During your Orthopedic Surgery Residency Program
14    did you ever use Vicryl suture to close a wound?
15 A: For the top layer, no. But yes, we did use Vicryl for
16    the underlayers.
17 Q: Did you ever use Vicryl suture in the emergency room
18    during your orthopedic surgery residency?
19 A: I'm sure I may have at some point. I don't recall.
20    Not to close the top of the wound. Not as the final
21    closure.
22 Q: Did you ever attempt to use Vicryl suture to close the
23    top layer of a wound?
24 A: Me specifically, no. I don't recall doing that.
25 Q: Do you recall any resident attempting to use Vicryl, or

Page 54

1     using Vicryl suture to close the top layer of a wound?
2  A: It rings a distant bell that there was a discussion
3     about that. I don't remember what the details were.
4  Q: In November of 2011 did you become aware of an e-mail
5     from Dr. Koon to Dr. Irani where Dr. Koon was upset
6     with Dr. Irani about the dictation of a VA patient?
7  A: Can you restate that?
8  Q: Yeah. In November of 2011 did you become aware of an
9     e-mail from Dr. Koon to Dr. Irani where Dr. Koon was
10    upset with Afraaz about the dictation of a VA patient?
11 A: No.
12 Q: Were you ever aware of an e-mail from Kenny Linley to
13    Dr. Hoover and Dr. Irani stating that the treatment
14    toward Dr. Irani seemed like a witch hunt?
15 A: No. I don't remember that.
16 Q: Did you ever observe any animosity by Dr. Koon
17    exhibited or displayed towards Dr. Irani?
18 A: Can you rephrase that?
19 Q: Yeah. Did you ever observe any animosity displayed by
20    Dr. Koon towards Dr. Irani?
21 A: I, it was, it was not, it was clear that Dr. Irani was
22    not liked by some attendings.
23 Q: How was it clear that Dr. Irani was, or clear to you
24    that Dr. Irani was not liked by some of the attendings?
25 A: Just observations, I guess. I can't remember a

Page 55

1     specific instance.
2  Q: Okay.
3        MS. THOMAS: If you reach a stopping point. I'm
4     sorry. I need a quick break to the restroom.
5        MR. ROTHSTEIN: That's fine.
6          (Break - 10:21 a.m.-10:26 a.m.)
7          (Question Read Back)
8  BY MR. ROTHSTEIN:
9  Q: And you mentioned the phrase some of the attendings,
10    that it was clear to you that Dr. Irani was not liked
11    by some of the attendings. Who were those attendings?
12 A: We don't have a very big department so, I can list all
13    of them for you if you want. But that's, I mean, it
14    was just a general feeling that I had. It may have
15    just been me.
16 Q: Was it all of the attendings that didn't like Dr. Irani
17    or was it some of the attendings? Because when you
18    used the word some of the attendings that implies to me
19    that it wasn't everybody.
20 A: With all due respect to Dr. Irani I feel like he was
21    not very well-liked by the faculty.
22 Q: Was this level of animosity in your observation the
23    same for all the faculty members in terms of their
24    animosity toward Dr. Irani?
25        MS. THOMAS: Object to the form.

Page 56

1        MS. HELMS: Object to the form.
2  A: That's a lot of speculation. I really couldn't say.
3  BY MR. ROTHSTEIN:
4  Q: Okay. Well, let's go through. You said it's a pretty
5     small department. I think Dr. Koon is the program
6     director; right?
7  A: Uh-huh (affirmative response). Yes, sir.
8  Q: Okay. Did you ever observe any animosity from Dr. Koon
9     towards Dr. Irani?
10 A: Again, it was a tough program. I think any surgery
11    program is a tough program. It doesn't just have to be
12    surgery though. But now that I've been part of two
13    programs I can say that there is different styles from
14    different attendings and it was a tough program, you
15    know. I think they were hard on everyone and they
16    expected certain things. And if they detected what
17    they perceived to be deficiencies they would attempt to
18    address them. And everyone has a different style. I'm
19    not going to speculate on what someone else's feelings
20    were about someone else.
21 Q: Now, I wrote this down. I think you testified that it
22    was clear that Dr. Irani was not liked by some of the
23    attendings.
24 A: Uh-huh (affirmative response).
25 Q: Was it clear that all of the residents were not liked

Page 57

1  by the attendings?
2  A: I can't say. It was a tough program.
3  Q: Did it seem like some of the attendings were, that they
4     liked some of the residents?
5  A: I think my general sense to answer that question is
6     that the further along you got, and this goes for any
7     residency, the further along you get in a program or
8     anything you, you know, pay your dues and earn more
9     respect. And, you know, by the time you make it to
10    your fourth and fifth year you've worked with these
11    people for a while. And there appeared to be more of
12    a, a little bit more, you know, congeniality or
13    whatever the word would be between those people, those
14    upper level residents.
15 Q: When you were in the Orthopedic Surgery Residency
16    Program, were there any residents that you would
17    consider to be of a diverse ethnic or racial background
18    besides Dr. Irani?
19       MS. THOMAS: Object to the form.
20 A: I don't know what people's ethnic backgrounds or
21    ancestry is so I can't, couldn't say. There's a
22    diversity in the hospital. I know that.
23 BY MR. ROTHSTEIN:
24 Q: Okay. I understand that. Were there any minority
25    orthopedic residents during your tenure other than Dr.

Page 58

1  Irani?
2       MS. THOMAS: Object to the form.
3  A: Not minorities. There was females. So I would, me
4     personally, my opinion would be that would count as
5     diversity if I was looking at an organization.
6  BY MR. ROTHSTEIN:
7  Q: Look at Exhibit 2 if you will please which is the
8     photographs of the residents in the Family Medicine
9     Residency Program. Do you know Danesh Ghiassi?
10 A: Yes.
11 Q: Do you know Ahmed Khan?
12 A: Yes.
13 Q: Do you know Adamna -- I can't pronounce her last name.
14 A: Ndubuizu?
15 Q: Yes.
16 A: Yes.
17 Q: Do you know Dezmond Sumter?
18 A: I know all these people.
19 Q: Do you believe that those are Caucasian individuals?
20 A: No.
21 Q: How would you describe them? Would you describe them
22    as minority candidates?
23 A: Yes.
24 Q: Page two, your classmates, do you know Feneisha Fervil?
25 A: I know everyone on the page.

