# Exhibit MM

| | |
|---|---|
| **From:** | John Walsh <John.Walsh@uscmed.sc.edu> |
| **Sent:** | 24 January, 2012 8:49 AM |
| **To:** | David Koon |
| **Subject:** | FW: follwup |

Call me about this

**From:** Afraaz Irani [mailto:afraaz.irani@gmail.com]
**Sent:** Tuesday, January 24, 2012 2:21 AM
**To:** John Walsh
**Subject:** follwup

Dr. Walsh,

Thank you for meeting with me last week. I have learned from the feedback, and have had time to reflect on my performance.

I was encouraged to hear that I can make up the time off without delaying my graduation.

I was also glad to hear that you do not believe this is a punitive process. I am concerned about the suspension and how that may be viewed in an increasingly competitive job market; I am hopeful that calling this time off a leave of absence may achieve the same goals, without harmful long-term effects.

My understanding of the grievance process was that the recommendations/actions are now reviewable and open to modification; I hope this option can be explored.

I look forward to incorporating the feedback of the department, working toward becoming a better resident, and rejoining my fellow residents to finish my training.

Thank you,

Afraaz

---

This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-

1