# Exhibit OO

| | |
|---|---|
| **From:** | Katherine Stephens <Kathy.Stephens@PalmettoHealth.org> |
| **Sent:** | Friday, January 27, 2012 4:14 PM |
| **To:** | David Koon |
| **Subject:** | Re: Remediation |
| **Attachments:** | Irani 2012 Remediation draft.docx |

David,
Here's my edited version that includes a few comments and questions. As noted in comments, I'll send recommendation for actual remediation plan draft separately.
Kathy
Katherine G. Stephens, PhD, MBA, FACHE
Vice President, Medical Education and Research
ACGME Designated Institutional Official
Palmetto Health
Fifteen Medical Park, Suite 202
Five Richland Medical Park Drive
Columbia, SC 29203

803-434-6861 or 803-434-4476

katherine.stephens@palmettohealth.org


>>> David Koon 1/27/2012 6:11 AM >>>
Please review and edit.

Thanks

DK

------------------------------------------
This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.

------------------------------------------------------------------------------
PALMETTO HEALTH CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please notify me immediately.



------------------------------------------
This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.

USC(Irani)1033



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE
UNIVERSITY SPECIALTY CLINICS

31 JAN 12

Memorandum of Record

Re: Dr. Afraaz Irani (PGY-2 Orthopaedic Resident)

Dr. Afraaz Irani was placed on Level II Academic Remediation from 15 AUG 11 to 01 DEC 11.

Dr. Irani was placed on Level III Academic Remediation from 09 DEC 11 to 31 JAN 12.

Dr. Irani proceeded thru the Grievance Process in both instances, ~~and his appeal was denied at each level,~~ through the DIO appeal level, and his appeal was denied both times. Dr. Irani did not appeal beyond the DIO level.

[Formatted: Strikethrough]

It is the recommendation of the faculty of the orthopaedic department that Dr. Irani be placed on Level II Academic Remediation beginning 06 FEB 12 thru ~~14 AUG 12~~, 15 JUN 12

[Comment [kgs1]: I should have asked this yesterday. Do you think you can assess this adequately in 4-1/2 months? If so, let's have the length run from Feb. 1 - June 15. This would allow you to bring your recommendation to the June 12th GMEC, at which time he could be removed from Level II remediation, extended on the current plan, etc.]

Assessment of factors impacting resident's performance:
    Attitude of the resident
    Commitment to lifelong learning and self improvement
    Intellectual honesty with patients, colleagues, and self
    Professional ethical standards

It is our recommendation that the following remediation plan be instituted:

[Formatted: Strikethrough]

*I. Review and adhere to the Palmetto Health Standards of Behavior.*

*II. Demonstrate competence in the following:*

[Comment [kgs2]: This heading will cover the rest of the remediation plan.]

A. Patient Care:

1. Communicate effectively and demonstrate caring and respectful behaviors when interacting with patients and their families.
2. Make informed decisions about diagnostic and therapeutic interventions based on patient information and preferences, up-to-date scientific evidence, and clinical judgment.
3. Develop and carry out patient management plans.

    Remediation Plan
    Display empathy and compassion in all patient encounters.
    Discuss injuries with patients and families in laymen terms.
    Follow patient care plan set out by attending and/or senior resident. If plan needs to be altered in any way, inform attending and/or senior resident immediately of changes to patient care plan.
    Read and prepare appropriately for clinics and operative cases.
    Discuss all cases preoperatively with attending.
    Discuss every consult/patient/phone call taken while on call with attending or with chief resident.
    Check out immediately if urgent; check out the next morning if not urgent.

UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE
UNIVERSITY SPECIALTY CLINICS

Orthopaedic consults : See patient. Evaluate patient. Order appropriate imaging and/or other studies as indicated. Provide timely and appropriate management to patients, including pain management. Obtain consents when necessary, mark patient when necessary, prepare patient for OR when necessary. Devise appropriate plan of action for care. Then call senior resident or attending.

B. Medical Knowledge:

1. Resident must demonstrate knowledge of established and evolving biomedical, clinical, epidemiological and social/behavioral sciences, as well as the application of this knowledge to patient care.

   Remediation Plan
   Read all assigned articles/chapters for conference. Be prepared to have interactive discussion/answer questions based on the assigned reading.
   When on call over weekend, be prepared and present patients at fracture conference. Be prepared to discuss fracture classification, treatment options, outcomes, etc.

C. Systems Based Practice:

1. Identify strengths, deficiencies, and limits in one's knowledge and expertise

   Remediation Plan
   Respond to constructive criticism in an appropriate and professional way. Admit and apologize for mistakes and be willing to endorse personal flaws. Take immediate action to correct deficiencies.

