# Exhibit SS



# GRADUATE MEDICAL EDUCATION COMMITTEE

| Call to Order: 4:00 pm | Date: February 14, 2012 | Presiding: Katherine G. Stephens, PhD, MBA, FACHE, Vice President of Medical Education and Research, and DIO |
|---|---|---|

| Members | Present | Absent | Members | Present | Absent |
|---|---|---|---|---|---|
| Elizabeth Baxley, MD, Chair, Family & Preventive Medicine | ✓ | | David Koon, MD, Program Director, Orthopaedic Surgery | ✓ | |
| Richard Bell, MD, Program Director, Surgery | ✓ | | Alexis Lewis, MD, Treasurer, Residents Council | | ✗ |
| Morris Blachman, PhD, Assistant Dean, Continuous Professional Development and Strategic Affairs | ✓ | | Mark Mayson, MD, Vice President, Medical Staff Affairs, Palmetto Health Baptist | | ✗ |
| James Bouknight, MD, Program Director, Geriatric Psychiatry | ✓ | | Franklin McGuire, MD, Program Director, Pulmonary | ✓ | |
| Anika Bradley, MD, Program Director, Ophthalmology | ✓ | | James Morrison, MD, Program Director, Surgical Critical Care | | ✗ |
| Trey Bradley, MD, President, Residents Council | ✓ | | Meera Narasimhan, MD, Interim Chair, Neuropsychiatry | ✓ | |
| John Bragg, MD, Program Director, Child and Adolescent Psychiatry | ✓ | | James Nottingham, Interim Chair, Surgery | | ✗ |
| Judith Burgis, MD, Interim Chair, Obstetrics & Gynecology | ✓ | | Carole Pillinger, MD, Associate Chief of Staff for Education, DEO, Dorn Veterans Hospital | | ✗ |
| Charles Carter, MD, Program Director, Family & Preventive Medicine | ✓ | | Donna Ray, MD, Director, Faculty Development, Continuous Professional Development and Strategic Affairs | | ✗ |
| Edward Catalano, Vice President, Medical Staff Affairs, Palmetto Health Richland | ✓ | | James Raymond, MD, Chief Medical Officer | ✓ | |
| Edward Cheeseman, MD, Chair, Ophthalmology | | ✗ | Ali Rizvi, MD, Program Director, Endocrinology | ✓ | |
| Shawn Chillag, MD, Chair, Internal Medicine | ✓ | | Wes Ross, MD, Secretary, Residents Council | ✓ | |
| Thomas Cook, MD, Program Director, Emergency Medicine | ✓ | | Souvik Sen, MD, Program Director, Neurology | | ✗ |
| James Curtis, DMD, Director of Education, Dental Medicine | ✓ | | Sarah Smith, MD, Program Director, Obstetrics & Gynecology | ✓ | |
| Brian Derrevere, MD, Vice President, Residents Council | | ✗ | Jason Stacy, MD, Program Director, Sports Medicine | ✓ | |
| Richard L. Frierson, MD, Program Director, Forensic Psychiatry | ✓ | | Katherine G. Stephens, PhD, Vice President, Medical Education and Research and DIO | ✓ | |
| Rachelle Gajadhar, MD, Program Director, Geriatrics | ✓ | | Kathryn Stephenson, MD, Program Director, Internal Medicine/Pediatrics | | ✗ |
| William Gerard, MD, Director of Education, Emergency Medicine and PHR Chief of Staff | ✓ | | Shawn Stinson, MD, Vice President, Clinical Quality & Patient Safety | ✓ | |
| Stephen Greenberg, MD, Program Director, Internal Medicine | ✓ | | Craig Stuck, MD, Program Director, Child & Adolescent Psychiatry; Interim Program Director, General Psychiatry | ✓ | |
| David Hicklin, DMD, Program Director, Dental Medicine | ✓ | | R. Caughman Taylor, MD, Chair, Pediatrics | ✓ | |
| Stan Hickson, Chief Operating Officer, Palmetto Health Richland | | ✗ | John Walsh, MD, Chair, Orthopaedic Surgery | | ✗ |
| Robert Holleman, MD, Program Director, Pediatrics | ✓ | | Sharon Weissman, MD, Program Director, Infectious Disease | ✓ | |
| Richard Hoppmann, MD, Dean, University of South Carolina School of Medicine | | ✗ | | | |

Palmetto Health - 001135

| Others Present ||
|---|---|
| Margie Bodie, Administrative Director, Resident and Student Services, Medical Education | Margie Malone, Coordinator for Accreditation Standards, Medical Education |
| Marty Bridges, Chief Operating Officer, Palmetto Health Baptist | Marcia Scarmardo, Administrative Director, Internal Medicine |
| Scott Carney, MD, Assistant Program Director, Pediatrics | Scott M. Strayer, MD, MPH, Professor and Vice Chair, Family & Preventive Medicine |
| Donnie Coker, Director of Operations/Special Projects, MedicalEducation | Wanda Taylor, Director, Palmetto Health Corporate Compliance |
| Pat Hunt, MD, Program Director, EM Ultrasound Fellowship | Joshua Thornhill, MD, Associate Dean for Clinical Curriculum, University of South Carolina School of Medicine |
| Ashley Jones, MD, Assistant Program Director, General Psychiatry | |

Palmetto Health - 001136



# Graduate Medical Education Committee
Executive Session Minutes
February 14, 2012
Confidential

| Topic | Discussion | Action / Follow-up / Responsibilities |
|---|---|---|
| **Executive Session** | **Dr. Stephens** called the executive session to order. | |
| **Compliance Issues** | | |
| **Resident Issues** | **Dr. Stuck** reported that ▇▇▇▇▇▇▇▇▇▇▇ continues to successfully meet the requirements of her remediation. Her language skills are improving and she scored an 80% on her PRITE exam. Dr. Stuck will give a progress report at the April GMEC meeting.<br><br>**Dr. Koon** reviewed the remediation history of **Dr. Afraaz Irani (PGY2)** and recommended that Dr. Irani be moved from Level III remediation to a strict Level II remediation beginning February 6, 2012 thru June 15, 2012. Dr. Koon addressed questions from the program directors. A motion was made, seconded and carried to move Dr. Irani from Level III to Level II remediation. Dr. Koon will give a progress report at the April GMEC meeting.<br><br>**Dr. Carter** reported that ▇▇▇▇▇▇▇▇▇▇▇ continues to satisfactorily meet the requirements of her remediation and will continue to remain on Level I remediation until her promotion. | **Progress report at April 10, 2012 GMEC Meeting.**<br><br>**Progress report at April 10, 2012 GMEC meeting.** |
| **Other Business** | | |
| **Adjournment** | There being no further business, a motion was made, seconded, and carried to return to regular session. | |

*Katherine G. Stephens* (signature)

Katherine G. Stephens, PhD, MBA, FACHE
Vice President, Medical Education and Research, and DIO            Recorded by: Anne Marie Hyer

J:\GMEC\2012\02\021412ExecSessionMinutes.docx

Palmetto Health - 001142