# Exhibit EEE

| | |
|---|---|
| **From:** | Afraaz Irani <afraaz.irani@hotmail.com> |
| **Sent:** | Tuesday, March 13, 2012 10:25 PM |
| **To:** | Greg Grabowski |
| **Cc:** | David Koon |
| **Subject:** | feedback |

Hey Dr. Grabowski,

Hope all is well.

Dr. Koon asked me to writeup the events surrounding our patient L.O. from a few weeks ago.

I asked him today for some feedback and he asked that I contact you directly so I can better understand the situation.

I know you're busy, but if you could provide me with your thoughts that would be very much appreciated.

Thanks,
Afraaz
650-353-8523

PS How is Ms. O doing? Did her RLE pain ever resolve?

----------------------------------------

This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.

1

| | |
|---|---|
| **From:** | Afraaz Irani <afraaz.irani@hotmail.com> |
| **Sent:** | Tuesday, March 13, 2012 9:46 PM |
| **To:** | jhwood23@gmail.com |
| **Cc:** | David Koon |
| **Subject:** | patient |

Hey Wood,

Dr. Koon asked me to writeup the events surrounding the haemophiliac patient. He said he forwarded it to you and asked for a response from you.

He said to contact you directly for your feedback/writeup to eliminate the middle man. Do you mind forwarding me your writeup/feedback/comments so I can get a better understanding of how I can improve?

thanks!
Afraaz

---------------------------------------
This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.