# Exhibit FFF

3:14-cv-03577-CMC     Date Filed 12/15/15     Entry Number 141-6     Page 2 of 2



| | | | |
|---|---|---|---|
| **From:** | David Koon | **Sent:** | Thu, 15 Mar 2012 07:27:34 GMT |
| **To:** | Katherine Stephens | | |
| **Subject:** | Irani grievance | | |

Dr. Irani has initiated the grievance process and has met with me and Dr. Walsh, so I would think he will be contacting you in the near future.

The department's recommendations are unchanged.

DK

-------------------------------------

This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.



Palmetto Health - 002390