# Exhibit GGG

Archive Manager Message Export                                                                    Page 1 of 1

 ArchiveManager

| **From:** | Katherine Stephens | **Sent:** | Fri, 16 Mar 2012 09:03:34 GMT |
| **To:** | Afraaz Irani | | |
| **Subject:** | Re: mtg | | |

Best time looks like next Wed., March 21st, at 1:30.  Can you be here at that time?

Katherine G. Stephens, PhD, MBA, FACHE
Vice President, Medical Education and Research
ACGME Designated Institutional Official
Palmetto Health
Fifteen Medical Park, Suite 202
Five Richland Medical Park Drive
Columbia, SC 29203

803-434-6861 or 803-434-4476

katherine.stephens@palmettohealth.org

>>> Afraaz Irani <afraaz.irani@hotmail.com> 3/16/2012 7:42 AM >>>
Ms. Stephens,

I met with Drs. Walsh and Koon recently. When would you have time to discuss things regarding the grievance process?

Thanks,
Afraaz

Palmetto Health - 002391