# Exhibit LLL



| | | | |
|---|---|---|---|
| **From:** | Margie Bodie | **Sent:** | Tue, 10 Apr 2012 17:37:50 GMT |
| **To:** | Brenda Mikell | | |
| **Subject:** | COS Termination Effective Tues, 4/10/12 - RE: Afraaz Irani, MD | | |

📎 **Change of Status Irani.Term4.10.12.doc (76Kb)**

Good morning!

Please note that GMEC (Graduate Medical Education Committee) met late today so I am complete COS after the 4:00 mtg adjourned.

Dr. Irani was terminated this date and I will be contacting IT to close him out of Hospital systems.

Have a super week!

Margie S. Bodie
Administrative Director
Resident & Student Services GME Office
Palmetto Health Richland
15 Med Park, Ste 202
Columbia, SC 29203
Margie.Bodie@palmettohealth.org
Office (803) 434-4429 Fax (803) 434-4419
Website: http://residency.palmettohealth.org/

"To be remembered by each patient as providing the care and compassion we want for our families and ourselves."

Palmetto Health - 002515



**From:** Margie Bodie  **Sent:** Tue, 10 Apr 2012 17:40:08 GMT

**To:** Thomas D. Wiseman

**Subject:** Termination of Afraaz Irani, MD Effective 4/10/12 - See COS Copy Below

📎 **Change of Status Irani.Term4.10.12.doc (76Kb)**

Hi, Tom:

This decision was determined at 4 pm GMEC mtg today, so you may want to close Dr. Irani out of your IT systems at the VA. I have sent information to our HR to complete termination process as well as to PH IT.

Hope that your week is going well!

Best regards,

Margie S. Bodie
Administrative Director
Resident & Student Services GME Office
Palmetto Health Richland
15 Med Park, Ste 202
Columbia, SC 29203
Margie.Bodie@palmettohealth.org
Office (803) 434-4429 Fax (803) 434-4419
Website: http://residency.palmettohealth.org/

"To be remembered by each patient as providing the care and compassion we want for our families and ourselves."

Palmetto Health - 002516



# PALMETTO HEALTH

## GRADUATE MEDICAL EDUCATION COMMITTEE

| Call to Order: 4:00 pm | Date: April 10, 2012 | Presiding: Katherine G. Stephens, PhD, MBA, FACHE, Vice President of Medical Education and Research, and DIO |
|---|---|---|

