# Exhibit MMM

Archive Manager Message Export                                                    Page 1 of 1

 ArchiveManager

| | |
|---|---|
| **From:** | David Koon | **Sent:** Tue, 10 Apr 2012 17:54:41 GMT |
| **To:** | Katherine Stephens; Margie Bodie; Lin Hearne; Jagdr@aol.com; Mcbrydea@aol.com; afraaz.irani@gmail.com; Wood Jennifer; Christopher Mazoue; Frank R Voss; Greg Grabowski; Tonya Holmes; John Walsh; jhoov14@yahoo.com; |

**Subject:** 10 APR 12 GMEC action

Dr. Irani -

The Palmetto Health Graduate Medical Education Committee met this afternoon and approved the recommendations of the faculty regarding your dismissal from the PH Orthopaedic Residency program. Per the Dismissal of Residents policy found in the PH Resident Manual, you are dismissed from the residency program effective immediately.

Lin Hearne in the Palmetto Health Human Resources department will contact you soon for you to return to her all Palmetto Health and Department of Orthopaedic Surgery property, including but not limited to pagers, keys, badges, etc. She can also address any H.R. benefit questions that you may have.

Per Dr. Stephens recommendations, your request for monies to acquire books is disapproved.

You are reminded of your right to continue the appeals process in accordance with the Resident Grievance and Due Process Policy found in the PH Resident Manual.
You are again reminded that your deadline to file a grievance to committee is close of business tomorrow (April 11th).

Questions should be directed to Dr. Stephens in the GME office.

David Koon

----------------------------------------
This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law.  If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED.  If you have received this e-mail in error, please notify the sender immediately and destroy the related message.

Palmetto Health - 002519