# Exhibit NNN



| | | | |
|---|---|---|---|
| **From:** | Afraaz Irani | **Sent:** | Wed, 11 Apr 2012 09:40:11 GMT |
| **To:** | David Koon | | |
| **CC:** | Katherine Stephens | | |
| **Subject:** | RE: 10 APR 12 GMEC action | | |

Dr. Koon,

Thanks for the update. I have contacted Lin Hearne. I got your voicemail and tried to call you back this AM.

I have not received an explanation about why the use of the book money was denied. Was there an explanation of these guidelines that you could direct me toward that I may review?

Thank you,
Afraaz

> From: David.Koon@uscmed.sc.edu
> To: Afraaz.irani@gmail.com; John.Walsh@uscmed.sc.edu; Frank.Voss@uscmed.sc.edu; Christopher.Mazoue@uscmed.sc.edu; Greg.Grabowski@uscmed.sc.edu; mcbrydea@aol.com; jhoov14@yahoo.com; jhwood23@gmail.com; Kathy.Stephens@PalmettoHealth.org; Margie.Bodie@PalmettoHealth.org; jagdr@aol.com; Lin.Hearne@PalmettoHealth.org; Tonya.Holmes@uscmed.sc.edu
> Date: Tue, 10 Apr 2012 17:54:18 -0400
> Subject: 10 APR 12 GMEC action
>
> Dr. Irani -
>
> The Palmetto Health Graduate Medical Education Committee met this afternoon and approved the recommendations of the faculty regarding your dismissal from the PH Orthopaedic Residency program. Per the Dismissal of Residents policy found in the PH Resident Manual, you are dismissed from the residency program effective immediately.
>
> Lin Hearne in the Palmetto Health Human Resources department will contact you soon for you to return to her all Palmetto Health and Department of Orthopaedic Surgery property, including but not limited to pagers, keys, badges, etc. She can also address any H.R. benefit questions that you may have.
>
> Per Dr. Stephens recommendations, your request for monies to acquire books is disapproved.
>
> You are reminded of your right to continue the appeals process in accordance with the Resident Grievance and Due Process Policy found in the PH Resident Manual.
> You are again reminded that your deadline to file a grievance to committee is close of business tomorrow (April 11th).
>
> Questions should be directed to Dr. Stephens in the GME office.
>
> David Koon
>
> ------------------------------------------
>
> This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.

Palmetto Health - 002526