# Exhibit QQQ

ACGME

August 2, 2012

Accreditation Council for
Graduate Medical Education

515 N. State Street
Suite 2000
Chicago, IL 60654

Phone 312.755.5000
Fax 312.755.7498
www.acgme.org

David E. Koon Jr, MD
Program Director
Palmetto Health/University of South Carolina School of Medicine
Palmetto Health Richland
Two Medical Park, Suite 404
Columbia, SC 29203

Katherine G. Stephens, PhD, MBA
Vice President, Medical Education and Research
Palmetto Health
P O Box 2266
Columbia, SC 29202-2266

Re: Program #2604532263

Dear Drs. Koon and Stephens:

The Review Committee for Orthopaedic Surgery has reviewed Afraaz Irani's complaint alleging the Orthopaedic Surgery Program at Palmetto Health/University of South Carolina School of Medicine is noncompliant with ACGME requirements. The review committees also reviewed your May 25, 2012, response with supporting documentation. The review committee judged there was no validity to the complaint and will not pursue any further action related to the complaint.

The ACGME will close its file on the complaint, and the complainant will be notified of the review committees' decision.

Sincerely,

*Marsha A. Miller*

Marsha A. Miller, MA
Associate Vice President
Office of Resident Services
312-755-5041
mmiller@acgme.org

cc:  Pamela Derstine, PhD, Executive Director, RC for Orthopaedic Surgery
     Patricia Surdyk, PhD, Executive Director, Institutional Review Committee

Palmetto Health - 001314