# Exhibit SSS

## Lin Hearne - RE: Grievance Council

**From:** Afraaz Irani <afraaz.irani@hotmail.com>
**To:** <lin.hearne@palmettohealth.org>
**Date:** 4/11/2012 9:37 AM
**Subject:** RE: Grievance Council
**CC:** Kathy Stephens <kathy.stephens@palmettohealth.org>

Ms. Hearne,

I just left you a voicemail. I would like to go ahead and initiate the grievance council.

Thank you,
Afraaz

---

Date: Tue, 3 Apr 2012 09:21:35 -0400
From: Lin.Hearne@PalmettoHealth.org
To: afraaz.irani@hotmail.com
Subject: Fwd: Re: Grievance Council

Dr. Irani,

I did follow up with the Vice President of Human Resources and we will cancel the grievance committee for April 11th per your request. As a reminder, your 10 business day deadline to file the grievance with Human Resources is April 11th.

Please let me know if you have any further questions.

Lin Hearne, PHR
HR Business Partner
Palmetto Health
293 Greystone Blvd
Columbia, SC 29210
(803) 296-7883

A Modern Healthcare 100 Best Places to Work in Healthcare Award Winner, 2008, 2009 & 2010

SC Chamber of Commerce Best Places to Work for 2009, 2010 & 2011