**Irani v. Palmetto Health et al., C/A No. 3:14-cv-03577-CMC-KDW**

Plaintiff's Exhibit List

| Exhibit No. | Description |
|---|---|
| A | Declaration of Afraaz R. Irani, M.D. |
| B | Affidavit of Tonya Hamby |
| C | Affidavit of Charmain Reed |
| D | Affidavit of Toni Pettiford-Smith |
| E | Affidavit of John Iaquinto, M.D. |
| F | Supplemental Affidavit of John Iaquinto, M.D. |
| G | Unsworn Declaration of William Ross |
| H | Katherine Stephens Deposition - August 14, 2015 |
| I | R. Caughman Taylor, M.D. Deposition - April 15, 2015 |
| J | David E. Koon, Jr. M.D. Deposition - June 29, 2015 |
| K | John J. Walsh, IV, M.D. Deposition - April 24, 2015 |
| L | Richard E. Grant, M.D. Deposition - December 7, 2015 |
| M | Termination Hearing - April 30, 2015 |
| N | Harrison Boyd Goodno, M.D. Deposition - July 2, 2015 |
| O | Greg Grabowski, M.D. Deposition - April 22, 2015 |
| P | Jeffrey A. Guy, M.D. Deposition - August 18, 2015 |
| Q | Afraaz Irani, M.D. Deposition - June 30, 2015 |
| R | Resident Agreement of Appointment |
| S | USC Department of Orthopaedic Surgery Residency Manual |
| T | Plaintiff's PGY-1 Performance Evaluations |
| U | How To Swim With Sharks: A Primer |
| V | Koon Email re: Interesting Article |
| W | Eady Testimony at California Medical Board Hearing |
| X | Text Messages |

| | |
|---|---|
| Y | Residents H&P |
| Z | Dean's Letter in Support |
| AA | Koon coverletter to California Medical Board |
| BB | Irani Email to Stephens Not to Appeal |
| CC | Walsh Statement re: Satisfactory Progress |
| DD | Program Letter of Agreement |
| EE | Koon Memorandum of Record - October 3, 2011 |
| FF | Mazoue's PGY-2 Evaluation - November 6, 2011 |
| GG | Text Messages Illustrating Confusion |
| HH | Koon Email - VA Patient |
| II | Lindley Email to Hoover - VA Patient |
| JJ | Koon Memorandum of Record -December 12, 2011 |
| KK | Voss Evaluation - December 28, 2011 |
| LL | CONFIDENTIAL - MRI Report |
| MM | Nathe Statement |
| NN | Disciplinary Action Report |
| OO | Guy Evaluation PGY2 |
| PP | Stephens Email - January 16, 2012 |
| QQ | Voss Memorandum |
| RR | Koon Email to Stephens - February 29, 2012 |
| SS | Koon PGY1 Evaluation |
| TT | Summative Statement by Voss |
| UU | Palmetto Health Resident Physician Manual excerpts |
| VV | OMITTED - DUPLICATE |
| WW | Dr. Richard Grant Expert Report |
| XX | Stephens Email to Koon - November 30, 2011 |
| YY | Guy Memorandum - May 2, 2012 |
| ZZ | EEOC Questionnaire - March 10, 2013 |

| AAA | Websites |
|-----|----------|
| BBB | Affiliation Agreement |
| CCC | OMITTED - DUPLICATE |
| DDD | Summative Evaluation by Koon |
| EEE | Koon Memorandum to California Medical Board - June 26, 2013 |
| FFF | Koon Letter to Grievance Committee - May 2, 2012 |
| GGG | Frank Voss, M.D. Deposition - April 15, 2015 |