# EXHIBIT E

To Whom It May Concern:

I am an attending orthopaedic surgeon practicing for over 20 years. During this time I have had the chance to work with innumerable physicians, residents, and support staff. I have known Dr. Afraaz Irani since he began his orthopaedic residency at the University of South Carolina in July 2010. During this time, I had the opportunity to interact with him on a routine basis in conferences, journal clubs, on rounds and during Emergency Room call coverage as well as in the Operating Room.

During these interactions, I found Dr. Irani to be consistently energetic, and inquisitive, asking insightful questions, and possessing a fund of knowledge and technical skill set at or above his level. I always observed Dr. Irani to treat his patients with care, compassion and empathy. He was a reliable member of the care team, and I could count on him to carry out my instructions appropriately. Dr. Irani was efficient, always on time, a hard worker, and showed attention to detail when carrying out patient care plans. He clearly communicated with me and other staff regarding the patient's care and treatment plan.

I was the attending orthopaedic surgeon in charge of Mr. B's care who presented to the trauma bay in July 2011. Dr. Irani was the resident on call that day who worked with me during Mr. B's initial presentation to Palmetto Health. Mr. B was a very medically frail and elderly gentleman who presented with a traumatic injury to his left upper extremity. Dr. Irani immediately called me, give the nature of the injury and we evaluated the patient together in the trauma bay. Dr. Irani did not reduce or manipulate the injured extremity.

Dr. Irani was keenly aware of the patient's medical condition. When dealing with older patients with traumatic injuries a physician must be aware of the effect of his or her actions on the patient's overall medical state. The patient was comfortable, and appeared to be appropriately medicated throughout the course of our treatment. The patient had received narcotics prior to our arrival under the management of the trauma team. We did not perform manipulations of the left upper extremity, and as such it would have been inappropriate for us as the consulting service at the time to give further pain meds to a patient who had significant comorbidities. Indeed this patient suffered a heart attack and passed away only a few days later while still on the trauma service.

In dealing with this patient, I observed Dr. Irani to act in a caring and empathetic manner. At no time did Dr. Irani ask nurses to lie about documentation surround Mr. B's care. The next day both Dr. Irani and I saw Mr. B in the hospital. What was remarkable was Mr. B remembered Dr. Irani from the previous day. Without prompting, he stated that he had seen Dr. Irani in the trauma bay. He personally thanked Dr. Irani for his care. It was clear that Mr. B was appreciative of Dr. Irani's care and bedside manners. I think Mr. B's statements accurately reflected how Dr. Irani was perceived by patients – a kind, compassionate, and caring young resident.

In conclusion I found Dr. Afraaz Irani to be a promising young physician. His professional demeanor, excellent bedside manners, and fund of knowledge make him an asset to the practice of medicine.

I declare under penalty of perjury that the foregoing is true and correct.

John M. Iaquinto MD

State of Florida, County of Bay

Subscribed and sworn to (or affirmed) before me on this 1st day of July, 2014, by _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me

Signature of Notary Public

Notary Public for _____

My commission expires: 8-16-16