# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., | C/A No. 3:14-cv-03577-CMC-KDW |
| Plaintiff, | |
| vs. | |
| Palmetto Health; University of South Carolina School of Medicine; David E. Koon, Jr., M.D., in his individual capacity; and John J. Walsh, IV, M.D., in his individual capacity, | |
| Defendants. | |



DEPOSITION OF

HARRISON BOYD GOODNO, M.D.

*****************

Thursday, July 2, 2015
8:58 a.m. - 11:59 a.m.

The deposition of HARRISON BOYD GOODNO, M.D., taken on behalf of the Plaintiff at the law offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1320 Main Street, Suite 600, Columbia, South Carolina, on the 2nd day of July, 2015, before Lyn A. Hudson, Court Reporter and Notary Public in and for the State of South Carolina, pursuant to Notice of Deposition and/or agreement of counsel.

| | | |
|---|---|---|
| 1 | A: | Well, I guess it would have been a couple months ago |
| 2 | | actually because I am off cycle. |
| 3 | Q: | Okay. When do you expect to graduate from the Family |
| 4 | | Medicine Program? |
| 5 | A: | Officially June of next year. But I should be done by |
| 6 | | April 30th. |
| 7 | Q: | Of 2016? |
| 8 | A: | Yes. |
| 9 | Q: | And that's at Palmetto Health? |
| 10 | A: | Yes. |
| 11 | Q: | Okay. Is that also affiliated with the University of |
| 12 | | South Carolina School of Medicine? |
| 13 | A: | I guess. |
| 14 | Q: | Okay. |
| 15 | A: | It's under Palmetto Health, I guess. |
| 16 | Q: | How long is the Family Medicine Residency Program? How |
| 17 | | many years? |
| 18 | A: | Three years. |
| 19 | Q: | Three years? |
| 20 | A: | Uh-huh (affirmative response). |
| 21 | Q: | Do you have any plans yet for after you graduate from |
| 22 | | the residency program? |
| 23 | A: | I'll be applying this fall to primary care sports |
| 24 | | medicine fellowships to start in 2016. |
| 25 | Q: | And when do you intend to apply for those? |

```
1   A:  This fall.
2   Q:  Is there like an open window for the applications to be
3       submitted?
4   A:  You can start submitting on July 15th.
5   Q:  Okay.
6   A:  And interview in the fall.
7   Q:  Does that fellowship program have something similar to
8       the Match system like residency?
9   A:  Uh-huh (affirmative response).  Exactly.
10  Q:  Do you know what programs you're looking at?
11  A:  A variety of programs.
12  Q:  Are any of them local?
13  A:  I haven't applied yet.  So, but yeah.  They are
14      programs in South Carolina.
15  Q:  Okay.  Now you mentioned your wife that lives with you,
16      is she also a physician?
17  A:  Yes.
18  Q:  What is her specialty?
19  A:  Pediatrics.
20  Q:  Is she in practice in the Columbia area?
21  A:  She is.
22  Q:  Where does she practice?
23  A:  Brookland Community Peds.
24  Q:  Is that in West Columbia?
25  A:  Yes.
```

```
 1        Orthopedics Department?
 2             MS. THOMAS:  Object to the form.
 3   A:   I don't, I don't know which department she was in.  It
 4        was an orthopedics patient.
 5   BY MR. ROTHSTEIN:
 6   Q:   Okay.  Do you know what faculty member in the
 7        Orthopedics Department would have been involved in
 8        those injections?
 9             MS. THOMAS:  Object to the form.
10             MS. HELMS:   Object to the form.
11   A:   I don't recall.
12   BY MR. ROTHSTEIN:
13   Q:   Do you know anything about those, about the specifics
14        of that case?
15             MS. THOMAS:  Object to the form.
16   A:   No.
17   BY MR. ROTHSTEIN:
18   Q:   I think you said you went to medical school at MCG.
19        And what year did you start medical school?
20   A:   2006.
21   Q:   And you graduated in 2010?
22   A:   Yes.
23   Q:   Where did you go to undergrad?
24   A:   Georgia Tech.
25   Q:   How did you get interested in applying for a residency
```

