IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., ) | C/A No. 3:14-cv-03577-CMC-KDW |
| ) | |
| Plaintiff, ) | |
| ) | **ADDITIONAL ATTACHMENTS** |
| vs. ) | **TO PLAINTIFF'S MEMORANDUM** |
| ) | **OF LAW IN OPPOSITION TO** |
| Palmetto Health; University of South ) | **DEFENDANTS' MOTIONS FOR** |
| Carolina School of Medicine; David E. ) | **SUMMARY JUDGMENT** |
| Koon, Jr., M.D., in his individual ) | |
| capacity; and John J. Walsh, IV, M.D., ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Respectfully submitted,

 s/ David E. Rothstein
David E. Rothstein, Fed. ID No. 6695
ROTHSTEIN LAW FIRM, PA
1312 Augusta Street
Greenville, South Carolina  29605
Office: (864) 232-5870
Facsimile: (864) 241-1386
E-mail: drothstein@rothsteinlawfirm.com

Attorney for Plaintiff, Afraaz R. Irani, M.D.

January 25, 2016

Greenville, South Carolina.