# EXHIBIT V



**RE: interesting article**   Inbox x

**David Koon** <David.Koon@uscmed.sc.edu>   7/14/11
to me, jhoov14, Wood

not sure why you are reading the Arch of Int Med...

let me know if you are not satisfied with the articles selected for our journal clubs.

dk

From: Afraaz Irani [afraaz.irani@gmail.com]
Sent: Wednesday, July 13, 2011 9:17 PM
To: David Koon
Subject: interesting article

Hey Dr. Koon,

If you are looking for a kinda fun/interesting article for journal club, this is an article from the Archives of Internal Medicine, that states that majority of overweight patients are not told they are overweight by their doctor, and essentially the role of they physician, in telling patients they are overweight/obese. Just thought I'd pass it along.
http://www.ncbi.nlm.nih.gov/pubmed/21357807

Thanks,
Afraaz

-----------------------------------------

This e-mail transmission, in its entirety and including all attachments, is intended solely for the use of the person or entity to whom it is addressed and may contain information, including health information, that is privileged, confidential, and the disclosure of which is governed by applicable law. If you are not the intended recipient, you are hereby notified that disclosing, distributing, copying or taking any action in relation to this e-mail is STRICTLY PROHIBITED. If you have received this e-mail in error, please notify the sender immediately and destroy the related message.



PLAINTIFF'S EXHIBIT 11
Koon
6/29/15  LH

Irani000512