# EXHIBIT X



device-2014-05-31-141512



device-2014-05-31-141535



device-2014-05-31-142228



device-2014-05-31-142314

Irani000587