# EXHIBIT Y

**Afraaz R Irani**
Pgy 1
Surgery:Vasc/Thor Surgery - VA
7/1/2010 to 8/1/2010

Evaluator
**Jeff Brown**
Attending

*Complete the evaluation form that appears on the screen and then press the "Submit" button at the bottom of the evaluation form. This will return you back to the table to allow you to select your next person or evaluation to complete. When Finished you can select "Log Out" from the "Side Bar"*

### Attendance & Availability

Describe the Resident's availability during rounds and the OR.
Unsatisfactory — 1 2 3 4 — Average 5 (●) 6 — 7 Excellent 8 9 — N/A

Quantify the Resident's contributions during rounds and the OR.
Unsatisfactory — 1 2 3 4 — Average 5 (●) 6 — 7 Excellent 8 9 — N/A

Describe the Resident's conference participation.
Unsatisfactory — 1 2 3 4 — Average 5 (●) 6 — 7 Excellent 8 9 — N/A

Willingness to go the extra mile.
Unsatisfactory — 1 2 3 4 — Average 5 (●) 6 — 7 Excellent 8 9 — N/A

Describe the Resident's punctuality.
Unsatisfactory — 1 2 3 4 — Average 5 6 (●) — 7 Excellent 8 9 — N/A

### Chart Audits/Medical Record Review

The overall quality of the Resident's H&P is:
Unsatisfactory — 1 2 3 4 — Average 5 6 (●) — 7 Excellent 8 9 — N/A

The H&P reflects a thoughtful and realistic differential diagnosis.
Unsatisfactory — 1 2 3 4 — Average 5 6 (●) — 7 Excellent 8 9 — N/A

Score the accuracy of the information in the Resident's H&P.
Unsatisfactory — 1 2 3 4 — Average 5 6 (●) — 7 Excellent 8 9 — N/A

### Clinical Judgement

How well does this Resident make diagnostic decisions?
Unsatisfactory — 1 2 3 4 — Average 5 (●) 6 — 7 Excellent 8 9 — N/A

Palmetto Health - 000021



**Afraaz R Irani**
Pgy 1
Surgery:Trauma Service (BLUE- PHR)
8/2/2010 to 8/31/2010

Evaluator
Raymond Bynoe
Attending

*Complete the evaluation form that appears on the screen and then press the "Submit" button at the bottom of the evaluation form. This will return you back to the table to allow you to select your next person or evaluation to complete. When Finished you can select "Log Out" from the "Side Bar"*

### Attendance & Availability

Describe the Resident's availability during rounds and the OR.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  **6**  7  8  9  N/A

Quantify the Resident's contributions during rounds and the OR.
Unsatisfactory — Average — Excellent — N/A
1  2  3  **4**  5  6  7  8  9  N/A

Describe the Resident's conference participation.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

Willingness to go the extra mile.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

Describe the Resident's punctuality.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  **6**  7  8  9  N/A

### Chart Audits/Medical Record Review

The overall quality of the Resident's H&P is:
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

The H&P reflects a thoughtful and realistic differential diagnosis.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

Score the accuracy of the information in the Resident's H&P.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

### Clinical Judgement

How well does this Resident make diagnostic decisions?
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  **5**  6  7  8  9  N/A

Palmetto Health - 000030



**Afraaz R Irani**
Pgy 1
Surgery:Trauma Service (BLUE- PHR)
8/2/2010 to 8/31/2010

Stephen A Fann
Attending

*Complete the evaluation form that appears on the screen and then press the "Submit" button at the bottom of the evaluation form. This will return you back to the table to allow you to select your next person or evaluation to complete. When Finished you can select "Log Out" from the "Side Bar"*

### Attendance & Availability

Describe the Resident's availability during rounds and the OR.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Quantify the Resident's contributions during rounds and the OR.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Describe the Resident's conference participation.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Willingness to go the extra mile.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Describe the Resident's punctuality.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

### Chart Audits/Medical Record Review

The overall quality of the Resident's H&P is:
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

The H&P reflects a thoughtful and realistic differential diagnosis.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Score the accuracy of the information in the Resident's H&P.
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

### Clinical Judgement

How well does this Resident make diagnostic decisions?
Unsatisfactory — Average — Excellent — N/A
1  2  3  4  5  6  **7**  8  9  N/A

Palmetto Health - 000036



Afraaz R Irani
Pgy 1
Surgery:Trauma Service (BLUE- PHR)
8/2/2010 to 8/31/2010

Evaluator
Mark Allen Jones
Attending

*Complete the evaluation form that appears on the screen and then press the "Submit" button at the bottom of the evaluation form. This will return you back to the table to allow you to select your next person or evaluation to complete. When Finished you can select "Log Out" from the "Side Bar"*

### Attendance & Availability

Describe the Resident's availability during rounds and the OR.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |

Quantify the Resident's contributions during rounds and the OR.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

Describe the Resident's conference participation.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |

Willingness to go the extra mile.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Describe the Resident's punctuality.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |

### Chart Audits/Medical Record Review

The overall quality of the Resident's H&P is:
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

The H&P reflects a thoughtful and realistic differential diagnosis.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

Score the accuracy of the information in the Resident's H&P.
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

### Clinical Judgement

How well does this Resident make diagnostic decisions?
| Unsatisfactory | | | | Average | | | Excellent | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

Palmetto Health - 000045