# EXHIBIT Z

Richland Memorial Hospital-University of South Carolina School of Medicine

Irani, Afraaz R (12132082); MSPE - (Page 3)

advanced resident level of comprehension. He is a hard worker. His notes were excellent, complete and appropriate for his level. His clinical assessment skills are good; he has a reasonable, well prioritized differential diagnosis. He is making plans at the third year student level. Afraaz has a friendly personality and had excellent relationships with his patients and their families. He is extremely articulate. Afraaz seeks and responds very well to feedback. Afraaz will be an excellent house officer and physician.

Second Half
"Afraaz was an outstanding medical clerk. He was truly a valued member of the medical team and delivered top-notch care to his patients. One of his patients, who suffered from hemorrhagic pancreatitis, was extremely ill and very complex with a multitude of metabolic disorders and a long problem list. Afraaz truly did an admirable job in ensuring that each facet of her care was effectively addressed. As a result, this extremely ill patient had an excellent outcome. Afraaz was a real team player and often pitched in to care for patients that were not primarily assigned to him. Both his resident and intern commented that he was the best student with whom they had worked at Stanford. I believe that Afraaz has the knowledge, scientific curiosity, and compassion to become an exceptional physician." "Afraaz had an extremely well developed fund of knowledge for a third year medical clerk. He had a strong general fund of knowledge and knew the literature regarding the conditions of the patients that he was following. Afraaz knew where to find critical information and gave an excellent presentation to our joint team on the use of vasopressin receptor inhibitors."

"One of Afraaz's strengths is his history-taking ability: he picked up important details that my intern and I were unable to find in our more limited time spent with the patient. He took it upon himself to get outside records without us asking. His physical exam skills are still being formed, but he was receptive to teaching, such as finding JVP and reporting it. Towards the end of the rotation, I began treating him as a sub-intern, allowing him to take H&Ps on his own and report back to us. In that regard, he is already operating at a sub-intern level."

"Afraaz was extremely adept in decision-making. He made sure that he obtained all of the relevant information before making medical decisions. His decisions were informed by the relevant medical literature. Importantly, Afraaz was also aware of the limitations of his knowledge and freely sought advice. He was not afraid to ask questions. Afraaz could defend his decisions, but was not dogmatic. He often contributed to the discussions of patient management for patients who were not directly under his care. He was a valued member of the team. Afraaz notes were comprehensive, yet concise."

"His personal skills are his greatest strength. Even though the team and Afraaz made it clear that he was a student, Afraaz's patients saw him as their primary doctor. He got to know them on a personal level. Some even asked for his e-mail to correspond with him long-term."

Neurology (4 weeks)
Afraaz Irani completed his neurology core clerkship with an excellent performance. As one attending noted, "Afraaz is an excellent student. It was great having him on the neurology team."

Afraaz's history and physical skills were advanced, exceeding expectations. He was very

Afraaz Rustom Irani<br>Page 3

USC(Irani)0136

Richland Memorial Hospital-University of South Carolina School of Medicine

Irani, Afraaz R (12132082); MSPE - (Page 4)

thorough and organized with a systematic approach to taking history and writing progress notes.

Very solid clinical decision-making followed for Afraaz. He demonstrated quite good clinical judgment, and mature decision-making.

Afraaz has an excellent fund of knowledge, as expected for a Stanford student.

His compassion and humanism were obvious, excellent.

Professionalism was always evident, rather solid. As one faculty member remarked, "I found him to be mature, enthusiastic, thorough, and trustworthy. He was a pleasure to work with and really made a positive impression on his patients. He will go far!"

Overall, Afraaz is a very mature, responsible, and motivated student. On top of that, he is also very personable--a bonus--plus possesses excellent patient skills and very good communication skills. He did a fine job on his rotation, and will go far in residency.

ELECTIVE ROTATIONS
Diagnostic Radiology and Nuclear Medicine (4 weeks)
The passing grade in DRNM 301A is based on the students having passed a comprehensive written and practical examination. Narrative evaluations for the individual students are not given because the multiplicity of instructors involved in the course precludes the synthesis of a meaningful narrative.

Advanced Clinical Externship in Ophthalmology (4 weeks)
Afraaz was an excellent student - he worked well in the clinic with all of the staff and was able to perform important aspects of the ocular exam with skill - he developed an excellent fund of ophthalmic knowledge and apply it in evaluating and determining treatment plans for patients - his patient presentations were very good, to the point and focusing on the important aspects

Orthopedics (4 weeks)
Attending: "Bright, personable, interested med student. Inquired and followed up on research project of mine."
Attending: "Afraaz was a reliable member of the orthopedic team who worked well with faculty, residents & staff. He was prepared and professional and had good manual skills."

Advanced Vascular Surgery (4 weeks)
Afraaz will do well as a surgical house officer. His interest in patient care, fund of knowledge, and teamwork effort are outstanding. He is a great team player and will help out on whatever service he rotates on. I'm sure he will be a welcome addition to our service in the future as an intern. He was organized, diligent, and really helped out on our service when we were short-handed. He essentially already acted at the level of a PGY 1 on our extremely busy vascular service.

