# EXHIBIT AA



UNIVERSITY OF SOUTH CAROLINA
SCHOOL OF MEDICINE
UNIVERSITY SPECIALTY CLINICS®

RECEIVED
MEDICAL BOARD OF
~ORNIA

2013 JUN 19   PM 3: 24

LICENSING
PROGRAM

17 JUN 13

Re: Dr. Afraaz Irani

To Whom It May Concern:

Dr. Irani satisfactorily completed his internship (PGY-1) from 01 JUL 10 – 30 JUN 11.

Dr. Irani underwent GMEC–directed academic remediation during his PGY2 year. He failed to complete the GMEC-directed remediation measures and was terminated from his position on 10 APR 11 (questions 3,6,8). He was not offered a renewal of his contract for the following year (question 9). Dr. Irani satisfactorily completed one month of his PGY-2 training from 01 JUL 11 – 10 APR 11 (question 1). During his PGY-2 year he was placed on Palmetto Health Level III academic remediation which included a leave of absence from his clinical duties (question 2).

David Koon, Jr., MD
Program Director
PH/USC SoM Orthopaedic Surgery Residency Program

*DEPARTMENT OF ORTHOPAEDIC SURGERY*
Two Medical Park, Suite 404, Columbia, SC 29203
803-434-6812, FAX 803-434-7306

Palmetto Health - 000003