# EXHIBIT KK

## Faculty to Resident Evaluation



**Afraaz R Irani, MD**
Pgy 2
Palmetto Health
Orthopaedics
**Ortho:Joints**
11/1/2011 to 11/30/2011

Evaluator
Frank R. Voss, MD
Attending
USC SOM (2MP)

### MEDICAL KNOWLEDGE:

**Intellectual Ability:**

Retention, comprehension, abstraction, discrimination, logical thinking.
- Unsatisfactory
- Marginal
- **Satisfactory** (selected)
- Excellent
- N/A

**OR Performance:**

Exhibits knowledge of anatomy, physiology, pathology of case. Understands mechanics. Dexterity, efficiency, thoroughness. Concern for patient. Maintenance of professional OR atmosphere.
- Unsatisfactory
- **Marginal** (selected)
- Satisfactory
- Excellent
- N/A

**Conference Performance:**

Punctuality, organization, preparation. Demonstrates knowledge of current literature and treatments.
- Unsatisfactory
- Marginal
- **Satisfactory** (selected)
- Excellent
- N/A

**Decision Making:**

Makes informed decisions about diagnostic-therapeutic treatment based on patient information, preferences, up-to-date scientific evidence and clinical judgment. Develop and carry out patient management plans. Demonstrate investigatory and analytic thinking approach to clinical situations.
- Unsatisfactory
- Marginal
- **Satisfactory** (selected)
- Excellent
- N/A

### PARACTICE-BASED LEARNING AND IMPROVEMENT:

**Technological Skills:**

Uses information technology to manage information, access on-line medical information, and support their own education.
- Unsatisfactory
- Marginal
- **Satisfactory** (selected)
- Excellent
- N/A

### ASSESSMENTS:

Investigates and evaluates patient care practices, appraises and assimilates scientific evidence, and improves their patient care practices.
- Unsatisfactory
- **Marginal** (selected)
- Satisfactory
- Excellent
- N/A

*Afraaz is very bright. His OR performance was made difficult by the second year call requirements. However, beyond that his improvement in the OR was somewhat slow and seemed not to be driven by concern for the patient. Punctuality on rounds was a concern as the trauma service was very busy as was mine and he was late for am rounds a few times. His patient care was inconsistent and included a patient who was told to take 5 Percocet tablets at once by phone and a second one who had been taking 12/day in hospital for whom he wrote a prescription for 40 tablets. He also seemed unaware that the drain output mattered.*

### PATIENT CARE:



PLAINTIFF'S EXHIBIT 2
Voss
4/15/15 LH

(9 of 12)

Palmetto Health - 000081

**Judgment:**

Common sense, decisiveness, ability to draw sound conclusions, willingness to admit mistakes. Regard for patient's needs and life conditions.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ⦿ | ○ | ○ | ○ |

**Caring:**

Compassionate, appropriate and effective care of patients for the treatment of health problems and the promotion of health.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ⦿ | ○ | ○ | ○ |

**Communication:**

Gather essential and accurate information about patients; work with health care professionals to provide patient focused care.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

*Please see above comments. Also, he never was willing to admit that he made an error. Compassion for the patient needs to improve. His level of communication with me was appropriate.*

### INTERPERSONAL AND COMMUNICATION SKILLS

**Communications Skills: Oral**

Clarity of expression, articulateness, grammar. Skills that allow for effective information exchange with patients, their families and other health professionals.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

**Communications Skills: Written**

Must observe and document observations accurately and in good time. Progress, operative, and discharge notes should be written completely and promptly.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

**Relating to Patients:**

Interested, honest and understanding. Explains clearly and to the patient's satisfaction details related to diagnosis, proposed treatment, and implications.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

*Seemed interested more by the intrigue of the case than empathy for the patient.*

### PROFESSIONALISM

**Concern for Others:**

Sensitivity to and consideration of others, tactfulness. Committed to ethical principles and sensitivity to a diverse patient population (culture, age, gender, disabilities).

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ⦿ | ○ | ○ |

**Reliability:**

Acceptance of responsibility, punctuality, availability.

| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ⦿ | ○ | ○ | ○ |

Palmetto Health - 000082

**Integrity:**

Honesty, discretion, accountability to patients, society, and the profession; a commitment to excellence and on-going professional development.

Unsatisfactory ○  Marginal ○  **Satisfactory** ●  Excellent ○  N/A ○

**Appearance:**

Poise, alertness, cleanliness, appropriateness of dress.

Unsatisfactory ○  Marginal ○  **Satisfactory** ●  Excellent ○  N/A ○

**Ethical Principles:**

A commitment to provision or withholding of clinical care, confidentiality of patient information, informed consent and business practices.

Unsatisfactory ○  Marginal ○  **Satisfactory** ●  Excellent ○  N/A ○

**Professional Promise:**

Desirability of letting this person treat you or your family.

Unsatisfactory ○  **Marginal** ●  Satisfactory ○  Excellent ○  N/A ○

*See previous comments about punctuality for morning rounds. Had a hard time prioritizing his responsibilities while on call. At his current level, I would not let him take care of a member of my family.*

## SYSTEM-BASED PRACTICE

**Resourcefulness:**

Management of available resources. Understand roles of support personnel and makes maximum use of their assistance. Resourcefulness in obtaining information about patients.

Unsatisfactory ○  Marginal ○  **Satisfactory** ●  Excellent ○  N/A ○

**System of Health Care:**

Ability to demonstrate an awareness and responsiveness to the larger context and system of health care. The ability to effectively call on system resources to provide care for optimal value. Advocate for quality patient care and help patients deal with system complexities.

Unsatisfactory ○  Marginal ○  **Satisfactory** ●  Excellent ○  N/A ○

*Afraaz was able to function well with regard to the utilization of resources.*

What does this resident do well?

*He is very bright. He learns easily. He is intrigued by the breadth of orthopaedics. He communications well with peers.*

How could this resident improve?

*Better prioritization of work priorities. Review what we learned in the last few cases to improve in the OR the next time. Improve empathy for the patient.*

**OVERALL RATING:**

Unsatisfactory ○  **Marginal** ●  Satisfactory ○  Excellent ○  N/A ○

*This recommendation covers the approximately 6 week period that Afraaz was on my service. His clinical suspension of priveleges precluded completion of our rotation.*

Frank Voss (Evaluator) signed and submitted this document on 12/28/2011 8:16:05 AM

Palmetto Health - 000083

**David Koon Jr.** (Subject's Program Director) signed this document on 12/29/2011 5:37:48 PM ☑

Evaluation Submitted on 12/28/2011 8:16:05 AM EST.