# EXHIBIT LL

# Confidential