# EXHIBIT OO

Faculty to Resident Evaluation



**Afraaz R Irani, MD**
Pgy 2
Palmetto Health
Orthopaedics
**Ortho:SportsMed**
9/1/2011 to 10/31/2011

Evaluator

Jeffrey Guy, MD
Attending
USC SOM (2MP)

## MEDICAL KNOWLEDGE:

**Intellectual Ability:**

Retention, comprehension, abstraction, discrimination, logical thinking.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ● | ○ | ○ |

**OR Performance:**

Exhibits knowledge of anatomy, physiology, pathology of case. Understands mechanics. Dexterity, efficiency, thoroughness. Concern for patient. Maintenance of professional OR atmosphere.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ |

**Conference Performance:**

Punctuality, organization, preparation. Demonstrates knowledge of current literature and treatments.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ○ | ● | ○ | ○ |

**Decision Making:**

Makes informed decisions about diagnostic-therapeutic treatment based on patient information, preferences, up-to-date scientific evidence and clinical judgment. Develop and carry out patient management plans. Demonstrate investigatory and analytic thinking approach to clinical situations.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ |

## PARACTICE-BASED LEARNING AND IMPROVEMENT:

**Technological Skills:**

Uses information technology to manage information, access on-line medical information; and support their own education.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ |

## ASSESSMENTS:

Investigates and evaluates patient care practices, appraises and assimilates scientific evidence, and improves their patient care practices.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ○ | ● | ○ | ○ | ○ |

*Technical skills are below where they should be for his level. below average preparation for his level. Needs to bring himself up where he belongs ASAP*

## PATIENT CARE:

**Judgment:**

Common sense, decisiveness, ability to draw sound conclusions, willingness to admit mistakes. Regard for patient's needs and life conditions.
| Unsatisfactory | Marginal | Satisfactory | Excellent | N/A |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |



(3 of 12)

Palmetto Health - 000075

**Caring:**

Compassionate, appropriate and effective care of patients for the treatment of health problems and the promotion of health.

Unsatisfactory ○  Marginal ○  Satisfactory ●  Excellent ○  N/A ○

**Communication:**

Gather essential and accurate information about patients; work with health care professionals to provide patient focused care.

Unsatisfactory ○  Marginal ●  Satisfactory ○  Excellent ○  N/A ○

*Judgement seems to be where he gets into the most trouble. Seems to be unable to foresee where his decisions may get him into trouble. Significant improvement is critical to his success as a resident*

## INTERPERSONAL AND COMMUNICATION SKILLS

**Communications Skills: Oral**

Clarity of expression, articulateness, grammar. Skills that allow for effective information exchange with patients, their families and other health professionals.

Unsatisfactory ○  Marginal ○  Satisfactory ●  Excellent ○  N/A ○

**Communications Skills: Written**

Must observe and document observations accurately and in good time. Progress, operative, and discharge notes should be written completely and promptly.

Unsatisfactory ○  Marginal ●  Satisfactory ○  Excellent ○  N/A ○

**Relating to Patients:**

Interested, honest and understanding. Explains clearly and to the patient's satisfaction details related to diagnosis, proposed treatment, and implications.

Unsatisfactory ○  Marginal ○  Satisfactory ●  Excellent ○  N/A ○

*Oral communication depends on who he's speaking with. Written notes in charts are illegible despite bringing this to his attention. Seems appropriate with patients in the office and the OR.*

## PROFESSIONALISM

**Concern for Others:**

Sensitivity to and consideration of others, tactfulness. Committed to ethical principles and sensitivity to a diverse patient population (culture, age, gender, disabilities).

Unsatisfactory ○  Marginal ○  Satisfactory ●  Excellent ○  N/A ○

**Reliability:**

Acceptance of responsibility, punctuality, availability.

Unsatisfactory ○  Marginal ●  Satisfactory ○  Excellent ○  N/A ○

**Integrity:**

Honesty, discretion, accountability to patients, society, and the profession; a commitment to excellence and on-going professional development.

Unsatisfactory ○  Marginal ●  Satisfactory ○  Excellent ○  N/A ○

Palmetto Health - 000076

**Appearance:**

Poise, alertness, cleanliness, appropriateness of dress.

Unsatisfactory | Marginal | Satisfactory | Excellent (●) | N/A

**Ethical Principles:**

A commitment to provision or withholding of clinical care, confidentiality of patient information, informed consent and business practices.

Unsatisfactory | Marginal | Satisfactory (●) | Excellent | N/A

**Professional Promise:**

Desirability of letting this person treat you or your family.

Unsatisfactory | Marginal (●) | Satisfactory | Excellent | N/A

resident has been late on multiple occasions and on some occasions has unconfirmable excuses. Overall integrity needs to improve with his peers and staff

### SYSTEM-BASED PRACTICE

**Resourcefulness:**

Management of available resources. Understand roles of support personnel and makes maximum use of their assistance. Resourcefulness in obtaining information about patients.

Unsatisfactory | Marginal | Satisfactory (●) | Excellent | N/A

**System of Health Care:**

Ability to demonstrate an awareness and responsiveness to the larger context and system of health care. The ability to effectively call on system resources to provide care for optimal value. Advocate for quality patient care and help patients deal with system complexities.

Unsatisfactory | Marginal | Satisfactory (●) | Excellent | N/A

**What does this resident do well?**

Very Pleasant personality and appears to receive criticism well.

**How could this resident improve?**

I believe he needs to re-evaluate if orthopedics is what he really wants to do. I believe he is an amazing person, possible in the wrong expertise. On speaking with him, I'm not sure he doesn't agree. I believe him to have a genuine and warm personality locked into an orthopedic closet trying to get out. I enjoy our conversations. Serious reservations of where he is in life right now.

**OVERALL RATING:**

Unsatisfactory | Marginal (●) | Satisfactory | Excellent | N/A

I believe he is significantly below where he should be at his level. Very intelligent. The rest of his skills need significant improvement.

Jeffrey Guy (Evaluator) signed and submitted this document on 1/29/2012 1:39:49 PM ☑

David Koon Jr. (Subject's Program Director) signed this document on 1/31/2012 8:21:52 AM ☑

Evaluation Submitted on 1/29/2012 1:39:49 PM EST.

Palmetto Health - 000077