# EXHIBIT SS

## Semi-Annual Review

Review Period: 1/3/2011 - 6/30/2011       Residency Period: 7/1/2010 - 6/30/2011       Meeting Date: 8/22/2011 4:30P-6:30P

### FALL 2011 SEMI EVALUATION



Irani, Afraaz R
Pgy 1
Orthopaedics
afraaz.irani@gmail.com
Advisor: Frank Voss

Report Data was last captured on: 8/4/2011
Report Data is not scheduled to be captured.

### Compliance per Rotation                                                                 Review Period

| Rotation | Start Date | End Date | Evaluation of Rotation | Evaluation of Faculty | Reviewed Curriculum |
|---|---|---|---|---|---|
| General Ortho. | 1/3/2011 | 1/31/2011 | N/A | G | G |
| Hand | 2/1/2011 | 2/28/2011 | N/A | G | G |
| MICU | 3/1/2011 | 3/31/2011 | N/A | N/A | G |
| Rehab | 4/1/2011 | 4/30/2011 | N/A | G | G |
| Hand | 5/1/2011 | 5/31/2011 | N/A | G | G |
| Radiology/Anesthesia | 6/1/2011 | 6/30/2011 | N/A | G | G |

### Rotation Requirements                                                                                    Residency

| Requirement | Progress |
|---|---|
| Rehab. | Actual: 04     Target: .04 |

### Curriculum Confirmed                                                                                    Review Period

| Rotation | Start Date | End Date | Reviewed Curriculum |
|---|---|---|---|
| General Ortho. | 1/3/2011 | 1/31/2011 | G |
| Hand | 2/1/2011 | 2/28/2011 | G |
| MICU | 3/1/2011 | 3/31/2011 | G |
| Rehab | 4/1/2011 | 4/30/2011 | G |
| Hand | 5/1/2011 | 5/31/2011 | G |
| Radiology/Anesthesia | 6/1/2011 | 6/30/2011 | G |

### Competency by Rotation                                                                                   Review Period

| Rotation | Dates | Patient Care | Medical Knowledge | Practice-Based | Interpersonal | Professionalism | Systems-Based |
|---|---|---|---|---|---|---|---|
| Scale: 1 to 5 | | | | | | | |
| General Ortho. | 01/03/2011 - 01/31/2011 | 2.00 | 3.54 | 3.54 | 3.53 | 2.67 | 3.00 |
| Radiology/Anesthesia | 06/01/2011 - 06/30/2011 | --- | 3.31 | 3.31 | 3.31 | --- | --- |

Competency by Training Year                                                                                 Residency



PLAINTIFF'S EXHIBIT 7
KLM
6/29/15 CH

Palmetto Health - 000018

Results from Grade Scale: 1 to 5



Results from Grade Scale: 1 to 9



Evaluation Comments - All                                                                                                                    Review Period

Comment

- OVERALL RATING:

  I have spoken to Dr. Irani at length about his performance thus far in his internship. He needs significant improvement in several areas and he seems to understand these issues.

- How could this resident improve?

  i have not worked with this resident and cannot comment on performance, since i have not worked with resident, i would not want them to treat my family

  handwriting is atrocious; lacks sense of urgency; still lacks a sense of decorum— uses sarcasm and/or humor at inopportune moments in interactions with residents/staff, and (to a much smaller extent) patients

  Legibility of his notes is sometimes an issue--there are times even he couldn't decipher what he'd written. His quiet manner can be interpreted as being aloof or not caring, although I'm certain this is not the case.

- What does this resident do well?

  willing to help and stays late for patient care

  Technically for his level of training he does very well. Many of his ER procedures and reductions have been excellent. Very confident in what he does. Asks good questions.

  great hands for level of training; tries to implement constructive criticism

  i have not worked with this resident

- INTERPERSONAL AND COMMUNICATION SKILLS

  Relating to Patients: Interested, honest and understanding. Explains clearly and to the patient's satisfaction details related to diagnosis, proposed treatment, and implications.

  handwritten notes essentially illegible

### Test Scores                                                                                                                                                  Residency

| Test Type | Date Taken | Score | Passed | Percentile |
|---|---|---|---|---|
| USMLE Step 1 | 12/1/2007 | 223 | ) | |
| USMLE Step 3 | 4/26/2011 | 196 | ) | |

### Scholarly Activity                                                                                                                                          Residency

| Activity | Total |
|---|---|
| Presentations | 0 |
| Research | 0 |
| Scholarly Activity | 0 |

Progress Summary

|  |  |  |
|---|---|---|
| Overall Progress | Meets Expectations | Requires Attention |

Competency Progress

|  |  |  |
|---|---|---|
| Patient Care | Meets Expectations | Requires Attention |
| Medical Knowledge | Meets Expectations | Requires Attention |
| Practice-Based Learning and Improvement | Meets Expectations | Requires Attention |
| Interpersonal and Communication Skills | Meets Expectations | Requires Attention |
| Professionalism | Meets Expectations | Requires Attention |
| Systems-Based Practice | Meets Expectations | Requires Attention |

Comments

 Koon Jr., David E. on 10/3/2011 at 8:51 AM wrote:
Dr. Irani's 6 month evaluation was performed by Dr. Walsh and Dr. Grabowski. Please see Dr. Walsh's MoR for details. Dr. Irani remains on Level II academic remediation.

Signatures

Subject        pending signature... |

Advisor        pending signature... |

Program Director    Koon Jr., David E. signed on 10/3/2011 at 8:51 AM

Attached Files

| irani.pdf