Summative Statement

Dr. Frank Voss

I have been asked to summarize my impressions of Dr. Afraaz Irani:

"The secret of caring for the patient is caring for the patient" This oft quoted saying of Sir William Osler captures Dr. Irani's problem. In the interactions with patients, he often was very friendly. But as the care became onerous or difficult, Dr. Irani fell far short of what was expected of him as a physician. The heavy narcotic user was discharged with enough pain medication to last 1-2 days. The relatively narcotic naïve patient was encouraged to take 5 Percocet at once. The concern about compartment syndrome did not lead him to ask the nurse to get him from the call room to recheck the patient or sleep fitfully. The concern for the patient did not lead him to premedicate the trauma patient before he manipulated the arm.

I can only conclude he did not really care for the patient. Although these shortcomings impact on patient care, they really fall under the category of professionalism. Similarly to what we have been taught in the Orthopedic Educators Course, these shortcomings have not been remediable. This is the major reason for termination.

*[signature]*
5/3/12

PLAINTIFF'S EXHIBIT 6
Voss
4/15/15  LH

Palmetto Health - 001590