# EXHIBIT ZZ

436-2013-00565

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: __IRANI__   First Name: __AFRAAZ__   MI: __R__
Street or Mailing Address: __673 Los Olivos Dr.__   Apt or Unit #: ____
City: __Santa Clara__   County: __Santa Clara__   State: __CA__   Zip: __95050__
Phone Numbers: Home: (___) _____   Work: (___) _____
Cell: (650) 353-8523   Email Address: __Afraaz.Irani@hotmail.com__
Date of Birth: __05/14/1983__   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☒ Asian ☐ White
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? __India / Iran / Zoroastrian__

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: __Redacted Exemption 7(c)__
Address: ____
Home Phone: ____

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) ____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: __Palmetto Health / University Of South Carolina Department Of Orthopaedics__
Address: __Two Medical Park, Suite Lower Level__   County: __Richland__
City: __Columbia__   State: __SC__   Zip: __29203__   Phone: (803) 434-6812
Type of Business: __Hospital__   Job Location if different from Org. Address: ____
Human Resources Director or Owner Name: __Amy Barry__   Phone: (803) 296-5220
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: __6/10__   Job Title At Hire: __Orthopaedic Surgery Resident__
Pay Rate When Hired: __~$50,000/yr__   Last or Current Pay Rate: __~$50,000/yr__
Job Title at Time of Alleged Discrimination: __Orthopaedic Surgery Resident__   Date Quit/Discharged: __6/1/12__
Name and Title of Immediate Supervisor: __Dr. David E. Koon Jr.__
If Job Applicant, Date You Applied for Job _____   Job Title Applied For _____

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race  ☐ Sex  ☐ Age  ☐ Disability  ☒ National Origin  ☒ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _Zoroastrian faith from middle east area originally_

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _6/1/12_   Action: _Confirmation of Dismissal_

Name and Title of Person(s) Responsible: _Dr. David E. Koon Jr._

B. Date: _____   Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
_(please see attachment)_

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
_(please see attachment)_

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Dr. Harrison Gowdo | White | Orthopaedic Resident | Resident in similar situation and training not cited. |
| B. (please see attachment for addendum) | | | |

2

USC(Irani)0455

- Of the persons in the same or similar situation as you, who was treated *worse* than you?
   Full Name     Race, Sex, Age, National Origin, Religion or Disability     Job Title     Description of Treatment

   A. _____

   _____

   B. _____

   _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
   Full Name     Race, Sex, Age, National Origin, Religion or Disability     Job Title     Description of Treatment

   A. _____

   _____

   B. _____

   _____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. **Please check all that apply:**
   - ☐ Yes, I have a disability
   - ☐ I do not have a disability now but I did have one
   - ☐ No disability but the organization treats me as if I am disabled

10. **What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

11. **Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
   ☐ Yes   ☐ No

If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

12. **Did you ask your employer for any changes or assistance to do your job because of your disability?**
   ☐ Yes   ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

3

USC(Irani)0456

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. Dr. Harrison Goodno / Orthopedic Resident / Two Richland Park, Suite Lower Level, 404-408-6890 Richland County, Columbia, SC 29203 / Inequitable treatment, racial slurs

B. Frankie / Nurse / racial slurs
4344 Broad River Road, Columbia, SC, 29210  803-896-1521

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
David Rothstein, Rothstein Law Firm, PA  12/12 - current
Advised To Contact EEOC.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature        3/10/13 Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.