# EXHIBIT DDD

 

## SUMMATIVE RESIDENT/FELLOW EVALUATION FORM (NON-GRADUATE)

Dr. Afraaz Irani  
SSN:

Program/Specialty: Orthopaedics

VERIFICATION: The above-named physician served in the following training program at Palmetto Health but did not complete the program.

| Type | Program Name (* if non-ACGME program) | From | To | Completed Program (Yes/No) | Months Successfully Completed |
|---|---|---|---|---|---|
| Internship | | 07/01/2010 | 06/30/2011 | Yes | 12 |
| Residency | | 07/01/2011 | 04/10/2012 | No | 1 |
| Chief Resident Year | | | | | |
| Fellowship | | | | | |

EVALUATION: Based on demonstrated performance and evaluations by supervisors on file.

| | Superior | Good | Fair | Poor |
|---|---|---|---|---|
| Basic Medical Knowledge | | X | | |
| Patient Care and Management | | | | X |
| Interpersonal and Communication Skills | | | | X |
| Professionalism | | X | | |
| Systems-based Practice | | X | | |
| Practice-based Learning and Improvement | | | X | |
| Overall Performance | | | | X |

EXPLANATION OF WHY RESIDENT DID NOT COMPLETE THE PROGRAM:  
Dr. Irani failed to complete GMEC directed remediation measures.

_____     David E. Koon, Jr. MD.  
Program Director (Signature)         Name (Printed/Typed)

_____ 07 Aug 12 _____  
Date

I have reviewed this document and permit the release of this information to any third party who inquires about my professional background.

_____     _____  
Resident/Fellow (Signature)           Name (Printed/Typed)

)  
Date



Palmetto Health - 000127