**Kathryn Thomas**

| | |
|---|---|
| **From:** | David Rothstein <drothstein@rothsteinlawfirm.com> |
| **Sent:** | Wednesday, January 27, 2016 2:59 PM |
| **To:** | Kathryn Thomas |
| **Cc:** | kathy.helms@ogletreedeakins.com |
| **Subject:** | RE: Irani - tortious interference claims |

I have formally withdrawn only one of the tortious interference claims: the one against Dr. Koon from the original complaint.  I have also withdrawn the claim for wrongful discharge in violation of public policy.  With regard to the new claim of tortious interference with contract against Dr. Koon and Dr. Walsh, I have not withdrawn or abandoned that claim.  It was stated in the alternative to the direct breach of contract claim against USC.  I did not spend the limited time and space in my summary judgment brief discussing that claim, because I think there is sufficient evidence to hold USC directly liable on the breach of contract cause of action.

David E. Rothstein
Certified Specialist in Employment and Labor Law (S.C.)
(Also licensed in North Carolina)
Rothstein Law Firm, PA
1312 Augusta Street
Greenville, SC  29605
(864) 232-5870
(864) 241-1386 (fax)
drothstein@rothsteinlawfirm.com
www.rothsteinlawfirm.com

---

**From:** Kathryn Thomas [mailto:kthomas@gsblaw.net]
**Sent:** Wednesday, January 27, 2016 10:06 AM
**To:** 'David Rothstein (drothstein@rothsteinlawfirm.com)' <drothstein@rothsteinlawfirm.com>
**Cc:** 'Helms, Kathy Dudley (Kathy.Helms@ogletreedeakins.com)' <Kathy.Helms@ogletreedeakins.com>
**Subject:** RE: Irani - tortious interference claims

David –

This should not take you more than 30 seconds to respond.  Time is of the essence with our responses and replies.  Please confirm.

---

**From:** Kathryn Thomas
**Sent:** Tuesday, January 26, 2016 4:11 PM
**To:** David Rothstein (drothstein@rothsteinlawfirm.com)
**Cc:** Helms, Kathy Dudley (Kathy.Helms@ogletreedeakins.com)
**Subject:** Irani - tortious interference claims

David –

As I read your memorandum, you are abandoning both of your tortious interference claims.  Please confirm.