**Kathryn Thomas**

**From:** Lewis, Edith <edith.lewis@va.gov>
**Sent:** Thursday, February 11, 2016 11:31 AM
**To:** Kathryn Thomas
**Cc:** 'Bowens, Barbara (USASC)'
**Subject:** Dr. Eady and Touhy

Please accept this email as an official VA response regarding Dr. John Eady not having the required VA written or verbal approval per Touhy to testify in the California proceeding involving Dr. Irani. This has also been acknowledged by Dr. Eady and Attorney David Rothstein to me via email within the last day or so.

Edith W. Lewis
Attorney
Department of Veterans Affairs
Office of General Counsel
803-647-5793 (direct line)
803-647-5839 (main line)
803-647-2891 (fascimile)