# Exhibit A

CURRICULUM VITAE

John L. Eady, M.D., FACS

Personal Data
Birth date:

Noteworthy Career Accomplishments

1. Appointed as an Examiner, American Board of Orthopaedic Surgery Oral Examination, 1992 to 2005.

2. Chairman, Department of Orthopaedic Surgery, Wilford Hall USAF Medical Center, 1982-1985.

3. Consultant in Orthopaedics to USAF Surgeon General, 1983-1985.

4. Medical University of South Carolina, Department of Orthopaedics Outstanding Teacher Award, 1993.

5. Department of the Army Commander's Award for Public Service, 1996.

6. Golden Cane Award, Wilford Hall USAF Medical Center, February 1998.

7. Chairman, Department of Orthopaedic Surgery, University of South Carolina School of Medicine, 1998-2006

8. Best Doctor in America Award, 2003-2004, 2004-2005, 2005-2006.

9. Distinguished Alumni Award, Medical University of South Carolina, 2004.

10. Who's Who Among American Teachers, 2004-2005.

11. Graduate,  Royal Norwegian Air Force Winter Survival Course,  1970

12. Appointed as a Communication Skills Mentor, June 2002, American Academy of Orthopaedic Surgeons. Have held courses across the United States ever since, the most recent of which were at the University of Louisville, July 2011; University of Florida, December 2011; University of  South Florida, January 2012.

13. Invited Reviewer, Journal of Bone and Joint Surgery, since 2002 and remain current.

14. Inducted into the Royal Air Force Club, London, England, 1977, and remain a

Licensures and Certification

Professional Licensures
South Carolina #5196 July 16, 1966

Texas #F7750 August, 1980 Returned to State of Texas in 2006 upon my retirement from the Department of Orthopaedics, USC School of Medicine.

Specialty Board Certification

Specialty: American Board of Orthopaedic Surgery
Date: October 01, 1976

Recertification: 2004; valid through 2016

Education
Undergraduate Education
School: College of Charleston, Charleston, SC
Major: Medicine (Pre-med)
Degree: B.S. in Medicine
Date: May 26, 1964 (in absentia)

Graduate (Paraprofessional Education)

USAF Air War College, 1977

Professional Education

School: Medical College of South Carolina, Charleston, SC
Degree: M.D.
Date: June 02, 1966

Rotating Internship
Hospital: USAF Hospital Andrews, Andrews AFB, MD
Dates: July 08, 1966 - July 07, 1967

Postgraduate Education
Orthopaedic Residency
Hospital: Medical University of South Carolina, Charleston, SC
Specialty: Orthopaedic Surgery
Dates: July 01, 1971 - June 30, 1975

Fellowship
Hospital: Shands Teaching Hospital, University of Florida, Gainesville, FL
Specialty: Orthopaedic Surgical Oncology
Dates: July 1978 - June 1979

Religious Affiliation
Methodist
Director of Men's Discussion Group, Spangdahlem Air Base Chapel, Germany, 1968.
Adult Sunday School Teacher, Oak Meadow United Methodist Church, San Antonio, TX
1982-1983.
Wednesday Night Supper Speaker, Trinity United Methodist Church, Orangeburg, SC
1987-1989.

Professional Organization Memberships

Fellow, American Academy of Orthopaedic Surgeons

Fellow, American College of Surgeons

Oral Examiner for American Board of Orthopaedic Surgery Oral Examination
Committee, 1992 to 2005

Member, American Orthopaedic Association

Member, Musculoskeletal Tumor Society, 1983-1987, 1993 to present

Member, International Society of Limb Salvage Surgeons

Member, Society of Military Orthopaedic Surgeons

Member, University of Florida Orthopaedic Association

Military Member of The American College of Surgeons Committee on Trauma,
1984-1986

Member, South Carolina Orthopaedic Association

Charter Member, Foundation for the International Congress on Hyperbaric Medicine

Member, Southern Orthopaedic Association

Member, Royal Air Force Club, London, England

Member, Eastern Orthopaedic Association

Honors and Executive Positions Held:

South Carolina Boy's State Representative, 1958.

Eben J. Carey Memorial Anatomy Award, Phi Chi Medical Fraternity, Medical

University of South Carolina, Charleston, SC, 1963.

Michael J. Carey Memorial Service Award, Phi Chi Medical Fraternity,

Medical University of South Carolina, Charleston SC, 1966.

National Defense Service Medal, 1965.

USAF Outstanding Unit Award with Two Bronze Oak Leaf Clusters

USAFE Flight Surgeon of the Year, 1970.

Outstanding Young Men of America, 1976.
USAF Commendation Medal, 1983.

USAF Meritorious Service Medal with One Bronze Oak Leaf Cluster, 1971; 1978.

USAF Legion of Merit, 1985.

Medical University of South Carolina, Department of Orthopaedics, Outstanding Teacher
Award, 1993.

Department of the Army Commander's Award for Public Service, 1996.

Wilford Hall USAF Medical Center Golden Cane Award, 1998

Current Credentials:
AMA Physician's Recognition Award, 1973-1976, 1976-1979, 1979-1982, 1982-1985,
1985-1988, 1988-1991, 1991-1993, 1993-1996, 1996-1999.1996-1999, 1999-2001,
2001-2004, 2004-2007

Recertification Qualification, American Board of Orthopaedic Surgery, July 1992 (valid-
2006), July 2004(valid-2016)

## Military History

Selected for Regular Air Force Commission as a First Lieutenant, 1968.

Promoted to Major one year "below the zone" (top 10% of candidates), 1968.

Promoted to Lieutenant Colonel two years "below the zone" (top 5% of candidates), 1971.

