# Exhibit B

The University of South Carolina School of Medicine, the USC Department of Orthopaedic Surgery, and Palmetto Health are pleased to announce the mutual resolution of Dr. John L. Eady's legal claims against them arising out of professional differences and miscommunication over the past 2 years. We acknowledge and appreciate Dr. Eady's dedication and valuable contributions to the Palmetto Health/USC Orthopaedic Surgery residency program and his service to the veterans of the United States.

_____
Dean Hoppmann

_____
Jim Raymond