AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Afraaz R. Irani, M.D.,<br>*Plaintiff*<br>v.<br>Palmetto Health; University of South Carolina School of Medicine; David E. Koon, Jr., M.D., in his individual capacity; and John J. Walsh, IV, M.D., in his individual capacity,<br>*Defendants* | Civil Action No.   3:14-cv-03577-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ summary judgment is entered in favor of the defendant, Palmetto Health, as to the first, second, third, fourth, fifth, and sixth causes of action. The plaintiff, Afraaz R. Irani, M.D., shall take nothing of the defendant, Palmetto Health, and this action is dismissed with prejudice as to those causes of action.

■ summary judgment is entered in favor of the defendant, University of South Carolina School of Medicine, as to the first, third, fourth, fifth, and sixth causes of action. The plaintiff, Afraaz R. Irani, M.D., shall take nothing of the defendant, University of South Carolina School of Medicine, and this action is dismissed with prejudice as to those causes of action.

■ summary judgment is entered in favor of the defendant, David E. Koon, Jr., M.D., in his individual capacity, as to the eighth, tenth, eleventh, twelve, and thirteenth causes of action. The plaintiff, Afraaz R. Irani, M.D., shall take nothing of the defendant, David E. Koon, Jr., M.D., in his individual capacity, and this action is dismissed with prejudice as to those causes of action.

■ summary judgment is entered in favor of the defendants, David E. Koon, Jr., M.D., in his individual capacity, and John J. Walsh, IV, M.D., in his individual capacity, as to the seventh cause of action. The plaintiff, Afraaz R. Irani, M.D., shall take nothing of the defendants, David E. Koon, Jr., M.D., in his individual capacity, and John J. Walsh, IV, M.D., in his individual capacity, and this action is dismissed with prejudice as to that cause of action.

■ the plaintiff, Afraaz R. Irani, M.D., take nothing of the defendants, David E. Koon, Jr., M.D., in his individual capacity, and John J. Walsh, IV, M.D., in his individual capacity, as to the ninth cause of action and this action is dismissed with prejudice as to that cause of action.

■ the plaintiff, Afraaz R. Irani, M.D., take nothing of the defendant, John J. Walsh, IV, M.D., in his individual capacity, as to the eighth, tenth, and eleventh causes of action and this action is dismissed with prejudice as to those causes of action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding. The Court having adopted in part the Report and Recommendation of US Magistrate Judge Kaymani D. West, granting in part defendant Koon and Walsh's motion for judgment on the pleadings and, having granted defendants' motions for summary judgment.

Date:   June 1, 2016                                              ROBIN L. BLUME, CLERK OF COURT

                                                                                    s/Charles L. Bruorton
                                                              _____
                                                                           *Signature of Clerk or Deputy Clerk*