IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Palmetto Health; University of South Carolina School of Medicine; David E. Koon, Jr., M.D., etc.; John J. Walsh, IV, M.D., etc. <br><br> Defendants. | C/A No. 3:14-cv-03577-CMC |

## DECLARATION OF DEFENDANT PALMETTO HEALTH COUNSEL KATHERINE DUDLEY HELMS

I, Katherine Dudley Helms, hereby state the following under oath:

1. I am over 18 years of age and am competent to submit this Declaration.

2. I am an attorney with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and counsel for Defendant Palmetto Health.

3. I have personal knowledge of all the facts related to the Bill of Costs submitted herewith and can competently testify that the costs enumerated are true and correct, and that they were necessarily incurred, charged, and related to services actually and necessarily performed in this case. A summary of all costs is attached as Exhibit A.

4. Among the costs that Defendant Palmetto Health seeks to recover are costs associated with the stenographic transcription and videography costs incurred in connection with the deposition of Plaintiff, whose testimony was used to secure judgment in this case, along with stenographic transcription costs incurred in connection with the depositions noticed by Plaintiff. Further, Defendant Palmetto Health incurred costs for transcription and duplication of committee meeting recordings. The fees, which were necessarily obtained in this case, are as follows:

| Deposition / Date | Costs |
|---|---|
| 05/01/2015, certified copy of the transcripts of depositions of Drs. R. Caughman Taylor and Frank R. Voss | $508.50 |
| 05/07/2015, certified copy of the transcript of deposition of Dr. John J. Walsh, IV | $634.15 |
| 05/07/2015, certified copy of the transcript of Dr. Greg Grabowski | $411.50 |
| 05/13/2015, certified transcription of committee meeting recordings | $962.50[1] |
| 07/07/2015, audio visual costs (conversion of recorded meetings from microcassette tapes to CD) | $80.00 |
| 07/15/2015, certified copy of the video deposition of Dr. David Koon, Jr. | $543.00 |
| 07/15/2015, certified copy of the transcript of deposition of Dr. David Koon, Jr. | $721.10 |
| 07/23/2015, certified copy of the transcript of deposition of Dr. Harrison Goodno | $292.10 |
| 07/27/2015, cost associated with taking deposition of Plaintiff, Afraaz Irani | $3,872.00 |
| 08/26/2015, certified copy of the transcript of deposition of Katherine Stephens, PhD | $478.35 |
| 09/02/2015, certified copy of the transcript of deposition of Dr. Jeffrey Guy | $166.20 |
| **Total** | **$8,669.40** |

True and correct copies of the related invoices are attached as Exhibit B.

5.   Defendant Palmetto Health also incurred witness fees in the amount of $3,094.67[2] relating to the deposition of Plaintiff's expert witness, Richard E. Grant, M.D. The costs included Dr. Grant's witness fee, conference room rental, and a certified copy of the transcript. True and correct copies of the documentation to support these costs are attached as Exhibit C.

6.   Defendant Palmetto Health also incurred court fees in the amount of $400.00 for removal of the action from State Court to the United States District Court.

---

[1] Although this cost was to be split between the parties, there is no evidence that this happened.
[2] The total cost has not yet been invoiced, but is due and owed to Dr. Grant for 4 hours at $300.00 / hour (10:08 a.m. to 2:15 p.m.).

7.     In addition, Defendant Palmetto Health incurred a cost of $241.91 in obtaining bound courtesy copies of Defendants' Motion and Memorandum for Summary Judgment and Reply Memorandum in support thereof, pursuant to the Court's filing preferences. True and correct copies of the invoices for those costs are attached as Exhibit D.

8.     In summary, Defendant Palmetto Health seeks a total of $12,405.98 for its Bill of Costs.

Further affiant sayeth not.

Dated this the 7th day of June 2016.

*Katherine Dudley Helms*
Katherine Dudley Helms

Sworn to and subscribed before me this the
7th day of June 2016.

*Jennifer S Blackmon*
Notary Public for South Carolina
My Commission Expires: 1-18-23