# Exhibit A

## Summary of Costs
(supporting invoices to follow)

| INVOICE/PAYMENT DATE | AMOUNT | EXPLANATION OF COST |
|---|---|---|
| 09/08/2014 | $400.00 | Cost associated with filing Notice of Removal to Federal Court, District of South Carolina |
| 05/01/2015 | $508.50 | Cost associated with obtaining a certified copy of the transcripts of depositions of Drs. Taylor and Voss |
| 05/07/2015 | $634.15 | Cost associated with obtaining a certified copy of the transcript of deposition of Dr. Walsh |
| 05/07/2015 | $411.50 | Cost associated with obtaining a certified copy of the transcript of Dr. Grabowski |
| 05/13/2015 | $962.50 | Cost associated with obtaining certified transcription of committee meeting recordings[1] |
| 07/07/2015 | $80.00 | Audio visual costs (conversion of recorded meetings from microcassette tapes to C.D.) |
| 07/15/2015 | $543.00 | Cost associated with obtaining a certified copy of the video deposition of Dr. David Koon, Jr. |
| 07/15/2015 | $721.10 | Cost associated with obtaining a certified copy of the transcript of deposition of Dr. David Koon, Jr. |
| 07/23/2015 | $292.10 | Cost associated with obtaining a certified copy of the transcript of deposition of Dr. Harrison Goodno |
| 07/27/2015 | $3,872.00 | Cost associated with taking deposition of Plaintiff, Afraaz Irani |
| 08/26/2015 | $478.35 | Cost associated with obtaining a certified copy of the transcript of deposition of Katherine Stephens, PhD |
| 09/02/2015 | $166.20 | Cost associated with obtaining a certified copy of the transcript of deposition of Dr. Jeffrey Guy |
| 12/07/2015 | $1,200.00 | Witness fee paid to Plaintiff's expert, Dr. Richard E. Grant (10:08 a.m. to 2:15 p.m. @ $300.00 / hour)[2] |

---

[1] Although this cost was to be split between the parties, there is no evidence that this happened.
[2] The total cost has not yet been invoiced, but is due and owed to Dr. Grant.

| 12/07/2015 | $263.52 | Cost associated with taking deposition of Plaintiff's expert, Dr. Richard Grant (conference room rental) |
|---|---|---|
| 12/07/2015 | $1,631.15 | Cost associated with obtaining a certified copy of the transcript of deposition of Dr. Richard E. Grant |
| 12/17/2015 | $85.18 | Cost associated in obtaining bound courtesy copy of Motion and Memorandum for Summary Judgment pursuant to the Court's filing preferences |
| 02/11/2016 | $9.37 | Cost associated in obtaining bound courtesy copy of Reply Memorandum for Summary Judgment pursuant to the Court's filing preferences |
| 02/11/2016 | $8.47 | Cost associated in obtaining bound courtesy copy of pleadings at request of Judge West and pursuant to the Court's filing preferences |
| 02/23/2016 | $138.89 | Cost associated in obtaining bound courtesy copy of Motion and Memorandum for Summary Judgment at request of Judge Currie and pursuant to the Court's filing preferences |

**Total Amount:  $12,405.98**