# Exhibit B

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

# Invoice

**Invoice #:** 15-132
**Invoice Date:** 5/1/2015
**Due Date:** 5/1/2015
**Project:**
**P.O. Number:**

**Bill To:**
Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Irani -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One copy of Deposition of R. Caughman Taylor, M.D. (84 pages @$2.50/page) | | 210.00 | 210.00 |
| One copy of Deposition of Frank Voss, M.D. (111 pages @$2.50/page) | | 277.50 | 277.50 |
| Exhibits (45@.30/page) | | 13.50 | 13.50 |
| Exhibits (5@1.50/page) | | 7.50 | 7.50 |

Thank you for your business.

| | |
|---|---|
| **Total** | $508.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $508.50 |

## Allen Court Reporting, LLC
1103 Three Chop Run
Lexington, SC 29072

# Invoice

**Invoice #:** 15-139
**Invoice Date:** 5/7/2015
**Due Date:** 5/7/2015
**Project:**
**P.O. Number:**

**Bill To:**

Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Irani -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One copy of Deposition of John J. Walsh, IV, M.D. (250 pages @$2.50/page) | | 625.00 | 625.00 |
| Exhibits (183 @.05/page) scanned | | 9.15 | 9.15 |

*Transcript e-mailed 5/6/15 Thanks!*

THANK YOU!
EIN #46-5694785

| | |
|---|---|
| **Total** | $634.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $634.15 |

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

# Invoice

|  |  |
|---|---|
| Invoice #: | 15-142 |
| Invoice Date: | 5/7/2015 |
| Due Date: | 5/7/2015 |
| Project: |  |
| P.O. Number: |  |

**Bill To:**
Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Irani -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One Copy of Deposition of Dr. Greg Grabowski (164 pages @$2.50/page) |  | 410.00 | 410.00 |
| Exhibits (30@.05/page) scanned |  | 1.50 | 1.50 |

*[handwritten: Transcript e-mailed on 5/7/15 Thanks - (signature)]*

THANK YOU!
EIN #46-5694785

| | |
|---|---|
| **Total** | $411.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $411.50 |



**A. William Roberts, Jr. & Associates**
Court Reporting | Videography | Trial Presentation
234 Seven Farms Drive, Suite 210
Charleston, SC 29492
phone: (843) 722-8414  fax: (843) 722-8451
www.scheduledepo.com

Job #: 150430MO-STL1
Job Date: 04/30/15
Order Date: 04/30/15
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 219062
Inv.Date: 05/13/15
Balance: $962.50

**Bill To:**
Katherine D. Helms, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
1320 Main Street, Suite 600
Columbia, SC 29201

Action: Audio Transcription
vs
Irani, M.D., Afraaz R. v. Palmetto Healt
Action #: 3:14-cv-03577-CMCKDW
Rep: MO-STL1
Cert: NNRC

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Committee Meeting - Termination of Dr Irani | Original and one copy | $0.00 | $847.50 |
| 2 | Committee Meeting - Termination of Dr Irani | ASCII-Minuscript PDF-ETran-Cond. w/Index | $0.00 | $0.00 |
| 3 | Committee Meeting - Termination of Dr Irani | Reporting Time | $0.00 | $100.00 |
| 4 | | Shipping & Handling | $0.00 | $15.00 |

Comments:

| | |
|---|---|
| Sub Total | $962.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $962.50 |
| Payment | $0.00 |
| Balance Due | $962.50 |

Federal Tax I.D.: 57-0762990      Terms: Net 30 Days Finance Charge @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Katherine D. Helms, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
1320 Main Street, Suite 600
Columbia, SC 29201

**Deliver To:**
Katherine D. Helms, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
1320 Main Street, Suite 600
Columbia, SC 29201

# Invoice

**REMIT TO:**
A. William Roberts, Jr. & Associates
234 Seven Farms Drive, Suite 210
Charleston, SC 29492



Invoice #: 219062
Inv.Date: 05/13/15
Balance: $962.50
Job #: 150430MO-STL1
Job Date: 04/30/15
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

