# Exhibit C



# WYNDHAM
## Philadelphia Historic District

400 Arch Street   Philadelphia, PA USA 19106
Phone: 215-923-8660 -  Fax: 215-829-1796

Check#: 3,593
Page:  1  of  1
Created: 11/23/2015

## Banquet Check

| | | | |
|---|---|---|---|
| **Account:** | Ogletree Deakins | **Event Date:** | 12/7/2015 |
| **Post As:** | Ogletree Deakins | **Contact:** | Ms. Beth Swalgren |
| **Address:** | Magestic Square | **Phone:** | 803-227-0852 |
| | 211 King Street | **On-Site:** | |
| | Charleston, SC  29401 | | |
| **Posting Master Ac** | | **Payment Method:** Credit Card | |

| Date | Time | Room | Function | AGR | EXP | GTD | Rental |
|---|---|---|---|---|---|---|---|
| 12/7/2015 | 8:00am- 5:00pm | Adams | Meeting | 8 | 4 | 0 | 200.00 |

| ROOM RENTAL | | | PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|---|
| **Room:** | Adams | **Function:** MTG | 200.00 | 200.00 | |
| | | TOTAL | | **200.00** | |
| | | SERVICE CHARGE % | 22.00 | 44.00 | |
| | | ROOM RENTAL TAX % | 8.00 | 19.52 | |
| | | | | | **263.52** |

**Grand Total:**     263.52

**Balance Due:**     263.52

Client Signature



# WYNDHAM
## Philadelphia Historic District

400 Arch Street   Philadelphia, PA USA 19106
Phone: 215-923-8660 - Fax: 215-829-1796

Check#: 3,593
Page: 1 of 1
Created: 11/23/2015

## Banquet Check

| Account: | Ogletree Deakins | | Event Date: | 12/7/2015 |
|---|---|---|---|---|
| Post As: | Ogletree Deakins | | Contact: | Ms. Beth Swalgren |
| Address: | Magestic Square | | Phone: | 803-227-0852 |
| | 211 King Street | | On-Site: | |
| | Charleston, SC  29401 | | | |
| Posting Master Ac | | Payment Method:  Credit Card | | |

| Date | Time | Room | Function | AGR | EXP | GTD | Rental |
|---|---|---|---|---|---|---|---|
| 12/7/2015 | 8:00am- 5:00pm | Adams | Meeting | 8 | 4 | 0 | 200.00 |

| ROOM RENTAL | | PRICE | SUBTOTAL | TOTAL |
|---|---|---|---|---|
| Room: Adams | Function: MTG | 200.00 | 200.00 | |
| | TOTAL | | 200.00 | |
| | SERVICE CHARGE % | 22.00 | 44.00 | |
| | ROOM RENTAL TAX % | 8.00 | 19.52 | |
| | | | | 263.52 |
| | Grand Total: | | | 263.52 |
| | Balance Due: | | | 263.52 |

---

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
1320 MAIN STREET, SUITE 600
COLUMBIA, SC  29201-3266
PHONE: (803) 252-1300

TD Bank
America's Most Convenient Bank

85006449
85006449
62-101/311

11-23-15

PAY TO THE ORDER OF  Wyndham Philadelphia Historic District     $ 263.52

TWO HUNDRED SIXTY THREE AND 52/100 DOLLARS                    DOLLARS

VOID AFTER 90 DAYS

Wyndham Philadelphia Historic District
400 Arch Street
Philadelphia, PA 19106

MEMO  701190-000192

Client Signature

# ELITE

LITIGATION SOLUTIONS, LLC

1518 Walnut Street • Suite 300 • Philadelphia, PA 19102
T: (215)563-3703 • W: www.EliteLSllc.com • F: (215)563-3135

```
Katherine Dudley Helms, Esq.              January   6, 2016
OGLETREE DEAKINS NASH SMOAK &
            STEWART, P.C.                 Invoice# 4772
1320 Main Street, Suite 600
Columbia, SC 29201                        Balance:  $1,631.15


Re: Afraaz Irani v. Palmetto Health
    Richard E. Grant, M.D.
    on 12/07/15  Billed 01/05/16
```

## *Invoicing Information*

| Charge Description | Amount |
|---|---:|
| Original & One Certified Copy  - 244 pg @ 5.85 | 1,427.40 |
| ** 3-day Expedite ** | |
| Medical witness upcharge      - 244 pg @ .50 | 122.00 |
| | |
| Exhibit copy/scan/repository | 2.25 |
| Litigation Package | 45.00 |
| | |
| Shipping & Handling Overnight | 34.50 |

```
        P l e a s e    R e m i t   - - ->   Total Due:  $1,631.15
```

*Please remit payment to : 1518 Walnut Street,
Suite 300, Philadelphia, PA 19102 EIN# 26-1741906*