# Exhibit D

1/16/2016

# Columbia
## printing & graphics

1204 Sumter Street | Columbia, SC 29201
Tel: 803.779.1299 | Fax: 803.799.9446
e-mail:columbiaprinting@bellsouth.net

**No.  47555**

**INVOICE**

1114

OLGELTREE DEAKINS NASH SMOAK & STEWART
1320 MAIN STREET
COLUMBIA SC  29201
BETH
Phone: 252-1300

**DATE**

12/17/2015

**PO NUMBER**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | INSERT TABS IN CUSTOMER SUPPLIED BOOKS | 78.87 |

Account Type: Charge Account

Wanted:
INSERT TABS AND BIND
(2_3"NOTEBOOKS)

| | |
|---|---|
| SUB | 78.87 |
| TAX | 6.31 |
| SHIPPING | |
| TOTAL | 85.18 |

85.18

RECEIVED BY _____    DATE 12/17/15

3/12/2016

# Columbia
## printing & graphics

1204 Sumter Street | Columbia, SC 29201
Tel: 803.779.1299 | Fax: 803.799.9446
e-mail:columbiaprinting@bellsouth.net

**No.  48025**

**INVOICE**

1114

OLGELTREE DEAKINS NASH SMOAK & STEWART
1320 MAIN STREET
COLUMBIA SC  29201
BETH
Phone: 252-1300

**DATE**

2/11/2016

**PO NUMBER**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | INSERT TABS IN CUSTOMER SUPPLIED BOOK | 8.68 |

Account Type: Charge Account

Wanted:
INSERT TABS AND BIND

| | |
|---|---|
| SUB | 8.68 |
| TAX | 0.69 |
| SHIPPING | |
| TOTAL | 9.37 |

9.37

**RECEIVED BY** _[signature]_  **DATE** 02.11.16

3/12/2016



**Columbia printing & graphics**

1204 Sumter Street | Columbia, SC 29201
Tel: 803.779.1299 | Fax: 803.799.9446
e-mail: columbiaprinting@bellsouth.net

No. **48034**

**INVOICE**

1114
OLGELTREE DEAKINS NASH SMOAK & STEWART
1320 MAIN STREET
COLUMBIA SC  29201
BETH
Phone: 252-1300

**DATE** 2/11/2016

**PO NUMBER**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | INSERT TABS IN CUSTOMER SUPPLIED BOOK | 7.84 |

Account Type: Charge Account

Wanted:
INSERT TABS (6) AND BIND

| | |
|---|---|
| SUB | 7.84 |
| TAX | 0.63 |
| SHIPPING | |
| TOTAL | 8.47 |

8.47

RECEIVED BY _[signature]_    DATE 02-11-16



Printing  Digital Imaging  Copying

Invoice Number: 431467
Account Number: 2689
P.O. Number: JUDGE COURTESY
Per: BETH SWALGREN
Cont Phone: (803) 799-0939
Tuesday February 23, 2016

ATTN: ACCOUNTS PAYABLE
OGLETREE DEAKINS NASH
1320 MAIN STREET SUITE 600
COLUMBIA, SC 29201-3266

| Item | Description | Quantity | Price |
|---|---|---|---|
| 1 | JUDGES COURTESY COPY/ART LAY OUT FOR TABS/PRINT 96 TABS/INSERT TABS /4 VELO BINDS | 1 each of 96 | 128.60 |
| | Subtotal For All Items | | 128.60 |
| | Sales Tax | | 10.29 |
| | Shipping - Deliver | | 0.00 |
| | Subtotal For Invoice | | 138.89 |
| | Invoice Total | | $138.89 |

Received By: [signature]

**REMIT PAYMENT TO:**
P. COX ENTERPRISES, INC.
1114 WASHINGTON STREET
COLUMBIA, SC 29201-3215

PHONE   (803) 252-6310
FAX     (803) 252-6242

THANK YOU FOR CHOOSING FRANKLIN'S! WE APPRECIATE YOUR BUSINESS.

| Current | Over 30 | Over 60 | Over 90 | Balance |
|---|---|---|---|---|
| 171.18 | 0.00 | 0.00 | 0.00 | 171.18 |