# Exhibit A

**Afraaz Irani MD**
673 Los Olivos Dr.
Santa Clara, CA 95050
afraaz@stanford.edu
650-353-8523

## EDUCATION
Stanford University School of Medicine, Stanford, CA
 Doctor of Medicine
 Degree Received June 2010

Stanford University, Stanford, CA
 Bachelor of Science with Honors
 Majors: Biological Sciences and Computer Science
 Degree received June 2005

## HONORS AND AWARDS
### Research:
- Europe AF (Atrial Fibrillation) Annual Conference. Invited Speaker. Faculty. 2008
- National Collegiate Inventors and Innovators Alliance (NCIIA) Advanced E-team grant awardee.
- American Heart Association 2008 Western Affiliates Scholarship
- Stanford Travel and Supplementary Travel Grant for the 2008 American College of Cardiology (ACC) conference
- American Medical Association 2007 Seed Grant Recipient
- American Heart Association 2006 Student Scholarship in Cardiovascular Disease and Stroke
- Stanford University Medical Scholars Research Fellowship, 2006, 2008, 2009
- Departmental Honors in Biological Sciences, June 2005
- Howard Hughes Summer Fellow, May 2004
- Supplementary Stipend Research Award, May 2004
- SURI (Stanford Undergraduate Research Institute) selection, April 2002

### Device Development:
- USF International Business Competition. Finalist (April 23rd –April 26th 2008)
 *Submitted business plan on our patent-pending technology (Irani, et al. "Energy Generating Systems For Implanted Medical Devices"). Invited to semi-final round (20 participants; 4 divisions) to panels of VCs & entrepreneurs. Awarded finalist prize after placing first in division. Semi-finalists included teams from Mexico, Canada, UK, Spain, Hong Kong, and USA.*
- Stanford Entrepreneur's Challenge (eChallenge) Competition. Finalist (April 25th 2008)
- Santa Clara University Boomer Business Plan Competition Semi-finalist

## PATENTS
- Irani et al. "Energy Generating Systems For Implanted Medical Devices" PCT Filed 3/19/07 Application No: PCT/US2007/006917

## OTHER APPOINTMENTS:
- Director of the board. Endurance Rhythm Inc.

## RESEARCH/WORK EXPERIENCE
Orthopaedic Surgery Residency, June 2010 – April 2012
 Department of Orthopaedic Surgery, Palmetto Health/USC School of Medicine
- *Included training in Orthopaedic Surgery, General Surgery, Trauma Surgery, Vascular Surgery, Plastic Surgery, Medical ICU, Surgical ICU, Anaesthesiology, Radiology, and Physical Medicine and Rehabilitation.*

Irani000173