# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Afraaz R. Irani, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C/A No. 3:14-cv-03577-CMC-KDW |
| ) | |
| Palmetto Health; University of South Carolina ) | |
| School of Medicine; David E. Koon, Jr., M.D., ) | |
| etc.; John J. Walsh, IV, M.D., etc. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**AMENDED NOTICE OF DEPOSITION OF
PLAINTIFF AFRAAZ R. IRANI, M.D.**

PLEASE TAKE NOTICE that at **9:00 a.m.** on the **30th day of June 2015**, at the offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1320 Main Street, Suite 600, Columbia, South Carolina, Defendant Palmetto Health in the above-captioned action will take the deposition of Plaintiff **Afraaz R. Irani, M.D.**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a court reporter or some other officer authorized to administer oaths and transcribe testimony. <u>The deposition will be recorded by sound-and-visual,</u> and Defendant will bear the cost of recording this deposition by videotape. You are invited to attend and cross-examine.

**[SIGNATURE PAGE TO FOLLOW]**

Dated this 24th day of June 2015.

>Respectfully submitted,
>
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>
>By: *[signature]*
>Katherine Dudley Helms (Fed ID No. 1811)
>
>**Attorneys for Defendant Palmetto Health**

1320 Main Street – Suite 600
Columbia, SC  29201
803.252.1300 (Telephone)
803.254.6517 (Facsimile)
kathy.helms@ogletreedeakins.com