# Exhibit E

## Helms, Kathy Dudley

| | |
|---|---|
| **From:** | David Rothstein <drothstein@rothsteinlawfirm.com> |
| **Sent:** | Tuesday, May 05, 2015 10:44 PM |
| **To:** | Helms, Kathy Dudley |
| **Cc:** | KThomas@gsblaw.net |
| **Subject:** | RE: Irani |

Kathy. Two other things: (1) will you ask Betsy Bradley to inform Dr. Goodno that we will need to re-schedule his deposition? (2) I still need to get the audio recording from the grievance hearing. Can you please send it out to have it duplicated and send me the bill? I think we may need to have the hearing transcribed. Would you all agree to split the cost of the transcript three ways, with your client and Kathryn's client? Thanks, Dave.

David E. Rothstein
Certified Specialist in Employment and Labor Law (S.C.)
(Also licensed in N.C.)
Rothstein Law Firm, PA
**[Please Note New Address Effective July 1, 2014:]**
1312 Augusta Street
Greenville, SC  29605
(864) 232-5870
(864) 241-1386 (facsimile)
drothstein@rothsteinlawfirm.com
derothstein@mindspring.com
www.rothsteinlawfirm.com

---

**From:** Helms, Kathy Dudley [mailto:Kathy.Helms@ogletreedeakins.com]
**Sent:** Tuesday, May 05, 2015 10:01 PM
**To:** Kathryn Thomas; David Rothstein (drothstein@rothsteinlawfirm.com)
**Cc:** Swalgren, Beth
**Subject:** RE: Irani

As tired as I am I am disappointed that we won't be able to power through. David, my guess is that Irani is just going to want to make one trip and I will lose if I try to force his deposition as scheduled. Let me know if my assumption is wrong.

I am going to be in agreement to extending discovery for what we have already discussed and for current discovery but not opening up discovery in general. I will not agree to that.

Kathryn, ███████████████████████████████████████████ We will need to apprise the court of something before June 8 for sure. I know that is more than a month away so it shouldn't be a problem I wouldn't think.

I am out on Wednesday for one of my mediations.
Kathy

**Kathy Dudley Helms | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1320 Main Street, Suite 600 | Columbia, SC 29201 | Telephone: 803-252-1300 | Mobile: 803-466-6411
kathy.helms@ogletreedeakins.com | www.ogletreedeakins.com | Bio

1

**From:** Kathryn Thomas [mailto:kthomas@gsblaw.net]
**Sent:** Tuesday, May 05, 2015 6:29 PM
**To:** David Rothstein (drothstein@rothsteinlawfirm.com); Helms, Kathy Dudley
**Subject:** Irani

David and Kathy –

We were hoping to get through Dr. Koon's deposition Monday without this becoming an issue, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████ We need to discuss an amended scheduling order.

David, if you want to postpone Dr. Irani's deposition on Tuesday as well, that's your call.

Kathryn Thomas
Certified Specialist in Employment and Labor Law
Gignilliat, Savitz & Bettis, LLP
900 Elmwood Avenue, Suite 100
Columbia, SC 29201
(803) 799-9311
(803) 799-1270 (direct line)

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

2