

# Thomas Affidavit Exhibit A

## Re: Hi Afraaz -- would you like to join in January 2015?!

**Grant_Boles@mckinsey.com** <Grant_Boles@mckinsey.com>                                  Wed, Nov 12, 2014 at 1:11 PM
To: Afraaz Irani <afraaz@stanfordalumni.org>

Hi Afraaz,

Thanks for letting us know.  We understand the challenging timeline and sounds like it's not an ideal match.  I agree that the best path forward is to start in summer 2015.

We'll be in touch in early 2015 with start date info.  As always, please feel free to reach out if any questions come up and/or your situation evolves.

Grant

**Grant Boles** | West Coast Office Recruiting | McKinsey & Company
555 California Street, Suite 4700 | San Francisco, CA 94104 | United States
Direct: +1 415-318-4974 | Internal: 405-4974 | Email: grant_boles@mckinsey.com

**www.mckinsey.com/careers**
McKinsey.  Don't just come to work.  Come to change.

 Check out real happenings from inside McKinsey and around the globe at **Real Life at McKinsey**


    Afraaz Irani ---11/12/2014 10:55:23 AM---Grant, This is tough. I guess I had taken it as a foregone conclusion at this

From: Afraaz Irani <afraaz@stanfordalumni.org>
To: Grant_Boles@mckinsey.com
Date: 11/12/2014 10:55 AM
Subject: Re: Hi Afraaz -- would you like to join in January 2015?!


Grant,

This is tough. I guess I had taken it as a foregone conclusion at this point that there would be no openings in January!!

Although I would definitely like to start sooner rather than later, but given the situation, I think in this case the prudent choice would be to delay my start date until Summer 2015.

Thanks for all your help and consideration,
Afraaz

Irani003981

On Tue, Nov 11, 2014 at 9:35 PM, <Grant_Boles@mckinsey.com> wrote:

Hi Afraaz,

Thanks for your note.  The Mini-MBA program is designed to achieve two goals -- 1) provide exposure to business principles to accelerate your development, and 2) build community with your West Coast colleagues.  Achieving both goals correlates directly with successful and timely performance development among new Associates.  With that in mind, it won't be possible to join Mini-MBA and then delay your start.  Doing so wouldn't be in your best interest from either a developmental or network-building perspective.

May I ask what the other commitment is and how flexible or inflexible the timeline is related to it?  I only ask because I see two possible paths forward:
- Option 1:  Join in late January 2015, complete the corresponding Mini-MBA program, and be ready to be staffed immediately thereafter in mid to late February 2015
- Option 2:  Join in summer/fall 2015, which would make you a member of the class of 2015 (which corresponds to the terms you have already signed)

Option 1 would optimize for an earlier start date per our earlier conversations.  Option 2 would give you time to pursue other commitments, but would push your start date later than you originally preferred.

We won't be able to create an alternative to the two options listed above, and we feel confident that these two options are in your best interest for a successful, cohesive onboarding experience, which will yield dividends for your long-term development with McKinsey.

We don't mean to pressure you, but we will need an answer ASAP, as we can't hold seats much longer in the new Mini-MBA date.  We'll need to know your decision by EOD Wednesday (after that, we'll lose leverage on preferred seats in the new mini-MBA date).  I'd be happy to jump on the phone if it would be helpful to discuss further.

Thanks, Afraaz!

Grant

---

**Grant Boles** | West Coast Office Recruiting | McKinsey & Company
555 California Street, Suite 4700 | San Francisco, CA 94104 | United States
Direct: +1 415-318-4974 | Internal: 405-4974 | Email: grant_boles@mckinsey.com

www.mckinsey.com/careers
McKinsey. Don't just come to work. Come to change.

Check out real happenings from inside McKinsey and around the globe at **Real Life at McKinsey**

Irani003982

Afraaz Irani ---11/11/2014 07:13:47 PM---Hey Grant, Thanks for the email. Sorry for the delay, I wasjust trying to juggle a few

From: Afraaz Irani <afraaz@stanfordalumni.org>
To: Grant_Boles@mckinsey.com
Date: 11/11/2014 07:13 PM
Subject: Re: Hi Afraaz -- would you like to join in January 2015?!

