Thomas Affidavit Exhibit B

## TABLE 4
## AFRAAZ R. IRANI
## PROJECTED EARNINGS

### SCENARIO 4:  McKINSEY & COMPANY

| Year | Gross Earnings | Present Value |
|---|---|---|
| 2012 | 4,497 | 4,497 |
| 2013 | 11,053 | 11,053 |
| 2014 | 25,250 | 25,250 |
| 2015 | 70,000 | 70,000 |
| 2016 | 175,000 | 171,659 |
| 2017 | 198,187 | 190,259 |
| 2018 | 220,388 | 206,064 |
| 2019 | 241,604 | 219,355 |
| 2020 | 261,730 | 231,201 |
| 2021 | 280,829 | 241,680 |
| 2022 | 298,985 | 250,312 |
| 2023 | 316,287 | 257,297 |
| 2024 | 332,823 | 263,466 |
| 2025 | 348,679 | 268,513 |
| 2026 | 363,943 | 271,519 |
| 2027 | 378,699 | 274,026 |
| 2028 | 393,028 | 276,301 |
| 2029 | 407,009 | 278,601 |
| 2030 | 420,711 | 280,689 |
| 2031 | 434,201 | 282,716 |
| 2032 | 447,534 | 284,282 |
| 2033 | 460,755 | 286,000 |
| 2034 | 473,899 | 287,990 |
| 2035 | 486,984 | 289,736 |
| 2036 | 500,013 | 291,249 |
| 2037 | 512,970 | 290,489 |
| 2038 | 525,819 | 287,239 |
| 2039 | 538,496 | 284,180 |
| 2040 | 550,914 | 284,285 |
| 2041 | 562,951 | 284,055 |
| 2042 | 574,456 | 283,432 |
| 2043 | 585,235 | 281,540 |
| 2044 | 595,056 | 278,246 |
| 2045 | 603,637 | 275,926 |
| 2046 | 610,648 | 272,868 |
| 2047 | 615,700 | 268,954 |
| 2048 | 618,345 | 264,049 |
| 2049 | 618,065 | 258,008 |
| 2050 | 300,622 | 122,678 |
| | | **9,249,664** |