## TABLE 5
## AFRAAZ R. IRANI
### EMPLOYER RETIREMENT CONTRIBUTIONS

| Year | Scenario 1: General Orthopedic Surgery ||| Scenario 2: Spinal Orthopedic Surgery ||| Scenario 3: Emergency Medicine ||| Scenario 4: Management Consulting |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contribution % | Contribution $ | Present Value | Contribution % | Contribution $ | Present Value | Contribution % | Contribution $ | Present Value | Contribution % | Contribution $ | Present Value |
| 2015 | | | | | | | | | | | | |
| 2016 | 5.63% | 13,229 | 13,183 | 4.67% | 10,973 | 10,935 | | | | 12.00% | 8,400 | 8,400 |
| 2017 | 5.63% | 27,732 | 27,386 | 4.67% | 23,004 | 22,716 | | | | 12.00% | 21,000 | 20,927 |
| 2018 | 5.63% | 26,699 | 25,990 | 4.67% | 22,405 | 21,811 | | | | 12.00% | 23,782 | 23,485 |
| 2019 | 5.63% | 27,884 | 26,645 | 4.67% | 23,674 | 22,622 | 9.01% | 11,550 | 11,243 | 12.00% | 26,447 | 25,745 |
| 2020 | 5.63% | 29,126 | 27,285 | 4.67% | 25,017 | 23,436 | 9.01% | 23,721 | 22,667 | 12.00% | 28,992 | 27,704 |
| 2021 | 5.63% | 30,422 | 27,921 | 4.67% | 26,437 | 24,263 | 9.01% | 24,788 | 23,221 | 12.00% | 31,408 | 29,423 |
| 2022 | 5.63% | 31,776 | 28,519 | 4.67% | 27,937 | 25,073 | 9.01% | 25,902 | 23,772 | 12.00% | 33,699 | 30,929 |
| 2023 | 5.63% | 33,191 | 29,083 | 4.67% | 29,522 | 25,868 | 9.01% | 27,067 | 24,292 | 12.00% | 35,878 | 32,200 |
| 2024 | 5.63% | 34,668 | 29,667 | 4.67% | 31,196 | 26,696 | 9.01% | 28,284 | 24,783 | 12.00% | 37,954 | 33,257 |
| 2025 | 5.63% | 36,211 | 30,241 | 4.67% | 32,966 | 27,531 | 9.01% | 29,555 | 25,291 | 12.00% | 39,939 | 34,177 |
| 2026 | 5.63% | 37,823 | 30,723 | 4.67% | 34,837 | 28,297 | 9.01% | 30,884 | 25,792 | 12.00% | 41,842 | 34,943 |
| 2027 | 5.63% | 39,507 | 31,224 | 4.67% | 36,813 | 29,095 | 9.01% | 32,273 | 26,214 | 12.00% | 43,673 | 35,475 |
| 2028 | 5.63% | 41,266 | 31,761 | 4.67% | 38,902 | 29,942 | 9.01% | 33,724 | 26,653 | 12.00% | 45,444 | 35,916 |
| 2029 | 5.63% | 43,103 | 32,354 | 4.67% | 41,109 | 30,857 | 9.01% | 35,240 | 27,123 | 12.00% | 47,163 | 36,301 |
| 2030 | 5.63% | 45,021 | 32,977 | 4.67% | 43,441 | 31,820 | 9.01% | 36,824 | 27,641 | 12.00% | 48,841 | 36,661 |
| 2031 | 5.63% | 47,025 | 33,643 | 4.67% | 45,906 | 32,842 | 9.01% | 38,480 | 28,186 | 12.00% | 50,485 | 36,980 |
| 2032 | 5.63% | 49,119 | 34,310 | 4.67% | 48,511 | 33,885 | 9.01% | 40,210 | 28,767 | 12.00% | 52,104 | 37,276 |
| 2033 | 5.63% | 51,305 | 35,033 | 4.67% | 51,263 | 35,004 | 9.01% | 42,018 | 29,350 | 12.00% | 53,704 | 37,513 |
| 2034 | 5.63% | 53,589 | 35,825 | 4.67% | 54,171 | 36,214 | 9.01% | 43,907 | 29,981 | 12.00% | 55,291 | 37,754 |
| 2035 | 5.63% | 55,974 | 36,635 | 4.67% | 57,245 | 37,466 | 9.01% | 45,881 | 30,672 | 12.00% | 56,868 | 38,017 |
| 2036 | 5.63% | 58,466 | 37,463 | 4.67% | 60,493 | 38,762 | 9.01% | 47,944 | 31,379 | 12.00% | 58,438 | 38,247 |
| 2037 | 5.63% | 61,068 | 38,088 | 4.67% | 63,925 | 39,870 | 9.01% | 50,099 | 32,102 | 12.00% | 60,002 | 38,447 |
| 2038 | 5.63% | 63,787 | 38,469 | 4.67% | 67,552 | 40,739 | 9.01% | 52,352 | 32,652 | 12.00% | 61,556 | 38,393 |
| 2039 | 5.63% | 66,626 | 38,894 | 4.67% | 71,384 | 41,672 | 9.01% | 54,706 | 32,992 | 12.00% | 63,098 | 38,053 |
| 2040 | 5.63% | 69,592 | 39,725 | 4.67% | 75,434 | 43,059 | 9.01% | 57,165 | 33,371 | 12.00% | 64,620 | 37,723 |
| 2041 | 5.63% | 72,690 | 40,573 | 4.67% | 79,714 | 44,493 | 9.01% | 59,735 | 34,098 | 12.00% | 66,110 | 37,737 |
| 2042 | 5.63% | 75,925 | 41,439 | 4.67% | 84,237 | 45,975 | 9.01% | 62,421 | 34,841 | 12.00% | 67,554 | 37,706 |
| 2043 | 5.63% | 79,305 | 42,219 | 4.67% | 89,016 | 47,389 | 9.01% | 65,227 | 35,600 | 12.00% | 68,935 | 37,623 |
| 2044 | 9.27% | 95,161 | 49,280 | 4.67% | 95,161 | 49,280 | 9.01% | 68,160 | 36,286 | 12.00% | 70,228 | 37,387 |
| 2045 | 9.27% | 98,081 | 49,653 | 9.27% | 98,081 | 49,653 | 9.01% | 71,225 | 36,885 | 12.00% | 71,407 | 36,979 |
| 2046 | 9.27% | 101,090 | 50,028 | 9.27% | 101,090 | 50,028 | 9.01% | 74,427 | 37,678 | 12.00% | 72,436 | 36,671 |
| 2047 | 9.27% | 104,191 | 50,406 | 9.27% | 104,191 | 50,406 | 9.01% | 77,773 | 38,489 | 12.00% | 73,278 | 36,264 |
| 2048 | 9.27% | 107,388 | 50,787 | 9.27% | 107,388 | 50,787 | 9.01% | 81,270 | 39,317 | 12.00% | 73,884 | 35,744 |
| 2049 | 9.27% | 110,683 | 51,171 | 9.27% | 110,683 | 51,171 | 9.01% | 84,924 | 40,163 | 12.00% | 74,201 | 35,092 |
| 2050 | 9.27% | 55,630 | 25,142 | 9.27% | 55,630 | 25,142 | 9.01% | 88,742 | 41,027 | 12.00% | 74,168 | 34,289 |
| | | | | | | | 9.01% | 44,603 | 20,158 | 12.00% | 36,075 | 16,304 |
| | | | 1,243,742 | | | 1,224,802 | | | 992,689 | | | 1,205,743 |