# Exhibit A

## David Rothstein

| | |
|---|---|
| **From:** | Helms, Kathy Dudley <Kathy.Helms@ogletreedeakins.com> |
| **Sent:** | Saturday, April 18, 2015 12:24 AM |
| **To:** | David Rothstein; KThomas@gsblaw.net |
| **Subject:** | RE: Irani |

David,
We produced those documents on February 5. None of those documents are new to you either as they have all been produced in previous litigation.
Kathy


**Kathy Dudley Helms | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1320 Main Street, Suite 600 | Columbia, SC 29201 | Telephone: 803-252-1300 | Mobile: 803-466-6411
kathy.helms@ogletreedeakins.com | www.ogletreedeakins.com | Bio


**From:** David Rothstein [mailto:drothstein@rothsteinlawfirm.com]
**Sent:** Friday, April 17, 2015 9:27 PM
**To:** KThomas@gsblaw.net; Helms, Kathy Dudley
**Subject:** Irani

Dear Kathryn and Kathy. In light of Dr. Taylor's deposition from earlier this week and the new documents I was able to find in preparation for the depositions, I may need to amend the complaint again, because I believe that there are three additional contracts that need to be included in Dr. Irani's claims for breach of contract, third-party beneficiary breach of contract, and tortious interference. Those contracts would be (1) the Affiliation Agreement between Palmetto Health and USC (Exhibit 3 to Dr. Taylor's deposition), (2) the Department of Orthopaedic Surgery Residency Manual (Exibit 2), and (3) the PLA between Palmetto Health and University Specialty Clinics—Orthopaedic Surgery (Exhibit 4). I suppose the causes of action in the Amended Complaint could be read to include these three contracts, but if you disagree, I will need to file a second amended complaint. Please let me know your position on this as soon as possible. Thank you. Dave.

David E. Rothstein
Certified Specialist in Employment and Labor Law (S.C.)
(Also licensed in N.C.)
Rothstein Law Firm, PA
**[Please Note New Address Effective July 1, 2014:]**
1312 Augusta Street
Greenville, SC 29605
(864) 232-5870
(864) 241-1386 (facsimile)
drothstein@rothsteinlawfirm.com
derothstein@mindspring.com
www.rothsteinlawfirm.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

1