IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Afraaz R. Irani, M.D., | ) | C/A No. 3:14-cv-03577-CMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| Palmetto Health; University of South | ) | |
| Carolina School of Medicine; David E. | ) | |
| Koon, Jr., M.D., in his individual | ) | |
| capacity; and John J. Walsh, IV, M.D., | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Notice is hereby given that Plaintiff, Afraaz R. Irani, M.D., by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on June 1, 2016 (Dkt. Nos. 188, 189).  Plaintiff timely filed a motion to Alter or Amend the Judgment pursuant to Fed. R. Civ. P. 59(e) on June 29, 2016 (Dkt. No. 198).  The Order denying Plaintiff's Motion to Alter or Amend the Judgment was filed on November 22, 2016.  (Dkt. No. 215).  Plaintiff also appeals from an interlocutory order dated June 23, 2015, granting in part Defendants' Motion for Judgment on the Pleadings.  (Dkt. No. 95).

[Signature of Counsel on Following Page]

Respectfully submitted,

 s/ David E. Rothstein
David E. Rothstein, Fed. ID No. 6695
ROTHSTEIN LAW FIRM, PA
1312 Augusta Street
Greenville, South Carolina  29605
Office: (864) 232-5870
Facsimile: (864) 241-1386
E-mail: drothstein@rothsteinlawfirm.com

Attorney for Plaintiff, Afraaz R. Irani, M.D.

December 21, 2016

Greenville, South Carolina.