FILED: May 2, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2439
(3:14-cv-03577-CMC)
_____

AFRAAZ R. IRANI, MD

   Plaintiff - Appellant

v.

PALMETTO HEALTH; UNIVERSITY OF SOUTH CAROLINA SCHOOL OF MEDICINE; DAVID E. KOON, JR., MD, in his individual capacity; JOHN J. WALSH, IV, MD, in his individual capacity

   Defendants - Appellees

_____

M A N D A T E
_____

  The judgment of this court, entered April 10, 2019, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                */s/Patricia S. Connor, Clerk*