Page 59

1  Q: Can you distinguish looking at that page who you would
2     consider a minority candidate, a resident, and who
3     would be considered a majority or white resident?
4  A: I guess. Yes.
5  Q: Okay. And the third year it looks like there's a
6     number of either African American or non-white
7     residents in the Family Medicine Residency Program, PGY
8     1?
9  A: Yes. It appears so.
10 Q: Looking at Dr. Irani, do you have any difficulty
11    observing that his skin complexion is darker than your
12    attorney's?
13       MS. THOMAS: Object to the form.
14 A: Yes. I guess that's, it's a darker complexion.
15 BY MR. ROTHSTEIN:
16 Q: You have no difficulty discerning that just by looking
17    at the two of them, do you?
18       MS. THOMAS: Object to the form.
19 A: A really bizarre question. But yes, I can detect a
20    difference. Yes.
21 BY MR. ROTHSTEIN:
22 Q: I agree it's a bizarre question. Do you recall a knee
23    patient from your PGY 2 year who called in over the
24    Thanksgiving weekend in 2011 when you were on call?
25    Post-operative patient with a draining wound?

Page 60

1  A: You would have to give me more specifics. You
2     understand we saw like 15 to 20 consults per call. So
3     average that over three years.
4  Q: Do you recall being on call Thanksgiving weekend 2011
5     on Sunday?
6  A: I would have to look at the call schedule. It was
7     standard for the junior level residents to be on for
8     holidays. So I'm sure I was on at some point during
9     Thanksgiving weekend.
10 Q: Do you recall a patient where you -- or let me back
11    this up. Do you recall a time when Dr. Irani over the
12    Thanksgiving weekend was on call on a Saturday and you
13    were on call the following day on a Sunday?
14 A: If we're getting into specifics I don't remember
15    exactly which days. But I do remember being on
16    Thanksgiving weekend only because it would have been
17    standard for the junior level, the second years to be
18    on call for a holiday weekend.
19 Q: Okay. Do you recall meeting at that time with
20    Dr. Hoover about a patient of Dr. Koon's who called in
21    over the weekend with a knee, potential knee infection
22    post-op?
23 A: I don't remember that specifically. Now that you
24    mention that I do remember getting a page in the OR at
25    the VA at some point, presumably after the fact about

Page 61

1  this patient. But I don't remember the details.
2  Q: Okay.
3  A: Other than there was a post-op patient with a wound
4     complaint.
5  Q: What did you do in response to the page?
6  A: I don't remember.
7  Q: Do you recall coming to a meeting at Palmetto Health
8     Richland with Dr. Hoover?
9  A: No.
10 Q: And Dr. Irani to discuss that?
11 A: I don't.
12 Q: You don't? What stands out in your mind about
13    receiving that page?
14 A: I remember being concerned because it was a post-op
15    patient. It was in the operating room. We were, I was
16    clearly not scrubbed in at the time so I don't know if
17    the case was beginning or ending. But I remember any
18    time there was a post-op, you know, patient that was
19    obviously a higher level of concern. So I was hoping I
20    hadn't done something wrong or that was, you know,
21    something wasn't wrong. But I honestly do not remember
22    the specifics.
23 Q: Okay. Did you work at the VA on a Sunday?
24 A: I would have to look at the call schedule. I don't
25    remember. All I remember is being on Thanksgiving

Page 62

1  weekend and we covered both hospitals at the time.
2  Q: But were you in the OR with Dr. Eady on a Sunday at the
3     VA?
4  A: No. It wouldn't have been on a Sunday. This would be
5     during the week would be my recollection. But again, I
6     can't say for sure.
7  Q: Do you recall Dr. Koon chewing you out about this
8     particular patient with a knee infection, post-op knee
9     infection?
10 A: I don't remember that specifically.
11 Q: Did Dr. Koon ever chew you out?
12 A: I'm sure at one time or another he probably was upset
13    with, you know, any resident. Yes. He was upset with
14    me before.
15 Q: Okay. Do you ever recall a knee patient who called in
16    to the hospital and spoke to Dr. Irani first and then
17    later called you back the next day and then later had
18    to come in to the hospital to have a knee irrigated or
19    washed out and treated for an infection?
20 A: The case that we're discussing, yes, did involve Dr.
21    Irani and me. I do remember that. I don't remember
22    the specifics other than we both were involved. Both
23    were paged. I don't remember what was said. I know it
24    was any time there was a post-op patient it was
25    definitely higher, higher risk.

Page 63

1  Q: Okay. Do you recall what you told that patient in
2     terms of what your advice to him or her was?
3  A: I don't remember specifically.
4  Q: Okay. If a patient called in post-operatively and had
5     drainage coming from a wound from a knee operation,
6     what would you have told that patient?
7  A: My specific policy on anyone calling in to the call
8     pager whether it was in orthopedics or in family
9     medicine I can't make a diagnosis over the phone. The
10    safest thing to do is to come in to the ED to be
11    evaluated. That would be my general response to any
12    patient. Again, I don't remember the specifics of what
13    I would have said to a patient two or three years ago.
14 Q: Do you recall a situation where you gave that advice to
15    the patient and the patient decided not to come in to
16    the ED that day?
17 A: Again, I don't remember the specifics. I do remember
18    this case. But I do not remember the specifics of what
19    I would have said on a random phone conversation three
20    years ago.
21 Q: Do you recall discussions with Dr. Irani about this
22    particular patient?
23 A: I'm sure we would have discussed it. I don't remember
24    specifics about a discussion we had.
25 Q: Okay. Do you, in your recollection of this, do you

Page 64

1  believe that your conversation, phone conversation with
2  this patient was similar to Dr. Irani's telephone
3  conversation with this patient?
4  A: I couldn't say.
5  Q: Did you get written up in response, in regard to this
6     particular patient?
7  A: What do you mean written up?
8  Q: Did you get placed on academic remediation because of
9     this patient?
10 A: No.
11 Q: Did you have any disciplinary action taken against you
12    with regard to this patient?
13 A: As far as I recall, no.
14 Q: Okay. Do you recall speaking with Dr. Irani on
15    December 5th 2011 around 6:15 or 6:30 in the cafeteria?
16 A: No.
17 Q: Do you recall a time seeing Dr. Irani in the cafeteria
18    late in the evening or I guess early in the evening
19    where he appeared to be upset about a faculty meeting
20    that he had attended?
21 A: I don't remember that specifically, no. That specific
22    instance, no.
23 Q: Do you ever remember having discussions with Dr. Irani
24    about a situation where he was called in to a faculty
25    meeting at the Orthopedic Surgery Department?