D. Interpersonal and Communication Skills:

1. Communicate effectively with patients, families, and the public, as appropriate, across a broad range of socioeconomic and cultural backgrounds;
2. Communicate effectively with physicians, other health professionals, and health related agencies;
3. Work effectively as a member or leader of a health care team or other professional group

   Remediation Plan:
   Morning list ready by specified time daily set by chief resident. List includes up to date labs, vitals, patient plans, antibiotics, UOP, drain output, etc.
   All assigned patients appropriately rounded on before morning conference.
   Present to conference room by 6:25am every morning.
   Report to OR and/or clinic immediately after conference is concluded.
   Be on time to all assigned outpatient clinics.
   Check out every day at the end of the day with chief resident regarding inpatients.
   Communicate clearly and effectively with attending, ancillary staff, peers and families.
   Respond appropriately to text messages and emails in a timely fashion.
   Perform postoperative checks on all patients operated on, or needing postoperative checks at end of day.

*DEPARTMENT OF SURGERY*
Two Richland Medical Park, Suite 402, Columbia, SC 29203
803-256-2657, FAX 803-933-9545

USC(Irani)1035



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE
UNIVERSITY SPECIALTY CLINICS

Perform discharge or transfer summaries in a timely fashion, including patients as instructed by chief resident and/or attending, regardless of your involvement in the patient's care.
Perform other duties as assigned by attending / senior resident with a good attitude.
If holding call pager during day, keep attending informed on whereabouts when seeing consults/attending to call issues.
Return phone calls, pages in timely fashion.
Work effectively and efficiently within the patient care team, including nurses and ancillary staff.

E. Professionalism:

1. Commitment to excellence and ongoing professional development

   Remediation Plan:
   Commit to immediate and sustained improvement in all areas listed above.

Evaluation for each competency listed above will be accomplished by direct observation and feedback from faculty, attending(s), nurses, peers, and review of patient outcomes as applicable.

III. Dr. Irani is also required to attend individual outpatient counseling thru the Palmetto Health E-CARE with
Dr. Janice McMeekin or other E-CARE counselor on a weekly basis. He is responsible for arranging and attending these sessions. He is responsible for providing electronic verification of these sessions within 48 hours to the Program Director.

> **Comment [kgs3]:** Dr. McMeekin might not be available or might recommend a different counselor. Leave flexibility here.

IV. Dr. Irani will be placed on the Total Joint service with Dr. Frank Voss beginning Monday, 06 FEB 12. He is required to arrange and attend bi-weekly meetings with Dr. Voss to review his performance. He will also arrange and attend monthly meetings with his Program Director to review the progress with his remediation measures.

V. Dr. Irani will be required to make up all missed call days within the remediation period. He will adhere to all duty hour restrictions per the ACGME guidelines.

These recommendations will be reviewed with Dr. Irani on 31 JAN 12 during our faculty meeting and will be forwarded to the GMEC Executive Committee for review / temporary approval on 1 FEB 12 for review Review / approval by the GMEC will be on 14 FEB 12.

> **Comment [kgs4]:** Will need to take this step.
> **Formatted:** Strikethrough

> **Comment [kgs5]:** Faculty signatures
> **Comment [kgs6]:** This is in memo format. Add the faculty signatures here. Okay to use similar format for actual remediation plan that will include your signature and Irani's signature – doing so separate from this memo will add clarity. I'll send you a separate recommendation for the actual remediation plan to have Irani sign.
> **Formatted:** Strikethrough
> **Formatted:** Strikethrough

Program Director signature and date:

*DEPARTMENT OF SURGERY*
Two Richland Medical Park, Suite 402, Columbia, SC 29203
803-256-2657, FAX 803-933-9545



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE

UNIVERSITY SPECIALTY CLINICS

~~Resident verification:~~

~~I have reviewed and discussed the contents of this form with my program director and understand that immediate and sustained improvement is required. Failure to correct the deficiencies noted above may result in further action up to, and including, dismissal from the residency program. I know where to get a copy of the Palmetto Health Grievance and Due Process Policy from the Palmetto Health web site at http://residency.palmettohealth.org/documents/Graduate%20Medical%20Education/Resident%20Manual%202011-2012.pdf~~

~~Resident signature and date:~~

_____

*DEPARTMENT OF SURGERY*
Two Richland Medical Park, Suite 402, Columbia, SC 29203
803-256-2657, FAX 803-933-9545

USC(Irani)1037