| Members | Present | Absent | Members | Present | Absent |
|---|---|---|---|---|---|
| Richard Bell, MD, Program Director, Surgery | | x | Alexis Lewis, MD, Treasurer, Resident Council | | x |
| Morris Blachman, PhD, Assistant Dean, Continuous Professional Development and Strategic Affairs | | x | Mark Mayson, MD, Vice President, Medical Staff Affairs, Palmetto Health Baptist | | x |
| James Bouknight, MD, Program Director, Geriatric Psychiatry | ✓ | | Franklin McGuire, MD, Program Director, Pulmonary | | x |
| Anika Bradley, MD, Program Director, Ophthalmology | | x | James Morrison, MD, Program Director, Surgical Critical Care | | x |
| Trey Bradley, MD, President, Resident Council | | x | Meera Narasimhan, MD, Interim Chair, Neuropsychiatry | | x |
| John Bragg, MD, Program Director, Child and Adolescent Psychiatry | ✓ | | James Nottingham, Interim Chair, Surgery | | x |
| Judith Burgis, MD, Interim Chair, Obstetrics & Gynecology | | x | Carole Pillinger, MD, Associate Chief of Staff for Education, DEO, Dorn Veterans Hospital | | x |
| Charles Carter, MD, Program Director, Family & Preventive Medicine | ✓ | | Donna Ray, MD, Director, Faculty Development, Continuous Professional Development and Strategic Affairs | | x |
| Edward Catalano, Vice President, Medical Staff Affairs, Palmetto Health Richland | ✓ | | James Raymond, MD, Chief Medical Officer | ✓ | |
| Edward Cheeseman, MD, Chair, Ophthalmology | | x | Ali Rizvi, MD, Program Director, Endocrinology | ✓ | |
| Shawn Chillag, MD, Chair, Internal Medicine | ✓ | | Wes Ross, MD, Secretary, Resident Council | ✓ | |
| Thomas Cook, MD, Program Director, Emergency Medicine | | x | Souvik Sen, MD, Program Director, Neurology | ✓ | |
| James Curtis, DMD, Director of Education, Dental Medicine | | x | Sarah Smith, MD, Program Director, Obstetrics & Gynecology | ✓ | |
| Brian Derrevere, MD, Vice President, Resident Council | | x | Jason Stacy, MD, Program Director, Sports Medicine | ✓ | |
| Richard L. Frierson, MD, Program Director, Forensic Psychiatry | ✓ | | Katherine G. Stephens, PhD, Vice President, Medical Education and Research and DIO | ✓ | |
| Rachelle Gajadhar, MD, Program Director, Geriatrics | ✓ | | Kathryn Stephenson, MD, Program Director, Internal Medicine/Pediatrics | | x |
| William Gerard, MD, Director of Education, Emergency Medicine and PHR Chief of Staff | ✓ | | Shawn Stinson, MD, Vice President, Clinical Quality & Patient Safety | | x |
| Stephen Greenberg, MD, Program Director, Internal Medicine | | x | Scott Strayer, MD, Interim Chair, Family & Preventive Medicine | ✓ | |
| David Hicklin, DMD, Program Director, Dental Medicine | | x | Craig Stuck, MD, Program Director, Child & Adolescent Psychiatry; Interim Program Director, General Psychiatry | ✓ | |
| Stan Hickson, Chief Operating Officer, Palmetto Health Richland | | x | R. Caughman Taylor, MD, Chair, Pediatrics | ✓ | |
| Robert Holleman, MD, Program Director, Pediatrics | ✓ | | John Walsh, MD, Chair, Orthopaedic Surgery | | x |
| Richard Hoppmann, MD, Dean, University of South Carolina School of Medicine | | x | Sharon Weissman, MD, Program Director, Infectious Disease | ✓ | |
| David Koon, MD, Program Director, Orthopaedic Surgery | ✓ | | | | |

Palmetto Health - 001126



# Graduate Medical Education Committee
**Executive Session Minutes**
**April 10, 2012**
Confidential

| Topic | Discussion | Action / Follow-up / Responsibilities |
|---|---|---|
| **Executive Session** | **Dr. Stephens** called the executive session to order. | |
| **Compliance Issues** | | |
| **Resident Issues** | **Dr. Robert Holleman** reported that it is unlikely that ▮▮▮ will be ready for individual practice due to deficiencies in his knowledge base and patient care. He also failed his PICU rotation post test. ▮▮▮ has asked for an extension of his training. Dr. Holleman recommends a Level II remediation with a 6 month extension of ▮▮▮ residency training. ▮▮▮ will be required to take the Medical Student Shelf Test and will be scheduled for more one-on-one training with emphasis on ambulatory training. Dr. Stephens asked for a motion for approval. Motion was made, seconded and carried.<br><br>**Dr. Stuck** reported that ▮▮▮ has completed her remediation satisfactorily and recommends that she be taken off remediation and promoted to PGY2 effective March 1, 2012. Dr. Stephens asked for a motion for approval. A motion was made seconded and carried.<br><br>**Dr. Koon** reported that the GMEC Executive Committee has agreed to Dr. Koon's recommendation to place **Dr. Afraaz Irani (PGY2)** on Level III remediation, suspending him from clinical duties effective March 1, 2012. Dr. Irani has not met the measures of his remediation plan (e.g., has not followed directions of his attending, has inappropriately responded to nursing staff, has not properly documented patient care records, and has missed his assigned rounds due to oversleeping, which put one of his patient's care at risk). The Orthopaedic Surgery Department Faculty recommended to the GMEC that Dr. Irani be dismissed from the residency program effective immediately. Dr. Stephens asked for a motion for approval. A motion was made, seconded and carried. | Progress report at June 12, 2012 GMEC meeting. |
| **Other Business** | | |

| Adjournment | There being no further business, a motion was made, seconded, and carried to return to regular session.. | |

*Katherine G. Stephens*

Katherine G. Stephens, PhD, MBA, FACHE
Vice President, Medical Education and Research, and DIO          Recorded by:  Anne Marie Hyer