1       in orthopedic surgery?
2  A:   I've always been interested in musculoskeletal.
3       Enjoyed my rotations in medical school.
4  Q:   Was orthopedic surgery your first choice of a specialty
5       for a residency program?
6  A:   Yes.
7  Q:   In your experience and observation in applying for
8       residencies and researching residency programs, would
9       you consider orthopedic surgery to be a competitive
10      residency to get into?
11 A:   Yes.
12 Q:   Do you understand the difference between a preliminary
13      residency and a categorical residency?
14 A:   Could you repeat that?
15 Q:   Do you understand the terms preliminary residency and a
16      categorical residency?
17 A:   I'm sure I did at one time. I don't, I recognize the
18      terms. I don't, I'm not sure I understand, or I could
19      define it for you right now.
20 Q:   What is your basic understanding of what a preliminary
21      residency is?
22 A:   I, I mean, I can speculate but I don't know the true
23      definition. So there's no point in speculating.
24 Q:   Have you ever heard the term prelim or preliminary
25      position in a residency?

```
 1  A:  I have.  Again, I don't know if you are referring to
 2      like a transitional year, like some people do a
 3      transitional year.  If they are going into radiology or
 4      something they may have a preliminary, or a
 5      transitional year is the way I understand it.  And they
 6      do one year on some specific residency.  And they may
 7      either stay at the same hospital or they may go to
 8      another hospital for their, they've Matched twice
 9      basically and do another residency in what they
10      intended to do.  Again, I'm not sure if that's what
11      you're referring to or not.
12  Q:  Okay.  Well, that may be one form.  But is there
13      another form of a prelim position or a preliminary
14      residency position?
15  A:  I have no idea.
16  Q:  Have you ever heard of residency programs where the
17      incoming class is potentially larger than the
18      graduating class or the succeeding classes, there is
19      sort of a competition among the residents to move
20      forward where --
21          MS. HELMS:  Objection to the form of the question.
22          MS. THOMAS:  Object to the form.
23  A:  Have I ever heard of that before?
24  BY MR. ROTHSTEIN:
25  Q:  Yes.
```

```
 1  A:  I've heard of that before.  Yes.
 2  Q:  Have you ever heard of that in an Orthopedic Surgery
 3      Residency Program?
 4          MS. THOMAS:  Object to the form.
 5  A:  No.
 6  BY MR. ROTHSTEIN:
 7  Q:  Did you apply for residency positions in any other
 8      specialties other than orthopedic surgery when you were
 9      first finishing medical school?
10  A:  Yes.
11  Q:  What other specialties or subspecialties did you apply
12      for?
13  A:  I applied to a few anesthesia programs as well.
14  Q:  Any family medicine programs?
15  A:  No.
16  Q:  Orthopedics and anesthesia are the only two types of
17      residency programs you applied to?
18  A:  Yes.
19  Q:  Do you recall how many orthopedics programs you applied
20      to?
21  A:  I don't remember the exact number.  No.
22  Q:  Okay.  Do you recall how many interviews you went on in
23      the, during the Match process?
24  A:  I don't remember the exact number.  Over ten.
25  Q:  Did you interview at any anesthesia programs?
```

| | | |
|---|---|---|
| 1 | Q: | Okay. Is there anything, does it say resident or |
| 2 | | orthopedics or does it say anything under your name or |
| 3 | | near your name? |
| 4 | A: | I know you can always look at a resident's jacket on |
| 5 | | the left side and see what department they're in. |
| 6 | Q: | Okay. |
| 7 | A: | I don't remember the specifics of what it says. |
| 8 | Q: | Do you recall whether your coat that you were issued |
| 9 | | during your residency had the words Palmetto Health on |
| 10 | | it anywhere? |
| 11 | A: | Not that I recall. |
| 12 | Q: | Do you still have the coats from your Orthopedic |
| 13 | | Residency Program? |
| 14 | A: | I think they're actually still sitting in the basement |
| 15 | | of the laundry. |
| 16 | Q: | And was that sort of the official uniform that you were |
| 17 | | supposed to wear in the hospital to identify yourself |
| 18 | | as a physician or a resident? |
| 19 | A: | I don't think it was required. But I mean I certainly |
| 20 | | wore it, you know, for whenever I needed it. But I |
| 21 | | didn't have to wear it. |
| 22 | Q: | Now if you started residency in July of 2010 in |
| 23 | | Orthopedic Surgery, did you have an expectation of a |
| 24 | | graduation date? |
| 25 | A: | Yeah. I mean, it's standard for a five-year program. |