Subinternship in Orthopedic Surgery (4 weeks)
Comments from his evaluators:

USC(Irani)0137

Attending: "Afraaz Irani wanted to be involved in all aspects of his orthopedic experience in total joint replacements. He's inquisitive and delving. He was working on research during his rotation and has a bent for research as on previous rotation (not in orthopedics) he was involved in a project that resulted in his being named on a patent. He loves to fix things."

Attending: "A solid student."

Attending: H/P: "Excellent ability to perform thorough and reliable history. Good physical exam skills." Clinical: "Very mature and respectful to patients and allied health care personnel." Fund: "Excellent ortho knowledge base." Compassion: "Very caring individual. Good feedback from patient." Professionalism: "Very mature, respectful to patients and allied health care personnel. Very caring individual. Good feedback from patient."

Attending: Clinical: "Good level of clinical decision making." Fund of Knowledge: "Good basic fund of knowledge; good self directed learning during rotation as well." Compassion: "Very mature, good interactions with patients and families."

Fellow: "Afraaz is hardworking and very intelligent; he was in the top 25% of students on orthopedics thus far."

Chief Resident: "Afraaz was a huge help on wards/OR/clinic. His presentation was clear, concise and well put together. He will be an excellent resident in orthopedic surgery."

Resident: "Worked hard, available and willing to help. Was critical member of team."

Subinternship in Orthopedic Surgery – University of Iowa (4 weeks)
The following verbatim comments were received:
"History-taking and physical Examination: Very thorough, great knowledge of PE findings and interpretations. Fund of Knowledge: Afraaz is very knowledgeable and applies this knowledge very well to clinical situations – at the level of a junior resident. Compassion/Humanism: Very respectful and establishes rapport easily with patients and their families. Professionalism: Afraaz participated in all of the team activities together with our residents. He was extremely committed to the team goals and to patients. It was great having Afraaz on our team. He is a team player and extremely hard-working individual. His orthopaedic knowledge-base is quite impressive. He is a skillful clinician, and I think he will develop to become a great surgeon."

"Did a good job interviewing and examining patients in the clinic setting. Was able to independently perform these skills by the end of the rotation. Clinical Decision-making: Good knowledge base – thoughtful comments and opinions. Skills in regard to decision making in clinic are above those conducted by a 4th year student. Overall, did a good job on the rotation."

"Excellent job. Superb. Afraaz did an excellent job while working with our busy orthopaedic spine service. He was reliable, hard-working and demonstrated excellent knowledge. He should make an excellent resident."

USC(Irani)0138

Richland Memorial Hospital-University of South Carolina School of Medicine

Irani, Afraaz R (12132082); MSPE - (Page 6)

"Did a nice job, very complete. Did a good job of reading up on cases and information. Very motivated. Had patients complement him in clinic. Very dependable and always prepared. Worked hard and will make a good resident."

"Afraaz did an excellent job evaluating patients in the ER or clinic. Went out of his way to form concise presentations and plans for his patients. Clinic evaluations and notes were very helpful for the team. Well read for cases and conference. Afraaz saw more patients and helped with daily activities on the team more than any student on a Sub-I that I've ever worked with. Enthusiasm. Will be a great resident wherever he chooses to go for residency."

"Outstanding in every aspect."

Subinternship in Orthopedic Surgery – University of California at Los Angeles (4 weeks)
The following verbatim comments were received:

"History-Taking and Physical Examination: Did a good job, nice guy.
Fund of Knowledge: Good job."
"Superb student"
"Very knowledgeable student. Advanced over peers at SUMC level. Dependable. Hard working. Excellent resident potential."

## SCHOLARLY CONCENTRATION

Medical students who matriculated at the Stanford School of Medicine in 2003 or later are required as part of the MD curriculum to complete a Scholarly Concentration, a structured program of study that promotes in-depth learning and scholarship.

Afraaz Irani successfully completed a scholarly concentration in Bioengineering. Afraaz worked with Dr. Paul Wang studying the ability to visualize myocardial lesions produced by catheter ablation. His work was selected as one of four papers describing the most important advances during the preceding year at the Europe AF 2008 Annual conference in London, where he presented his work. This work was also presented at the prestigious American College of Cardiology annual scientific sessions in March, 2008. His paper on this topic was published in the *Journal of Interventional Cardiac Electrophysiology*. Afraaz has emerged as one of the most innovative individuals in his class, creating a novel method of using the heart's power to extend the life of pacemaker batteries. For this work he won the National Collegiate Inventors and Innovators Alliance Advanced E-tem grant award and was a finalist for the USF International Business Competition and Stanford's Entrepreneur Challenge (eChallenge) Competition.
Afraaz also has worked in the orthopedic laboratory of Dr. Stuart Goodman. He has studied the biological processes involved in chemokine-directed macrophage trafficking in response to total joint wear particles.

## UNIQUE STUDENT CHARACTERISTICS
Research, Teaching and Community Service Activities
In medical school, Afraaz sought out research projects that used novel technological solutions to approach medical problems. Starting in his first year, he worked on a technique for using nanotubes and an infrared laser for targeted tissue ablation. Next he worked on a new technology

Afraaz Rustom Irani
Page 6