Promoted to Colonel three years "below the zone" (one of twelve in the US. Air Force, 1977.

Rank of Colonel obtained at twelve years active duty, ten years ahead of contemporaries.

Brigadier General Candidate, 1984 - Declined due to failing health of my daughter.

U. S. Air Force NATO Exchange Representative to Royal Norwegian Air Force Winter Survival School, 1970.

Selected for membership in the Royal Air Force Club, London, England, 1977.

## Military Training

USAF School of Aerospace Medicine, Primary Course, September 1967.

Squadron Officers School, waived due to "below the zone" promotion to Major, 1968.

USAF Chemical Warfare Training, 1967.

USAF Small Arms Training, Expert Qualified, 1967, 1983.

Red Flag Four Practical Instructors Course, San Antonio, TX, 1981.

USAF Terrorist Resistance Training, 1983.

USAF Air War College, Senior Service School, January 1977.

Academic Instructors Course, Maxwell AFB, AL, March 30-April 04, 1981.

Advanced Trauma Life Support Instructors Course, Lackland AFB, TX.

USAF Profile System Revision Air Force Workshop, Randolph AFB, TX, May 13 and June 03, 1981.

USAF Physical Profile Serial Workshop, Randolph AFB, TX, December 09, 1981.

USAF Compression Therapy Course for Therapeutic Dive Program, Brooks AFB, TX, October 1982

USAF Contingency Hospital Management for USAF/NATO Co-Located Operating Bases, November 08-14, 1983.

Aeronautical Ratings

Flight Surgeon, U. S. Air Force, September, 1967.

Senior Flight Surgeon, U.S. Air Force, October, 1976.

Flying Experience

Aircraft:
F-4D & C (Weasel)  244 hours
T-29 EC-135
C-118
H3A
U-1
F-100
T-39
KC-135
C-124
HH43
C-141
H-53

Highest Security Classification:
Top Secret

National Committee Representation

Orthopaedic Representative, U. S.. Air Force Orthopaedic Forecast Board, 1982-1985.

Orthopaedic Representative, U. S. Air Force PRISM (Physician Requirements Integrated Systems Model) Working Group, 1982-1985.

Orthopaedic Representative, U. S. Air Force Physical Assistants Selection Board, 1983-1985.

Orthopaedic Representative, U. S. Air Force Physician Conditioning Revision Board, 1983-1985.

Orthopaedic Consultant, U. S. Air Force Wartime Skills Substitute Board, 1983-1985.

U. S. Air Force Orthopaedic Consultant, Department of Defense Tri-Service Committee on Quality Assurance, 1982-1984.

Orthopaedic Consultant, U. S. Air Force Graduate Medical Education Board, 1982-1985.

U. S. Air Force Surgeon General's Representative, U. S. Air Force Residency Selection Board, 1981-1984.

Department of Defense Medical Material Board Advisory Committee, 1982-1984.

U. S. Air Force Air Staff Representative for Functional Review Workshops for Orthopaedics, Orthopaedic Appliances, and Physical Therapy, 1983-1985.

Military Member, Board of Councilors, American Academy of Orthopaedic Surgeons 1984-1986.

Committee on Basic Science, American Academy of Orthopaedic Surgeons, 1986.

Member, Oral Examination Committee, American Board of Orthopaedic Surgery, 1992-2005

Skills Mentor, American Academy of Orthopaedic Surgeons Mentoring Skills Committee, 2002 to present

AAOS Research Committee, 2001, 2002

Invited Reviewer, Journal of Bone and Joint Surgery, 2002 to present..

NIH, NIAMS Scientist Development Awards Committee Member, 2004-2006

Executive/Command Positions Held:

Chief, Aeromedical Services, Hahn Air Base, Germany, August 1969-June 1971.

Chief, Aeromedical Services, Lakenheath Air Base, England, February 1976-June 1978.

Director, Orthopaedic Residency Training Program, Wilford Hall Medical Center, Lackland AFB, TX, April 1981-August 1985 (twenty residents and eight staff

members).

Chairman, Department of Orthopaedic Surgery, Wilford Hall USAF Medical Center, Lackland AFB, TX, August 1982-August 1985.

President, Society of U. S. Military Orthopaedic Surgeons, 1982-1983.

Consultant in Orthopaedics to USAFE Surgeon, 1976-1978.

Consultant in Orthopaedics to USAF Surgeon General, 1983-1985.

Assistant Chief, Division of Surgery, Wilford Hall USAF Medical Center, Lackland AFB, TX, November 1982-August 1985.

Member, Military Affairs Committee, American Academy of Orthopaedic Surgeons, 1983-1985.

Chief, Surgical Services, USAF Contingency Hospital, RAF Little Rissington, England, 1984-1985.

Commander, Flight Medicine, Hahn Air Base, Germany, 1969-1971.

Medical Commander, Biological/Chemical Warfare Program, Hahn Air Base, Germany, 1969-1971.

Medical Inspector, 17th Air Force Inspector General's Team, 1969-1970.

Medical Inspector, USAFE Inspector General's Team, 1970-1971.

USAFE Surgeon's Representative for Medical Reactivation of Zarragoza Air Base, Spain, 1970.

Dispensary Commander, Zarragoza Air Base, Spain, 1968.
T
hird Air Force Medical Representative, RAF Fairford Planning Group, 1976.

USAFE Surgeon's Representative for Medical Reactivation of RAF Fairford, England, 1977.

Commander, Aeromedical Services, RAF Lakenheath and RAF Mildenhall, England, 1975-1978.

USAFE 3rd Air Force Medical Liaison to the Royal Air Force, England, 1976-1978.