1/7/15 - Fax to Jennifer @ 254-6517

# ACCESS MULTIMEDIA
## 1111 B AVENUE
## WEST COLUMBIA, SC 29169
### 794-1746
e-mail: amultimedia@sc.rr.com
www.accessmultimedia.com

57-0853890

To **Ogletree Dinkins**         Date **5-26-15**

                               Due Date **end of week**

                               Label: **(2)**

Name **Jennifer Blackmon** macrocassettes to CD

Phone **803-252-1300**         label = **Dr. Ivani**

- VHS Copies _____  Price each ____ = ____
- ✓ CD/DVD Copies _____  Price each ____ = ____
- Audiocassette Copies _____  Price each ____ = ____
- Video Production _____ Hours @ 150.00/hour (min. 2 hrs.) ____
- Editing _____ @ 125.00/hour(100.00) ____
- Conversion _____
- Photos from videotape _____ 50.00 minimum/12 images ____
- Travel time _____ Hours @ 60.00 per hour ____
- Mileage _____ @ .80 per mile ____
- Passport, CWP, Naturalization/Immigration Photos ____
- Other: _____
- 7% tax _____

Date called _____        TOTAL **80.00**
Date picked up _____
Picked up by _George_              THANK YOU FOR THE BUSINESS!

#1 - Side A - 46:47 - 25.00
#2 - Side B - 46:49 - 25.00
#3 & #4 - Side A & B - 68:51 - 30.00
                                              80.00

# Invoice



P.O. Box 32338, 29417-2338
Charleston, SC  29412
(843)557-7138
info@clearviewlegalvideo.com

P.O. Box 32338
Charleston, SC
29417-2338
(843)557-7138

info@clearviewlegalvideo.com
www.clearviewlegalvideo.com

**BILL TO**
Kathy Dudley Helms
Ogletree Deakins OAD062915DW
1320 Main St.
Ste. 600
Columbia, SC  29201

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 202891 | 07/15/2015 | $543.00 | 08/14/2015 | Net 30 | |

P.O. NUMBER     SALES REP
OAD062915DW  Doug White

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Digital Video Transcript** Digital Video Transcript Dr. David Koon Case No. 3:14-CV-03577-CMC | 7 | 75.00 | 525.00 |
| **Postage** FedEx | 1 | 18.00 | 18.00 |

Tax ID # 27-1671019

**BALANCE DUE**      **$543.00**

Thanks! We appreciate your business.
*Please include invoice # on all payments to ensure proper credit to your account*
*All invoices over 30 days past due are subject to finance charges of 1.5%

Scheduling - www.clearviewlegalvideo.com

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

# Invoice

|  |  |
|---|---|
| Invoice #: | 15-165 |
| Invoice Date: | 7/15/2015 |
| Due Date: | 7/15/2015 |
| Project: |  |
| P.O. Number: |  |

**Bill To:**

Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Irani -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One Copy of Deposition of Dr. David E. Koon, Jr. (284 pages @$2.50/page) |  | 710.00 | 710.00 |
| Exhibits (222@.05/page (scanned)) |  | 11.10 | 11.10 |

| | |
|---|---|
| **Total** | $721.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $721.10 |

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

# Invoice

**Invoice #:** 15-170
**Invoice Date:** 7/23/2015
**Due Date:** 7/23/2015
**Project:**
**P.O. Number:**

**Bill To:**

Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Irani -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One Copy of Deposition of Dr. Harrison Boyd Goodno (116 pages @$2.50/page) | | 290.00 | 290.00 |
| Exhibits (42 scanned) | | 2.10 | 2.10 |

THANK YOU!
EIN #46-5694785

| | |
|---|---|
| **Total** | $292.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $292.10 |

# *INVOICE*



PO Box 7172 • Columbia, SC 29202-7172
888.988.0086 toll free
803.988.0086 • 803.988.0094 fax
www.compuscripts.com

Page:   1                                    Federal ID: 58-2476952

Bill To:

Ogletree Deakins Nash Smoak & Stewart
1320 Main St., Ste 600
Columbia, SC  29201
USA

Ordering Attorney:

Katherine D. Helms, Esq
1320 Main St., Ste 600
Columbia, SC  29201
USA

| Invoice Number | Invoice Date | Reporter | Payment Terms | Due Date |
|---|---|---|---|---|
| 1037120 | 7/27/15 | Kathryn Lindler | Net 10 Days | 8/6/15 |

| Item Description | UOM | Qty | Amount |
|---|---|---|---|
| Case Number: 3:14-CV-03577-CMC-KDW | | | |
| Case Caption: Afraaz R. Irani, MD v. Palmetto Health, et al. | | | |
| Job Date: 6/30/2015 | | | |
| Witness: Afraaz R. Irani, MD | | | |
| Appearance Fee - Business Hours 8 AM to 6 PM Mon-Fri | HOUR | 9.00 | 180.00 |
| Appearance Fee - Non Business Hours 6 PM to 8 AM Mon-Fri | HOUR | 2.00 | 60.00 |
| Original & 1 Certified E-Transcript Regular Turnaround | PAGE | 345.00 | 1,466.25 |
| Read and Sign Fee | TRSCPT | 1.00 | 30.00 |
| Digital Exhibits | SIDE | 162.00 | 81.00 |
| Video - Setup, Teardown and Equipment Fee | EVENT | 1.00 | 130.00 |
| Videographer, Each Hour 8 AM - 6 PM M-F, Recording Media, DVD for Clerk, MPEG1 on Optical Disc, Regular Turnaround | HOUR | 7.75 | 1,123.75 |
| Videographer, Each Hour 6 PM - 8 AM M-Th, Recording Media, DVD for Clerk, MPEG1 on Optical Disc, Regular Turnaround | HOUR | 1.25 | 243.75 |
| Video Synchronization - Sync digitized video with ASCII transcript - on Optical Disc - per Minute of Video - one hour minimum charge | MIN | 451.00 | 451.00 |
| Video - Standby Fee - Billed in Quarter Hour Increments | HOUR | 1.25 | 106.25 |

|  |  |
|---|---|
| Subtotal | $   3,872.00 |
| Total Invoice Amount | $   3,872.00 |
| Check/Credit Memo No:     Payment/Credit Applied | |
| **TOTAL** | $   3,872.00 |

Overdue invoices are subject to late charges and attorney fees.

--- Please include your invoice number on all payments to ensure proper credit ---

Thank you for your business!

# Invoice

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

**Invoice #:** 15-184
**Invoice Date:** 8/26/2015
**Due Date:** 8/26/2015
**Project:**
**P.O. Number:**

**Bill To:**

Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Afraaz R. Irani, MD -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One Copy of Deposition of Katherin Stephens, PhD 189 pages @$2.50/page | | 472.50 | 472.50 |
| Exhibits (117@.05/page) | | 5.85 | 5.85 |

THANK YOU!
EIN #46-5694785

**Total** $478.35

**Payments/Credits** $0.00

**Balance Due** $478.35

**Allen Court Reporting, LLC**
1103 Three Chop Run
Lexington, SC 29072

# Invoice

**Invoice #:** 15-189
**Invoice Date:** 9/2/2015
**Due Date:** 9/2/2015
**Project:**
**P.O. Number:**

**Bill To:**
Ogletree Deakins Nash Smoak & Stewart, PC
Katherine D. Helms, Esquire
1320 Main Street
Suite 600
Columbia, SC  29201

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Afraaz R. Irani, MD -vs- Palmetto Health, et al. Case No. 3:14-cv-03577-CMC-KDW One Copy of Deposition of Jeffrey Guy, MD 66 pages @$2.50/page | | 165.00 | 165.00 |
| Exhibits (24@.05/page) | | 1.20 | 1.20 |

THANK YOU!
EIN #46-5694785

| | |
|---|---|
| **Total** | $166.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $166.20 |