Hey Grant,

Thanks for the email. Sorry for the delay, I wasjust trying to juggle a few things to figure out how best to move forward!

I'm definitely excited about a January start date, and can do the mini-MBA then. However I have another commitment that could take maybe 1-2 months after that (and that's what I've been trying to figure out before I get back to you)

Would it be possible to do the mini-MBA then maybe start around April or so? Would there be any detriment from your standpoint to taking the course now? I would like to move forward, but I think I would likely not be able to start immediately thereafter.

What are your thoughts?

Thanks,
Afraaz

On Tue, Nov 11, 2014 at 10:46 AM, <Grant_Boles@mckinsey.com> wrote:

> Hi Afraaz,
>
> Just following up on my note below from yesterday.  Assuming you'd still like to join in January 2015, I am attaching updated offer terms for the class of 2014 (which includes the January 2015 start date).
>
> Per our previous conversation, we ask you to review, sign, and return the attached terms ASAP -- no later than EOD Wednesday, November 12.  This will help us lock in details for the additional mini-MBA program.  Of course, if you are no longer interested in the January 2015 date, please let us know right away.
>
> The adjustment in terms is due to the fact that you will now be considered a member of the incoming class of 2014 (your original offer was for the incoming class of 2015).  The benefits package is identical to the benefits package we shared with you in your original offer.  If you have any questions, please let us know as soon as possible.
>
> Thanks, Afraaz -- super excited to have you joining us sooner than later!
>
> Best,
> Grant

Irani003983

*(See attached file: Irani, Afraaz_RY14-SVO-Offer Letter and Terms.pdf)(See attached file: FINAL US Benefits At A Glance (Jul 2014).pdf)*

**Grant Boles** | West Coast Office Recruiting | McKinsey & Company
555 California Street, Suite 4700 | San Francisco, CA 94104 | United States
Direct: +1 415-318-4974 | Internal: 405-4974 | Email: grant_boles@mckinsey.com

**www.mckinsey.com/careers**
McKinsey. **Don't just come to work. Come to change.**

 Check out real happenings from inside McKinsey and around the globe at **Real Life at McKinsey**

Grant Boles---11/10/2014 12:11:38 PM---Hi Afraaz, Hope you had a great weekend -- it was great to see you at all the weekend's events!  I h

From: Grant Boles/SFO/NorthAmerica/MCKINSEY
To: afraaz@alumni.stanford.edu
Date: 11/10/2014 12:11 PM
Subject: Hi Afraaz -- would you like to join in January 2015?!

Hi Afraaz,

Hope you had a great weekend -- it was great to see you at all the weekend's events!  I have some great news -- I just got word that we are adding an additional mini-MBA program in early 2015, which would allow you to join McKinsey in late January 2015.

Are you still interested in joining in January?  If so, please let me know ASAP.  With your confirmation, I will do two things:

- Send you updated offer terms for the Class of 2014, which we will ask you to sign and return ASAP
- With your signed letter for Class of 2014, we will loop in our HR and Learning teams -- they administer orientation and mini-MBA and they'll have all the details on next steps

Let us know what you think!

Best,
Grant

**Grant Boles** | West Coast Office Recruiting | McKinsey & Company
555 California Street, Suite 4700 | San Francisco, CA 94104 | United States
Direct: +1 415-318-4974 | Internal: 405-4974 | Email: grant_boles@mckinsey.com

**www.mckinsey.com/careers**
McKinsey. **Don't just come to work. Come to change.**

Irani003984

McKinsey&Company

# McKinsey & Company Offer Terms for Afraaz Irani

You are invited to join McKinsey & Company as an Associate in the Silicon Valley Office. You will be part of the West Coast Office.

We request your response to this offer no later than December 5, 2014. This offer and the terms discussed are based upon a start date no later than March 31, 2016. If you plan on starting after this date, the terms and conditions of your offer may be subject to change.