Page 65

1  A: Specifically, no. But I'm sure he would have had a
2     faculty meeting.
3  Q: How many times did you get called in to faculty
4     meetings during your residency?
5  A: Once.
6  Q: When was that?
7  A: Probably this, it would have been summer of my second
8     year going into my third year. Or sometime towards the
9     end of my second year would be my guess.
10 Q: Okay.
11 A: End of, would have been 2012, I guess.
12 Q: Was that a memorable experience for you?
13 A: Yes.
14 Q: Tell me what happened during that faculty meeting.
15 A: If the faculty had concerns about any deficiencies that
16    they detected they would call you first to, they would
17    address it personally, have the chief residents address
18    it, I don't know in which order. But if there were
19    still deficiencies they detected, or they felt were
20    present, they would call you in to a faculty meeting.
21    All the faculty would be present. Upper level resident
22    would be involved. For me it was Kenny Linley. And
23    they would go over what they felt you needed to improve
24    on.
25 Q: Okay. Were you informed of these deficiencies or the

Page 66

1     nature of these alleged deficiencies by your senior
2     resident prior to the faculty meeting?
3  A: Yes.
4  Q: Did you offer an explanation or did you have
5     discussions with your senior resident about sort of
6     your side of the story before the faculty meeting?
7  A: I'm sure I would have. I don't remember the specific
8     conversations.
9  Q: Were there things brought up during the faculty meeting
10    that were new to you that you had never heard about
11    before? Allegations of deficiencies?
12 A: I disagreed with some of them. Yes.
13 Q: Were you given an opportunity during the faculty
14    meeting to explain or discuss things from your
15    perspective?
16 A: Yes.
17 Q: Did you feel like you were being cross-examined by
18    Dr. Koon during that faculty meeting?
19 A: No.
20 Q: Did Dr. Koon ever raise his voice toward you during
21    that faculty meeting?
22 A: Not that I recall.
23 Q: Did Dr. Koon ask you if you wanted to continue in the
24    residency program during the faculty meeting?
25 A: I remember him asking me that at one point. I don't

Page 67

1     remember if he asked me during the meeting. But he did
2     ask me that at some point around that time.
3  Q: Did Dr. Koon ask you if you were recording the meeting?
4  A: I'm sorry?
5  Q: Did Dr. Koon ask you if you were recording the meeting?
6  A: I don't recall. That would have been an unusual
7     question. I don't remember that.
8  Q: Did Dr. Koon ask you to put your phone on the table
9     before the meeting started?
10 A: I don't recall.
11 Q: Did any, do you recall any other faculty members
12    discussing with you the alleged deficiencies besides
13    Dr. Koon?
14 A: In my case?
15 Q: Yes.
16 A: Yes.
17 Q: Okay. Who else do you recall being involved in that
18    discussion?
19 A: I mean, it was kind of a round table discussion. So
20    most of them probably would have chimed in. I remember
21    Kenny Linley speaking. I remember Dr. Mazoue speaking.
22 Q: Do you recall whose patient this was?
23       MS. HELMS: Object to the form of the question.
24       MS. THOMAS: Object to the form.
25 A: It wasn't regarding a specific patient for me. It was

Page 68

1     how I needed to improve.
2  BY MR. ROTHSTEIN:
3  Q: Were there any specific patient encounters that were
4     addressed during the faculty meeting?
5  A: Not that I can recall but I couldn't say.
6  Q: Was there some specific event that prompted your senior
7     resident to speak with you, then later you be summoned
8     to the faculty meeting?
9  A: I think there was an overall concern for me as to did I
10    really want to be a surgical resident. That was the
11    bottom line for me. I had just had a son. And my
12    motivation and perspective had drastically changed.
13    But I feel that in my case they were correct in the
14    fact that they did not, they needed to hear from me
15    that I was dedicated to be continuing in surgical
16    residency in my case.
17 Q: Now, when was your child born?
18 A: May XX (redacted) 2012.
19 Q: That was your first child?
20       MS. THOMAS: I'm sorry. Can we redact the child's
21    birthday so we don't have to, I mean, can we agree to
22    take it off, we don't need to have that in the
23    transcript.
24       MR. ROTHSTEIN: Do you think somebody's going to
25    steal a two-year-old's --

Page 69

1  A: Just to go through identify theft to say that's a yeah.
2     It was May of 2012. If we can, I would request that as
3     well. Thank you.
4         MS. THOMAS: Okay.
5  BY MR. ROTHSTEIN:
6  Q: That's fine.
7  A: Literally just two weeks ago went through identify
8     theft.
9  Q: In relation to your child's birth, how soon was the
10    faculty meeting after that?
11 A: It would have been some months later. Again, I don't
12    remember specifically. If I recall it was sometime in
13    the summer.
14 Q: Did you request FMLA time to be with your newborn
15    child?
16 A: Yes.
17 Q: How much time off did you get?
18 A: Standard was one week across the hospital. But that
19    was, my understanding was a courtesy thing. I don't
20    recall it being official policy. I have no idea if it
21    was official or not.
22 Q: Okay. Did you ask for more than one week?
23 A: No.
24 Q: Did you get the day off the day your child was born?
25 A: I did. I was actually on call. And my fellow

Page 70

1     residents helped me out and took the call for me.
2  Q: Do you recall whether or can you tell me what Kimbrough
3     Moore Day is?
4  A: It's a research, annual research day. Every resident
5     presents the research they've been doing for the
6     previous year.
7  Q: In May of 2012, did you participate in the Kimbrough
8     Moore Day?
9  A: I did.
10 Q: Did that Kimbrough Moore Day coincide with the day your
11    child was born?
12 A: No.
13 Q: Did you request to be excused from Kimbrough Moore Day
14    in connection with the birth of your child?
15 A: It had happened, the birth had been earlier in the
16    week. I did ask to be excused and present at a later
17    date. And I was asked to reconsider because there were
18    guests coming in from out of town. There was a
19    special, you know, speaker. And all the faculty and,
20    you know, a lot of people were going to be there and
21    was asked to come in.
22 Q: So Kimbrough Moore Day fell within the time between the
23    birth of your child and the week you had requested
24    leave; is that right?
25 A: Yes. Again I don't know if I specifically like

Page 71

1     officially requested leave. It was, my understanding
2     was it was just kind of a courtesy because it was
3     paternal. Obviously my wife requested officially and
4     got three months off. And I don't know if it was an
5     official thing. I don't recall ever signing anything.
6     It was just a courtesy because you were the dad and
7     that's not, you know, obviously not as important as the
8     mom being off.
9  Q: Who told you that it was not as important for the dad
10    to be off?
11 A: That was my impression of the situation.
12       MS. HELMS: Objection to the form of the question.
13 BY MR. ROTHSTEIN:
14 Q: Okay.
15 A: That was my impression of the situation.
16 Q: Tell me what research paper you presented at Kimbrough
17    Moore Day that year.
18 A: In my second year it would have been about receive
19    cephalomedullary nails in hip fractures. So it was
20    about hip fractures essentially.
21 Q: Was that a final project that you had completed?
22 A: It was actually a multi-center project. So I was
23    basically one of many just presenting the findings from
24    our hospital.
25 Q: Okay. How long was your presentation?