1  Q: Okay. So if you had stayed in the program you would
2     have graduated about a month ago or within the last
3     month?
4  A: That was my hope if I would have stayed in the program.
5  Q: And when you started the program did you have an
6     expectation that you would be allowed to continue for
7     that five-year program unless you resigned or did
8     something that gave the program cause to terminate you?
9  A: Could you rephrase that?
10 Q: Yeah. When you started the Orthopedic Surgery
11    Residency Program did you expect that you would
12    graduate from that program unless you resigned from the
13    program or you did something that would give the
14    program cause to terminate your employment?
15        MS. THOMAS: Object to the form.
16 A: I think that would be anyone's expectation for any job
17    or any contract they signed or anything. So yes.
18 BY MR. ROTHSTEIN:
19 Q: Were you ever placed on any type of academic
20    remediation during your participation in the Orthopedic
21    Surgery Residency Program at the University of South
22    Carolina School of Medicine?
23 A: No.
24 Q: Now, we mentioned that Dr. Irani was in your same
25    incoming class. Would he have been considered your

```
 1  Q:  Did Dr. Voss perform surgeries at the VA?
 2  A:  I don't recall that.
 3  Q:  Did Dr. Walsh perform any surgeries at the VA during
 4      that time?
 5  A:  I don't recall specifically.
 6  Q:  Was Dr. Chu in the orthopedics department at the VA
 7      during your rotation over there?
 8  A:  I don't remember when he came.  I never worked with him
 9      directly.
10  Q:  Okay.  What was your experience like during your
11      rotation at the VA with Dr. Eady?
12  A:  Positive.  He's a good teacher.  Very intelligent.  The
13      VA rotation was also a negative though because there
14      was, they had shut down some of the ORs for some
15      sterilization reason or something.  So they, we weren't
16      doing as many surgeries as one would hope as a surgical
17      resident.  But the overall experience was positive.
18  Q:  Do you recall a time when Dr. Eady was suspended from
19      performing open reductions and internal fixations of
20      fractures and total joints at the VA?
21  A:  I recall that occurring.  I don't remember when it was.
22  Q:  How did you find out about it?
23  A:  I don't recall.
24  Q:  Did you ever assist with any open reductions and
25      internal fixations of total joints during your rotation
```

```
 1            at the VA?
 2    A:      Yes.
 3    Q:      Would those have been with Dr. Koon?
 4    A:      Yes.
 5    Q:      Any other attendings perform those procedures during
 6            your rotations at the VA?
 7    A:      This was a long time ago.  I don't, I don't remember.
 8            I'm sure there were other attendings.
 9    Q:      Now, I think you said that you believe Dr. Eady was a
10            good teacher.  Do you think you learned a lot about
11            orthopedic surgery during the rotation with Dr. Eady?
12                  MS. THOMAS:  Object to the form.
13    A:      He was a good teacher.
14  BY MR. ROTHSTEIN:
15    Q:      Did Dr. Eady provide timely feedback to you during your
16            rotation at the VA?
17    A:      I don't understand what that means.
18    Q:      Did Dr. Eady provide you with constructive criticisms
19            or feedback about your job performance while you were
20            on the rotation with Dr. Eady at the VA?
21    A:      He was a good teacher.  I don't recall specifically how
22            he handled feedback.
23    Q:      Do you recall receiving any performance evaluations
24            from your rotation at the VA in the fall of your PGY 2
25            year?
```

```
 1           believe that your conversation, phone conversation with
 2           this patient was similar to Dr. Irani's telephone
 3           conversation with this patient?
 4    A:     I couldn't say.
 5    Q:     Did you get written up in response, in regard to this
 6           particular patient?
 7    A:     What do you mean written up?
 8    Q:     Did you get placed on academic remediation because of
 9           this patient?
10    A:     No.
11    Q:     Did you have any disciplinary action taken against you