USAFE Surgeon's Representative, Central European Nations Treaty Organization Medical Conference, Ankara, Turkey, 1977.

USAFE Surgeon's Representative, USAFE/NATO Dual Base Planning Group, 1976-1978.

Commander, Medical Staging Unit, RAF Lakenheath, 1975-1976.

Commander, Orthopaedic Surgery Service, Wilford Hall USAF Medical Center, 1980-1985.

Vice Commander, Division of Surgery, Wilford Hall USAF Medical Center, 1982-1985.

Commander, Division of Surgery, USAF Contingency Hospital, RAF Little Rissington, England, 1984-1985..

Air Staff Representative for Functional Review, Headquarters United States Air Force, Bolling AFB, Washington, DC, 1983-1985.

Advisor, Department of Defense Medical Material Board, 1982-1983.

Consultant, USAF (Europe) Surgeon General, 1976-1978.

Orthopaedic Liaison Officer, USAF Assignment Selection Board, Orthopaedics, 1982-1985.

Orthopaedic Board Officer, USAF Medical Education Selection Boards, 1981, 1983, and 1984.

Medical Advisor, USAF Physical Evaluation Board, 1981.

Liaison Officer, Air Force Institute of Technology (Squadron Commander Level), 1972.

Chief, Orthopaedic Service, Richland Memorial Hospital, 1993.

Committee for the Future of Orthopaedic Surgery, Orthopaedic Research and Education Foundation, 1991.

Academic Positions:

Teaching Fellow, Medical University of South Carolina, Department of Orthopaedics, January, June, 1975.

Tumor Fellow, University of Florida, Department of Orthopaedics, July 19, 1978-July 08, 1979.

Clinical Assistant Professor of Orthopaedic Surgery, University of Texas Health Science Center, San Antonio, Texas September 01, 1980-August 31, 1985.

Consultant to USAF Surgeon General (Orthopaedic Pathology), August 1979-November 1985.

Consultant to U. S. Army, Brooke Army Medical Center (Orthopaedic Pathology), October 1979- November 1985.

Clinical Assistant Professor, Orthopaedics Department of Surgery, Uniformed Services University of Health Sciences, School of Medicine, Bethesda, MD, November 23, 1983-June 30, 1986.

Assistant Clinical Professor, Department of Orthopaedics, Medical University of South Carolina, Charleston, SC, January 1989.

Assistant Professor, Department of Orthopaedics, University of South Carolina School of Medicine, Columbia, SC, October, 1988-November, 1989.

Associate Professor, Department of Orthopaedics, University of Texas Health Science Center, San Antonio, TX, September, 1985-June, 1986.

Associate Professor, Department of Orthopaedics, University of South Carolina School of Medicine, Columbia, SC, November, 1989-November, 1993.

Consultant, Orthopaedic Oncology, Eisenhower Army Medical Center, Fort Gordon, GA, December, 1992-present.

Professor, Department of Orthopaedics, University of South Carolina School of Medicine, Columbia, SC, December 1993-December 1997.

Professor of Orthopaedic Oncology, Department of Orthopaedics, Medical University of South Carolina, Charleston, SC, January 1998.

Adjunct Professor of Orthopaedic Oncology, Department of Orthopaedics, Medical University of South Carolina, November 1998-present.

Professor and Chairman, Department of Orthopaedics, University of South Carolina School of Medicine, Columbia, SC, November 1998-2006.

Chief, Orthopaedic Surgery Service, Dorn VA Hospital, Columbia, SC, 2006 -present

State Positions:

Pledge Class President, Pi Delta Phi Fraternity, College of Charleston, SC, 1960.

Secretary/Treasurer (1963), Vice President (1964), President (1965), Phi Chi Medical Fraternity, Medical University of South Carolina, Charleston, SC.

Faculty Development Committee, University of South Carolina, School of Medicine, 1990-1992.

Residency Advisor, Orthopaedics, University of South Carolina, School of Medicine, 1991.

VA/USC Human Studies Subcommittee, University of South Carolina, School of Medicine, 1992-1995.

University of South Carolina, Health Professions Undergraduate Advisory Committee, March 1992- December 1997.

Columbia Medical Society, Auditing and Finance Committee, 1995-1996.

Secretary, Columbia Medical Society, 1996-1997.

Chairman, Medical School Liason Committee, Columbia Medical Society, 1999-2003

Delegate, SC Medical Association, 1994-1999; 2006.

Long Range Clinic Reorganization Committee, Richland Memorial Hospital, Columbia, SC 1994.

Academic Standards Committee, University of South Carolina School of Medicine, Columbia, SC, 1995-1997.

Admissions Committee, University of South Carolina School of Medicine, Columbia, SC, 1995-1997, 1999 to 2006

Appointment and Promotions Committee for Non-Tenure Track Faculty Members, USC School of Medicine, 1999-2006..

Executive Committee, USC School of Medicine, November 1998-2006

Clinical Advisory Committee, USC School of Medicine, 1998-2006.

Educational Trust Committee, USC School of Medicine, 1998-2006

Graduate Medical Education Committee, Palmetto Richland Memorial Hospital, 1998-2006

Hospital Appointments Other Than Internship and Residency

USAF Hospital Spangdahlem, Germany, September 1967-August 1968, Flight Surgeon.

USAF Hospital Hahn, Germany, August 1968-1971, Chief, Aeromedical Services.

USAF Hospital Lakenheath, England, Staff Orthopaedic Surgeon and Chief Aeromedical Services, August 1975-June 1978.

University of Florida, Gainesville, FL, Clinical Fellow in Orthopaedics, July 1978-June 1979.

VA Hospital, Gainesville, FL, Clinical Orthopaedic Pathology Consultant, October 1978-June, 1979.