## COMPENSATION SUMMARY

Your compensation consists of two components: annual cash compensation and retirement program contribution. You will also receive a one-time sign-on bonus.

| Component | Amount | Description |
|---|---|---|
| **Base salary** | $ 140,000 | Your base salary is $140,000 payable monthly from the date you join through December 2015. |
| **Total cash compensation in 2016** | Up to $175,000 | You will be eligible to receive performance-based productivity pay in December 2016. The high end of this range is reserved for truly distinctive performance. |
| **Retirement Program** | Up to $20,400 | Historically, 12% of qualified compensation (salary plus productivity pay, subject to current cap of $170,000). You must be with McKinsey on December 1, 2015 to receive this contribution, which vests immediately. See the attached *Benefits at a Glance* for further detail. |
| **Sign-on bonus** | $25,000 | You will receive a sign-on bonus of $25,000. This one-time bonus will be paid to you upon successful completion of your background check. |

Irani003986

*Irani, Afraaz*                                                                                          *October 21, 2014*

| | | |
|---|---|---|
| **Year-end bonus** | Up to $15,000 | In addition, you will receive a one-time year-end bonus of $15,000 in December 2015, **pro-rated** for the time you are with McKinsey in 2015. |

McKinsey operates on a calendar year and formally reviews performance for purposes of compensation decisions in December of each year.  Starting in 2017, your total cash compensation (base salary plus performance-based productivity pay) will be determined based on your performance.

## LOANS

You may be eligible for two types of loans:

| Loan type | Value | Description |
|---|---|---|
| Short-term, interest free | Up to $5,000 | Provides additional funds for "settling in." Repayable through monthly salary deductions during your first year with McKinsey |
| Home loan | Up to $100,000 | To use as down payment on a primary residence in the United States, subject to availability and to the terms of the program as they may change from time to time; you may apply after you commence employment |

## OTHER IMPORTANT BENEFITS

The Firm provides an attractive package of other benefits:

| | |
|---|---|
| **Retirement Program** | In addition to McKinsey's contributions to the PSRP described above, you will be eligible to make your own pre-tax 401(k), after-tax Roth 401(k), and after-tax voluntary contributions to the PSRP immediately upon joining the Firm, subject to applicable limits.  The Retirement Program offers you the opportunity to build wealth by investing contributions (both your own and McKinsey's) on a tax-preferred basis in unique portfolios managed by the McKinsey's investment subsidiary, MIO Partners, Inc. |

2

Irani003987

| | |
|---|---|
| **Insurance benefits** | Our insurance benefits include a comprehensive medical, vision and dental plan, short-term disability insurance, life insurance equal to twice annual compensation (up to $1.0 million coverage), and business travel accident insurance equal to five times annual compensation (up to $2.5 million coverage). The premiums for your coverage under these programs are paid in full by McKinsey. Additional coverage for you and your dependents is available at a modest cost on a voluntary basis. Long-term disability insurance is also available at a modest cost on a voluntary basis. See *Benefits at a Glance* for additional information. |
| **Flexible spending accounts** | McKinsey offers two U.S. tax favored flexible spending accounts (FSAs): a Health Care FSA and a Dependent Care FSA. These accounts allow you to set aside funds on a pre-tax basis to pay for certain eligible health care and dependent day care expenses. See *Benefits at a Glance* for additional information. |
| **Paid Time Off** | You will be entitled to 19 days of Paid Time Off (PTO) during your first and second years with McKinsey and 24 days annually once your total tenure exceeds two years. In addition, you will be entitled to approximately 11 paid holidays each year. Please check with your local office regarding further details on PTO policies. |
| **Parental leave** | McKinsey offers an attractive leave policy for parents. Birth mothers are entitled to medical disability benefit for two weeks prior to and eight weeks after their child's birth. In addition, primary and secondary caregivers are eligible for up to four weeks of paid Childcare Leave. McKinsey provides an additional four weeks' paid leave for "special births," which include premature births, multiple births, and children with special medical needs. Adoptive parents are entitled to eight weeks' paid leave. See our *Family Leave Policy* for additional information. |