Page 72

1  A: I don't remember.
2  Q: Was this a final project or were you giving a
3     presentation on ongoing research, like a status update?
4  A: I can't say. I did not continue working on it after
5     the fact. I'm sure I could have continued but I moved
6     on to something else for the next year doing some ACL
7     research. So I could have continued it I guess. I
8     don't know.
9  Q: Is there time during your PGY 1 or PGY 2 year to do
10    extensive research in orthopedics?
11 A: I know there was always a dedicated research time.
12    They even had research months. I would have to look at
13    the schedule. I don't remember specifically.
14 Q: So tell me again. When you request, who did you
15    request to sort of skip the Kimbrough Moore Day so you
16    could be with your wife and child?
17       MS. THOMAS: Object to the form.
18 A: I probably would have gone through the chief resident
19    because that was the standard hierarchy. So I probably
20    would have asked him first.
21 BY MR. ROTHSTEIN:
22 Q: That was Kenny Linley at the time?
23 A: No. That would have been Justin Hoover, I guess. I
24    just remember him being the upper level at the time.
25    So I guess that would make sense.

Page 73

1  Q: Was Hoover receptive to you -- or first of all, had
2     Hoover approved your one-week leave surrounding the
3     birth of your child?
4  A: Again, it wasn't an official request so there was no
5     approval to be given. It was, we're going to help you
6     out this week. And I remember asking him later in the
7     week if I could, you know, potentially skip that. And
8     honestly in hindsight that was probably partially
9     because I hate public speaking. And, but the research
10    was done though. I had nothing else to do. I had
11    already completed the project. So it would have been
12    very easy for me to go. I was in and out in under an
13    hour. In the whole scheme of things it didn't affect
14    me at all. At the time I do recall being upset about
15    it but it was not anything official, you know. There
16    was no, I don't recall signing any request paperwork or
17    anything official.
18 Q: Was Hoover supportive of you taking, or missing
19    Kimbrough Moore Day? Was he agreeable to that?
20 A: He's a father himself. I'm sure he was, you know,
21    empathetic. But I do recall him encouraging me because
22    I had already done the work to go and kind of show off
23    what you had done. It was felt to be a good project.
24    And I remember getting a positive response about it.
25 Q: Well, who told you that they had guests coming, this

Page 74

1     has been planned, we need to be there? Was that
2     Hoover?
3  A: I remember speaking with Hoover about it and then
4     Dr. Koon about it.
5  Q: Did Dr. Koon and Dr. Hoover have the same, or did they
6     express to you the same recommendation or decision
7     about that?
8  A: Again, the suggestion was that I should be there. And
9     that they would do everything they could just to get me
10    in and out. They even offered for me to able to
11    present first which I, even though I was, you know,
12    upset about it at the time I remember being
13    appreciative of that. And it was very unusual they
14    actually did let me leave as soon as my presentation
15    was done which was not standard. So I was appreciative
16    of the fact that they did make concessions which is,
17    would be unusual for any resident I would say.
18 Q: And shortly after that they called you in to the
19    faculty meeting and questioned your commitment to the
20    program or dedication to the program?
21       MS. HELMS: Objection to the form of the question.
22       MS. THOMAS: Object to the form.
23 A: I don't remember. Again, I would have to look at the
24    date of the faculty meeting. I don't remember. And
25    I'm not sure if the two were connected or not. I

Page 75

1     couldn't say.
2  BY MR. ROTHSTEIN:
3  Q: Now you mentioned the candidate interview situation. I
4     think you talked about the pictures that were posted.
5     Do you recall a meeting the day before the candidate
6     interviews on December 8th of 2011 at Jillian's
7     Restaurant in Columbia?
8  A: I don't remember that specifically. We always had a
9     pre-interview dinner the night before at Jillian's.
10    And nothing changed. That was the same. We had two
11    interview days per year. And we always had the dinners
12    at Jillian's.
13 Q: Do you recall during one of those dinners Dr. Irani
14    having a discussion with Dr. Nathe about a trauma
15    patient?
16 A: No.
17 Q: Do you know anything about trauma patient female 375?
18 A: No.
19 Q: Were you involved in the care of a trauma patient
20    female 375?
21 A: I took care of a lot of trauma patients. I know what
22    you are referring to. I was not involved in the case
23    or the patient. I can't speculate on anything.
24    Everything I heard was hearsay. So I don't trust
25    hearsay.

Page 76

1  Q: During your, I guess during your first half of your PGY
2     2 year, if you were on call and a patient came in with
3     multiple open fractures, do you believe that that was
4     something at that level of training that you could have
5     managed completely by yourself?
6  A: Can you rephrase that?
7  Q: Yeah. If you were on call and a trauma patient came in
8     with multiple open fractures while you were still in
9     your early PGY 2 year, do you believe that is the type
10    of patient you could have managed by yourself?
11       MS. THOMAS: Object to the form.
12 A: I personally would have been nervous about that. But
13    I'm kind of a nervous guy anyway. So I, you know,
14    manage. It depends upon how you define manage.
15    Clearly as an early 2 you would have been preparing
16    them for the operating room and that was standard. So
17    you would have been expected to triage the patient in
18    the trauma bay and check out to your senior resident if
19    it was a USC call day or to the Premier attending
20    directly if it was a Premier day unless there was a
21    senior resident on Premier. And then you would have
22    probably have called them I guess. But there was
23    always a protocol in place. But yeah, I mean, manage,
24    if that's including fracture management in the
25    operating room, no. I mean, as a 2 you wouldn't have

Page 77

1  been ready to operate on your own.
2  BY MR. ROTHSTEIN:
3  Q: Okay. If you felt like the situation, I mean, as a PGY
4     2 you're still very early on in your learning curve in
5     the program; is that fair to say?
6  A: Correct.
7  Q: So the standard of care for a PGY 2 orthopedic resident
8     is different than the standard for a PGY 3; would you
9     agree with that?
10        MS. HELMS: Object to the form of the question.
11 A: I would disagree with that.
12 BY MR. ROTHSTEIN:
13 Q: Okay. What about the difference in the standard of
14    care between a PGY 2 and a PGY 4? Is there a
15    difference in the standard of care expected of a PGY 2
16    resident versus a PGY 4 resident?
17 A: Naturally in any program you would be expected to be
18    more proficient as you moved on in your training. One
19    would be a junior level, one would be a senior. That's
20    why I said the PGY 2 and 3, you would probably be more
21    comfortable managing it. But you would still be
22    considered a junior resident checking out to another
23    level resident. As a 4, I mean, you wouldn't be seeing
24    that, that just wouldn't happen. You wouldn't be
25    seeing that on your own anyways. Like there would have