12           with regard to this patient?
13    A:     As far as I recall, no.
14    Q:     Okay.  Do you recall speaking with Dr. Irani on
15           December 5th 2011 around 6:15 or 6:30 in the cafeteria?
16    A:     No.
17    Q:     Do you recall a time seeing Dr. Irani in the cafeteria
18           late in the evening or I guess early in the evening
19           where he appeared to be upset about a faculty meeting
20           that he had attended?
21    A:     I don't remember that specifically, no.  That specific
22           instance, no.
23    Q:     Do you ever remember having discussions with Dr. Irani
24           about a situation where he was called in to a faculty
25           meeting at the Orthopedic Surgery Department?
```

```
 1  A:  Specifically, no.  But I'm sure he would have had a
 2      faculty meeting.
 3  Q:  How many times did you get called in to faculty
 4      meetings during your residency?
 5  A:  Once.
 6  Q:  When was that?
 7  A:  Probably this, it would have been summer of my second
 8      year going into my third year.  Or sometime towards the
 9      end of my second year would be my guess.
10  Q:  Okay.
11  A:  End of, would have been 2012, I guess.
12  Q:  Was that a memorable experience for you?
13  A:  Yes.
14  Q:  Tell me what happened during that faculty meeting.
15  A:  If the faculty had concerns about any deficiencies that
16      they detected they would call you first to, they would
17      address it personally, have the chief residents address
18      it, I don't know in which order.  But if there were
19      still deficiencies they detected, or they felt were
20      present, they would call you in to a faculty meeting.
21      All the faculty would be present.  Upper level resident
22      would be involved.  For me it was Kenny Linley.  And
23      they would go over what they felt you needed to improve
24      on.
25  Q:  Okay.  Were you informed of these deficiencies or the
```

```
    nature of these alleged deficiencies by your senior
    resident prior to the faculty meeting?
A:  Yes.
Q:  Did you offer an explanation or did you have
    discussions with your senior resident about sort of
    your side of the story before the faculty meeting?
A:  I'm sure I would have.  I don't remember the specific
    conversations.
Q:  Were there things brought up during the faculty meeting
    that were new to you that you had never heard about
    before?  Allegations of deficiencies?
A:  I disagreed with some of them.  Yes.
Q:  Were you given an opportunity during the faculty
    meeting to explain or discuss things from your
    perspective?
A:  Yes.
Q:  Did you feel like you were being cross-examined by
    Dr. Koon during that faculty meeting?
A:  No.
Q:  Did Dr. Koon ever raise his voice toward you during
    that faculty meeting?
A:  Not that I recall.
Q:  Did Dr. Koon ask you if you wanted to continue in the
    residency program during the faculty meeting?
A:  I remember him asking me that at one point.  I don't
```

```
 1  purposes.)
 2  BY MR. ROTHSTEIN:
 3  Q:  Dr. Goodno, I'm going to hand you Exhibit 3 and ask you
 4      to take a look at that a second.  That was the packet
 5      of information your attorney provided to me a few
 6      minutes ago.  Can you look through there and tell me if
 7      you believe that that's a copy of your response to the
 8      subpoena duces tecum documents?
 9  A:  Is this what I provided?  Is that what you mean?
10  Q:  Yes.  Is that what you provided to Ms. Dudley Helms in
11      response to my subpoena?
12  A:  It looks, yes, to be e-mails between me and Afraaz.
13  Q:  Does that appear to be the entire packet of information
14      you provided to Ms. Dudley Helms?
15  A:  It looks like it.  Yeah.  I had it in a little manila
16      envelope.  I just printed every e-mail that I had in my
17      Hot Mail.  I didn't have any in my Palmetto Health.
18  Q:  Did you ever receive a litigation hold notice about Dr.
19      Irani?
20  A:  I don't know even know what that means.  No.  I don't
21      think so.
22  Q:  Okay.  We before the break were talking about Dr. Irani
23      coming back from a period of suspension sometime in
24      early 2012.  And do you recall that?
25  A:  Yes.
```