Staff Orthopaedic Surgeon Wilford Hall USAF Medical Center, Lackland AFB, FL, August, 1979- April 1971.

Director, Orthopedic Residency Training Program, Department of Orthopaedics, Wilford Hall USAF Medical Center, Lackland AFB,TX, April 1981-1985.

Chairman, Department of Orthopaedics, Wilford Hall USAF Medical Center, Lackland AFB, TX, November 1982-1985.

Assistant Chief, Division of Surgery, Wilford Hall USAF Medical Center, Lackland AFB, TX, September 1983-1985.

Chief, Division of Surgery, USAF/NATO Contingency Hospital, RAF Little Rissington, England, September 1983-1985.

Assistant Chief, Orthopaedics, Audie Murphy VA Hospital, San Antonio, TX, September 1985- June 1986.

Staff Orthopaedic Surgeon, Orangeburg-Calhoun Regional Hospital, June 1986-November, 1989.

Staff Orthopaedic Surgeon, Richland Memorial Hospital, November 1989-December 1997.

Chief, Orthopaedic Surgery Section, Division of Surgery, William Jennings Bryan Dorn VA Hospital, Columbia, SC, November 1990-1997.

Professor of Orthopaedic Oncology, Medical University of South Carolina, January 1998-2006

Staff Member, St. Francis Xavier Hospital, Charleston, SC, September 1998-2002

Publications:

Acute Monteggia Lesions in Children. Eady, J. L.: South Carolina Medical Journal, 71 (4): 107-12, April 1975

Excisional Arthroplasty of the Elbow Following Trauma: A Report of Four Cases. Eady, JL: South Carolina Medical Journal, 782(4): 124-9, April 1976

Autogenous Cortical Bone Grafts in the Reconstruction of Segmental Skeletal Defects. Enneking, W. F., Eady, J. L., and Burchardt, H.: J. Bone & Joint Surgery, 62 (7): 1039-1058, October 1980

Crested Cap, Medical Planning and Support for Return of the 49th TAC Fighter Wing to the United States. Eady, J. L., United States Air Force Surgeons Comments, 1969

Extra-articular Reconstruction of the Knee for Combined Anterolateral and Anteromedial Rotary Instability. Goodwin, T., Eady, J. L., and Church, M.: Orthopaedic Transactions, 6 (3), Fall 1982

Avulsion of the Femoral Attachment of the Anterior Cruciate Ligament in a Seven-year Old Child: A Case Report.. Eady, J. L., Cardenas, C. D., and Sopa, D.: J. Bone & Joint Surgery, 64A (9): 1376-8, December 1982

Leiomyosarcoma of the Hand and Wrist: Report of Two Cases. Brenton, G. E., Johnson, D. E., and Eady, J. L.: J. Bone & Joint Surgery, 68 (1): 139-142, January 1986

Pre-Operative Evaluation of Bone Tumors, Orthopaedic Audio - Synopsis Continuing Medical Education, Volume 18, Lecture 8, April 1986 - March 1987

Multifocal Eosinophilic Granuloma in an Adult with a Twenty Year Follow-up. Eady, J. L., and Plemons, R. W.: Orthopedics: 9 (7): 956-8, July 1986

Primary Leiomyosarcoma of Bone: A Case Report and Review of the Literature. Eady, J. L., McKinney, J. P., and McDonald, E. C.: J. Bone & Joint Surgery, 69A (2): 287-9, February 1987.

The Use of CT Scan in the Evaluation of Non-Popliteal Synovial Cysts About the Knee. Eady, J. L., and Yaszemski, M. J.: Orthopedics, 10(2) 303-4, 1987; Knee Surgery, 1 (3): 193-195, 1977.

Congenital Bowing of the Ulna and Aggressive Fibromatosis. Eady, J. L., Lundquist, J. E., Grant, R., E., Nagel, A., and Kim, D. D.: J National Medical Association, 83 (11): 978-982, November 1991.

Candida Infection of a Total Knee Arthoplasty Treated with Fluconazole. Eady, J. L.. and Agnew,K. D.: Contemporary Orthopaedics, 25 (5): 483-7, November 1992. Magic Lessons: Rated R. Eady, J. L.: Southern Medical Journal, 85 (11): 1153, November 1992.

Contributor to Pediatric and Adolescent Sports Medicine, Stanitski, 1994.

Diabetic Muscle Infarction. Eady, J. L.: Southern Orthopaedic Journal, 6 (4), 250, Winter 1997.

Isolated Medial Malleolus Fractures. Hibbitts, J. and Eady, J. L.: Submitted to Southern Orthopaedic Journal.

Giant Cell Tumor of Bone in the Skeletally Immature Patient. Morgan, J. and Eady, J. L.: Southern Orthopaedic Journal, 8 (4) pp 275-287, winter, 1999.

Metastatic Carcinoma, Chansky, HA, Eady, J. eMedicine 8 April 2010

Book Chapters:

Eady, J.L.: Lung Cancer. In: Heiner J, Insella T, Zdeblick, T (eds.) Management of Metastatic Disease to the Musculoskeletal System, , Spring 2001.

Eady, J.L.: Biopsy Issues for Bone and Cartilage Tumors. In: An YH and Martin K (eds.):

Handbook of Histology Methods for Bone and Cartilage. Humana Press, Totowa NJ, 2001, Chapter 9, submitted for publication, Fall 2001

Eady, J.L.: Bone Grafting, Histiocytosis X, Unicameral Bone Cysts. In: Orthopaedic

Care: Medical and Surgical Management of Musculoskeletal Disorders, Journal of the Southern Orthopaedic Association.