3

Irani003988

*Irani, Afraaz*                                                                                      *October 21, 2014*

| | |
|---|---|
| **Flexible Work Arrange-ments** | We are fully committed to providing you with an array of flexible work arrangement options to help balance professional and personal responsibilities and interests. We offer various flexible programs, including part-time options for working fewer hours, days, or weeks each year, secondments, leaves of absence, etc. Generally, all consultants who are in good standing are eligible for these programs (guidelines may differ by office). From the start, we invite you to enroll in our innovative Take Time flex option, which gives you the opportunity to request five or ten weeks' unpaid time off per year between engagements, with compensation adjusted accordingly. If you are interested in any of our flex programs, including enrollment in Take Time, please reach out to your office recruiter, who can put you in touch with your Professional Development Manager to discuss program details. Choosing a flexible program is completely consistent with a successful career at McKinsey. |

## LEARNING AND DEVELOPMENT

McKinsey places great importance on the development of our consultants, focusing on building upon each individual's strengths to ensure everyone reaches his/her full potential. We pride ourselves on the world-class learning programs available to our consultants, many of which are targeted to the needs of specific consultant tenure groups, including Basic Consulting Readiness (BCR), a one-week program for all consultants upon joining McKinsey designed to equip you with the consulting skills you will need on your first engagement team, EM College at Cambridge, England, for Engagement Managers, as well as a number of other tenure-based programs throughout your career. Each year, you will take part in one or more leadership development programs designed to build the skills and knowledge you will need at that point in your development. In addition to strengthening your capabilities, these programs are great opportunities for meeting colleagues from other McKinsey offices, building your internal network and, in many cases, developing lasting friendships. There are also a number of programs designed to build general skills and provide a foundation of knowledge in specific industries or functional areas, including a host of distance learning courses intended to provide just-in-time support tailored to your needs. We encourage you to take ownership of your development journey, taking advantage of the many development opportunities available to you at McKinsey.

4

Irani003989

For prospective hires who do not have substantial business training, we provide a three-week course in the core skills of a business school curriculum. Called Mini-MBA, this program covers microeconomics, accounting, finance, marketing, and business strategy. It is taught by exceptional faculty from leading academic and other institutions and will help you gain experience with tools and frameworks and develop the business judgment needed to begin a career at McKinsey. We would like you to attend a Mini-MBA program before you begin working with us, but preferably no earlier than 3 months in advance of your arrival date. While you are attending the program, you will receive your annual base salary and become enrolled in McKinsey's benefit plans. If your start date for joining your office is more than 4 weeks after completion of the program, your benefits will discontinue after the program until you join your office and begin working. For entry into the Mini-MBA program, you must either demonstrate a certain base level of proficiency in the areas of accounting, finance, and economics (determined via a pre-assessment), or you must complete foundational requirements in these areas before attending the program. You can expect this prerequisite to require roughly 10 hours per week in the 6 weeks preceding the program; it will take less time if you have some existing knowledge in the subjects covered.

You may be invited to participate in other learning programs and McKinsey events prior to joining us. Your participation in these programs is voluntary. If you do attend, please note that the information discussed, including client names, is confidential and may not be shared with anyone outside McKinsey. By attending, you agree to maintain the confidentiality of all non-public information disclosed in these programs.

## ADMINISTRATIVE NOTES

- This offer and your receipt of the sign-on bonus are contingent upon the successful completion of a background check.

- This offer is also contingent upon your being located within commuting distance to the McKinsey office location of offer. If this requires relocation, you must move within 3 months of your start date; special circumstances will require approval and should be raised with your recruiting manager prior to your acceptance of this offer. When you are not at a client site, or there are office events such as training and Values Day, you are expected to be in your McKinsey office location, and the Firm will not reimburse any expenses in connection with your commute to the office.