Page 78

1  been a junior under you at least laying eyes on the
2  patient and then contacting someone if, you know, when
3  you were ready to check out. So I always felt very
4  comfortable calling my seniors.
5  Q: Do you recall after you came back from the VA, I guess
6     it would have been after the first of the year of 2012,
7     sort of the latter part of your PGY 2 year, do you
8     recall Dr. Irani being on suspension or just not being
9     there?
10 A: I do recall that. Yes.
11 Q: Okay. How did you find out that Dr. Irani was, had
12    been suspended from the program?
13 A: I don't recall specifics. I'm sure, again, as we were
14    friends I'm sure he was updating me along the way.
15 Q: Do you recall at that time when you, so you were at the
16    VA until what, the end of the year, the end of 2011?
17 A: If I recall, yeah. I would have been there. It was a
18    three-month block. So it would have been October,
19    November, December if I recall.
20 Q: Okay. And then once you finished at the VA, what was
21    Dr. Irani supposed to do the next, or what were y'all
22    supposed to do in the second half of the year?
23 A: It was pre-assigned. So I don't, I don't remember.
24    Sometimes it changed. But I don't, I mean, it would
25    have been whatever was on his schedule. And again,

Page 79

1  sometimes that would change.
2  Q: Would you generally swap rotations with your
3     co-resident? Like you were away from Palmetto Health
4     Richland the first half, Dr. Irani was on the
5     orthopedic service? And then the second half you were
6     expected to sort of switch positions?
7  A: In general, yes. But again, I would have to look at
8     the specific schedule for Dr. Irani.
9  Q: When Dr. Irani came back from his suspension do you
10    recall where he was assigned?
11 A: I don't.
12 Q: Was he assigned at the VA or was he assigned to
13    Richland?
14 A: I don't remember.
15 Q: Do you recall seeing Dr. Irani more frequently when he
16    came back from his suspension than the time when you
17    were at the VA and he was at Palmetto Health Richland?
18 A: I don't remember exactly. I'm sure he would have been
19    based at Richland though when he came back from his
20    probation or his suspension.
21        MS. HELMS: Can we take just a real quick break if
22    it's a good time?
23        MR. ROTHSTEIN: That's fine.
24        (Break - 11:02 a.m.-11:05 a.m.)
25 (Plaintiff's Exhibit Number 3 was marked for identification

Page 80

1  purposes.)
2  BY MR. ROTHSTEIN:
3  Q: Dr. Goodno, I'm going to hand you Exhibit 3 and ask you
4     to take a look at that a second. That was the packet
5     of information your attorney provided to me a few
6     minutes ago. Can you look through there and tell me if
7     you believe that that's a copy of your response to the
8     subpoena duces tecum documents?
9  A: Is this what I provided? Is that what you mean?
10 Q: Yes. Is that what you provided to Ms. Dudley Helms in
11    response to my subpoena?
12 A: It looks, yes, to be e-mails between me and Afraaz.
13 Q: Does that appear to be the entire packet of information
14    you provided to Ms. Dudley Helms?
15 A: It looks like it. Yeah. I had it in a little manila
16    envelope. I just printed every e-mail that I had in my
17    Hot Mail. I didn't have any in my Palmetto Health.
18 Q: Did you ever receive a litigation hold notice about Dr.
19    Irani?
20 A: I don't know even know what that means. No. I don't
21    think so.
22 Q: Okay. We before the break were talking about Dr. Irani
23    coming back from a period of suspension sometime in
24    early 2012. And do you recall that?
25 A: Yes.

Page 81

1  (Plaintiff's Exhibit Number 4 was marked for identification
2  purposes.)
3  Q:  I hand you a document that's been marked as Plaintiff's
4     Exhibit 4.
5       MS. THOMAS:  If you're going to show the witness
6     this and question him about it, then I want the record
7     to reflect this is Dr. Irani's printouts of his texts.
8     And we have already established that the times on them
9     are not correct.
10      MR. ROTHSTEIN:  Okay.
11 BY MR. ROTHSTEIN:
12 Q:  You see Plaintiff's Exhibit 4?
13 A:  Yes.  I see it.
14 Q:  Okay.  This is some text communication between, well,
15    the only image you see here is I think it says Harrison
16    Goodno and it has a phone number.  Do you recognize
17    that as your phone number at the time?
18 A:  Yes.
19 Q:  Okay.
20 A:  I don't know who's blue and who's white.
21 Q:  If you take a look at it for a minute can you tell
22    who's blue and who's white?  And I'll direct your
23    attention to the bottom right-hand image of the screen
24    shot.  Do you see, it says, what's new pussy cat?
25 A:  Uh-huh (affirmative response).

Page 82

1  Q:  Is that something you would have said or Dr. Irani
2     would have said?
3  A:  I don't remember.  It's a Tom Jones song that, I think
4     Afraaz introduced me to at 1801 clinic.  It's not a,
5     it's a terrible song.  But I don't know who would have
6     said it.  The only thing I can say is that, the only
7     thing that I, looking at these last night was the white
8     must be Afraaz because he's talking about a patient
9     with foot drop that needed a stat MRI.  And I remember
10    that case.  So --
11 Q:  Okay.  Tell me what you remember about that case.
12 A:  Similar to the other case we started to discuss.  I
13    wasn't part of the exam and was not present for it.
14    Everything would have been hearsay.  Or, you know, I
15    can't really, I can't really comment on something like
16    that.  I would be uncomfortable in commenting on that.
17 Q:  Okay.  Tell me why you're uncomfortable with hearsay.
18 A:  Because you can't trust gossip.  It's just a good rule
19    in general in my experience.
20 Q:  Do you believe it's unreliable to rely just simply on
21    what someone tells you about a certain situation?
22 A:  When it comes to specific patients or just in general
23    in life?  I'm not sure what you mean.
24 Q:  Just in general in life.
25 A:  I don't, I try and stay out of gossip if I can in my