| | | |
|---|---|---|
| 1 | Q: | Okay. What do you mean high risk? |
| 2 | A: | I would consider anything that involves legal |
| 3 | | proceedings high risk. |
| 4 | Q: | High risk for whom? |
| 5 | A: | Everyone. |
| 6 | Q: | Did you believe that you were at risk if you supported |
| 7 | | Dr. Eady, I mean, Dr. Irani in this case? |
| 8 | A: | I think there's a huge conflict of interest in this |
| 9 | | whole situation. So it's very difficult for everyone |
| 10 | | involved. But the fact that I'm still working at the |
| 11 | | hospital is very awkward. |
| 12 | Q: | Did anyone ever instruct you not to have any further |
| 13 | | communication with Dr. Irani? |
| 14 | A: | No. |
| 15 | Q: | Did you fear that you would be retaliated against if |
| 16 | | you supported Dr. Irani's side of the case? |
| 17 | A: | Can you rephrase that? |
| 18 | Q: | Yeah. Did you feel that you would be retaliated |
| 19 | | against if you supported Dr. Irani's side of the case? |
| 20 | A: | Not specifically. I would certainly think that would |
| 21 | | be a concern that I would have especially since I'm |
| 22 | | still employed at the hospital. But I don't have any |
| 23 | | specific reason for that. |
| 24 | Q: | Okay. Besides the hospital were you concerned about |
| 25 | | anyone else retaliating against you if you took Dr. |

```
 1              MS. HELMS:  Object to the form.
 2              MS. THOMAS:  Object to the form.
 3   A:   I've never met him.  I understand he transferred to
 4        Family Medicine.  That's why, that's the only pertinent
 5        reason I know that.  And sounds like he had a very
 6        similar interest as mine in sports medicine.
 7   BY MR. ROTHSTEIN:
 8   Q:   Do you know whether Dr. McDaniel went on to do a
 9        fellowship in non-operative sports medicine at the USC
10        Department Of Orthopedics?
11   A:   That's my understanding.  Yes.
12   Q:   Do you know why or do you know an individual named
13        Michael Kanwisher?
14   A:   Yes.
15   Q:   Do you know why Dr. Kanwisher left the program?
16              MS. THOMAS:  Object to the form.
17   A:   He's doing emergency medicine now.
18   BY MR. ROTHSTEIN:
19   Q:   Did Dr. Koon ever blow an air horn at Dr. Kanwisher
20        during morning conference?
21   A:   Yes.
22   Q:   Tell me about that.
23   A:   He was giving a presentation and -- I don't remember
24        the specifics.  And then he went and got a, something
25        from his office and came back and blew it a couple of
```

1      times, I guess.
2  Q:  What was Dr. Kanwisher's response?
3  A:  You would have to ask Dr. Kanwisher. I don't remember.
4  Q:  Did you observe anything about Dr. Kanwisher's
5      response?
6  A:  All I remember was the bull horn or whatever. I don't
7      remember, I could not speculate on how Dr. Kanwisher
8      acted.
9  Q:  Did you ever see Dr. Kanwisher crying during the
10     Orthopedic Surgery Residency Program?
11 A:  I don't remember a specific incident. I know he's
12     appeared emotional at times but I don't remember, and I
13     couldn't speculate as to why that was. He's dating a
14     girl. I have no idea what he was emotional about.
15 Q:  Other than girlfriend trouble, did Dr. Koon ever make
16     Dr. Kanwisher cry in your observation by something he
17     did, by something that Dr. Koon did or said during the
18     residency program?
19 A:  Specifically I don't remember that.
20 Q:  Do you know who Zachary Green is?
21 A:  I believe he was an intern last year in the orthopedic
22     program.
23 Q:  Let me go back to Dr. Kanwisher. Who left the program
24     first, you or Dr. Kanwisher?
25 A:  I did.