Eady, J.L.: Biopsy Issues for Bone and Cartilage Tumors. In: An YH and Martin K (eds.): Handbook of Histology Methods for Bone and Cartilage. Humana Press, Totowa, NJ, 2003, Chapter 7.

Eady, J.L., Walsh, J: Vascular Tumors. In: Hand Clinics: Tumor of the Hand and Upper Extremity: Principles of Diagnosis and Management II. W.B. Saunders Company, Philadelphia, PA, 2004, 20(3) 261-268.

Book Reviews
The Journal of Bone and Joint Surgery. Atlas of Orthopaedic Surgical Exposures. Christopher Jordan and Edwin Mirzabeigi. Thieme Medical Publishers, 2000.

Journal articles reviewed for the Journal of Bone and Journal Surgery: 43

Research Collaboration Submissions:

A Biometric Osteoinductive and Vasculogenic Graft for Accelerated Bone Regeneration, with Esmaiel Jabbari, Ph.D. Department of Chemical and Bioengineering, University of South Carolina, Nov 2009

Development of Injectable Self-Inductive Poly(lactide) Scaffold for Bone Regeneration, with Esmaiel Jabbari, Ph.D. Department of Chemical and Bioengineering, University of South Carolina, September, 2009.

U. S. Air Force/NATO Documents:

Medical Planning and Support for Reactivation of Zarragoza Air Base, Spain, 1968 (USAFE).

Medical Support of Operation Dawn Patrol at Milan IAP, Italy, 1969 (USAFE/NATO).

Medical Support of Royal Norwegian Air Force Winter Survival School Training Mission, April 1970

(USAFE/NATO).
Medical Inspection and Planning for NATO Co-Located Base, Bergen, Norway, 1976 (USAFE/NATO).

Medical Inspection and Planning for NATO Co-Located Base, Gia De Colle, Italy, 1976 (USAFE/NATO).

Medical Inspection and Planning for NATO Co-Located Base, Sigonella, Italy, 1976 (USAFE/NATO).

Medical Support, Operation Dawn Patrol, Royal Iranian Airfield, Shiraz, Iran, 1977 (USAFE).

Medical Requirement for Reactivation of RAF Fairford, England, 1977 (USAF/RAF).

Medical Evidence for a Cardiovascular Anomaly Causing Pilot Incapacitation, RF-4C Aircraft Accident at Hopsten, Germany, 1978 (USAF).

Preliminary Report, RAF Little Rissington (England) Contingency Hospital Survey, November 1983 (USAF).

Surgical Services Organization and Planning for 1000 Bed Contingency Hospital, Little Rissington, England, 1983 (USAF).

Function of Surgical Services, RAF Little Rissington (England), Contingency Hospital Operation Reforger, 1984 (USAF).

Orthopaedic Physical Conditioning Requirements for Air Force Personnel, Entry to Retirement, U. S. Air Force Physical Conditioning Revision Board, 1984 (AFMSC/USAF).

Forecast Planning for Orthopaedic Surgeons, 1984-1994 (USAF/MPC), Office of the USAF Surgeon General, Randolph AFB, TX, 1983.

U. S. Air Force Military Planning Documents:

Medical Planning and Support for Eight Hundred Active Duty and Two Thousand Dependents, Crested Cap I, HQ 49th TFW, Spangdahlem Air Base, Germany, 1968.

Medical Planning and Support, Crested Cap II, HQ 50th TFW, Hahn Air Base, Germany, 1969.

Medical Planning and Support, Crested Cap III, HQ 50th TFW, Hahn Air Base, Germany, 1970.

Aeromedical Services Organization and Responsibilities, 50th TAC Hospital, Hahn Air Base, Germany, 1970.

50th TAC Hospital Disaster Response Plans, Hahn Air Base, Germany, 1971.

Orthopaedics in Flight Medicine, USAFE Medical Training Conference, Garmish, Germany,1975.

Co-Located Base Medical Requirements in USAFE, 48th TFW, Lakenheath Air Base, England, 1965.

USAF Midlink 76 Response Plans, Lakenheath, England, 1976.

USAF Physical Profile Serial Update, Randolph AFB, TX, 1981.

Quality Assurance in Orthopaedics, Wilford Hall USAF Medical Center, San Antonio, TX,1983.

USAF Contingency Hospital Planning Document, Surgery Division, RAF Little Rissington, England, 1983.

Scientific Papers Presented:

Excisional Arthoplasty of the Elbow, American Orthopaedic Association Residents Conference, Milwaukee, WI, 1975.

Orthopaedic Malpractice Investigation in the Air Force, Department of Justice Seminar on Medical Malpractice, San Antonio, TX, 1980.

Intercalary Reconstruction of Bone Defects, Society of Military Orthopaedic Surgeons Annual Meeting, Washington, DC, November 7-10, 1981.

Surgical Management of Musculoskeletal Tumors, Society of Air Force Clinical Surgeons Annual Meeting, 1981.

Physician Assistants in Air Force Orthopaedics, Society of Air Force Physicians Assistants, San Antonio, TX, September 02, 1982.

Ewing's Sarcoma, Update and Predictions, Baptist Hospital, San Antonio, TX, January 1983.

Reconstruction of Intercalary Resection of Bone Tumors using Autogenous Grafts, University of Texas Health Science Center, San Antonio, TX, February 28, 1983.

Cartilage Forming Tumors, University of Texas Health Science Center, San Antonio, TX, September 19, 1983.

Management of Orthopaedic War Injuries, Association of Military Surgeons, San Antonio, TX, October 30-November 3, 1983.

Principles of Bone Tumor Surgery, University of Texas Health Science Center, San Antonio, TX, April 24, 1984

Metabolic Disturbances of the Musculoskeletal System, University of Texas Health Science Center, San Antonio, TX, May 01, 1984.