- If you work for any direct competitor of McKinsey prior to joining us, McKinsey reserves the right to withdraw this offer.

5

- Our client work requires travel (including to local destinations). Therefore, possession of a valid driver's license and passport is a requirement for your role.

- In accepting this offer, you are affirming that you do not have any contractual or other obligations that would conflict with your responsibilities in this role, and that you are not bound by any agreement or obligation with or to any person or organization that prohibits you from accepting or continuing your employment with McKinsey and fully performing all of your responsibilities with McKinsey (e.g., non-compete agreement). You further agree not to disclose to McKinsey any information you are prohibited from sharing under any contractual or other duty owed to a former employer.

- Upon joining us, we will ask you to sign and comply with the terms of several policies that express many of the values inherent in our professional obligations, including the Proprietary and Confidential Information Agreement, Outside Activities Policy, Board Policy, and Personal Investments Policy, which among other things prohibits employees and members of their households from purchasing or selling publicly traded securities of companies that are clients of McKinsey's. If you have questions about these documents or our policies, feel free to raise them with us.

- You or McKinsey can end the employment relationship at any time and for any reason. If for any reason during your first year you decide not to remain employed by McKinsey, you will be responsible for promptly returning the full gross amount of your joining bonus, relocation payments, and "settling in" loan to us.

- You should consult your tax advisor on the tax treatment of payments described in this letter.

## IMMIGRATION

- Federal immigration legislation requires that you submit to McKinsey original evidence of your identity and right to work in the United States within 3 business days of your first day of employment.

- Should you require an H-1B visa, please note that due to the annual U.S. government quota on the H-1B visa category, which is beyond McKinsey's control, it is possible that your assigned start date may need to be modified for a later time and that travel in and out of the United States prior to the transition to H-1B may be compromised. In light of the strict legal

6

*Irani, Afraaz*                                                                                      *October 21, 2014*

requirements, if you require H-1B visa sponsorship and have questions, we
encourage you to reach out to McKinsey's in-house immigration counsel.

- It is McKinsey's policy to assist high-performing foreign national
  employees in the United States to establish permanent resident status at an
  appropriate time. The actual timing may vary depending on individual
  circumstances, and the process will not commence before the individual
  reaches 18 months in tenure as an Associate, including working
  continuously for at least 6 months in the U.S. as a member of a U.S. office,
  and we have clear evidence that the individual's performance and career
  potential warrant our initiation of a petition for permanent residency, as
  confirmed by (fill in name of office or practice). McKinsey has no
  obligation to continue employment until permanent residency has been
  achieved.

- If you have ever been on a J-1 visa and are subject to the 2-year foreign
  residence requirement and have not yet fulfilled that requirement, U.S. law
  may prevent you from obtaining a visa that would permit you to work in
  the United States. Should this situation pertain to you, please inform your
  recruiting administrator immediately.

In closing, we truly believe that McKinsey provides the best opportunity for
highly talented individuals to achieve more professionally than they ever thought
possible and to become part of the greatest leadership network in the world.

Please sign below to acknowledge your acceptance of our offer and the offer terms
set forth in this letter, and send the signed letter to Laura Minasian by email
(laura_minasian@mckinsey.com), or by mail to 555 California Street, Suite 4700,
San Francisco, CA 94104.