Page 83

1     personal life.
2  Q:  What about with regard to specific patients?  Do you
3     think it's unreliable sometimes to rely on what one
4     person tells you about another patient?
5  A:  Not necessarily.  I mean, you have to check out to
6     someone else.  You, you know, there's check out every
7     call, every change of shift.  I mean, you're supposed
8     to check out patients to each other and let them know
9     who's on the service.  And, I mean, certainly you have
10    to trust that.  I'm just referring to, you know, in
11    general wouldn't rely on just one person's account of a
12    situation, especially if it was a high-risk situation.
13 Q:  Okay.  What if there were different versions of the
14    account from one person to the next?  What would you do
15    to verify that?
16 A:  If it was me personally and I was going to be involved
17    with the patient I would probably go evaluate them
18    myself.  I don't recall any specifics about this case
19    other than the fact that it was high risk and it was
20    something that was, you know, a high risk situation, I
21    guess.
22 Q:  Okay.  From what you've heard from other people about
23    this particular spine patient, do you believe you're
24    qualified to render an opinion about whether the care
25    rendered was appropriate or acceptable just from what

Page 84

1     you've heard?
2       MS. HELMS:  Object to the form.
3       MS. THOMAS:  Object to the form.
4  A:  I wouldn't feel comfortable, no.  Especially since I
5     didn't even graduate from an orthopedic residency.  I
6     would not feel comfortable saying that.
7  BY MR. ROTHSTEIN:
8  Q:  Okay.  If you wanted to verify what one side was saying
9     about this particular patient, would one way to do
10    that, one way to do that would be to go to the actual
11    medical records and look at the medical records.
12    Wouldn't you agree with that?
13      MS. THOMAS:  Object to the form.
14 A:  Can you rephrase that please?
15 BY MR. ROTHSTEIN:
16 Q:  Yeah.  If there's a difference of opinion about this
17    particular spine patient, one way to get a better
18    understanding of which side to believe or to verify
19    would be to go look at at the actual medical record.
20    Do you agree with that?
21      MS. THOMAS:  Object to the form.
22 A:  That would be one of many ways to verify.  In my
23    specific situation, I always go and evaluate the
24    patients.  If there are sicker patients on a service,
25    whether it was in orthopedics or in family medicine, I

Page 85

1  would go and evaluate the patient myself, render my own
2  decision and assessment of the situation. I can't
3  comment on this case because I don't recall ever seeing
4  this patient. So that would be very unusual for me to
5  comment on that.
6  BY MR. ROTHSTEIN:
7  Q: Okay. Now, I think what Ms. Thomas was mentioning
8     earlier was these screen shots were printed out in
9     California on Pacific time. And so the times may be
10    off because I think when they were printed the phone
11    was physically located in California; okay? So
12    assuming there's a three-hour difference between
13    California time and east coast time, if you will look
14    at the bottom left-hand screen shot from Exhibit 4, do
15    you recall receiving an e-mail or a text message from
16    Dr. Irani on February 24th 2012 about a spine patient
17    of Dr. Grabowski's?
18       MS. THOMAS: Object to the form.
19 A: Can you rephrase that or restate that?
20 BY MR. ROTHSTEIN:
21 Q: Yeah. Do you recall receiving a text message from Dr.
22    Irani on February 24th 2012 regarding a spine patient
23    of Dr. Grabowski's?
24 A: I don't remember the specific date. So to answer your
25    question, no. I do remember this case only because it

Page 86

1  was a higher, you know, again a high risk case that any
2  post-op patient who had any issues automatically in
3  general made it a, you know, something that you would
4  be on more alert. But I do not remember on February
5  24th receiving this text. No.
6  Q: Okay. Do you recall receiving a text from Dr. Irani,
7     not looking at the time, about Dr. Grabowski being
8     pissed at him about a spine patient?
9  A: Specifically, no. I would imagine any attending would
10    be upset about if they had a post-op patient having
11    some sort of issue.
12 Q: All right. Looking at the bottom right-hand, I think
13    we established that the blue bubbles are your side of
14    the conversation and the white ones appear to be Dr.
15    Irani's conversation or side of the conversation. Do
16    you accept that?
17 A: It appears so, but, you know.
18 Q: Okay. Well, accepting that if you will look at the
19    bottom right-hand screen shot, the what's new pussy
20    cat, whoa, whoa, whoa, do you recall texting Dr. Irani
21    that you would see two of his patients in the morning
22    of, I guess it would be March the 1st 2012?
23 A: I don't remember it specifically. No.
24 Q: Now, when Dr. Irani was suspended in December of 2011
25    through the first of 2012 time frame, when did you

Page 87

1  first find out about the suspension?
2  A: I, I remember Justin Hoover telling me that Afraaz was
3     probably going to be, just a heads up, he's probably
4     going to be suspended. I don't remember exactly when
5     that was. Sometime around, yeah, it would have been
6     around Christmastime, in December.
7  Q: What about in March of 2012? Did you, when did you
8     find out that Afraaz had been suspended again?
9  A: That I don't remember.
10       MS. HELMS: Object to the form of the question.
11 BY MR. ROTHSTEIN:
12 Q: Do you remember how you found that out?
13 A: I do not remember that.
14 Q: Okay. When did you find out that Dr. Irani was
15    terminated from the program?
16 A: The time frame, I don't recall. I'm sure he told me
17    myself, himself, but I don't remember.
18 Q: Do you know why he was terminated from the program?
19 A: The specifics, no. I mean, I wasn't part of any of
20    those hearings or meetings. So I don't know.
21 Q: Did you continue to keep in touch with Dr. Irani for a
22    while after he left South Carolina?
23 A: Yes.
24 Q: When was the last time you saw Dr. Irani prior to today
25    in person?

Page 88

1  A: I don't know. We all went out to eat at the restaurant
2     by the lake. I don't know if that would have been the
3     last time or not. I don't remember.
4  Q: Do you recall seeing Dr. Irani back in South Carolina
5     on Father's Day in 2013?
6  A: Again, I don't remember the specific dates.
7  Q: Do you remember having breakfast or eating with Dr.
8     Irani --
9  A: Yes.
10 Q: -- at the Original Pancake House?
11 A: Yeah. I remember that.
12 Q: How long would you say you spent with Dr. Irani that
13    day?
14 A: It was a morning. Went out to brunch. A few hours.
15    I'm not sure.
16 Q: Do you recall that was, that you discussed that you
17    were getting ready to start or had just started your
18    Family Medicine Residency?
19 A: I believe so. Yes.
20 Q: Okay. Do you recall whether Dr. Irani was getting
21    ready to start an Emergency Medicine Residency in
22    California?
23 A: That sounds right. Yes.
24 Q: Okay. At that time did Dr. Irani indicate that he had
25    filed a lawsuit against anyone in connection with his