Introduction to Histological Material, University of Texas Health Science Center, San Antonio, TX, October, 1984.

Orthopaedic Pathology Seminar, SC Orthopaedic Society Annual Meeting, Kiawah and Wild Dunes, SC, September 1991 and 1993 (Director).

Management of Bone Tumors, University of Nuevo Leon, Monterrey, Mexico, March 13-15, 1986.

Aneurysmal Bone Cysts/Unicameral Bone Cysts, Bowman-Gray Musculoskeletal Pathology Review, Winston-Salem, NC, October 22-24, 1993.

Giant Cell Tumor, Bowman-Gray Musculoskeletal Pathology Review, Winston-Salem, NC, October 22-24, 1993.

Fibrosarcoma/Neurofibrosarcoma, Bowman-Gray Musculoskeletal Pathology Review, Winston-Salem, NC, October 22-24, 1993.

Juxta-Cortical Osteogenic Sarcoma of the Pelvis in a 76 Year Old Patient, University of Florida "Old Fellows" Meeting, Marineland, FL, April 29-May 01, 1994.

Retrospective Review of Failures in Operative Fixation of Patella Fractures, Southern Orthopaedic Association Residents Conference, Orlando, FL, November, 1994.

Allografts, Use and Abuse, Society of Military Orthopaedic Surgeons Annual Meeting, Hilton Head, SC, November 15-17, 1994.

Ewing's Sarcoma, Update and Predictions, South Carolina Orthopaedic Association Annual Meeting, Hilton Head, SC, September 28-30, 1995.

Ischemic Myonecrosis in Diabetics, Report of a Cohort, Society of Military Orthopaedic Surgeons Annual Meeting, Vail, CO, December 04-08, 1995.

Bone Grafts and Substitutes, Basic Knowledge of Musculoskeletal Tumors Annual

Review Course, Research Triangle Park, NC, October 18-19, 1996.

Skeletal Metastases, Basic Knowledge of Musculoskeletal Tumors Annual Review Course, Research Triangle Park, NC, October 18-19, 1996.

Cartilage Lesions, Musculoskeletal Pathology Review 1997: The Clinicians Approach, Bowman-Gray School of Medicine, Winston-Salem, NC, October 09-11, 1997.

Malignant Soft Tissue Tumors, Musculoskeletal Pathology Review 1997: The Clinicians Approach, Bowman-Gray School of Medicine, Winston-Salem, NC, October 09-.

Metabolic Bone Disease, Orthopaedics at Spoleto Symposium >99, Charleston, SC, June 2-5, 1999.

Development and Evaluation of the Competencies, American Orthopaedic Association Annual Meeting, San Antonio, Texas, June, 2006

Recent Scientific Accomplishments:

A. Development of an Orthopaedic Pathology Teaching File at the Department of Othopaedics, Unversity of South Carolina, and the Medical University of South Carolina, School of Medicine, Department of Orthopaedics.
Upon my retirement, there were over eight hundred examples of Orthopaedic Pathology, a comprehensive library. of Metabolic diseases, injury and repair, congenital and developmental anomalies, and benign as well as malignant bone pathology included in this file. The USC School of Medicine Department of Orthopaedics gave this file to the Medical University of South Carolina in Charleston after my retirement from USC.

This material consisted of information on Orthopaedic tumors that was used as a resource for the teaching of medical students, residents and faculty in the following institutions:
1) The Medical University of South Carolina
2) Eisenhower Army Medical Center
3) The University of South Carolina

B. Development of a comprehensive method of teaching and evaluate competencies in an Orthopaedic residency educational program that has been cited as a model at the national level. The process has been selected for presentation as an exhibit at the annual meeting of the American Orthopaedic Association and as a course at Wake Forest University.

Scientific Exhibits:

1. Radiohumeral Synostosis,American Academy of Orthopaedic Surgeons 49th Annual Meeting, New Orleans, LA, 1981

2. Congenital Upper Extremity Defects in Children
Association of Military Surgeons of the United States
Annual Meeting,Orlando, FL, October 17-21, 1982.

3. Pitfalls in Musculoskeletal Tumor Society
American Academy of Orthopaedic Surgeons
50th Annual Meeting, Anaheim, CA, February 1991.

4. Surgery for Orthopaedic Tumors
Aerospace Medicine Association Annual Meeting
Houston, TX, May 23-25, 1983.

5. Boyd Cup Musculoskeletal Pathology Review
South Carolina Orthopaedic Association Annual Conference
Wild Dunes, SC, September, 1993; Hilton Head, SC, September, 1995.
Charleston, SC, September,1997; Myrtle Beach, SC, August 1998,
Kiawah Island, SC, 2000, 2001, 2002, 2005

6. Diabetic Muscle Infarction
Southern Orthopaedic Association Annual Meeting
Pebble Beach, CA, July 26, 1997

7. Development and Evaluation of the Competencies,
American Orthopaedic Association Annual Meeting
San Antonio, Texas, June 22, 2006

Instructional Courses Given:

Faculty Instructor, Orthopaedic Residents, Pathology Conference,
University of Florida, January 25-27, 1979.

Program Chairman, Society of Military Orthopaedic Surgeons Annual Meeting,
San Antonio, TX, November 02-06, 1980.

Practical Instructor, Red Flag Four Triage, Camp Bullis, TX,
January 23, 1981; Lackland AFB, TX, March 16-20, 1981
and November 05-06, 1981.

Faculty Instructor, ATLS Course, Keesler AFB, MS, February 22-24, 1982, Clark AB, Philippines, June 02-04, 1983.