_____          _____
Signature – Afraaz Irani                                      Date

7

Irani003992

McKinsey&Company

# Benefits at McKinsey



Last updated: July 2013

Irani003993

# Health care and FSA programs

| Benefit | Highlighted features | Cost and eligibility |
|---|---|---|
| Medical (including vision) | ■ PPO plan[1] with savings for using network providers<br>■ $100 individual deductible, $300 family deductible<br>■ 100% coverage for inpatient hospitalization, emergency care, and preventative care<br>■ 96% coverage for surgery<br>■ 80% coverage for in-network physician office services<br>■ annual maximum of $500 for vision benefits per person | Eligible on hire date.<br>Self: Firm paid, no cost.<br>Self + 1[2]: $15/month.<br>Family: $25/month. |
| Pharmacy | ■ $10 copay for generic 30 day supply<br>■ $20 copay for brand 30 day supply<br>■ $20 copay for generic mail order 90 day supply<br>■ $40 copay for brand mail order 90 day supply | Eligible on hire date.<br>Cost included in medical. |
| Dental | ■ Annual benefit covers up to $3,000 per individual<br>■ Additional lifetime benefit of $1,000 of coverage for orthodontics per child under age 19<br>■ Individual deductible of $50, family deductible of $100<br>■ 100% coverage for preventive and diagnostic expenses with no deductible<br>■ 80% of restorative and prosthodontics expenses<br>■ 50% of orthodontic expenses with no deductible | Eligible on hire date.<br>Self: Firm paid, no cost.<br>Family: $9/month. |
| Health care flexible spending accounts (HCFSA) | ■ Option to pay for certain unreimbursed medical and dental expenses on a pretax basis<br>■ Contribute up to $2,500 per employee per year | Eligible on hire date.<br>Funded by you. |
| Dependent care flexible spending accounts (DCFSA) | ■ Plan covers dependent day care expenses while you are at work<br>■ Contribute up to $5,000 per family per year ($2,500 if you are married and file separate tax returns, or $5,000 if you are single) | Eligible on hire date.<br>Funded by you. |

[1]An HMO plan is also offered in certain locations.
[2]This person may be a spouse, domestic partner, or child.

*The medical plan offers special programs to address health issues facing McKinsey members, such as chronic conditions, cancer, and pregnancy.*

1 | P a g e

Please note: If there is a discrepancy between this summary and the official plan documents, the plan documents will prevail.

Irani003994

# Retirement and financial education programs

| Benefit | Highlighted features | Cost and eligibility |
|---|---|---|
| Profit-sharing retirement program (PSRP) | <ul><li>No service requirement for vesting</li><li>Annual Firm contribution as set by the Board of Directors each year (historically 7% of annual compensation, 2% for BAs with a start date of April 1, 2013 or later) and subject to applicable limits[1]</li><li>Annual investment election</li><li>Accepts rollovers of pretax and after-tax funds from other U.S. qualified plans</li><li>Ability to make your own pre-tax 401(k), after-tax Roth 401(k), and after-tax voluntary contributions</li></ul> | Eligible after one hour of service. Funded by you and the Firm. |
| Money purchase pension plan (MPPP) | <ul><li>No service requirement for vesting</li><li>Annual Firm contribution equal to 5% of qualified compensation, up to applicable limits[1]</li><li>Annual investment election</li></ul> | Eligible after one hour of service. Funded by the Firm. |
| Financial education | <ul><li>Unbiased financial education services</li><li>Login to the Financial Learning Center for a customized financial assessment, tools for life event planning, or search for information by financial topic</li><li>Call the Financial Helpline, staffed by Certified Financial Planners for financial guidance</li></ul> | Eligible on hire date. Funded by the Firm. |

[1]You must be employed by the Firm on December 1 to qualify for a Firm contribution.

*Financial Finesse is well versed on all of the Firm's benefit programs and can help you understand the considerations and implications of retirement planning.*

Please note:  If there is a discrepancy between this summary and the official plan documents, the plan documents will prevail.

Irani003995

# Income protection programs

| Benefit | Highlighted features | Cost and eligibility |
|---|---|---|
| Short-term compensation continuation | ▪ Full compensation for the first 26 weeks of disability | Eligible on hire date. Funded by the Firm. |
| Long-term disability | ▪ Protect income during periods of disability lasting longer than 26 weeks<br>▪ Not taxable to you should you become disabled | Eligible on hire date. Funded by you. |
| Long term care insurance | ▪ Provides benefits if you become unable to perform two or more "activities of daily living" (e.g., bathing, dressing, eating)<br>▪ Coverage is also available for certain family members such as spouses, domestic partners, parents, in-laws and grandparents | Eligible on hire date. Funded by you. |
| Group life insurance | ▪ Coverage is two times your annual compensation up to $1,000,000<br>▪ Additional voluntary coverage is available for purchase | Eligible on hire date. Funded by the Firm.[1] |
| Business travel accident insurance | ▪ Benefits are paid if you die or become permanently disabled within one year after an accident that occurs while traveling on Firm business<br>▪ Coverage is five times your annual compensation up to $2,500,000 | Eligible on hire date. Funded by the Firm. |
| Accidental death and dismemberment insurance | ▪ Benefits are paid if you die, are dismembered, and/or become permanently and totally disabled within one year after an accident<br>▪ If you opt for this coverage, you may also purchase spousal coverage at the same rate | Eligible on hire date. Monthly cost: $0.23/$10,000 of coverage. |