Page 89

1  departure from Palmetto Health USC Residency Program?
2  A: I don't remember.
3  Q: Do you recall anyone else at the brunch with you and
4     Dr. Irani?
5  A: It was just the two of us.
6  Q: Is that the last time you can recall seeing Dr. Irani
7     before today?
8  A: Again, we went out to dinner at some point. And he
9     joined us. I don't remember exactly when that was. It
10    may have been the same weekend. I don't recall.
11 Q: Was that at the Rusty Anchor?
12 A: Uh-huh (affirmative response). Yes.
13 Q: Was your relationship with Dr. Irani at that time
14    friendly and cordial?
15 A: It's always been friendly and cordial.
16 Q: When Dr. Irani was traveling back across the country to
17    start his Emergency Medicine rotation, did you have
18    communications with him as he was driving across
19    country?
20 A: I recall, yes, I did.
21 Q: At some point did you find out that Dr. Irani had been
22    denied medical licensure in California?
23 A: Yes. He would have told me at some point.
24 Q: Did Dr. Irani request that you provide some type of
25    either affidavit or letter of support in connection

Page 90

1  with his California medical licensure?
2  A: Can you restate that?
3  Q: Yeah. At some point did Dr. Irani request that you
4     submit or sign or write a letter of recommendation or
5     an affidavit in support of his California medical
6     licensure?
7  A: What I can recall is Afraaz kept asking me if I would,
8     you know, support him in moving on to the next step.
9     And I always indicated that I would be willing to help
10    him move on to the next stage. I specifically remember
11    at one point offering to write a letter. And with all
12    due respect the response was always kind of vague. And
13    so I had a feeling it was probably going to be
14    something more along these lines. But I did offer to
15    write him a letter, yes, in support of him moving on.
16 Q: Would your letter have supported his application for
17    licensure in California?
18 A: Yes.
19 Q: Was there anything in your dealings or observations or
20    interactions with Dr. Irani that would have led you to
21    believe that Dr. Irani was incompetent to practice
22    medicine in the state of California?
23 A: In my specific interactions I didn't feel like he was
24    incompetent, no.
25 Q: Did Dr. Irani ever indicate -- or before we move on to

Page 91

1  that. Anything in your interactions with Dr. Irani
2  during residency that indicated he was unprofessional
3  in any manner?
4  A: He's a very likable guy. I think different people have
5     different styles. And he may come across to some as
6     being a little bit more laid back. I don't know if I
7     would take it to the extent of calling him
8     unprofessional.
9  Q: When you say laid back, was Dr. Irani ever
10    confrontational to you or to anyone in your
11    observation?
12 A: Confrontational, no. I did find it unusual that he
13    would transcribe a conversation going back to the
14    Dr. Abell case. I found it unusual that he would
15    transcribe a case, or a recording of a conversation
16    between him and a resident. But I guess being that he
17    was my friend I felt like maybe he was, back was
18    against the wall and was trying to protect himself.
19    But I did find that unusual.
20 Q: Between the, or after the meals either at The Rusty
21    Anchor or The Original Pancake House, did you at some
22    point stop communicating with Dr. Irani?
23 A: I think as I realized that this was moving towards a
24    legal proceedings, I felt that it was more high risk.
25    So I was not always comfortable with the conversations.

Page 92

1  Q: Okay. What do you mean high risk?
2  A: I would consider anything that involves legal
3     proceedings high risk.
4  Q: High risk for whom?
5  A: Everyone.
6  Q: Did you believe that you were at risk if you supported
7     Dr. Eady, I mean, Dr. Irani in this case?
8  A: I think there's a huge conflict of interest in this
9     whole situation. So it's very difficult for everyone
10    involved. But the fact that I'm still working at the
11    hospital is very awkward.
12 Q: Did anyone ever instruct you not to have any further
13    communication with Dr. Irani?
14 A: No.
15 Q: Did you fear that you would be retaliated against if
16    you supported Dr. Irani's side of the case?
17 A: Can you rephrase that?
18 Q: Yeah. Did you feel that you would be retaliated
19    against if you supported Dr. Irani's side of the case?
20 A: Not specifically. I would certainly think that would
21    be a concern that I would have especially since I'm
22    still employed at the hospital. But I don't have any
23    specific reason for that.
24 Q: Okay. Besides the hospital were you concerned about
25    anyone else retaliating against you if you took Dr.

Page 93

1  Irani's side of the case or supported Dr. Irani's side
2  of the case?
3      MS. HELMS: Object to the form of the question.
4      MS. THOMAS: Object to the form.
5  A: Can you rephrase that?
6  BY MR. ROTHSTEIN:
7  Q: Yeah. Besides the Palmetto Health Hospital System were
8  you concerned about any other person potentially
9  retaliating against you or your career if you supported
10  Dr. Irani's side of his case?
11      MS. HELMS: Object to the form of the question.
12      MS. THOMAS: Objection.
13  A: I think the fact that I'm still, was and still am
14  employed at the hospital there is a hierarchy at the
15  hospital as in any organization. And as a junior
16  member of an organization I think anyone would be
17  concerned about that.
18  BY MR. ROTHSTEIN:
19  Q: Okay. And I'm asking aside from the hospital aspect of
20  it, what about the Orthopedics Department specifically?
21  Were you concerned that anyone from the USC Orthopedics
22  Department would retaliate against you if you supported
23  Dr. Irani's side of this case?
24      MS. THOMAS: Object to the form.
25  A: Again, I can only restate the same thing I already

Page 94

1  said. So I as a junior member of any organization
2  would be concerned about that.
3  BY MR. ROTHSTEIN:
4  Q: Okay. Did Dr. Irani ever indicate to you that he had
5  an interest in pursuing a spine fellowship after
6  Orthopedic Surgery Residency?
7  A: That sounds familiar. Yes. That he may have been
8  interested in that.
9  Q: Did you ever indicate to him that you had an interest
10  in also pursuing a fellowship in some sub-specialty of
11  orthopedics at some point?
12  A: I remember being interested in sport medicine,
13  orthopedic sports medicine fellowships. I'm sure I
14  would have told him that at some point but I don't
15  recall a specific conversation.
16  Q: And I think you indicated earlier still interested in
17  non-surgical sports medicine at this point in family
18  practice; is that right?
19  A: Yes.
20  Q: What attendings are involved, would be involved in a
21  fellowship at the University of South Carolina School
22  of Medicine in non-surgical orthopedic sports medicine?
23      MS. THOMAS: Object to the form.
24  A: Which attendings would be involved?
25  BY MR. ROTHSTEIN:

Page 95

1  Q: Yes.
2  A: The orthopedic attendings would be Dr. Guy and
3  Dr. Mazoue. The, there are several non-operative,
4  Dr. Pollack, Dr. Jenkinson, who I don't know if he
5  wasn't, I'm not sure he was there at the time.
6  Dr. Keesler. Several. But it's different departments.
7  Q: Okay. But it would include Dr. Guy and Mazoue who are
8  also in the same department as Dr. Koon and Dr. Walsh;
9  is that right?
10  A: Yes.
11  Q: Okay. Did Dr. Koon ever have a conversation with you
12  in which he indicated that he would never talk to Dr.
13  Irani about cars?
14  A: Can you rephrase that?
15  Q: Yeah. Did Dr. Koon ever have a conversation with you
16  in which he said that he would never talk to Dr. Irani
17  about cars?
18  A: Cars? Like automobiles?
19  Q: Cars. Automobiles.
20  A: No. I don't remember that.
21  Q: Can you tell me why you left the Orthopedic Residency
22  Program at the University of South Carolina School of
23  Medicine?
24  A: I did not want to be a surgeon.
25  Q: When did you make that determination that you did not

Page 96

1  want to be a surgeon?
2  A: I think that was an ongoing thing throughout my
3  residency. I did not enjoy taking call. I did not
4  enjoy being in the operating room like I used to be.
5  And I still had a love for musculoskeletal. I
6  consulted with a lot of people I trust and respect and
7  came to the determination that I could live without the
8  operating room and still pursue something I love. Also
9  be at home with my children more, and my wife.
10  Q: When did you make that career decision that you did not
11  want to be an orthopedic surgeon any more?
12  A: Officially I remember it was around Thanksgiving of my,
13  I guess it would have been my third year.
14  Q: So when you finished your rotation with Dr. Eady in the
15  fall and into the winter of your PGY 2 year, you still
16  wanted to be an orthopedic surgeon; is that correct?
17      MS. THOMAS: Object to the form.
18  A: Again, it was an ongoing thing. I think any time
19  anyone works that hard to get to something that you
20  probably deny it a little bit yourself. So I don't
21  remember specifically when I started thinking about it.
22  But I just remember not being myself and not enjoying
23  it as much.
24  BY MR. ROTHSTEIN:
25  Q: After Dr. Irani was terminated did your workload in the

Page 97

1  residency department increase?
2  A: Any time anyone leaves an organization there's going to
3     be more work for everyone. Yes.
4  Q: Did you ever violate the duty hours restrictions during
5     your residency at the Orthopedic Surgery Program at USC
6     Palmetto Health?
7  A: I don't recall. I would have to look at my log duty
8     hours.
9  Q: Did you ever assist in the operating room the morning
10    immediately after call during your participation in the
11    USC Palmetto Health Orthopedic Surgery Residency
12    Program?
13 A: Post-call?
14 Q: Yes.
15 A: Yes.
16 Q: Would that have been a violation of the duty hour
17    restrictions as you understand them?
18 A: Not necessarily.
19 Q: Is it possible that that would have been a violation of
20    duty hour restrictions as you understand them?
21 A: It would have depended how late the case went how late
22    I was there. There were several times where you could
23    still go to the operating room the morning of and they
24    had worked it out such that you could still do the case
25    that you had worked up, worked hard the night before to

Page 98

1  get ready and then participate in the case and still go
2  on. But if I recall it was by noon or something. It
3  worked out. They had worked it out so that you could
4  still be present for at least one case and not violate.
5  But I would have to look at my specific duty hours.
6  Q: Okay. Are you aware of a continuity of care exception
7     to the requirement that you not work more than 24 hours
8     in a row?
9  A: Can you rephrase that?
10 Q: Yeah. Are you aware of the continuity of care
11    exception to the duty hour restriction that you're not
12    supposed to work more than 24 hours in a row of duty?
13 A: I don't know if this is what you are referring to. I
14    know that if there was like an emergency or something
15    with a critically ill patient you could stay longer to
16    ensure continuity of care if that's what you're
17    referring to. I'm not sure. But that is something
18    that exists as I'm aware of it.
19 Q: Is it possible that you violated duty hour restrictions
20    during your orthopedic residency?
21 A: I'm not going to speculate. I would have to look at my
22    duty hour log.
23 Q: Okay. Did you ever report any duty hour violations on
24    your duty hour log?
25 A: I would have to look at my log.

Page 99

1  Q: Have you ever logged inaccurate duty hours?
2  A: No.
3  Q: Has anyone in the residency program ever told you,
4     quote, make it work with regard to your duty hour
5     reporting?
6  A: Not that I recall.
7  Q: Did you ever witness any of your fellow residents
8     violate the duty hour restrictions?
9  A: I wasn't interested in what other people's duty hours
10    were. I don't think anyone really cared that much
11    about it. So, you know, you were there to learn and do
12    cases. So I don't, I couldn't comment on other
13    people's duty hours.
14 Q: How much credit did you receive for your medical
15    training when you transferred into the Family Medicine
16    Residency Program?
17 A: How much credit? I mean, I guess I'll graduate, they
18    credited specific rotations. I'm going to graduate a
19    couple months early. I don't, I don't have an exact
20    number.
21 Q: When you started family medicine, the Family Medicine
22    Residency Program did you come in as a PGY 2 or a PGY
23    1?
24 A: Kind of a hybrid I guess. PGY 1, 2. I advanced, you
25    know, sooner than others might. The only reason I know

Page 100

1  that is when I log in to New Innovations towards the
2  end of the year it will say I'm the next level. But, I
3  mean, I was still technically a PGY 1, I guess.
4  Q: And what time of the year did you actually stop working
5     as a PGY 3 in the Orthopedic Surgery Residency Program
6     in 2012 or 2013?
7  A: When did I stop working as an orthopedic resident?
8  Q: Yes.
9  A: I continued until the end of third year because I
10    wasn't going to start until July 1st in Family
11    Medicine. So I think I took a week off in between. So
12    sometime at the end of June. And then I would have
13    started in July with Family Medicine.
14 Q: Okay.
15 (Plaintiff's Exhibit Number 5 was marked for identification
16 purposes.)
17 Q: Show you Exhibit 5. Do you recognize Exhibit 5 or at
18    least the first part of Exhibit 5?
19 A: Yes.
20 Q: Okay. Do you recall receiving an e-mail from Dr. Koon
21    on or about February 6, 2013 about your informing
22    Dr. Koon and Dr. Walsh that you desired to discontinue
23    your orthopedic training?
24 A: I don't remember the specific e-mail. I do remember
25    that he told me that he had to officially send me