Director, ATLS Course, Wilford Hall Medical Center, Lackland, AFB, TX, August 19-21, 1983.

Faculty Instructor, Battlefield Medicine Course, School of Aerospace Medicine, Aerospace Medical Division, Brooks AFB, TX, September 30, 1983.

Visiting Professor, Chief Medical Officer's Course, San Antonio, TX, February 07, 1985.

Visiting Professor, University of Nuevo Leon, Monterrey Mexico, Conference on Bone Tumors, March 13-15, 1986.

Faculty Professor, Medical University of South Carolina, Current Concepts in Knee Surgery, May 31-June 04, 1988, Charleston, SC.

Visiting Professor, Cromwell Hospital, London, England, Intercalary Reconstruction of Bone Defects, July 04, 1989.

Visiting Professor, University of Florida, Fall Orthopaedic Pathology Course, Marineland, FL, November 05-16, 1990.

Visiting Professor, 2009 Elwyn Saunders Academic Symposium, Augusta, Georgia, 19 June 2009.

Faculty Professor, Medical University of South Carolina, Current Concepts in Children's Orthopaedics, Charleston, SC, May 29-June 01, 1991.

Visiting Professor in Orthopaedic Pathology:

a. University of South Carolina, School of Medicine, Department of Orthopaedics, continuously from 1998 to 2006

b. Dwight David Eisenhower Medical Center, Department of Orthopaedics, Augusta, Georgia, once a month from 1987 to 2006

c. Medical University of South Carolina, Charleston, SC, once a month, 1988-2006

Visiting Professor, Problems and Solutions of Hand Tumors, Dwight D. Eisenhower Army Medical Center, Fort Gordon, GA, March 04-15, 1991.

Visiting Professor, "Intercalary Bone Defects, Problems and Solutions",

Wilford Hall Medical Center, Lackland AFB, TX, April 22, 1993.

Visiting Professor, Bowman-Gray School of Medicine,
Winston-Salem, NC, "Musculoskeletal Pathology Review 1993:
The Clinician's Approach," October 22-24, 1993.

Visiting Professor, Musculoskeletal Pathology, 1994, Duke University, Durham, NC,
September 30-October 02, 1994.

Visiting Professor, Society of Military Orthopaedic Surgeons Annual Meeting, Hilton
Head, SC, November 15-17, 1994..

Faculty Instructor, ATLS Course, University of South Carolina, Department of Surgery,
September, 1994.

Examiner Training, Oral Examinations, American Board of Orthopaedics Surgery, July
1992, 1993, 1994, 1996, 1997. 2000, 2001

Faculty, Musculoskeletal Pathology Review, Bowman-Gray School of Medicine,
Winston-Salem, NC, October 1997

Program Chairman, Orthopaedics at Spoleto Symposium 99, Charleston, SC,
June 2-6, 1999.

Guest Speaker, "Giant Cell Tumor in the Skeletally Immature Patient",
Annual Orthopedic Educational Retreat, University of Arkansas School of Medicine,
Jonesboro, Arkansas, May 4-7, 2000.

Guest Speaker, A History of Battlefield Medicine@, University of South Carolina Office
of Pre-professional Advising, October 18, 2000.

Visiting Professor, Seventh Annual Philip A. Deffer, Sr., M.D., Lecture, University of
Texas Health Science Center, San Antonio, TX, November 16, 2000

Visiting Professor, Wake Forest University, Department of Orthopaedics, September 20,
2006, "Development and Evaluation of the Competencies in Orthopaedic Education"

Major Meetings Attended:
American Academy of Orthopaedic Surgeons Annual Meetings:
Las Vegas, NV, 1973, 1981, 1985, 1989
San Francisco, CA, 1975, 1979, 1987, 1993
New Orleans, LA, 1976, 1982, 1986, 1990, 1994, 2009
Atlanta, GA, 1980, 1984

Anaheim, CA, 1983, 1991, 1999
Washington, DC, 1992, 2004
Orlando, FL, 2000
San Francisco, CA, 2001, 2000, 2012
San Diego, CA, 2011

American Orthopaedic Association Residents Conference, Milwaukee, WI, 1975
(presented paper),

American Orthopaedic Association's Annual Meetings, San Antonio, Texas, June 2006,
(presented poster),  San Diego, June 2010

Sixth Combined Meeting of Orthopaedic Associations of English Speaking World,
London, England, September 1976.

National Institutes of Health Conference on Sarcomas in Children, Orlando, FL, January
1979.

Department of Justice Seminar on Medical Malpractice, Guest Speaker, San Antonio,
TX, May 06-08, 1980.

Society of Military Orthopaedic Surgeons:

San Francisco, CA, (Program Chairman) November 26-December 01, 1979
San Antonio, TX, November 02-06, 1980
Washington, DC, November 07-10, 1981(presented paper)
El Paso, TX, November 07-12, 1982
Colorado Springs, CO, November 15-17, 1983
Oakland, CA, November26-30, 1984
Hilton Head, SC, November 15-17, 1994 (Distinguished Guest Speaker)
Vail, CO, December 04-08, 1995 (presented paper)
Society of Air Force Clinical Surgeons Meeting:
Colorado Springs, CO, April 14-16, 1980
Lackland AFB, TX, April 13-15, 1981
San Antonio, TX, May 01-05, 1983 (presented paper)

Tri-Service Hand Conference, Brooks AFB, TX, June 02-04, 1980.

American Academy of Orthopaedic Surgeons Basic Science Educators III Course, Hilton
Head, SC, June 08-13, 1980.

American Orthopaedic Association First Annual International Symposium (Problems of
the Hip in Children), Alfred I. DuPont Institute, Wilmington, DE, October 19-24, 1980.