[1]The IRS taxes any amount of Firm-provided life insurance coverage that exceeds $50,000.

Please note:  If there is a discrepancy between this summary and the official plan documents, the plan documents will prevail.

Irani003996

# Additional programs and policies

| Benefit | Highlighted features | Cost and eligibility |
|---|---|---|
| Adoption reimbursement program | - Policy to support Firm members seeking to adopt<br>- Includes reimbursement of up to $10,000 for eligible adoption or surrogacy expenses | Eligible on hire date. Firm policy, no cost to you. |
| Back-up childcare program | - Access to child care in your home when regular care is unavailable for a work-related need<br>- For children between the ages of 4 months and 14 years<br>- Program utilizes certified nannies as part of the Bright Horizons/Parents in a Pinch network<br>- Registration can be completed on line or by phone | Eligible on hire date. Cost determined by use.[1] |
| Employee assistance program | - Services are available to colleagues, their spouse or domestic partner and dependents<br>- Access to an online education portal and resource center<br>- Up to 5 counseling visits per issue, per 12 month period<br>- Referrals for parenting and childcare needs<br>- Referrals for a free 30-minute legal consultation<br>- Referrals to programs and resources for colleagues caring for an elderly relative | Eligible on hire date. Funded by the Firm. |
| Maternity and paternity leaves policy | - Birth mothers receive 10 days paid parental leave for the birth of a child, 2 weeks paid disability leave prior to due date and 8 weeks paid disability leave following delivery<br>- Birth fathers/parents receive 10 days paid parental leave for the birth of a child<br>- The primary caregiver receives 10 days paid leave<br>- A paid leave of 20 days is available for "special births" (special needs, premature, or multiple births) | Eligible on hire date. Firm policy, no cost to you. |
| Military duty leave policy | - Leaves are available for U.S. military reserves who perform annual military reserve training or are called to active military duty | Eligible on hire date. Firm policy, no cost to you. |
| TRIP program[2] | - Allows you to use pre-tax payroll deductions to pay for transit expenses | Eligible on hire date.[2] Cost varies by location. |

[1]The Firm will subsidize $20 per hour of the full cost ($35 per hour), subject to limitations.
[2]All colleagues based in Northeast, Mid-Atlantic, Midwest, and West Coast offices are eligible. CSS colleagues in the Stamford office are eligible.

4 | P a g e

Please note: If there is a discrepancy between this summary and the official plan documents, the plan documents will prevail.

Irani003997



| OFFICE: SVO | | | | | McKinsey & Company | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 55 E 52nd ST | | |
| | | | | | New York, NY  10022 | | |
| | | | | | Tel#: (727) 561-2829 | | |
| NAME: Irani, Afraaz | | | | | | | |
| | | | | | | PERIOD END DATE: 12/31/14 | |
| EIN NO: 122828 | | | SOCIAL SECURITY NUMBER | | | CHECK DATE: 12/12/14 | |