American Board of Medical Specialists, Evanston, IL, September 15-16, 1982.

Annual Association of Orthopaedic Chairman Meeting of AAMC:
Washington, DC, October 30-November 1, 1981, November 06-07, 1992 and
November 04-6, 1983 Chicago, IL, October 27-November 01, 1984
Boston, MA, June 15-20, 1990

American Musculoskeletal Tumor Society Annual Meeting
Memorial Sloan-Kettering Cancer Center, New York, NY, April 23-24, 1982
Kansas City, MO, May 10-12, 1984
San Francisco, CA, February 1987, 1991, 1992, 1993
Washington, DC, May 1998
Gainesville, Fl, May 10-13, 2000
Baltimore, MD, May 10-12, 2001
Toronto, Canada, April 24-28, 2002
Key West, Florida, June 2-6, 2006

International Meeting of the Combined MSTS/EMTS and ISOLS,
Florence, Italy, May, 1996.

Society of Air Force Physicians Assistants, San Antonio, TX,
September 02, 1982 (Guest Lecturer)

American Hospital Association Quality Assurance Seminar for Department Heady,
San Antonio, TX, March 17, 1983.

Intradiscal Enzyme Therapy, Wilford Hall USAF Medical Center,
Lackland AFB, TX, December 28, 1983.

Board of Councilors Leadership Meeting:
Chicago, IL, May 03-05, 1984 and May 02-03, 1985
Colorado Springs, CO, October 26-27, 1984

Tri-Service Committee Meeting on Quality Assurance, Washington, DC, June 28, 1984.
Association of Military Surgeons of the United States Meeting, San Diego, CA,
November 05-07, 1984.

American Academy of Orthopaedic Surgeon's Basic Course for Orthopaedic Educators,
Monticello, IL, December 02-07, 1984.

State of the Art Total Hip Symposium, Georgetown University, Washington, DC,
November 13-14, 1987.

Eleventh Annual Skeletal Symposium, Hospital of University of Pennsylvania, SunValley, ID, February 29-March 04, 1988.

Musculoskeletal Tumor Conference, Mayo Clinic Foundation, Orlando, FL, April 11-13,1988.

Association of Veterans Administration Orthopaedic Surgeons, AVAS Conference, Department of Veterans Affairs, Charleston, SC, May, 1990.

Education of Physicians at the University of South Carolina for the 21st Century, University of South Carolina School of Medicine, Columbia, SC, January 26, 1991.

Fourteenth Annual Skeletal Symposium, Hospital of University of Pennsylvania, Sun Valley, ID, February 18-22, 1991.

Current Concepts in Children's Orthopaedics, Charleston, SC, May 28-June 01, 1991.

Southern Orthopaedic Association Eighth Annual Meeting, Colorado Springs, CO, August 8-10, 1991.

Sixth International Symposium on Limb Salvage, Montreal, Quebec Canada, September 8-11, 1991..

Academic Orthopaedic Society Annual Meetings:
Washington, DC, November 8-10, 1991
Washington, DC, February 18-22, 1992
Asheville, NC, June 2-5, 1998.
Chicago, IL, October 26-28, 2000
Washington, DC, November 9-10, 2001

Orthopaedic Research Society 38th Annual Meeting, Washington, DC, February 17-20, 1992.

Academic Orthopaedic Society Interim Meeting, Chicago, IL, May 29-30, 1992.

Examiner, Oral Examinations, American Board of Orthopaedic Surgery, July 1992,1994, 1995, 1996, 2000, 2001

Musculoskeletal Infection Society Annual Open Scientific Meeting,

Snowmass, CO, August 21-22, 1992 (presented paper).

Consultant in Orthopaedics to USAF Surgeon General visits to:

USAF Hospitals Wiesbaden and Lakenheath, August 18-20 and 28-30, 1980
USAF Hospital Cannon, Cannon AFB, NM, January 18-20, 1982
USAF Hospital Bergstrom, Bergstrom AFB, TX, December 15, 1981
USAF Hospital Nellis, Nellis AFB, NV, May 29-31, 1984
USAF Hospital MacDill, MacDill AFB, FL, July 18-20, 1984
USAF Hospital Upper Heyford, RAF Upper Heyford, England,
August 01-03, 1984
USAF Hospital Lakenheath, RAF Lakenheath, England, August 05-8, 1984
USAF Hospital Bitburg, Bitburg AB, Germany, August 08-11, 1984
USAF Hospital Wiesbaden, Wiesbaden AB, Germany, August 12-15, 1984

Operative Management of Children's Fractures, University of Texas, San
Antonio, TX, April 23- 24, 1993.

Clinical Management of Problem Wounds III, San Antonio, TX, April 21-24, 1994.
North/ South Carolina Orthopaedic Association Annual Meeting, Asheville, NC, October
5-8, 2000

Eastern Orthopaedic Association Annual Meeting,
Walt Disney World Resort, FL, October 11-15, 2000
Bermuda, October 10-14, 2001

American Academy of Orthopaedic Surgeons, Research Committee, Capitol Hill
Visit Washington, DC March 27-28, 2001; March 19-20, 2002

USC Executive Leadership Institute
Myrtle Beach, SC, February 15-16 2002
Columbia, SC Area, March-December 2002
Academic Chairpersons Conference
Orlando, FL, February 6-8, 2002

American Orthopaedic Association/ Canadian Orthopaedic Association Joint Annual
Meeting, Victoria, British Columbia, Canada, May 31-June 4, 2002.

American Academy of Orthopaedic Surgeons, Mentoring Skills Committee Meeting,
New Haven, CT, June 9-14, 2002