| Gross Earnings | Hours | Pers | Current | Year to Date | Taxes | Current | Year to Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sign on Bonus | | | 25,000.00 | 25,000.00 | Federal Tax | 6,256.25 | 6,256.25 |
| Total Gross Earnings | | | 25,000.00 | 25,000.00 | Social Security | 1,565.50 | 1,565.50 |
| | | | | | Medicare | 366.13 | 366.13 |
| | | | | | California State | 2,557.50 | 2,557.50 |
| | | | | | Total Taxes Withheld | 3,743.38 | 10,745.38 |
| | | | | | Deductions | | |
| | | | | | Total Deductions | 0.00 | 0.00 |
| Pre-tax Deductions | | | | | Non-Taxable Items | | |
| Total Pre-Tax deductions | | | 0.00 | 0.00 | Total Non-taxable Earnings | 0.00 | 0.00 |
| Total Imputed Income | | | 250.00 | 250.00 | | | |
| Total Value of CA Disability | | | | | | | |
| Total Imputed Income | | | 250.00 | 250.00 | | | |
| W-2 Earnings | | | 25,250.00 | 25,250.00 | Total Net | 14,254.62 | 14,254.62 |

| Resident Taxes | Marital Status | Exemptions | Add'l/Repl Tax |
| --- | --- | --- | --- |
| Federal Tax | Single | 0 | 0.00 |
| California State | Single | 0 | 0.00 |

Irani003998

MCKINSEY & COMPANY INC. US
55 E 52ND ST
NEW YORK, NY 10022-5942 United States of America
(727)561-2829

| | |
|---|---|
| Number | 86889666 |
| Check Date | 07/28/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of
Afraaz Irani                                                                5853.77

Santa Clara, CA 95050                                        NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Period End |
|---|---|---|---|---|
| Afraaz Irani | | | 1SVO | 07/31/2015 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Total Gross | 9226.86 | 9226.86 |
| Total Deductions | 3276.67 | 3276.67 |
| Total Net | 5853.77 | 5853.77 |

## Earnings

| Description | Hours | Rate | Current | Period End | Year To Date |
|---|---|---|---|---|---|
| Salary per pay period | | | 9130.44 | 07/31/2015 | 9130.44 |
| Txbl Value of CA Disability | | | 82.17 | | 82.17 |
| Txbl Value of GTL | | | 14.25 | | 14.25 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal Tax | 1855.13 | 1855.13 |
| Social Security | 572.07 | 572.07 |
| Medicare | 133.79 | 133.79 |
| California State | 670.17 | 670.17 |
| Long Term Disability | 16.78 | 16.78 |
| Long Term Disability - Tier 2 | 24.13 | 24.13 |
| AD&D voluntary | 4.60 | 4.60 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| | | | |

Irani003999

xxxxx1669                xxxxxxxxxxxxx1786          FIRST REPUBLIC BANK              5853.77

Irani004000

**MCKINSEY & COMPANY INC. US**
55 E 52ND ST
NEW YORK, NY 10022-5942 United States of America
(727)561-2829

| | |
|---|---|
| Number | 86898000 |
| Check Date | 08/28/2015 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of
Afraaz Irani

7215.59

Santa Clara, CA 95050
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Period End |
|---|---|---|---|---|
| Afraaz Irani | ▇ | ▇ | 1SVO | 08/31/2015 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Total Gross | 11790.07 | 21016.93 |
| Total Deductions | 4451.08 | 7727.75 |
| Total Net | 7215.59 | 13069.36 |

## Earnings

| Description | Hours | Rate | Current | Period End | Year To Date |
|---|---|---|---|---|---|
| Salary per pay period | | | 11666.67 | 08/31/2015 | 20797.11 |
| Txbl Value of CA Disability | | | 105.00 | | 187.17 |
| Txbl Value of GTL | | | 18.40 | | 32.65 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal Tax | 2571.67 | 4426.80 |
| Social Security | 730.98 | 1303.05 |
| Medicare | 170.96 | 304.75 |
| California State | 931.96 | 1602.13 |
| Long Term Disability | 16.78 | 33.56 |
| Long Term Disability - Tier 2 | 24.13 | 48.26 |
| AD&D voluntary | 4.60 | 9.20 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| | | | |

Irani004001

xxxxx1669                    xxxxxxxxxxxx1786              FIRST REPUBLIC BANK                    7215.59

Irani004002